# In The United States Court of Federal Claims

## Cover Sheet

04-0118C

Plaintiff(s) or Petitioner(s)
Rochester Gas and Electric Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] M. Stanford Blanton

Firm Name: Balch & Bingham LLP

Post Office Box:

Street Address: 1710 Sixth Avenue North

City-State-Zip: Birmingham, Alabama 35203

Telephone & Facsimile Numbers (T) (205) 226-3417 (F) (205) 226-8798

E-mail address: sblanton@balch.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: ~~118~~ 134

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Partial breaches of contract, partial breaches of implied covenants of good faith and fair dealing and taking without just compensation - relating to contracts for spent nuclear fuel removal.

Government Agency Involved: DOE

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

RECEIVED
JAN 29 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003