**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JAN 2 9 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ROCHESTER GAS AND ELECTRIC CORPORATION,** | ) | |
| **Plaintiff,** | ) | 04-0118C |
| **v.** | ) | **Civil Action No.______** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ROCHESTER GAS AND ELECTRIC CORPORATION**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, RCFC, Rochester Gas and Electric Corporation ("RG&E") through its undersigned counsel respectfully submits the following corporate disclosure statement:

RG&E was incorporated in New York in 1904 and is a wholly owned subsidiary of RGS Energy Group, which is a wholly owned subsidiary of Energy East Corporation. Energy East Corporation is a registered holding company under the Public Utility Holding Company Act of 1935.

Dated: January 28, 2004

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: (205) 226-3417
Fax: (205) 488-5879

COUNSEL OF RECORD FOR PLAINTIFF
ROCHESTER GAS AND ELECTRIC
CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that as of the date shown below I have caused a true and correct copy of the foregoing to be served by United States mail, postage prepaid, upon all counsel of record in this case.

Kevin B. Crawford
Heide L. Herrmann
Timothy P. McIlmail
R. Alan Miller
Russell A. Shultis
Victoria Strohmeyer
Marian E. Sullivan
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Robert D. McCallum, Jr.
Assistant Attorney General
David M. Cohen
Director
Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Jane K. Taylor
Martha S. Crosland
L. Dow Davis, IV
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Dated this 29th day of January, 2004.

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: (205) 226-3417
Fax: (205) 488-5879

COUNSEL OF RECORD FOR PLAINTIFF
ROCHESTER GAS AND ELECTRIC
CORPORATION