# In the United States Court of Federal Claims

No. 04-118 C

(Filed April 2, 2004)

* * * * * * * * * * * * * * * * * * * * *
ROCHESTER GAS & ELECTRIC CORP., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 29, 2004, defendant filed an Unopposed Motion for an Enlargement of Time of twenty-one days, to and including April 19, 2004, within which to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge