# In the United States Court of Federal Claims

No. 04-118 C

(Filed April 14, 2004)

* * * * * * * * * * * * * * * * * * * * * *
ROCHESTER GAS & ELECTRIC CORP., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ERRATA**

It is hereby **ORDERED** that ¶ 6, page 2 on the court's order of April 13, 2004, should read, as follows:

> The pre-discovery conference will be held on April 30, 2004, at 2:00 p.m., E.D.T., in Courtroom 4 of the United States Court of Federal Claims, **Howard T. Markey** National Courts Building, 717 Madison Place, N.W., Washington, D.C. **20005**. Questions regarding scheduling matters shall be directed to Judge Sybolt's Judicial Assistant, Ms. Laurice Ghougasian, at (202) 219-9655.

s/Lynn J. Bush
LYNN J. BUSH
Judge