IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCHESTER GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 04-118C |
| | ) | (Judge Bush) |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 21 days, to including May 10, 2004, to respond to plaintiff's complaint in this case. Defendant's response to plaintiff's complaint is currently due on Monday, April 19, 2004. Defendant was previously granted an enlargement of time of 21 days for this purpose. We attempted to contact counsel for plaintiff regarding this motion, but he was unavailable, and we have not yet received a response to our telephone message.

As the Court is aware, the Court has scheduled a status conference on April 30, 2004, in this and more than 40 other cases alleging damages arising from the Department of Energy's alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" published at 10 C.F.R. § 961.11. Counsel for the Government is preparing to file its response to the Court's order that, by April 23, 2004, the Government provide various information about the pending Standard Contract cases and possible methods for proceeding in them. As the Court is further aware, we have filed motions to stay in many of the pending Standard Contract cases, and we understand that the issue of a potential stay of proceedings in

some or all of the recently filed Standard Contract cases will be discussed at the April 30, 2004 hearing.

We have not yet filed a motion to stay proceedings in this case. Because we expect that the parties may obtain some guidance from the Court regarding the manner in which the various Standard Contract cases will proceed in this Court during the hearing on April 30, 2004, we respectfully request that the Court allow us to defer our response to plaintiff's complaint until after that hearing. In accordance with the Court's recent order, we expect to provide the Court with various information about the pending Standard Contract cases, including this one, on April 23, 2004. Further, given that the Court is already aware of the Government's requests for stays in many of the pending Standard Contract cases, it would seem unnecessary, at least until after the hearing on April 30, 2004, to decide whether it would be appropriate to seek a stay of proceedings in this case. Accordingly, to allow us to determine the most appropriate manner in which to seek to proceed in this case after the parties' hearing with the Court on April 30, 2004, we respectfully request that the Court grant us until May 10, 2004 – six business days after that hearing – to file our response to the plaintiff's complaint in this case.[1]

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's request for an enlargement of time of 21 days.

---

[1] In addition, counsel for defendant has been devoting a significant amount of time to the issues raised by the Court's order relating to the April 23, 2004 submissions and the April 30, 2004 hearing, as well as to post-trial matters in Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.), and pre-trial matters, including requests for additional discovery by the plaintiffs, in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.). Because of this work, we have not yet had an opportunity to complete a response to plaintiff's complaint in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 19, 2004

CERTIFICATE OF FILING

I hereby certify that on this 19th day of April 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.