# In the United States Court of Federal Claims

No. 04-118 C

(Filed April 21, 2004)

* * * * * * * * * * * * * * * * * * * * * *
ROCHESTER GAS & ELECTRIC CORP., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 19, 2004, defendant filed a Motion for an Enlargement of Time of twenty-one days, to and including May 10, 2004, within which to respond to plaintiff's complaint. Defendant's counsel telephoned plaintiff's counsel to inquire as to plaintiff's position on the subject motion, but was unsuccessful in reaching plaintiff's counsel. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge