# In the United States Court of Federal Claims

No. 04-118 C
(Filed May 14, 2004)

* * * * * * * * * * * * * * * * * * * * * *
ROCHESTER GAS & ELECTRIC CORP., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 10, 2004, defendant filed a Motion to Stay All Proceedings or, in the Alternative, for Coordinated Discovery Regarding Rate and Schedule Issues. Plaintiff's response to defendant's motion is due to be filed on or before May 27, 2004, pursuant to Rule 7.1.(a) of the Rules of the Court of Federal Claims.

On May 14, 2004, Ms. Terri Quintos, Judicial Assistant to the undersigned, telephoned Mr. M. Stanford Blanton, Esq., plaintiff's attorney, to inquire as to plaintiff's position on the subject motion. Mr. Blanton stated that plaintiff will be filing a response. Ms. Quintos informed Mr. Blanton that the court required plaintiff's response to be filed on or before May 19, 2004.

Accordingly, it is hereby **ORDERED** that Plaintiff's Response to Defendant's Motion to Stay All Proceedings or, in the Alternative, for Coordinated Discovery Regarding Rate and Schedule Issues shall be **FILED** on or before **May 19, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge