# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed July 26, 2004)**

| | | |
|---|---|---|
| **ROCHESTER GAS AND ELECTRIC CORPORATION,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES OF AMERICA,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **No. 04-118** <br> **(Judge Lynn J. Bush)** |

**MOTION TO SUBSTITUTE PLAINTIFF AND AMEND CAPTION,**
**FOR SUBSTITUTION OF COUNSEL,**
**AND FOR LIMITED RELIEF FROM STAY**

This is one of a number of so-called "new" spent nuclear fuel lawsuits currently pending before several judges of the Court. The nuclear power plant at issue in this case was recently sold, in a transaction that closed last month. Plaintiff Rochester Gas and Electric Corporation ("RG&E"), together with the new and current holder of the Standard Contract at issue in this case, R.E. Ginna Nuclear Power Plant, LLC ("Ginna LLC"), respectfully move to substitute Ginna LLC as the single party plaintiff in this lawsuit pursuant to RCFC 25(c), and request that the caption of the existing complaint be amended to so reflect. No substantive or other amendment of the complaint is sought at this time. Plaintiff and Ginna LLC also request that Ginna LLC's counsel be designated counsel of

record. To the extent that it is necessary that the stay of this matter be lifted in order to implement these changes, plaintiff and Ginna LLC request that it be so lifted for those limited purposes, but that the stay otherwise remain in place.

On Wednesday, July 21, Ginna LLC's counsel contacted Government's counsel in an effort to ascertain whether the Government would oppose this motion. Counsel of record for the Government is currently in trial in *Yankee Atomic v. United States*, however, and has not responded.

**DISCUSSION**

RG&E filed the complaint in this Court on January 29, 2004, seeking, *inter alia*, all damages incurred, and continuing and expected to be incurred, in connection with the failure of the Department of Energy ("DOE") to commence accepting spent nuclear fuel and/or high level waste (for these purposes "SNF") from the R.E. Ginna Nuclear Power Plant in Ontario, New York. *E.g.*, Complaint ¶ 29. This lawsuit was one of a number of "new" SNF lawsuits, filed by holders of SNF in late 2003 and early 2004. Status reports were filed. A status conference involving this and other new SNF lawsuits was held on April 30, 2004, and the Court ordered that the case be stayed on May 21, 2004.

As noted in Paragraph 11 of the Complaint, at the time that this lawsuit was filed, RG&E had agreed, subject to the satisfaction of certain conditions, to sell the R.E. Ginna Nuclear Power Plant to a subsidiary of Constellation Energy Group,

Inc. (for these purposes, "Constellation").[1] The predicate conditions were subsequently satisfied, and the sale of the plant to Ginna LLC closed on June 10, 2004. The required notice of assignment of the Standard Contract to Ginna LLC (which is an indirect wholly-owned subsidiary of Constellation) under Article XIV of the Standard Contract was transmitted to DOE by letter dated June 24, 2004. The terms of the Asset Purchase Agreement provided in part that Ginna LLC would acquire from RG&E title to all SNF at or associated with the R.E. Ginna Nuclear Power Plant and would assume all of the rights and obligations under the DOE Standard Contract for the R.E. Ginna Nuclear Power Plant, "including but not limited to the right to pursue and recover damages" resulting from DOE's failures to commence accepting SNF from the Ginna facility. The Asset Purchase Agreement also provided that RG&E would remain financially liable for payment of the one-time fee under the Standard Contract when that fee becomes due and owing, and that Constellation would make certain payments to RG&E in the event a monetary recovery from DOE is secured. Accordingly, Ginna LLC is now the single party with authority to pursue any and all claims against DOE in connection

[1] Indirect subsidiaries of Constellation Energy Group, Inc. are also the holders of the DOE Standard Contracts for the Nine Mile Point Units 1 and 2 and Calvert Cliffs Units 1 and 2 nuclear power plants. Claims for damages in connection with those plants are asserted in *Constellation Generation Group, LLC et al. v. United States*, No. 04-0068C (Margolis, J.). That action is currently stayed.

with DOE's failures to commence accepting SNF from the R.E. Ginna Nuclear Power Plant.

In circumstances such as these, it is appropriate for the Court to direct that the party possessing the interests being pursued in the litigation be substituted as the named party plaintiff under RCFC 25(c). *E.g., Standard Federal Bank v. United States*, 51 Fed. Cl. 695, 706 (2002). Rule 25(c) operates "when an interest is transferred during pending litigation." *Id.* (citations omitted). In this case, conduct of the lawsuit will be facilitated by the requested substitution. As reflected in the joinder in this motion by RG&E, all potential claimants against the Government in connection with the R.E. Ginna Nuclear Power Plant agree that Ginna LLC is the proper party to be prosecuting this lawsuit. Substitution (and the accompanying agreed-upon substitution of Ginna LLC's attorney as counsel of record for plaintiff in this action) will ensure that the real party in interest is the actual party prosecuting the lawsuit, will ensure that no possibility of duplicative recovery is presented, and will simplify the administration of the case. For all of these reasons, the requested substitution should be granted.[2]

[2] As noted above, the Government has not indicated whether it will consent to this motion, or oppose, or attempt to qualify a concurrence by seeking to reserve purported defenses regarding standing, assignment, or other matters. To the extent that the Government were to attempt to assert or reserve any purported defenses associated with this substitution, RG&E and Ginna LLC expressly reserve all rights in that regard, including, for example and without limitation, the right to maintain RG&E as a nominal or co-plaintiff in the action as alternative relief, and the right to seek and secure such other procedural or substantive relief as may be necessary to address such purported defenses.

Finally, to the extent that it is necessary that the stay in this matter be lifted for the limited purpose of implementing this substitution, RG&E and Ginna LLC respectfully request that the stay be so lifted. Otherwise, for the reasons previously described in prior submissions to the Court, plaintiff requests that the jointly-requested stay of the case be kept in place.

## CONCLUSION

For the foregoing reasons, RG&E and Ginna LLC respectfully request: (1) that Ginna LLC be substituted as the named party plaintiff in this action pursuant to RCFC 25(c); (2) that the caption of the matter be amended to identify "R.E. Ginna Nuclear Power Plant, LLC" as the plaintiff; (3) that the undersigned counsel for Ginna LLC be substituted as counsel of record for plaintiff in this lawsuit, and (4) that the stay of this action entered by the Court on May 21, 2004 be lifted for the limited purpose of implementing these changes, but otherwise remain in place.

Dated: July 26, 2004

Respectfully submitted,

s/ Brad Flagg
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001
COUNSEL OF RECORD FOR
R.E. GINNA NUCLEAR POWER
PLANT, LLC

s/ M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
COUNSEL OF RECORD FOR
ROCHESTER GAS AND ELECTRIC
CORPORATION

**OF COUNSEL:**

Ed R. Haden
K.C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P. O. Box 306
Birmingham, AL 35204
Phone: (205) 251-8100
Fax: (205) 226-8798

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of July, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division -- Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288

Attorney for Defendant

s/ M. Stanford Blanton