# In the United States Court of Federal Claims

No. 04-118 C

(Filed August 13, 2004)

* * * * * * * * * * * * * * * * * * * * * 
ROCHESTER GAS & ELECTRIC CORP., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 12, 2004, defendant filed an Unopposed Motion for an Enlargement of Time of twenty-two days, to and including September 22, 2004, within which to respond to plaintiff's motion to substitute plaintiff and amend caption, for substitution of counsel, and for limited relief from stay. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge