IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCHESTER GAS AND ELECTRIC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-118 |
| | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 19 days, to and including September 22, 2004, within which to file its response to the plaintiff's motion to substitute plaintiff and amend caption, for substitution of counsel, and for limited relief from stay. Although the Court's Order states that "defendant filed an Unopposed Motion for an Enlargement of Time of twenty-two days, to and including September 22, 2004," this is apparently a typographical error because the Government requested an enlargement of 22 days from August 12, 2004. Therefore, it appears that the defendant's response is actually due September 3, 2004 and not September 22, 2004. In an abundance of caution, the Government is filing this motion for enlargement to avoid any confusion or objections. Defense counsel left a voice message for plaintiff, M. Stanford Blanton, regarding this request for enlargement, but plaintiff's counsel had not responded to the request at the time of this filing. Counsel for R.E. Ginna Nuclear Power Plant, LLC, ("Ginna LLC"), Brad Fagg, has represented that Ginna LLC does not oppose this motion.

We will need additional time to complete defendant's response to the pending motion because of our need to confer with agency counsel, who is currently unavailable, regarding our legal position. The Government believes that additional time would be helpful in allowing us to provide the Court with a thorough response addressing the legal issues raised by plaintiff's motion. An extension to September 22, 2004, would not delay the schedule of the case as the case is stayed.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time for 19 days, to and including September 22, 2004, within which to file its response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-4175
Fax: (202) 307-2503

September 3, 2004

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 3rd day of September 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth Thomas