# In the United States Court of Federal Claims

No. 04-118 C

(Filed September 8, 2004)

* * * * * * * * * * * * * * * * * * * * * *
ROCHESTER GAS & ELECTRIC CORP., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 3, 2004, defendant filed a Motion for an Enlargement of Time of nineteen days, to and including September 22, 2004, within which to respond to plaintiff's motion to substitute plaintiff and amend caption, for substitution of counsel, and for limited relief from stay. Defendant's counsel telephoned plaintiff's counsel to inquire as to plaintiff's position on the subject motion, but was unsuccessful in reaching plaintiff's counsel. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge