U. S. DEPARTMENT OF ENERGY CONTRACT NO. DE-CR01-83NE44419

CONTRACT FOR DISPOSAL OF SPENT NUCLEAR FUEL AND/OR HIGH-LEVEL RADIOACTIVE WASTE.

THIS CONTRACT, entered into this 30th day of June 1983, by and between the UNITED STATES OF AMERICA (hereinafter referred to as the "Government"), represented by the UNITED STATES DEPARTMENT OF ENERGY (hereafter referred to as "DOE") and Rochester Gas and Electric Corporation (hereinafter referred to as the "Purchaser"), a corporation organized and existing under the laws of the State of New York

WITNESSETH THAT:

WHEREAS, the DOE has the responsibility for the disposal of spent nuclear fuel and high-level radioactive waste of domestic origin from civilian nuclear power reactors in order to protect the public health and safety, and the environment; and

WHEREAS, the DOE has the responsibility, following commencement of operation of a repository, to take title to the spent nuclear fuel or high-level radioactive waste involved as expeditiously as practicable upon the request of the generator or owner of such waste or spent nuclear fuel; and

WHEREAS, all costs associated with the preparation, transportation, and the disposal of spent nuclear fuel and high-level radioactive waste from civilian nuclear power reactors shall be borne by the owners and generators of such fuel and waste; and



COF0201397

ARTICLE XIII - <u>REPRESENTATION CONCERNING NUCLEAR HAZARDS INDEMNITY</u>

A. DOE represents that it will include in its contract(s) for the operation of any DOE facility an indemnity agreement based upon Section 170(d) of the Atomic Energy Act of 1954, as amended, a copy of which agreement shall be furnished to the Purchaser; that under said agreement, DOE shall have agreed to indemnify the contractor and other persons indemnified against claims for public liability (as defined in said Act) arising out of or in connection with contractual activities; that the indemnity shall apply to covered nuclear incidents which (1) take place at a contract location; or (2) arise out of or in the course of transportation of source, special nuclear or by-product material to or from a contract location. The obligation of DOE to indemnify shall be subject to the conditions stated in the indemnity agreement.

B. The provisions of this Article XIII shall continue beyond the term of this contract.

ARTICLE XIV - <u>ASSIGNMENT</u>

The rights and duties of the Purchaser may be assignable with transfer of title to the SNF and/or HLW involved; <u>provided</u>, <u>however</u>, that notice of any such transfer shall be made to DOE within ninety (90) days of transfer.

RG&E
a subsidiary of RGS Energy Group, Inc.

Constellation Energy
R.E. Ginna Nuclear Power Plant

June 24, 2004

RECEIVED
JUL 8 2004

United States Department of Energy
Attn: David Zabransky
Office of Civilian Radioactive Waste Management
RW-20E
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Re: Notice of Transfer of Title to Spent Nuclear Fuel and High-Level Radioactive Waste and Assignment of U.S. Department of Energy Contract No. DE-CR01-83NE44419 For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste

Dear Mr. Zabransky:

By letter dated May 25, 2004, Rochester Gas and Electric Corporation ("RG&E") and R.E. Ginna Nuclear Power Plant, LLC ("Ginna LLC"), an indirect wholly owned subsidiary of Constellation Energy Group, Inc., provided preliminary notice to the Department of Energy of the proposed sale of the R.E. Ginna Nuclear Power Plant ("Ginna") from RG&E to Ginna LLC, together with transfer of title to all Spent Nuclear Fuel ("SNF") and High-Level Radioactive Waste ("HLW") at or associated with Ginna and the assignment of all rights and duties under DOE Contract No. DE-CR01-83NE44419 to Ginna LLC. This is to advise DOE that the closing of that transaction was completed on June 10, 2004.

