# In the United States Court of Federal Claims

No. 04-118 C
(Filed: December 9, 2004)

************************************
**ROCHESTER GAS AND ELECTRIC** *
**CORPORATION**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims and a random selection determined by the Office of the Clerk of the Court, this case is hereby reassigned to Judge Charles F. Lettow.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge