IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-118-C

(December 14, 2004)

ROCHESTER GAS AND ELECTRIC CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion to Substitute Plaintiff and Amend Caption, For Substitution of Counsel, and for Limited Relief From Stay, filed on July 26, 2004. The court will hold a hearing to address this motion on February 8, 2005, commencing at 10 a.m., at the Howard T. Markey National Courts Building, 717 Madison Avenue, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building. Both the counsel of record and the proffered substituted counsel shall attend.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge