IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-118-C

(February 28, 2005)

ROCHESTER GAS AND ELECTRIC CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The stay in this case EXPIRED on December 31, 2004, and has not been extended by the court.

A hearing on a pending motion in this case was held on February 8, 2005. At that hearing, the court requested that the parties file certain supplemental materials with the court, via a joint submission if possible. Thus far, the parties have not provided the requested materials. To complete the record respecting the pending motion, the parties shall file the supplemental materials on or before March 11, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge