# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed March 10, 2005)**

| | | |
|---|---|---|
| **ROCHESTER GAS AND ELECTRIC CORPORATION,** | ) | |
| **Plaintiff,** | ) | **No. 04-118C** |
| **v.** | ) | **(Judge Lettow)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT SUBMISSION**

Pursuant to this Court's direction during the hearing on February 8, 2005 and order issued on February 28, 2005, plaintiff, without opposition from defendant, respectfully submits the following documents:

1. Full copy of Asset Purchase Agreement. R.E. Ginna Nuclear Power Plant Asset Purchase Agreement By and Among Rochester Gas and Electric Corporation, As Seller, Constellation Generation Group, LLC, As Buyer, and Constellation Energy Group, Inc., As Buyer's Parent, dated November 24, 2003 ("Asset Purchase Agreement"), including all non-confidential Exhibits and Schedules. One or both parties wish to direct the Court's attention to

the following sections: Section 1.1, Definition 40, "DOE Credit Support" (at page 4)[1/] and Definition 156, "Seller's Parent Guaranty" (at page 17); Section 2.2(k), "Excluded Assets" (at page 24); Section 2.4(l), "Excluded Liabilities" (at page 29); Section 2.4(m), "Excluded Liabilities" (at page 29); Section 2.5(a), "Control of Litigation" (at page 29); Section 6.13, "Spent Nuclear Fuel Fees" (at page 75); Section 6.14, "Department of Energy Decontamination and Decommissioning Fees" (at page 77), and; Exhibit G, "Form of Seller's Parent Guaranty."[2/]

2. Application to NRC for license transfer. R.E. Ginna Nuclear Power Plant Application for Order and Conforming Administrative Amendments for License Transfer, submitted to the Nuclear Regulatory Commission ("NRC") on December 16, 2003 ("License Transfer Application"). The Asset Purchase Agreement was included as Exhibit 2 to the License Transfer Application.

3. NRC Order approving license transfer. R.E. Ginna Nuclear Power Plant – Order Approving Transfer of License from Rochester Gas and Electric Corporation to R.E. Ginna Nuclear Power Plant, LLC and Approving Conforming Amendment (TAC No. MC1567*)*, issued by the NRC on May 28, 2004.[3/] Enclosure 3, "Safety Evaluation By The Office of Nuclear Reactor Regulation," Section 2.0 (pg. 1) describes the Asset Purchase Agreement.

---

1/ At the hearing on February 8, 2005, counsel for R.E. Ginna Nuclear Power Plan LLC erroneously stated that the credit requirements regarding the Seller's reimbursement obligations for the one-time fee were not embodied in the Asset Purchase Agreement itself. In fact, as reflected by Definition 40 at page 4, those credit requirements are indeed addressed in the Asset Purchase Agreement. Counsel apologizes for the misstatement.

2/ Exhibit G to the Asset Purchase Agreement was never executed. Rather, the letter of credit previously supplied to the Court was provided to R.E. Ginna Nuclear Power Plant, LLC at closing.

3/ Enclosure 3 to the NRC Order is the non-proprietary, publicly available version of the NRC Safety Evaluation, which redacts certain company financial data.

4. New York Public Service Commission order regarding sale of plant. Re Rochester Gas and Electric Corporation, Case 03-E-1231, New York Public Service Commission, May 20, 2004. Section B, "Asset Purchase Agreement," subsection 4, "Environmental Liabilities" (page 4) and subsection 6, "Litigation and Nuclear Issues" (page 5) and Section A, "Environmental Provisions" (page 9) describe the parties' obligations with regard to spent nuclear fuel storage and disposal.

5. Federal Energy Regulatory Commission order regarding sale of plant. Order Authorizing Disposition of Jurisdictional Facilities (R.E. Ginna Nuclear Power Plant), Federal Energy Regulatory Commission Docket No. EC04-79-000, May 24, 2004.

6. Pre-Closing Notice to DOE of the Sale of R.E. Ginna. Notice to DOE of Anticipated Transfer of Title to Spent Nuclear Fuel and High-Level Radioactive Waste and Anticipated Assignment of U.S. Department of Energy Contract No. DE-CR01-83NE44419, dated May 25, 2004.

In addition, counsel for plaintiffs Rochester Gas and Electric Corporation and R.E. Ginna Nuclear Power Plant, LLC respectfully submit the following two additional documents that counsel believe may assist the Court in its consideration of this matter.

7. NRC license renewal ruling regarding Ginna. Generic Environmental Impact Statement for License Renewal of Nuclear Plants, Supplement 14, Regarding R.E. Ginna Nuclear Power Plant, issued by the NRC in January 2004. Footnote (b) in Section 1.0, "Introduction" (pg. 1-1), refers to the then-pending application for transfer of the Ginna

operating license to a subsidiary of Constellation Generation Group, LLC.[4/]

8. Payment by Ginna of DOE fees. Documentation regarding three quarterly spent nuclear fuel fee payment records of R.E. Ginna Nuclear Power Plant, LLC to the Nuclear Waste Fund, pursuant to the assigned Standard Contract. The three payment periods are from 6/10/04 – 6/30/04, 7/1/04 – 9/30/04, and 10/1/04 – 12/31/04. The payments, all of which have been accepted by DOE, total $2,271,666.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER
Assistant Director

s/ Elizabeth A. Thomas
Elizabeth A. Thomas
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 514-8624

Attorneys for Defendant

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 Telephone
(202) 739-3001 Facsimile
COUNSEL OF RECORD FOR
R.E. GINNA NUCLEAR POWER
PLANT, LLC

4/ Due to the large volume of material involved, only the Abstract, Executive Summary, and Section 1.0 have been included in this submission. If the Court desires any additional section(s) other than those included herein, counsel will promptly submit such documents to the Court.

s/ M. Stanford Blanton

BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
(205) 251-8100 Telephone
(205) 226-8798 Facsimile
COUNSEL FOR
ROCHESTER GAS AND ELECTRIC
CORPORATION

March 10, 2005

CERTIFICATE OF FILING

I hereby certify that on this 10th day of March 2005, a copy of the foregoing "JOINT SUBMISSION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Paul Bessette