EXHIBIT A

FORM OF
ASSIGNMENT AND ASSUMPTION AGREEMENT

ASSIGNMENT AND ASSUMPTION AGREEMENT dated as of ____________ (this "Assignment Agreement") by and between Rochester Gas and Electric Corporation, a New York corporation (the "Seller"), and _______, a _________ (the "Buyer").

WITNESSETH

WHEREAS, pursuant to that certain Asset Purchase Agreement, dated as of _____ ____________, 2003 (as amended, supplemented or otherwise modified from time to time, the "Asset Purchase Agreement"), by and among Seller, Buyer and _________, Seller is concurrently herewith selling, assigning, conveying, transferring and delivering to Buyer the Purchased Assets (as defined in the Asset Purchase Agreement); and

WHEREAS, in partial consideration therefor, the Asset Purchase Agreement requires that Seller will assign to Buyer and Buyer assume and agree to pay, perform or discharge or cause to be paid, performed or discharged certain Liabilities of Seller.

NOW, THEREFORE, in consideration of these premises and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, Buyer and Seller agree as follows:

1. Capitalized terms that are used in this Assignment Agreement (including Appendices I and II hereto) but are not defined in this Assignment Agreement shall have the meanings ascribed to such terms in the Asset Purchase Agreement.

2. Seller hereby assigns, sells, conveys, transfers and sets over to Buyer, its successors and assigns, free and clear of all liens and encumbrances other than the Permitted Encumbrances, all of the right, title and interest of Seller in the Purchased Assets that not covered and transferred by the Bill of Sale by and between Seller and Buyer of even date herewith, including without limitation, the contracts set forth on Appendix I hereto.

3. Buyer hereby assumes and agrees to pay, perform or discharge in accordance with their terms, to the extent not heretofore paid, performed or discharged and subject to the limitations contained in this Assignment Agreement, the Assumed Liabilities and Obligations, including the Liabilities of Seller which are described in Appendix II hereto (collectively the "Assumed Liabilities").

4. It is understood and agreed that nothing in this Assignment Agreement or in Section 2.3 of the Asset Purchase Agreement shall constitute a waiver or release of any claims arising out of the contractual relationships between Seller and Buyer.

5. The assumption by Buyer of the Assumed Liabilities shall not be construed to defeat, impair or limit in any way the rights, claims or remedies of Buyer under the Asset Purchase Agreement.

6. Other than as specifically set forth in this Assignment Agreement or in Section 2.3 of the Asset Purchase Agreement, Buyer shall not assume or be obligated to pay, perform or otherwise discharge any Liabilities of Seller, other than the Assumed Liabilities, including, without limitation, any Liabilities in respect of any Excluded Assets.

7. This Assignment Agreement shall be enforceable against the successors and assigns of Buyer and shall inure to the benefit of the successors and assigns of Seller.

8. This Assignment Agreement shall be governed by and construed in accordance with the laws of the State of New York (without giving effect to conflict of law principles).

9. This Assignment Agreement is delivered pursuant to and is subject to the Asset Purchase Agreement. In the event of any conflict between the terms of the Asset Purchase Agreement and the terms of this Assignment Agreement, the terms of the Asset Purchase Agreement shall prevail.

REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

IN WITNESS WHEREOF, this Assignment Agreement has been duly executed and delivered by the duly authorized representatives of the parties hereto as of the date first above written.

ROCHESTER GAS AND
ELECTRIC CORPORATION

By: ____________________
Name:
Title:

[BUYER]

By: ____________________
Name:
Title:

APPENDIX I
TO ASSIGNMENT AGREEMENT

ASSIGNED CONTRACTS

APPENDIX II
TO ASSIGNMENT AGREEMENT

OBLIGATIONS ASSUMED

[conform to Section 2.3 of the Asset Purchase Agreement]