EXHIBIT B

FORM OF
BILL OF SALE

THIS BILL OF SALE dated as of ______________, 200_ by and between Rochester Gas and Electric Corporation, a New York corporation (the "Seller"), and ____________, a __________ (the "Buyer").

W I T N E S S E T H

WHEREAS, pursuant to that certain Asset Purchase Agreement, dated as of _____ ___________, 2003 (as amended, supplemented or otherwise modified from time to time, the "Asset Purchase Agreement"), by and among Seller, Buyer and _______, Seller has agreed to sell, assign, convey, transfer and deliver all of its right, title and interest in the Purchased Assets (as defined in the Asset Purchase Agreement) to Buyer and Buyer has agreed to purchase and acquire such Purchased Assets from Seller, all as more fully described in the Asset Purchase Agreement; and

WHEREAS, pursuant to the Asset Purchase Agreement Seller and Buyer have agreed to enter into this Bill of Sale pursuant to which that part of the Purchased Assets which constitutes Tangible Personal Property (as defined in the Asset Purchase Agreement) and certain other Purchased Assets will be conveyed to Buyer.

NOW, THEREFORE, in consideration of the foregoing premises and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, Buyer and Seller agree as follows:

1. Defined terms. Capitalized terms which are used but not defined in this Bill of Sale shall have the meanings ascribed to such terms in the Asset Purchase Agreement.

2. Assignment. Except as set forth in Section 3 below and subject to the terms and conditions of the Asset Purchase Agreement, Seller does hereby sell, assign, convey, transfer and deliver to Buyer all of Seller's right, title and interest, if any, in and to all of the Purchased Assets which are described in Appendix I hereto.

3. Excluded Assets Not Assigned. Notwithstanding anything herein to the contrary, the Excluded Assets are specifically excluded from the Purchased Assets and shall be retained by Seller at and following the Closing Date.

4. Appointment. Seller hereby constitutes and appoints Buyer, and its successors and assigns, as Seller's true and lawful attorney, with full power of substitution, in Seller's name and stead, by, on behalf of and for the benefit of Buyer, and its successors and assigns, to demand and receive any and all of the Purchased Assets transferred hereunder and to give receipts and releases for and in respect of the same, and any part thereof, and from time to time to institute and prosecute, at the expense and for the benefit of Buyer, and its successors and assigns, any and all proceedings at law, in equity or otherwise, which Buyer, and its successors or assigns, may deem proper for the collection or reduction to possession of any of the Purchased Assets transferred hereunder or for the collection and enforcement of any claim or right of any kind hereby sold, assigned, conveyed, transferred and delivered, and to do all acts and things in relation to the Purchased Assets transferred hereunder which Buyer, and its successors or assigns, shall deem desirable.

5. No Third Party Beneficiaries. Nothing in this instrument, express or implied, is intended or shall be construed to confer upon, or give to, any person other than Buyer any remedy or claim under or by reason of this instrument or any agreements, terms, covenants or conditions hereof, and all the agreements, terms, covenants and conditions in this instrument contained shall be for the sole and exclusive benefit of Buyer and its successors and permitted assigns.

6. Binding Effect; Assignment. This Bill of Sale and all of the provisions hereof shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and permitted assigns.

7. Governing Law. This Bill of Sale shall be governed by and construed in accordance with the laws of the State of New York (without giving effect to conflict of law principles).

8. Construction. This Bill of Sale is delivered pursuant to and is subject to the Asset Purchase Agreement. In the event of any conflict between the terms of the Asset Purchase Agreement and the terms of this Bill of Sale, including those terms set forth in paragraph 6 hereof, the terms of the Asset Purchase Agreement shall prevail.

REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

IN WITNESS WHEREOF, this Bill of Sale has been duly executed and delivered by the duly authorized representatives of the parties hereto as of the date first above written.

ROCHESTER GAS AND
ELECTRIC CORPORATION

By: ______________________________
Name:
Title:

[BUYER}

By: ______________________________
Name:
Title: