EXHIBIT D

Original Service Agreement No. ___
under New York Independent System Operator, Inc.
FERC Electric Tariff Original Vol. No. 1

# INTERCONNECTION AGREEMENT

**BETWEEN**

**CONSTELLATION GENERATION GROUP, LLC**

**AND**

**ROCHESTER GAS AND ELECTRIC CORPORATION**

**DATED AS OF**

**NOVEMBER 24, 2003**

Issued by: Denis E. Wickham
Executive Vice President and
Chief Executive Officer

Effective: November 24, 2003

Issued: December ___, 2003

# TABLE OF CONTENTS

PAGE

ARTICLE 1. DEFINITIONS ..... 2

ARTICLE 2. EFFECTIVE DATE, TERM AND TERMINATION ..... 11

ARTICLE 3. REGULATORY FILINGS ..... 13

ARTICLE 4. SCOPE OF SERVICE ..... 14

ARTICLE 5. INTERCONNECTION FACILITIES ENGINEERING, PROCUREMENT, AND CONSTRUCTION ..... 17

ARTICLE 6. TESTING AND INSPECTION ..... 33

ARTICLE 7. METERING ..... 35

ARTICLE 8. COMMUNICATIONS ..... 36

ARTICLE 9. OPERATIONS ..... 37

ARTICLE 10. MAINTENANCE ..... 44

ARTICLE 11. PERFORMANCE OBLIGATION ..... 49

ARTICLE 12. INVOICE ..... 52

ARTICLE 13. EMERGENCIES ..... 53

ARTICLE 14. REGULATORY REQUIREMENTS AND GOVERNING LAW ..... 55

ARTICLE 15. NOTICES ..... 56

ARTICLE 16. FORCE MAJEURE ..... 56

ARTICLE 17. DEFAULT ..... 57

ARTICLE 18. INDEMNITY, CONSEQUENTIAL DAMAGES AND INSURANCE ..... 58

ARTICLE 19. ASSIGNMENT ..... 62

ARTICLE 20. SEVERABILITY ..... 63

ARTICLE 21. COMPARABILITY ..... 63

ARTICLE 22. CONFIDENTIALITY ..... 63

ARTICLE 23. ENVIRONMENTAL RELEASES ..... 67

ARTICLE 24. INFORMATION REQUIREMENTS ..... 67

ARTICLE 25. INFORMATION ACCESS AND AUDIT RIGHTS ..... 69

ARTICLE 26. SUBCONTRACTORS ..... 70

ARTICLE 27. DISPUTES ..... 71

ARTICLE 28. REPRESENTATIONS, WARRANTIES AND COVENANTS ..... 72

ARTICLE 29. JOINT OPERATING COMMITTEE ..... 73

ARTICLE 30. MISCELLANEOUS ..... 74

APPENDIX H ..... 6

# INTERCONNECTION AGREEMENT

**THIS INTERCONNECTION AGREEMENT** ("Agreement" or "IA") is made and entered into this as of this 24th day of November, 2003, by and between Constellation Generation Group, LLC, a Delaware limited liability company organized and existing under the laws of the State of Delaware ("Interconnection Customer"), and Rochester Gas and Electric Corporation, a corporation organized and existing under the laws of the State of New York ("Transmission Owner"). Interconnection Customer and Transmission Owner each may be referred to as a "Party" or collectively as the "Parties."

## RECITALS

**WHEREAS,** Transmission Owner owns the Transmission System and Transmission Provider operates the Transmission System;

**WHEREAS,** Interconnection Customer and Transmission Owner have entered into an Asset Purchase Agreement, dated as of November 24, 2003 (the "Asset Purchase Agreement" or "APA"), pursuant to which Transmission Owner has agreed to sell to Interconnection Customer, and Interconnection Customer has agreed to purchase from Transmission Owner, all of the interests of Transmission Owner in certain assets identified therein with respect to an electric energy generation station which is commonly known as the Robert E. Ginna Nuclear Power Plant (the "Generating Facility");

**WHEREAS,** after the Closing Date, Interconnection Customer will operate the Generating Facility as the holder of the NRC licenses for the Generating Facility and in accordance with the terms of this Agreement;

**WHEREAS,** Interconnection Customer's ability to deliver and sell Electricity from the Generating Facility is contingent upon the Generating Facility being interconnected to the Transmission System;

**WHEREAS,** Interconnection Customer desires that the Generating Facility be interconnected with the Transmission System and Transmission Owner has agreed to such interconnection on certain terms and conditions; and

**WHEREAS,** Interconnection Customer and Transmission Owner have agreed to enter into this Agreement for the purpose of interconnecting the Generating Facility with the Transmission System.

**NOW, THEREFORE,** in consideration of and subject to the mutual covenants contained herein, it is agreed:

When used in this Agreement, terms with initial capitalization that are not defined in Article 1 shall have the meanings specified in the Article in which they are used.

## ARTICLE 1. DEFINITIONS

**Adverse System Impact** shall mean the negative effects due to technical or operational limits on conductors or equipment being exceeded that may compromise the safety and reliability of an electric system.

**Affected System** shall mean an electric system other than the Transmission Owner's Transmission System that may be affected by the proposed interconnection.

**Affected System Operator** shall mean the entity that operates an Affected System.

**Affiliate** shall mean, with respect to a person or entity, any individual, corporation, partnership, firm, joint venture, association, joint stock company, trust or other unincorporated organization, directly or indirectly controlling, controlled by, or under common control with, such person or entity. The term "control" shall mean the possession, directly or indirectly, of the power to direct the management or policies of a person or an entity. A voting interest of ten percent or more shall create a rebuttable presumption of control.

**Ancillary Services** shall mean those services that are necessary to support the transmission of capacity and energy from resources to loads while maintaining reliable operation of the Transmission Owner's Transmission System in accordance with Good Utility Practice.

**Applicable Laws and Regulations** shall mean all duly promulgated applicable federal, state and local laws, regulations, rules, ordinances, codes, decrees, judgments, directives, or judicial or administrative orders, permits and other duly authorized actions of any Governmental Authority.

**Applicable Reliability Council** shall mean the reliability council applicable to the Transmission System to which the Generating Facility is directly interconnected.

**Applicable Reliability Standards** shall mean the requirements and guidelines of the NRC, NERC, the Applicable Reliability Council, and the Control Area of the Transmission System to which the Generating Facility is directly interconnected.

**Base Case** shall mean the base case power flow, short circuit, and stability data bases used for the Interconnection Studies by the Transmission Provider or Interconnection Customer.

**Breach** shall mean the failure of a Party to perform or observe any material term or condition of this Agreement.

**Breaching Party** shall mean a Party that is in Breach of this Agreement.

**Bulletin** shall mean Transmission Owner's Bulletin 86-01 "Requirements For Independent Power Producers of Electricity", as amended or superseded. The Bulletin is attached hereto as Appendix J.

**Business Day** shall mean Monday through Friday, excluding federal holidays.

**Calendar Day** shall mean any day including Saturday, Sunday or a federal holiday.

**Closing Date** shall mean the date as defined in the Asset Purchase Agreement, on which all of the Transmission Owner's interests with respect to the Generating Facility are transferred from the Transmission Owner to Interconnection Customer pursuant to the Asset Purchase Agreement.

**Commercial Operation Date of a unit** shall mean the date on which the Generating Facility is turned over for central dispatch by the NYISO or a Control Area operator.