Accordingly, notice is hereby given on behalf of RG&E and Ginna LLC, pursuant to Article XIV of DOE Contract No. DE-CR01-83NE44419 executed between RG&E and DOE, that title to all SNF and HLW at or associated with Ginna has been transferred to Ginna LLC and that all rights and duties under DOE Contract No. DE-CR01-83NE44419 have been assigned to and assumed by Ginna LLC, effective June 10, 2004.

The Notice Address for Ginna LLC is:

Robert H. Beall
Constellation Energy
1650 Calvert Cliffs Parkway
Nuclear Fuel Management
Lusby, Maryland 20657
Tel: 410-495-4018
Fax: 410-495-4498

With copy to:

Steven L. Miller
Secretary and Managing Attorney
Constellation Generation Group, LLC
750 E. Pratt Street, 17th Floor
Baltimore, Maryland 21202

Should you have any questions or concerns regarding this Notice, please contact the undersigned.

Very truly yours,

Joseph J. Syta
Controller and Treasurer
Rochester Gas and Electric Corporation

Michael J. Wallace
President
Constellation Generation Group, LLC

07/09/2004 08:51

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**(NE44419) Rochester Gas and Electric Corporation**
Fiscal Quarter: 04/01/2004 thru 06/30/2004



| | Ginna (4401) | Contract Total |
|---|---|---|
| **Net KWH Payments thru Prior Quarter:** | 68,157,921.00 | 68,157,921.00 |
| KWH Payments to DOE this Quarter: | | |
| KWH Fees | 1,013,249.00 | 1,013,249.00 |
| Adjustments | 0.00 | 0.00 |
| Less KWH Fee Credits/Refunds this Quarter: | | |
| KWH Fee Credits | 0.00 | 0.00 |
| KWH Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **Net KWH Payments to Date** | 69,171,170.00 | 69,171,170.00 |
| KWH Interest Credits/Refunds thru Prior Quarter: | 1,193,564.53 | 1,193,564.53 |
| KWH Interest Credits/Refunds this Quarter: | | |
| KWH Interest Credits | 0.00 | 0.00 |
| KWH Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| **KWH Interest Credits/Refunds to Date** | 1,193,564.53 | 1,193,564.53 |
| KWH Penalties Assessed thru Prior Quarter: | 821.00 | 821.00 |
| KWH Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Assessed | 821.00 | 821.00 |
| KWH Penalties Paid thru Prior Quarter: | 821.00 | 821.00 |
| KWH Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Paid to Date | 821.00 | 821.00 |
| **BALANCE of KWH Penalties DUE** | 0.00 | 0.00 |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
(NE44419) **Rochester Gas and Electric Corporation** (continued)
Fiscal Quarter: 04/01/2004 thru 06/30/2004

| | Ginna (4401) | Contract Total |
|---|---|---|
| SNF Penalties Assessed thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Assessed | 0.00 | 0.00 |
| SNF Penalties Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Paid to Date | 0.00 | 0.00 |
| **BALANCE of SNF Penalties DUE** | 0.00 | 0.00 |
| SNF Principal Due thru Prior Quarter: | 33,134,126.60 | 33,134,126.60 |
| SNF Principal Due this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Due | 33,134,126.60 | 33,134,126.60 |
| SNF Interest Accrued thru Prior Quarter: | 71,195,700.23 | 71,195,700.23 |
| SNF Interest Accrued this Quarter | 250,651.23 | 250,651.23 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Accrued | 71,446,351.46 | 71,446,351.46 |
| Total SNF Principal & Interest Due | 104,580,478.06 | 104,580,478.06 |
| SNF Principal Paid thru Prior Quarter: | 343.71 | 343.71 |
| SNF Principal Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Paid to Date | 343.71 | 343.71 |
| SNF Interest Paid thru Prior Quarter: | 145.95 | 145.95 |
| SNF Interest Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Paid to Date | 145.95 | 145.95 |
| Total SNF Principal & Interest Paid to Date | 489.66 | 489.66 |
| **BALANCE of SNF Principal & Interest Due** | 104,579,988.40 | 104,579,988.40 |