**Commission** shall mean the Federal Energy Regulatory Commission ("FERC"), or its successor.

**Confidential Information** shall mean any confidential, proprietary or trade secret information with respect to a plan, specification, pattern, procedure, design, device, list, concept, policy or compilation relating to the present or planned business of a Party, which is designated as confidential by the Party supplying the information, whether conveyed orally, electronically, in writing, through inspection, or otherwise.

**Control Area** shall mean an electrical system or systems bounded by interconnection metering and telemetry, capable of controlling generation to maintain its interchange schedule with other Control Areas and contributing to frequency regulation of the interconnection. A Control Area must be certified by NERC.

**Decommission or Decommissioning** shall have the same meaning as in the Asset Purchase Agreement.

**Default** shall mean the failure of a Breaching Party to cure its Breach in accordance with Article 17 of this Agreement.

**Delivery Point(s)** shall mean the point(s) at which Electricity is delivered from the Generating Facility to the Transmission System, as indicated on the one-line diagram attached hereto as Appendix A.

**Distribution System** shall mean the Transmission Owner's facilities and equipment used to transmit electricity to ultimate usage points such as homes and industries directly from nearby generators or from interchanges with higher voltage transmission networks which transport bulk power over longer distances. The voltage levels at which distribution systems operate differ among areas.

**Distribution Upgrades** shall mean the additions, modifications, and upgrades to the Transmission Owner's Distribution System at or beyond the Points of Interconnection to facilitate interconnection of the Generating Facility and render the transmission service necessary to effect Interconnection Customer's wholesale sale of electricity in interstate commerce. Distribution Upgrades do not include Interconnection Facilities.

**Effective Date** shall mean the date on which this Agreement becomes effective upon execution by the Parties subject to acceptance by the Commission, or if filed unexecuted, upon the date specified by the Commission.

**Electricity** shall mean electric capacity as measured in MW or kW, energy as measured in MWh or kWh, and ancillary services.

**Emergency Condition** shall mean a condition or situation: (1) that in the judgment of the Party making the claim is imminently likely to endanger life or property; (2) that, in the case of a Transmission Owner, is imminently likely (as determined in a non-discriminatory manner) to cause a material adverse effect on the security of, or damage to, Transmission Owner's Transmission System, Transmission Owner's Interconnection Facilities or the electric systems of others; (3) that, in the case of Interconnection Customer, is imminently likely (as determined in a non-discriminatory manner) to cause a material adverse effect on the security or safety of, or damage to, the Generating Facility or Interconnection Customer's Interconnection Facilities; or (4) any abnormal system condition that requires automatic or immediate manual action to prevent or limit loss of transmission facilities or generation supply that could adversely affect the reliability of the electric system. System restoration and black start shall be considered Emergency Conditions; provided, however, that Interconnection Customer is not obligated by this Agreement to possess black start capability.

**Energy System Operating Rules** or "ESOR" shall mean the Energy System Operating Rules of Transmission Owner, as amended or superseded. The ESOR are attached hereto as Appendix K.

**Environmental Law** shall mean Applicable Laws and Regulations relating to pollution or protection of the environment or natural resources.

**Federal Power Act** shall mean the Federal Power Act, as amended, 16 U.S.C. § 791a et seq.

**FERC** shall mean the Federal Energy Regulatory Commission, or its successor.

**Final Safety Analysis Report** or **FSAR** shall mean the report, as updated, that is required to be maintained for the Generating Facility in accordance with the requirements of 10 C.F.R. § 50.71(e).

**Force Majeure** shall mean any act of God, labor disturbance, act of the public enemy, war, insurrection, riot, fire, storm or flood, explosion, breakage or accident to machinery or equipment, any order, regulation or restriction imposed by governmental,

military or lawfully established civilian authorities, or any other cause beyond a Party's control. A Force Majeure event does not include an act of negligence or intentional wrongdoing.

**Generating Facility** shall mean the Robert E. Ginna Nuclear Power Plant, excluding the Interconnection Customer's Interconnection Facilities.

**Generating Facility Capacity** shall mean the net capacity of the Generating Facility. For purposes of this Agreement, the net capacity of the Generating Facility shall be deemed to be up to or equal to 590 MW. As of the Effective Date, the actual net capacity of the Generating Facility is 500 MW. If Interconnection Customer elects to increase the actual net capacity of the Generating Facility during the term of this Agreement, then the Interconnection Customer shall not be liable for any modifications to the Transmission Owner's Interconnection Facilities or for any Network Upgrades necessitated by such increase, provided that such increase does not result in a net capacity for the Generating Facility of greater than 590 MW. Should the Interconnection Customer increase the net capacity of the Generating Facility to above 590 MW, then the Interconnection Customer shall be required to comply with the applicable terms of this Agreement, including the obligation to pay for the construction, installation, modification, operation and maintenance of any Transmission Owner's Interconnection Facilities and/or Network Upgrades necessitated by the increase in net capacity above 590 MW.

**Good Utility Practice** shall mean any of the practices, methods and acts engaged in or approved by a significant portion of the electric industry during the relevant time period, including those set forth in the Bulletin, the NRC Requirements and Commitments, ESOR, and Appendix H, or any of the practices, methods and acts which, in the exercise of reasonable judgment in light of the facts known at the time the decision was made, could have been expected to accomplish the desired result at a reasonable cost consistent with good business practices, reliability, safety and expedition. Good Utility Practice is not intended to be limited to the optimum practice, method, or act to the exclusion of all others, but rather to acceptable practices, methods, or acts generally accepted in the region.

**Governmental Authority** shall mean any federal, state, local or other governmental regulatory or administrative agency, court, commission, department, board, or other governmental subdivision, legislature, rulemaking board, tribunal, or other governmental authority having jurisdiction over the Parties, their respective facilities, or the respective services they provide, and exercising or entitled to exercise any administrative, executive, police, or taxing authority or power; provided, however, that such term does not include Interconnection Customer, Transmission Owner, or any Affiliate of either of them.

**Hazardous Substances** shall mean any chemicals, materials or substances defined as or included in the definition of "hazardous substances," "hazardous wastes," "hazardous materials," "hazardous constituents," "restricted hazardous materials," "extremely hazardous substances," "toxic substances," "radioactive substances,"

"contaminants," "pollutants," "toxic pollutants" or terms of similar meaning and regulatory effect under any applicable Environmental Law, or any other chemical, material or substance, exposure to which is prohibited, limited or regulated by any applicable Environmental Law.

**In-Service Date** shall mean the date upon which the Interconnection Customer reasonably expects it will be ready to begin use of the Transmission Owner's Interconnection Facilities to obtain Off-Site Power Service, which for purposes of this Agreement shall be the Closing Date under the Asset Purchase Agreement.

**Interconnection Customer** shall mean the entity identified in the first paragraph of this Agreement that is interconnecting the Generating Facility with the Transmission Owner's Transmission System and that is a Party to this Agreement.

**Interconnection Customer's Interconnection Facilities** shall mean those facilities and equipment, identified in Appendices A and G of this Agreement, that are located between the Generating Facility and the Points of Interconnection, including any modification, addition, or upgrades to such facilities and equipment necessary to physically and electrically interconnect the Generating Facility to the Transmission Owner's Transmission System. Interconnection Customer's Interconnection Facilities are only those that are owned, operated or leased by Interconnection Customer, and include the portions of the Joint Use Facilities that are owned by Interconnection Customer, as set forth in Appendix G of this Agreement.

**Interconnection Facilities** shall mean the Transmission Owner's Interconnection Facilities, the Interconnection Customer's Interconnection Facilities, and the Joint Use Facilities, including any modification, additions or upgrades that are necessary to physically and electrically interconnect the Generating Facility to the Transmission Owner's Transmission System. Interconnection Facilities shall not include Distribution Upgrades, Stand Alone Network Upgrades or Network Upgrades.

**Interconnection Facilities Study** shall mean a study conducted by the Transmission Owner, the Transmission Provider, or a third party consultant for the Interconnection Customer to determine a list of facilities (including Transmission Owner's Interconnection Facilities and Network Upgrades as identified in the Interconnection System Impact Study), the cost of those facilities, and the time required to interconnect any additional capacity of the Generating Facility with the Transmission Owner's Transmission System. The scope of the study is defined in Section 8 of the Standard Large Generator Interconnection Procedures.

**Interconnection Facilities Study Agreement** shall mean the form of agreement contained in Appendix 4 of the Standard Large Generator Interconnection Procedures for conducting the Interconnection Facilities Study.

**Interconnection Feasibility Study** shall mean a preliminary evaluation of the system impact and cost of interconnecting the Generating Facility to the Transmission

Owner's Transmission System, the scope of which is described in Section 6 of the Standard Large Generator Interconnection Procedures.

**Interconnection Feasibility Study Agreement** shall mean the form of agreement contained in Appendix 2 of the Standard Large Generator Interconnection Procedures for conducting the Interconnection Feasibility Study.

**Interconnection Request** shall mean an Interconnection Customer's request, in the form of Appendix 1 to the Standard Large Generator Interconnection Procedures, in accordance with the Tariff, to interconnect a new generating facility, or, in the case of the Generating Facility, to increase the capacity of, or make a Material Modification to the operating characteristics of the Generating Facility.

**Interconnection Service** shall mean the service provided by the Transmission Owner associated with interconnecting the Generating Facility to the Transmission Owner's Transmission System and enabling it to receive electric energy and capacity from the Generating Facility at the Points of Interconnection, pursuant to the terms of this Agreement and, if applicable, the Tariff.

**Interconnection Study** shall mean any of the following studies: the Interconnection Feasibility Study, the Interconnection System Impact Study, and the Interconnection Facilities Study described in the Standard Large Generator Interconnection Procedures.

**Interconnection System Impact Study** shall mean an engineering study that evaluates the impact of the proposed interconnection on the safety and reliability of Transmission Owner's Transmission System and, if applicable, an Affected System. The study shall identify and detail the system impacts that would result if a new generating facility, or an increase in the Generating Facility Capacity, were interconnected without project modifications or system modifications, focusing on the Adverse System Impacts identified in the Interconnection Feasibility Study, or to study potential impacts, including but not limited to those identified in the Scoping Meeting as described in the Standard Large Generator Interconnection Procedures.

**Interconnection System Impact Study Agreement** shall mean the form of agreement contained in Appendix 3 of the Standard Large Generator Interconnection Procedures for conducting the Interconnection System Impact Study.

**IRS** shall mean the Internal Revenue Service.

**Joint Operating Committee** shall be a group made up of representatives from the Interconnection Customer and the Transmission Owner to coordinate operating and technical considerations of Interconnection Service, as more fully described in Article 29.

**Joint Tag List** means the list of personnel approved from time to time by Transmission Owner in accordance with Good Utility Practice, who meet Transmission Owner's requirements to switch, tag, and ground electrical equipment.

**Joint Use Facilities** shall mean facilities and equipment which are identified as Joint Use Facilities in Appendix G hereto, as amended from time to time, which are owned by either the Transmission Owner or the Interconnection Customer and which contribute to the operational reliability of the Transmission System and are, therefore, operated jointly by the Transmission Owner and the Interconnection Customer.

**Material Modification** shall mean those modifications that have a material impact on the cost or timing of any Interconnection Request with a later queue priority date.

**Metering Equipment** shall mean all metering equipment installed or to be installed at the Generating Facility pursuant to this Agreement at the metering points, including, but not limited to, instrument transformers, MWh-meters, data acquisition equipment, transducers, remote terminal units, communications equipment, phone lines, and fiber optics.

**NERC** shall mean the North American Electric Reliability Council, or its successor.

**Network Customer** shall mean a transmission customer that has qualified for Network Resource Interconnection Service pursuant to the terms of the Tariff.

**Network Resource** shall mean that portion of the Generating Facility that is integrated with the Transmission Owner's Transmission System, designated as a Network Resource pursuant to the terms of the Tariff, and subjected to redispatch directives as ordered by the Transmission Owner in accordance with the Tariff.

**Network Resource Interconnection Service** (NR Interconnection Service) shall mean an Interconnection Service that allows the Interconnection Customer to integrate its Generating Facility with the Transmission Owner's Transmission System (1) in a manner comparable to that in which the Transmission Owner integrates its generating facilities to serve native load customers; or (2) in an RTO or ISO with market based congestion management, in the same manner as all other Network Resources. Network Resource Interconnection Service in and of itself does not convey transmission service.

**Network Upgrades** shall mean the additions, modifications, and upgrades to the Transmission Owner's Transmission System required at or beyond the point at which the Interconnection Customer interconnects to the Transmission Owner's Transmission System to accommodate the interconnection of the Generating Facility to the Transmission Owner's Transmission System.

**New York Independent System Operator** or "NYISO" shall mean the organization formed as an Independent System Operator for the New York State transmission system in accordance with FERC order(s) in Docket Nos. ER97-1523-000, et al., or its successor.

**Notice of Dispute** shall mean a written notice of a dispute or claim that arises out of or in connection with this Agreement or its performance.

**NRC** shall mean the Nuclear Regulatory Commission, or its successor.

**NRC Maintenance Rule** shall mean the NRC rules and regulations governing the maintenance of the Generating Facility and, as applicable, the Interconnection Facilities, at 10 C.F.R. § 50.65, as amended from time to time, and commitments relating thereto to which Interconnection Customer is subject.

**NRC Requirements and Commitments** shall mean all the requirements, obligations, duties, and commitments required to be followed and honored by Interconnection Customer pursuant to the Atomic Energy Act of 1954, the regulations of the NRC, the Generating Facility's operating license and nuclear materials licenses, and all other laws, regulations, licenses, and commitments to which Interconnection Customer is or may become subject from time to time, as amended or superseded.

**Off-Site Power Service** shall mean all services necessary to permit the supply of Electricity (excluding ancillary services) to the Generating Facility in accordance with the terms of this Agreement.

**Off-Site Power Supply Points** shall mean the points at which Off-site Power Service is supplied to the Interconnection Customer as indicated on the one-line diagram attached hereto as Appendix A.

**Optional Interconnection Study** shall mean a sensitivity analysis based on assumptions specified by the Interconnection Customer in the Optional Interconnection Study Agreement.

**Optional Interconnection Study Agreement** shall mean the form of agreement contained in Appendix 5 of the Standard Large Generator Interconnection Procedures for conducting the Optional Interconnection Study.

**Point(s) of Interconnection** shall mean the point(s), as set forth in Appendix C to this Agreement, where the Interconnection Facilities connect to the Transmission Owner's Transmission System. The Points of Interconnection shall be the Delivery Points and the Off-Site Power Supply Points set forth in Appendix C.

**Reasonable Efforts** shall mean, with respect to an action required to be attempted or taken by a Party under this Agreement, efforts that are timely and consistent with Good Utility Practice and are otherwise substantially equivalent to those a Party would use to protect its own interests.

**Scoping Meeting** shall mean the meeting between representatives of the Interconnection Customer and Transmission Owner conducted for the purpose of discussing alternative interconnection options, to exchange information including any transmission data and earlier study evaluations that would be reasonably expected to

impact such interconnection options, to analyze such information, and to determine the potential feasible Points of Interconnection.

**Site Control** shall mean documentation reasonably demonstrating: (1) ownership of, a leasehold interest in, or a right to develop a site for the purpose of constructing a generating facility; (2) an option to purchase or acquire a leasehold site for such purpose; or (3) an exclusivity or other business relationship between Interconnection Customer and the entity having the right to sell, lease or grant Interconnection Customer the right to possess or occupy a site for such purpose.

**Stand Alone Network Upgrades** shall mean Network Upgrades that an Interconnection Customer may construct without affecting day-to-day operations of the Transmission System during their construction. Both the Transmission Owner and the Interconnection Customer must agree as to what constitutes Stand Alone Network Upgrades and identify them in Appendix A to this Agreement.

**Standard Large Generator Interconnection Procedures (LGIP)** shall mean the interconnection procedures applicable to an Interconnection Request pertaining to a Large Generating Facility (greater than 20 MW) that are included in the Tariff.

**System Operator** shall mean any of the following or its successor or equivalent: (a) the Transmission Owner's energy control center staff, or the energy control staff of any Affiliate of Transmission Owner with responsibility for the Transmission Owner's Transmission System, (b) the energy control center staff as provided in the Tariff, which staff are responsible for central dispatch, or (c) the energy control staff of a satellite control area operator.

**System Protection Facilities** shall mean the equipment, including necessary protection signal communications equipment, required to protect: (1) the Transmission Owner's Transmission System from faults or other electrical disturbances occurring at the Generating Facility; and (2) the Generating Facility from faults or other electrical system disturbances occurring on the Transmission Owner's Transmission System or on other delivery systems or other generating systems to which the Transmission Owner's Transmission System is directly connected.

**Tariff** shall mean the Transmission Provider's NYISO Open Access Transmission Tariff ("OATT") through which open access transmission service and Interconnection Service are offered or, to the extent applicable, the NYISO Market Administration and Control Area Services Tariff, as each is filed with the Commission, and as each may be amended or supplemented from time to time, or any successor tariff to either of them.

**Transmission Owner** shall mean the entity specified in the first paragraph of this Agreement, that owns the Transmission System at the Points of Interconnection and is a Party to this Agreement.

**Transmission Owner's Interconnection Facilities** shall mean those facilities and equipment owned, controlled or operated by the Transmission Owner located from

the Points of Interconnection as identified in Appendix C to this Agreement, including any modifications, additions or upgrades to such facilities and equipment. Transmission Owner's Interconnection Facilities shall include the portions of the Joint Use Facilities that are owned by the Transmission Owner as set forth in Appendix G of this Agreement, but shall exclude Distribution Upgrades, Stand Alone Network Upgrades and Network Upgrades.

**Transmission Provider** shall mean the NYISO, or its successor.

**Transmission System** shall mean the facilities owned, controlled or operated by the Transmission Owner that are used to provide transmission service under the Tariff.

**Trial Operation** shall mean the period during which Interconnection Customer is engaged in on-site test operations and commissioning of the Generating Facility prior to commercial operation.

## ARTICLE 2. EFFECTIVE DATE, TERM AND TERMINATION

2.1 **Effective Date.** This IA shall become effective upon execution by the Parties subject to acceptance by FERC (if applicable), or if filed unexecuted, upon the date specified by FERC. The obligations of the Parties hereunder shall only become effective on the Closing Date, except as otherwise provided under this Agreement. Transmission Owner shall promptly file this IA with FERC upon execution in accordance with Article 3.1.

2.1.1 The execution of the Asset Purchase Agreement shall be a condition precedent to the effectiveness of the obligations of the Parties under this Agreement. Notwithstanding any other provision of this Agreement, in the event the Asset Purchase Agreement is validly terminated pursuant to its terms prior to the Closing Date, this Agreement shall also terminate as of the date of such termination of the Asset Purchase Agreement.

2.2 **Term of Agreement**. Subject to the provisions of Articles 2.1.1 and 2.3, this IA shall remain in effect for a period of ten (10) years from the Effective Date, and shall be automatically renewed for each successive one-year period thereafter; provided however, that Transmission Owner shall have the right to file a notice of termination with the Commission if the Interconnection Customer permanently ceases to take Off-Site Power Service from any source for the Generating Facility.

2.3 **Termination Procedures**. This IA may be terminated as follows:

2.3.1 **Written Notice**. The Interconnection Customer may terminate this IA after giving the Transmission Owner ninety (90) Calendar Days advance written notice; or

**2.3.2 Default.** Either Party may terminate this IA in accordance with Article 17.

Notwithstanding the foregoing, no termination of this IA shall become effective until the Parties have complied with all Applicable Laws and Regulations applicable to such termination, including the filing with FERC of a notice of termination of this IA, which notice has been accepted for filing by FERC.

**2.4 Termination Costs.** If a Party elects to terminate this Agreement pursuant to Article 2.3 above, that Party shall pay all costs incurred (including any cancellation costs relating to orders or contracts for Interconnection Facilities and equipment) or charges assessed by the other Party, as of the date of the other Party's receipt of such notice of termination, that are the responsibility of the terminating Party under this IA. In the event of termination by either Party, both Parties shall use commercially Reasonable Efforts to mitigate the costs, damages and charges arising as a consequence of termination. Upon termination of this IA, unless otherwise ordered or approved by FERC:

**2.4.1** With respect to any portion of the Transmission Owner's Interconnection Facilities that have not yet been constructed or installed, the Transmission Owner shall to the extent possible and with Interconnection Customer's authorization cancel any pending orders of, or return, any materials or equipment for, or contracts for construction of, such facilities; provided that in the event Interconnection Customer elects not to authorize such cancellation, Interconnection Customer shall assume all payment obligations with respect to such materials, equipment, and contracts, and the Transmission Owner shall deliver such material and equipment, and, if necessary, assign such contracts, to Interconnection Customer as soon as practicable, at Interconnection Customer's expense. To the extent that Interconnection Customer has already paid Transmission Owner for any or all such costs of materials or equipment not taken by Interconnection Customer, Transmission Owner shall promptly refund such amounts to Interconnection Customer, less any costs, including penalties incurred by the Transmission Owner to cancel any pending orders of or return such materials, equipment, or contracts.

If Interconnection Customer terminates this IA, or if Transmission Owner terminates the IA for Interconnection Customer's Default, in accordance with Article 17, Interconnection Customer shall be responsible for all costs incurred in association with that Interconnection Customer's interconnection, including any cancellation costs relating to orders or contracts for Interconnection Facilities and equipment, and other expenses including any Network Upgrades for which the Transmission Owner has incurred expenses

and has not been reimbursed by the Interconnection Customer to the extent required under this Agreement.

**2.4.2** Transmission Owner may, at its option, retain any portion of such materials, equipment, or facilities that Interconnection Customer chooses not to accept delivery of, in which case Transmission Owner shall be responsible for all costs associated with procuring such materials, equipment, or facilities.

**2.4.3** With respect to any portion of the Interconnection Facilities, and any other facilities already installed or constructed pursuant to the terms of this IA, Interconnection Customer shall be responsible for all costs associated with the removal, relocation or other disposition or retirement of such materials, equipment, or facilities.

**2.5** **Disconnection**. Upon termination of this IA, the Parties will take all appropriate steps to disconnect the Generating Facility from the Transmission System. All costs required to effectuate such disconnection, including the costs of site restoration, shall be borne by the terminating Party, unless such termination resulted from the non-terminating Party's Default of this IA or such non-terminating Party otherwise is responsible for these costs under this IA.

**2.6** **Survival**. This IA shall continue in effect after termination to the extent necessary to provide for final billings and payments and for costs incurred hereunder, including billings and payments pursuant to this IA; to permit the determination and enforcement of liability and indemnification obligations arising from acts or events that occurred while this IA was in effect; to protect confidential information provided hereunder; and to permit each Party to have access to the lands of the other Party pursuant to this IA or other applicable agreements, to disconnect, remove or salvage its own facilities and equipment.

## ARTICLE 3. REGULATORY FILINGS

**3.1** **Filing**. The Transmission Owner shall file this IA (and any amendment hereto) with the appropriate Governmental Authority, if required. Any information that is Confidential Information in accordance with Article 22 shall be maintained by the Transmission Owner and identified as confidential under seal stating that Interconnection Customer asserts such information is Confidential Information and has requested such information be kept under seal. If requested by the Transmission Owner, Interconnection Customer shall provide the Transmission Owner, in writing, with the Interconnection Customer's basis for asserting that the information referred to in this Article 3.1 is competitively sensitive information, and the Transmission Owner may disclose such writing to the appropriate Governmental Authority. Interconnection Customer shall be responsible for the costs associated with affording confidential treatment of such information. If the Interconnection Customer has executed this IA, or any

amendment thereto, the Interconnection Customer shall reasonably cooperate with Transmission Owner with respect to such filing and to provide any information reasonably requested by Transmission Owner needed to comply with applicable regulatory requirements. If the Interconnection Customer has executed this Agreement or any amendment thereto, Interconnection Customer shall not protest the filing of this Agreement or any such amendment.

**3.1.1** This Agreement is subject to any necessary regulatory acceptance or approval without any material modification or condition. If any Governmental Authority having jurisdiction over this Agreement requires any modification to, or imposes any condition of acceptance or approval of, this Agreement, and such modification or condition could reasonably be expected to create a material adverse effect on the business, assets, operations or conditions (financial or otherwise) of Transmission Owner or the Interconnection Customer, then the Parties shall engage in good-faith negotiations for a period of no more than thirty (30) days following the issuance of that acceptance or approval in order to agree to revisions to this Agreement to satisfy, or otherwise address, such modification or condition. If the Parties fail to agree mutually to such changes, Transmission Owner may make a unilateral filing with such Governmental Authority to satisfy the modification or condition, and Interconnection Customer shall have the right to oppose such filing and participate fully in any proceeding established by such Governmental Authority to address such filing.

## ARTICLE 4. SCOPE OF SERVICE

**4.1** ***Interconnection Product Options***. Interconnection Customer has selected Network Resource Interconnection Service, as described below:

**4.1.1** Network Resource Interconnection Service ("NR Interconnection Service").

The product described in this Section 4.1.1 is the same as the interconnection service provided to the Generating Facility under Transmission Owner's ownership of the Generating Facility. Accordingly, as of the Effective Date, the studies referenced in Section 4.1.1.1. are not required, no Network Upgrades are needed for the Generating Facility to receive NR Interconnection Service, and Interconnection Customer satisfies the requirements for and will be provided NR Interconnection Service.

**4.1.1.1** **The Product**. The Transmission Owner must conduct the necessary studies and construct the Network Upgrades needed to integrate the Generating Facility

(a) in a manner comparable to that in which the Transmission Owner integrates its generating facilities to serve native load customers; or (b) in an ISO or RTO with market based congestion management, in the same manner as all other Network Resources. NR Interconnection Service in and of itself does not convey any transmission delivery service.

4.1.1.2 **Transmission Delivery Service Implications.** NR Interconnection Service allows the Interconnection Customer's Generating Facility to be designated by any Network Customer under the Tariff on the Transmission Owner's Transmission System as a Network Resource, up to the Generating Facility's full output, on the same basis as all other existing Network Resources interconnected to the Transmission Owner's Transmission System, and to be studied as a Network Resource on the assumption that such a designation will occur. Although NR Interconnection Service does not convey a reservation of transmission service, any Network Customer under the Tariff can utilize its network service under the Tariff to obtain delivery of energy from the interconnected Interconnection Customer's Generating Facility in the same manner as it accesses other Network Resources. The Generating Facility receiving NR Interconnection Service may also be used to provide Ancillary Services after technical studies and/or periodic analyses are performed with respect to the Generating Facility's ability to provide any applicable Ancillary Services, provided that such studies and analyses have been or would be required in connection with the provision of such Ancillary Services by any existing Network Resource. However, if the Generating Facility has not been designated as a Network Resource by any load, it cannot be required to provide Ancillary Services except to the extent such requirements extend to all generating facilities that are similarly situated.

NR Interconnection Service does not necessarily provide the Interconnection Customer with the capability to physically deliver the output of the Generating Facility to any particular load on the Transmission Owner's Transmission System without incurring congestion costs. In the event of transmission constraints on the Transmission Owner's Transmission System, the Generating Facility shall be

subject to the applicable congestion management procedures in the Transmission Owner's Transmission System in the same manner as all other Network Resources.

There is no requirement either at the time of study or interconnection, or at any point in the future, that the Generating Facility be designated as a Network Resource by a Network Customer under the Tariff or that the Interconnection Customer identify a specific buyer (or sink). To the extent a Network Customer does designate the Generating Facility as a Network Resource, it must do so pursuant to the Tariff.

Once an Interconnection Customer satisfies the requirements for obtaining NR Interconnection Service, any future transmission service request for delivery from the Generating Facility within the Transmission Owner's Transmission System of any amount of capacity and/or energy, up to the amount initially studied, will not require that any additional studies be performed or that any further upgrades associated with the Generating Facility be undertaken, regardless of whether or not the Generating Facility is ever designated by a Network Customer as a Network Resource and regardless of changes in ownership of the Generating Facility. To the extent the Interconnection Customer enters into an arrangement for long term transmission service for deliveries from the Generating Facility outside the Transmission Owner's Transmission System, such request may require additional studies and upgrades in order for the Transmission Owner to grant such request.

4.2 **Provision of Service.** Transmission Owner shall provide Interconnection Service for the Generating Facility at the Point of Interconnection. The Point of Interconnection is set forth in Appendix C. Interconnection Customer acknowledges that any generator balancing arrangement it desires to enter shall be governed by the Tariff and not this Agreement.

4.3 **Performance Standards.** Each Party shall perform all of its obligations under this IA in accordance with Applicable Laws and Regulations, Applicable Reliability Standards, and Good Utility Practice, and to the extent a Party is required to take or is prevented from taking or limited in taking any action by such Applicable Laws and Regulations, Applicable Reliability Standards, and Good Utility Practice, such Party shall not be deemed to be in Breach of this IA for its compliance therewith. If such Party is the Transmission Owner, then the

Transmission Owner shall amend this IA and submit the amendment to the Commission for approval.

4.4 **Transmission Service.** The execution of this IA does not constitute a request for, nor the provision of, any transmission delivery service under the Tariff.

4.5 **Interconnection Customer Provided Services.** The services provided by Interconnection Customer under this IA are set forth in Article 9.6 and Article 13.4.1. Interconnection Customer shall be paid for such services in accordance with Article 11.6.

## ARTICLE 5. INTERCONNECTION FACILITIES ENGINEERING, PROCUREMENT, AND CONSTRUCTION

Transmission Owner acknowledges that the Generating Facility is already interconnected to the Transmission System and that Transmission Owner has obtained such approvals as may be required from the Transmission Provider for Transmission Owner to enter into this Agreement and provide the service described herein. Accordingly, except as provided therein, the provisions of this Article 5 are not applicable to the interconnection of the Generating Facility as of the Effective Date, and accordingly, no studies, submissions by Interconnection Customer, new Interconnection Facilities or Network Upgrades are required for the interconnection of the Generating Facility under this Agreement. The Parties agree and acknowledge that the provisions of this Article 5 do apply to, among other circumstances, future modifications to the Generating Facility that may require the installation of new Interconnection Facilities, or the modification of existing Interconnection Facilities and/or Network Upgrades.

5.1 **Options.** Unless otherwise mutually agreed to between the Parties, Interconnection Customer shall select the In-Service Date, Initial Synchronization Date, and Commercial Operation Date, which dates shall apply to a prospective installation, construction, or modification of the Transmission Owner's Interconnection Facilities and/or Network Upgrades, including such activity as may be necessitated by an uprate in the generating capability of the Generating Facility. If these dates are acceptable to Transmission Owner, Transmission Owner shall elect to proceed under either the Standard Option or Alternate Option set forth in Articles 5.1.1 and 5.1.2 below. If these dates are not acceptable to Transmission Owner, the Parties shall proceed under Article 5.1.3 below. The Interconnection Facilities, Network Upgrades, and Distribution Upgrades existing as of the Effective Date of this Agreement are set forth in Appendix A.

5.1.1 **Standard Option.** If the dates designated by Interconnection Customer are acceptable to Transmission Owner, the Transmission Owner shall so notify Interconnection Customer within thirty (30) Calendar Days of submission of those dates to the Transmission Owner, and the Transmission Owner shall design, procure, and construct the Transmission Owner's Interconnection Facilities and

Network Upgrades, using Reasonable Efforts to complete the Transmission Owner's Interconnection Facilities and Network Upgrades by the dates set forth in Appendix B, Milestones. The Transmission Owner shall not be required to undertake any action which is inconsistent with its standard safety practices, its material and equipment specifications, its design criteria and construction procedures, its labor agreements, and Applicable Laws and Regulations. In the event the Transmission Owner reasonably expects that it will not be able to complete the Transmission Owner's Interconnection Facilities and Network Upgrades by the specified dates, the Transmission Owner shall promptly provide written notice to the Interconnection Customer and shall undertake Reasonable Efforts to meet the earliest dates thereafter.

5.1.2 **Alternate Option.** If the dates designated by Interconnection Customer are acceptable to Transmission Owner, the Transmission Owner shall so notify Interconnection Customer within thirty (30) Calendar Days of submission of those dates to the Transmission Owner, and Transmission Owner shall assume responsibility for the design, procurement and construction of the Transmission Owner's Interconnection Facilities by the designated dates.

If Transmission Owner subsequently fails to complete Transmission Owner's Interconnection Facilities by the In-Service Date, to the extent necessary to provide back feed power; or fails to complete Network Upgrades by the Initial Synchronization Date to the extent necessary to allow for Trial Operation at full power output, unless other arrangements are made by the Parties for such Trial Operation; or fails to complete the Network Upgrades by the Commercial Operation Date, as such dates are reflected in Appendix B, Milestones; Transmission Owner shall pay Interconnection Customer liquidated damages in accordance with Article 5.3, Liquidated Damages; provided, however, the dates designated by Interconnection Customer shall be extended day for day for each day that the Transmission Owner refuses to grant clearances to install equipment.

5.1.3 **Option to Build.** If the dates designated by Interconnection Customer are not acceptable to Transmission Owner, the Transmission Owner shall so notify the Interconnection Customer within thirty (30) Calendar Days, and unless the Parties agree otherwise, Interconnection Customer shall have the option to assume responsibility for the design, procurement and construction of Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades. Both Transmission Owner and Interconnection Customer must agree as to what constitutes Stand Alone Network Upgrades and identify such Stand Alone Network Upgrades in

Appendix A to this IA. Except for Stand Alone Upgrades, Interconnection Customer shall have no right to construct Network Upgrades under this option.

5.1.4 **Negotiated Option**. If the Interconnection Customer elects not to exercise its option under Article 5.1.3, Option to Build, Interconnection Customer shall so notify Transmission Owner within thirty (30) Calendar Days, and the Parties shall in good faith attempt to negotiate terms and conditions (including revision of the specified dates and liquidated damages, the provision of incentives or the procurement and construction of a portion of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades by Interconnection Customer) pursuant to which Transmission Owner is responsible for the design, procurement and construction of the Transmission Owner's Interconnection Facilities and Network Upgrades. If the Parties are unable to reach agreement on such terms and conditions, Transmission Owner shall assume responsibility for the design, procurement and construction of the Transmission Owner's Interconnection Facilities and Network Upgrades pursuant to Article 5.1.1, Standard Option.

5.2 **General Conditions Applicable to Option to Build**. If Interconnection Customer assumes responsibility for the design, procurement and construction of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades,

(1) the Interconnection Customer shall engineer, procure equipment, and construct the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades (or portions thereof) using Good Utility Practice and using standards and specifications provided in advance by the Transmission Owner;

(2) Interconnection Customer's engineering, procurement and construction of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades shall comply with all requirements of law to which Transmission Owner would be subject in the engineering, procurement or construction of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades;

(3) Transmission Owner shall review and approve the engineering design, equipment acceptance tests, and the construction of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades;

(4) prior to commencement of construction, Interconnection Customer shall provide to Transmission Owner a schedule for construction of the Transmission Owner's Interconnection Facilities and Stand Alone

Network Upgrades, and shall promptly respond to requests for information from Transmission Owner;

(5) at any time during construction, Transmission Owner shall have the right to gain unrestricted access to the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades and to conduct inspections of the same;

(6) at any time during construction, should any phase of the engineering, equipment procurement, or construction of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades not meet the standards and specifications provided by Transmission Owner, the Interconnection Customer shall be obligated to remedy deficiencies in that portion of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades;

(7) the Interconnection Customer shall indemnify the Transmission Owner for claims arising from the Interconnection Customer's construction of Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades under the terms and procedures applicable to Article 18.1 Indemnity;

(8) the Interconnection Customer shall transfer ownership and control of Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades to the Transmission Owner; and

(9) Transmission Owner shall approve and accept for operation and maintenance the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades to the extent engineered, procured, and constructed in accordance with this Article 5.2.

5.3 **Liquidated Damages.** The actual damages to the Interconnection Customer, in the event the Transmission Owner's Interconnection Facilities or Network Upgrades are not completed by the dates designated by the Interconnection Customer and accepted by the Transmission Owner pursuant to subparagraph *5.1.2 or 5.1.4 above*, may include Interconnection Customer's fixed operation and maintenance costs and lost opportunity costs. Such actual damages are uncertain and impossible to determine at this time. Because of such uncertainty, any liquidated damages paid by the Transmission Owner to the Interconnection Customer in the event that Transmission Owner does not complete any portion of the Transmission Owner's Interconnection Facilities or Network Upgrades by the applicable dates, shall be an amount equal to ½ of 1 percent per day of the actual cost of the Transmission Owner's Interconnection Facilities and Network Upgrades, in the aggregate, for which Transmission Owner has assumed responsibility to design, procure and construct.

However, in no event shall the total liquidated damages exceed 20 percent of the actual cost of the Transmission Owner's Interconnection Facilities and Network Upgrades for which the Transmission Owner has assumed responsibility to design, procure, and construct. The foregoing payments will be made by the Transmission Owner to the Interconnection Customer as just compensation for the damages caused to the Interconnection Customer, which actual damages are uncertain and impossible to determine at this time, and as reasonable liquidated damages, but not as a penalty or a method to secure performance of this IA.

No liquidated damages shall be paid to Interconnection Customer if: (1) Interconnection Customer is not ready to commence use of the Transmission Owner's Interconnection Facilities or Network Upgrades to take the delivery of power for the Generating Facility's Trial Operation or to export power from the Generating Facility on the specified dates, unless the Interconnection Customer would have been able to commence use of the Transmission Owner's Interconnection Facilities or Network Upgrades to take the delivery of power for Generating Facility's Trial Operation or to export power from the Generating Facility, but for Transmission Owner's delay; (2) the Transmission Owner's failure to meet the specified dates is the result of the action or inaction of the Interconnection Customer or any other interconnection customer who has entered into an IA with the Transmission Owner or any cause beyond Transmission Owner's reasonable control or reasonable ability to cure; (3) the Interconnection Customer has assumed responsibility for the design, procurement and construction of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades; or (4) the Parties have otherwise agreed.

**5.4** [RESERVED] .

**5.5** **Equipment Procurement.** If responsibility for construction of the Transmission Owner's Interconnection Facilities or Network Upgrades is to be borne by the Transmission Owner, then the Transmission Owner shall commence design of the Transmission Owner's Interconnection Facilities or Network Upgrades and procure necessary equipment as soon as practicable after all of the following conditions are satisfied, unless the Parties otherwise agree in writing:

**5.5.1** the Transmission Owner has completed the Facilities Study pursuant to the Facilities Study Agreement;

**5.5.2** the Transmission Owner has received written authorization to proceed with design and procurement from the Interconnection Customer by the date specified in Appendix B, Milestones; and

5.5.3 the Interconnection Customer has provided security to the Transmission Owner in accordance with Article 11.5 by the dates specified in Appendix B, Milestones.

5.6 **Construction Commencement.** The Transmission Owner shall commence construction of the Transmission Owner's Interconnection Facilities and Network Upgrades for which it is responsible as soon as practicable after the following additional conditions are satisfied:

5.6.1 Approval of the appropriate Governmental Authority has been obtained for any facilities requiring regulatory approval;

5.6.2 Necessary real property rights and rights-of-way have been obtained, to the extent required for the construction of a discrete aspect of the Transmission Owner's Interconnection Facilities and Network Upgrades;

5.6.3 The Transmission Owner has received written authorization to proceed with construction from the Interconnection Customer by the date specified in Appendix B, Milestones; and

5.6.4 The Interconnection Customer has provided security to the Transmission Owner in accordance with Article 11.5 by the dates specified in Appendix B, Milestones.

5.7 **Work Progress**. The Parties will keep each other advised periodically as to the progress of their respective design, procurement and construction efforts. Either Party may, at any time, request a progress report from the other Party. If, at any time, the Interconnection Customer determines that the completion of the Transmission Owner's Interconnection Facilities will not be required until after the specified In-Service Date, the Interconnection Customer will provide written notice to the Transmission Owner of such later date upon which the completion of the Transmission Owner's Interconnection Facilities will be required.

5.8 **Information Exchange.** As soon as reasonably practicable after the Effective Date, the Parties shall exchange information regarding the design and compatibility of the Parties' Interconnection Facilities and compatibility of the Interconnection Facilities with the Transmission Owner's Transmission System, and shall work diligently and in good faith to make any necessary design changes.

5.9 **Limited Operation**. If any of the Transmission Owner's Interconnection Facilities or Network Upgrades are not reasonably expected to be completed prior to the Commercial Operation Date of the Generating Facility, Transmission Owner shall, upon the request and at the expense of Interconnection Customer, perform operating studies on a timely basis to determine the extent to which the Generating Facility and the Interconnection

Customer's Interconnection Facilities may operate prior to the completion of the Transmission Owner's Interconnection Facilities or Network Upgrades consistent with Applicable Laws and Regulations, Applicable Reliability Standards, Good Utility Practice, and this IA. Transmission Owner shall permit Interconnection Customer to operate the Generating Facility and the Interconnection Customer's Interconnection Facilities in accordance with the results of such studies.

5.10 **Interconnection Customer's Interconnection Facilities ("ICIF").** Interconnection Customer shall, at its expense, design, operate, maintain, procure, construct, own and install the ICIF, as set forth in Appendix A.

5.10.1 **Generating Facility Specifications**. Interconnection Customer shall submit initial specifications for the ICIF, including System Protection Facilities, to Transmission Owner at least one hundred eighty (180) Calendar Days prior to the Initial Synchronization Date; and final specifications for review and comment at least ninety (90) Calendar Days prior to the Initial Synchronization Date. Transmission Owner shall review such specifications to ensure that the ICIF are compatible with the technical specifications, operational control, and safety requirements of the Transmission Owner and comment on such specifications within thirty (30) Calendar Days of Interconnection Customer's submission. All specifications provided hereunder shall be deemed confidential.

5.10.2 **Transmission Owner's Review**. Transmission Owner's review of Interconnection Customer's final specifications shall not be construed as confirming, endorsing, or providing a warranty as to the design, fitness, safety, durability or reliability of the Generating Facility, or the ICIF. Interconnection Customer shall make such changes to the ICIF as may reasonably be required by Transmission Owner, in accordance with Good Utility Practice, to ensure that the ICIF are compatible with the telemetry, communications, and safety requirements of the Transmission Owner.

5.10.3 **ICIF Construction**. The ICIF shall be designed and constructed in accordance with Good Utility Practice. Within one hundred twenty (120) Calendar Days after the Commercial Operation Date, unless the Parties agree on another mutually acceptable deadline, the Interconnection Customer shall deliver to the Transmission Owner "as-built" drawings, information and documents for the ICIF, such as: a one-line diagram, a site plan showing the Generating Facility and the ICIF, plan and elevation drawings showing the layout of the ICIF, a relay functional diagram, relaying AC and DC schematic wiring diagrams and relay settings for all facilities associated with the Interconnection Customer's step-up transformers, the facilities connecting the Generating Facility to the step-up transformers and

the ICIF, and the impedances (determined by factory tests) for the associated step-up transformers and the Generating Facility. The Interconnection Customer shall provide Transmission Owner specifications for the excitation system, automatic voltage regulator, Generating Facility control and protection settings, transformer tap settings, and communications.

5.11 **Transmission Owner's Interconnection Facilities Construction.** The Transmission Owner's Interconnection Facilities shall be designed and constructed in accordance with Good Utility Practice. Upon request, within one hundred twenty (120) Calendar Days after the Commercial Operation Date, unless the Parties agree on another mutually acceptable deadline, the Transmission Owner shall deliver to the Interconnection Customer appropriate "as-built" drawings, information and documents for the Transmission Owner's Interconnection Facilities.

The Interconnection Customer will transfer to Transmission Owner ownership and control of the Transmission Owner's Interconnection Facilities and Stand Alone Network Upgrades upon completion of such facilities.

5.12 **Access Rights.** In addition to the rights, and obligations set forth in the Reciprocal Easement Agreement, upon reasonable notice and supervision by a Party, and subject to any required or necessary regulatory approvals, a Party ("Granting Party") shall furnish at no cost to the other Party ("Access Party"), except as set forth in Article 5.12.1, any rights of use, licenses, rights of way and easements with respect to lands owned or controlled by the Granting Party that are necessary to enable the Access Party to obtain ingress and egress to construct, operate, maintain, repair, test (or witness testing), inspect, replace or remove facilities and equipment to: (i) interconnect the Generating Facility with the Transmission System; (ii) operate and maintain the Generating Facility, the Interconnection Facilities and the Transmission System; and (iii) disconnect or remove the Access Party's facilities and equipment upon termination of this IA. In exercising such licenses, rights of way and easements, the Access Party shall not unreasonably disrupt or interfere with normal operation of the Granting Party's business and shall adhere to the safety rules and procedures established in advance, as may be changed from time to time, by the Granting Party and provided to the Access Party.

**5.12.1** Any legal and administrative costs Granting Party incurs in complying with Article 5.12 for the benefit of the Access Party shall be reimbursed by Access Party. Transmission Owner shall notify Interconnection Customer before any entry onto Interconnection Customer's property and while on such property shall comply with all reasonable instructions of the Interconnection Customer, including instructions to remove personnel or property from the Station Exclusion Area, as defined in the Final Safety Analysis Report. In

the event of any conflict between the Reciprocal Easement Agreement and this Agreement, this Agreement shall control.

5.13 **Lands of Other Property Owners**. If any part of the Transmission Owner's Interconnection Facilities and/or Network Upgrades is, or will be, installed on property owned by persons other than Interconnection Customer or Transmission Owner, the Transmission Owner shall at Interconnection Customer's expense use efforts, similar in nature and extent to those that it typically undertakes on its own behalf, including use of its eminent domain authority, and to the extent consistent with state law, to procure from such persons any rights of use, licenses, rights of way and easements that are necessary to construct, operate, maintain, test, inspect, replace or remove the Transmission Owner's Interconnection Facilities and/or Network Upgrades upon such property. Upon receipt of a reasonable siting request, Transmission Owner shall provide siting assistance to the Interconnection Customer comparable to that provided to the Transmission Owner's own, or an Affiliate's generation.

5.14 **Permits**. The Transmission Owner and the Interconnection Customer shall be responsible for their respective costs and expenses to obtain all permits, licenses and authorizations that are necessary to accomplish the interconnection in compliance with Applicable Laws and Regulations, except if such costs and expenses are incurred due to a Default of this IA by the other Party. The Transmission Owner and the Interconnection Customer shall cooperate with each other in good faith in obtaining any such permits, licenses and authorizations. With respect to this paragraph, Transmission Owner shall provide permitting assistance to the Interconnection Customer comparable to that provided to the Transmission Owner's own, or an Affiliate's generation.

5.15 ***Early Construction of Base Case Facilities***. *Interconnection Customer may* request Transmission Owner to construct, and Transmission Owner shall construct, using Reasonable Efforts to accommodate Interconnection Customer's In-Service Date, all or any portion of any Network Upgrades required for Interconnection Customer to be interconnected to the Transmission System which are included in the Base Case of the Facilities Study for the Interconnection Customer, and which also are required to be constructed for another interconnection customer, but where such construction is not scheduled to be completed in time to achieve Interconnection Customer's In-Service Date.

5.16 **Suspension**. Interconnection Customer reserves the right, upon written notice to Transmission Owner, to suspend at any time all work by Transmission Owner associated with the construction and installation of Transmission Owner's Interconnection Facilities and/or Network Upgrades required under this IA with the condition that the Transmission System shall be left in a safe and reliable condition in accordance with Good Utility Practice and the Transmission Owner's safety and reliability criteria. In such event,

Interconnection Customer shall be responsible for all reasonable and necessary costs which Transmission Owner (i) has incurred pursuant to this IA prior to the suspension and (ii) incurs in suspending such work, including any costs incurred to perform such work as may be necessary to ensure the safety of persons and property and the integrity of the Transmission System during such suspension and, if applicable, any costs incurred in connection with the cancellation or suspension of material, equipment and labor contracts which Transmission Owner cannot reasonably avoid; provided, however, that prior to canceling or suspending any such material, equipment or labor contract, Transmission Owner shall obtain Interconnection Customer's authorization to do so.

Transmission Owner shall invoice Interconnection Customer for such costs pursuant to Article 12 and shall use due diligence to minimize its costs. In the event Interconnection Customer suspends work by Transmission Owner required under this IA pursuant to this Article 5.16, and has not requested Transmission Owner to recommence the work required under this IA on or before the expiration of three (3) years following commencement of such suspension, Transmission Owner shall have no further obligation to complete such work and any further work shall be treated as a new Interconnection Request; provided, however, that no such suspension shall effect the continued interconnection of the Generating Facility as configured prior to the new Interconnection Request or the validity of the existing IA.

5.17 **Taxes.**

5.17.1 **Interconnection Customer Payments Not Taxable.** The Parties intend that all payments or property transfers made by Interconnection Customer to Transmission Owner for the installation of the Transmission Owner's Interconnection Facilities and the Network Upgrades shall be non-taxable, either as contributions to capital, or as an advance, in accordance with the Internal Revenue Code and any applicable state income tax laws and shall not be taxable as contributions in aid of construction or otherwise under the Internal Revenue Code and any applicable state income tax laws.

5.17.2 **Representations And Covenants.** In accordance with IRS Notice 2001-82 and IRS Notice 88-129, Interconnection Customer represents and covenants that (i) ownership of the electricity generated at the Generating Facility will pass to another party prior to the transmission of the electricity on the Transmission System, (ii) for income tax purposes, the amount of any payments and the cost of any property transferred to the Transmission Owner for the Transmission Owner's Interconnection Facilities will be capitalized by Interconnection Customer as an intangible asset and recovered using the straight-line method over a useful life of twenty (20) years, and (iii) any portion of the Transmission Owner's Interconnection

Facilities that is a "dual-use intertie," within the meaning of IRS Notice 88-129, is reasonably expected to carry only a de minimis amount of electricity in the direction of the Generating Facility. For this purpose, "de minimis amount" means no more than 5 percent of the total power flows in both directions, calculated in accordance with the "5 percent test" set forth in IRS Notice 88-129. This is not intended to be an exclusive list of the relevant conditions that must be met to conform to IRS requirements for non-taxable treatment.

At Transmission Owner's request, Interconnection Customer shall provide Transmission Owner with a report from an independent engineer confirming its representation in clause (iii), above. Transmission Owner represents and covenants that the cost of the Transmission Owner's Interconnection Facilities paid for by Interconnection Customer will have no net effect on the base upon which rates are determined.

5.17.3 **Indemnification for Taxes Imposed Upon Transmission Owner.** Notwithstanding Article 5.17.1, Interconnection Customer shall protect, indemnify and hold harmless Transmission Owner from income taxes imposed against Transmission Owner as the result of payments or property transfers made by Interconnection Customer to Transmission Owner under this IA, as well as any interest and penalties, other than interest and penalties attributable to any delay caused by Transmission Owner.

Transmission Owner shall not include a gross-up for income taxes in the amounts it charges Interconnection Customer under this IA unless (i) Transmission Owner has determined, in good faith, that the payments or property transfers made by Interconnection Customer to Transmission Owner should be reported as income subject to taxation or (ii) any Governmental Authority directs Transmission Owner to report payments or property as income subject to taxation; provided, however, that Transmission Owner may require Interconnection Customer to provide security, in a form reasonably acceptable to Transmission Owner (such as a parental guarantee or a letter of credit), in an amount equal to Interconnection Customer's estimated tax liability under this Article 5.17. Interconnection Customer shall reimburse Transmission Owner for such taxes on a fully grossed-up basis, in accordance with Article 5.17.4, within thirty (30) Calendar Days of receiving written notification from Transmission Owner of the amount due, including detail about how the amount was calculated.

In the event that the Transmission Owner includes a gross-up upon its own determination that the payments or property transfers should be reported as income subject to taxation, the Interconnection