Customer may require the Transmission Owner to provide security, in a form reasonably acceptable to the Interconnection Customer (such as a parental guarantee or a letter of credit) in an amount equal to the Interconnection Customer's estimated tax liability under this Article 5.17.

The indemnification obligation shall terminate at the earlier of (1) the expiration of the 10-year testing period, as contemplated by IRS Notice 88-129, and the applicable statute of limitation, as it may be extended by the Transmission Owner upon request of the IRS, to keep these years open for audit or adjustment, or (2) the occurrence of a subsequent taxable event and the payment of any related indemnification obligations as contemplated by this Article 5.17.

5.17.4 **Tax Gross-Up Amount**. Interconnection Customer's liability for taxes under this Article 5.17 shall be calculated on a fully grossed-up basis. Except as may otherwise be agreed to by the parties, this means that Interconnection Customer will pay Transmission Owner, in addition to the amount paid for the Interconnection Facilities and Network Upgrades, an amount equal to (1) the current taxes imposed on Transmission Owner ("Current Taxes") on the excess of (a) the gross income realized by Transmission Owner as a result of payments or property transfers made by Interconnection Customer to Transmission Owner under this IA (without regard to any payments under this Article 5.17) (the "Gross Income Amount") over (b) the present value of future tax deductions for depreciation that will be available as a result of such payments or property transfers (the "Present Value Depreciation Amount"), plus (2) an additional amount sufficient to permit the Transmission Owner to receive and retain, after the payment of all Current Taxes, an amount equal to the net amount described in clause (1).

For this purpose, (i) Current Taxes shall be computed based on Transmission Owner's composite federal and state tax rates at the time the payments or property transfers are received and Transmission Owner will be treated as being subject to tax at the highest marginal rates in effect at that time (the "Current Tax Rate"), and (ii) the Present Value Depreciation Amount shall be computed by discounting Transmission Owner's anticipated tax depreciation deductions as a result of such payments or property transfers by Transmission Owner's current weighted average cost of capital. Thus, the formula for calculating Interconnection Customer's liability to Transmission Owner pursuant to this Article 5.17.4 can be expressed as follows: (Current Tax Rate x (Gross Income Amount - Present Value of Tax Depreciation))/(1-Current Tax Rate). Interconnection Customer's estimated tax liability in the event taxes

are imposed shall be stated in Appendix A, Interconnection Facilities, Network Upgrades and Distribution Upgrades.

5.17.5 **Private Letter Ruling or Change or Clarification of Law**. At Interconnection Customer's request and expense, Transmission Owner shall file with the IRS a request for a private letter ruling as to whether any property transferred or sums paid, or to be paid, by Interconnection Customer to Transmission Owner under this IA are subject to federal income taxation. Interconnection Customer will prepare the initial draft of the request for a private letter ruling, and will certify under penalties of perjury that all facts represented in such request are true and accurate to the best of Interconnection Customer's knowledge. Transmission Owner and Interconnection Customer shall cooperate in good faith with respect to the submission of such request.

Transmission Owner shall keep Interconnection Customer fully informed of the status of such request for a private letter ruling and shall execute either a privacy act waiver or a limited power of attorney, in a form acceptable to the IRS, that authorizes Interconnection Customer to participate in all discussions with the IRS regarding such request for a private letter ruling. Transmission Owner shall allow Interconnection Customer to attend all meetings with IRS officials about the request and shall permit Interconnection Customer to prepare the initial drafts of any follow-up letters in connection with the request. If the private letter ruling concludes that such transfers or sums are not subject to federal income taxation, or a clarification of or change in law results in Transmission Owner determining in good faith that such transfers or sums are not subject to federal income taxation, Parties' obligations regarding a gross-up or security under this Article 5.17 shall be reduced accordingly.

5.17.6 **Subsequent Taxable Events**. If, within 10 years from the date on which the relevant Transmission Owner's Interconnection Facilities are placed in service, (i) Interconnection Customer Breaches the covenant contained in Article 5.17.2(i), (ii) a "disqualification event" occurs within the meaning of IRS Notice 88-129, or (iii) this IA terminates and Transmission Owner retains ownership of the Interconnection Facilities and Network Upgrades, the Interconnection Customer shall pay a tax gross-up for the taxes imposed on Transmission Owner, calculated using the methodology described in Article 5.17.4 and in accordance with IRS Notice 90-60.

5.17.7 **Contests**. In the event any Governmental Authority determines that Transmission Owner's receipt of payments or property constitutes income that is subject to taxation, Transmission Owner shall notify Interconnection Customer, in writing, within thirty (30) Calendar Days

of receiving notification of such determination by a Governmental Authority. Upon the timely written request by Interconnection Customer and at Interconnection Customer's sole expense, Transmission Owner shall appeal, protest, seek abatement of, or otherwise oppose such determination. Upon Interconnection Customer's written request and sole expense, Transmission Owner shall file a claim for refund with respect to any taxes paid under this Article 5.17, whether or not it has received such a determination. Transmission Owner reserves the right to make all decisions with regard to the prosecution of such appeal, protest, abatement or other contest, including the selection of counsel and compromise or settlement of the claim, but Transmission Owner shall keep Interconnection Customer informed, shall consider in good faith suggestions from Interconnection Customer about the conduct of the contest, and shall reasonably permit Interconnection Customer or an Interconnection Customer representative to attend contest proceedings.

Interconnection Customer shall pay to Transmission Owner on a periodic basis, as invoiced by Transmission Owner, Transmission Owner's documented reasonable costs of prosecuting such appeal, protest, abatement or other contest. Transmission Owner will not be required to appeal or seek further review beyond one level of judicial review. At any time during the contest, Transmission Owner may agree to a settlement either with Interconnection Customer's consent or after obtaining written advice from nationally-recognized tax counsel, selected by Transmission Owner, but reasonably acceptable to Interconnection Customer, that the proposed settlement represents a reasonable settlement given the hazards of litigation. Interconnection Customer's obligation shall be based on the amount of the settlement agreed to by Interconnection Customer, or if a higher amount, so much of the settlement that is supported by the written advice from nationally-recognized tax counsel selected under the terms of the preceding sentence. Any settlement without Interconnection Customer's consent or such written advice will relieve Interconnection Customer from any obligation to indemnify Transmission Owner for the tax at issue in the contest.

**5.17.8** **Refund.** In the event that (a) a private letter ruling is issued to Transmission Owner which holds that any amount paid or the value of any property transferred by Interconnection Customer to Transmission Owner under the terms of this IA is not subject to federal income taxation, (b) any legislative change or administrative announcement, notice, ruling or other determination makes it reasonably clear to Transmission Owner in good faith that any amount paid or the value of any property transferred by Interconnection Customer to Transmission Owner under the terms of

this IA is not taxable to Transmission Owner, (c) any abatement, appeal, protest, or other contest results in a determination that any payments or transfers made by Interconnection Customer to Transmission Owner are not subject to federal income tax, or (d) if Transmission Owner receives a refund from any taxing authority for any overpayment of tax attributable to any payment or property transfer made by Interconnection Customer to Transmission Owner pursuant to this IA, Transmission Owner shall promptly refund to Interconnection Customer the following:

(i) any payment made by Interconnection Customer under this Article 5.17 for taxes that is attributable to the amount determined to be non-taxable, together with interest thereon;

(ii) on any amounts paid by Interconnection Customer to Transmission Owner for such taxes which Transmission Owner did not submit to the taxing authority, calculated in accordance with the methodology set forth in FERC's regulations at 18 C.F.R. §35.19a(a)(2)(ii) from the date payment was made by Interconnection Customer to the date Transmission Owner refunds such payment to Interconnection Customer; and

(iii) with respect to any such taxes paid by Transmission Owner, any refund or credit Transmission Owner receives or to which it may be entitled from any Governmental Authority, interest (or that portion thereof attributable to the payment described in clause (i), above) owed to the Transmission Owner for such overpayment of taxes (including any reduction in interest otherwise payable by Transmission Owner to any Governmental Authority resulting from an offset or credit); provided, however, that Transmission Owner will remit such amount promptly to Interconnection Customer only after and to the extent that Transmission Owner has received a tax refund, credit or offset from any Governmental Authority for any applicable overpayment of income tax related to the Transmission Owner's Interconnection Facilities.

The intent of this provision is to leave both Parties, to the extent practicable, in the event that no taxes are due with respect to any payment for Interconnection Facilities and Network Upgrades hereunder, in the same position they would have been in had no such tax payments been made.

5.17.9 **Taxes Other Than Income Taxes.** Upon the timely request by Interconnection Customer, and at Interconnection Customer's sole expense, Transmission Owner shall appeal, protest, seek abatement

of, or otherwise contest any tax (other than federal or state income tax) asserted or assessed against Transmission Owner for which Interconnection Customer may be required to reimburse Transmission Owner under the terms of this IA. Interconnection Customer and Transmission Owner shall cooperate in good faith with respect to any such contest. Unless the payment of such taxes is a prerequisite to an appeal or abatement or cannot be deferred, no amount shall be payable by Interconnection Customer to Transmission Owner for such taxes until they are assessed by a final, non-appealable order by any court or agency of competent jurisdiction. In the event that a tax payment is withheld and ultimately due and payable after appeal, Interconnection Customer will be responsible for all taxes, interest and penalties, other than penalties attributable to any delay caused by Transmission Owner.

**5.18** **Tax Status.** Each Party shall cooperate with the other to maintain the other Party's tax status. Nothing in this IA is intended to adversely affect any Transmission Owner's tax exempt status with respect to the issuance of bonds including, but not limited to, Local Furnishing Bonds.

**5.19** **Modification.**

**5.19.1** **General.** Either Party may undertake modifications to its facilities. If a Party plans to undertake a modification that reasonably may be expected to affect the other Party's facilities, that Party shall provide to the other Party sufficient information regarding such modification so that the other Party may evaluate the potential impact of such modification prior to commencement of the work. Such information shall be Confidential Information in accordance with Article 22 and shall include information concerning the timing of such modifications and whether such modifications are expected to interrupt the flow of electricity from the Generating Facility. The Party desiring to perform such work shall provide the relevant drawings, plans, and specifications to the other Party at least ninety (90) Calendar Days in advance of the commencement of the work or such shorter period upon which the Parties may agree, which agreement shall not unreasonably be withheld, conditioned or delayed.

In the case of Generating Facility modifications that do not require Interconnection Customer to submit an Interconnection Request, Transmission Owner shall provide, within thirty (30) Calendar Days (or such other time as the Parties may agree), an estimate of any additional modifications to the Transmission System, Transmission Owner's Interconnection Facilities or Network Upgrades necessitated by such Interconnection Customer modification and a good faith estimate of the costs thereof.

**5.19.2 Standards.** Any additions, modifications, or replacements made to a Party's facilities shall be designed, constructed and operated in accordance with this IA, the Bulletin, and Good Utility Practice; provided, however, that in the event of a conflict between the rules and requirements of the NYISO and the requirements of the Bulletin, the rules and requirements of the NYISO shall govern. Transmission Owner will perform any modifications to the Interconnection Facilities or the Transmission System in a manner that supports Interconnection Customer's compliance with NRC Requirements and Commitments, including General Design Criterion 17 and the Station Blackout rule. Transmission Owner will not undertake any modifications to the Interconnection Facilities or the Transmission System if such modification would result in noncompliance with NRC Requirements or Commitments, or would invalidate analyses upon which such compliance is based. Transmission Owner will notify Interconnection Customer in advance of any modification to the Transmission System or Interconnection Facilities as described in the Final Safety Analysis Report, and agrees to coordinate the planning, scheduling and performance of such modifications with Interconnection Customer. If Interconnection Customer notifies the Transmission Owner that a proposed modification affects a system, structure or component described in the Final Safety Analysis Report, Transmission Owner will provide such information as is necessary for Interconnection Customer to evaluate the modification and obtain NRC approval if required, and Transmission Owner will not proceed with such modification until it receives Interconnection Customer's consent, which shall not be unreasonably withheld. Interconnection Customer shall be responsible for all costs incurred by Transmission Owner in ensuring that modifications to the Interconnection Facilities and/or the Transmission System comply with this Section 5.19.2.

**5.19.3 Modification Costs.** Interconnection Customer shall not be directly assigned for the costs of any additions, modifications, or replacements that Transmission Owner makes to the Transmission Owner's Interconnection Facilities or the Transmission System to facilitate the interconnection of a third party to the Transmission Owner's Interconnection Facilities or the Transmission System, or to provide transmission service under the Tariff. Interconnection Customer shall be responsible for the costs of any additions, modifications, or replacements to the Interconnection Customer's Interconnection Facilities that may be necessary to maintain or upgrade such Interconnection Customer's Interconnection Facilities consistent with Applicable Laws and Regulations, Applicable Reliability Standards or Good Utility Practice.

## ARTICLE 6. TESTING AND INSPECTION

6.1 **Pre-Commercial Operation Date Testing and Modifications.** Prior to the Commercial Operation Date, the Transmission Owner shall test the Transmission Owner's Interconnection Facilities and Network Upgrades and Interconnection Customer shall test the Generating Facility and the Interconnection Customer's Interconnection Facilities to ensure their safe and reliable operation. Similar testing may be required after initial operation. Each Party shall make any modifications to its facilities that are found to be necessary as a result of such testing. Interconnection Customer shall bear the cost of all such testing and modifications. Interconnection Customer shall generate test energy at the Generating Facility only if it has arranged for the delivery of such test energy. Transmission Owner acknowledges that the Generating Facility is already interconnected to the Transmission System and that the provisions of this Section 6.1 do not apply to the Generating Facility as of the Effective Date.

6.2 **Post-Commercial Operation Date Testing and Modifications.** Each Party shall at its own expense perform routine inspection and testing of its facilities and equipment in accordance with Good Utility Practice as may be necessary to ensure the continued interconnection of the Generating Facility with the Transmission System in a safe and reliable manner. Each Party shall have the right, upon advance written notice, to require reasonable additional testing of the other Party's facilities, at the requesting Party's expense, as may be in accordance with Good Utility Practice.

6.3 **Right to Observe Testing.** Each Party shall notify the other Party in advance of its performance of tests of its Interconnection Facilities. The other Party has the right, at its own expense, to observe such testing.

6.4 **Right to Inspect.** Each Party shall have the right, but shall have no obligation to: (i) observe the other Party's tests and/or inspection of any of its System Protection Facilities and other protective equipment; (ii) review the settings of the other Party's System Protection Facilities and other protective equipment; and (iii) review the other Party's maintenance records relative to the Interconnection Facilities, the System Protection Facilities and other protective equipment. A Party may exercise these rights from time to time as it deems necessary upon reasonable notice to the other Party. The exercise or non-exercise by a Party of any such rights shall not be construed as an endorsement or confirmation of any element or condition of the Interconnection Facilities or the System Protection Facilities or other protective equipment or the operation thereof, or as a warranty as to the fitness, safety, desirability, or reliability of same. Any information that a Party obtains through the exercise of any of its rights under this Article 6.4 shall be Confidential Information.

## ARTICLE 7. METERING

7.1 **General.** Each Party shall comply with the Applicable Reliability Council requirements. Unless otherwise agreed by the Parties, Transmission Owner shall install Metering Equipment in accordance with Appendix C of this IA, and shall own, operate, test and maintain such Metering Equipment. Power flows to and from the Generating Facility shall be measured at or, at Transmission Owner's option, compensated to, the Point of Interconnection. Transmission Owner shall provide metering quantities, in analog and/or digital form, to Interconnection Customer upon request. Interconnection Customer shall bear all reasonable documented costs associated with the purchase, installation, operation, testing and maintenance of the Metering Equipment.

7.2 **Check Meters.** Interconnection Customer, at its option and expense, may install and operate, on its premises and on its side of the Point of Interconnection, one or more check meters to check Transmission Owner's meters. Such check meters shall be for check purposes only and shall not be used for the measurement of power flows for purposes of this IA, except as provided in Article 7.4 below. The check meters shall be subject at all reasonable times to inspection and examination by Transmission Owner or its designee. The installation, operation and maintenance thereof shall be performed entirely by Interconnection Customer in accordance with Good Utility Practice.

7.3 **Standards.** Transmission Owner shall install, calibrate, and test revenue quality Metering Equipment in accordance with applicable ANSI standards.

7.4 **Testing of Metering Equipment.** Transmission Owner shall inspect and test all Transmission Owner-owned Metering Equipment upon installation and at least once every two (2) years thereafter. If requested to do so by Interconnection Customer, Transmission Owner shall, at Interconnection Customer's expense, inspect or test Metering Equipment more frequently than every two (2) years. Transmission Owner shall give reasonable notice of the time when any inspection or test shall take place, and Interconnection Customer may have representatives present at the test or inspection. If at any time Metering Equipment is found to be inaccurate or defective, it shall be adjusted, repaired or replaced at Interconnection Customer's expense, in order to provide accurate metering, unless the inaccuracy or defect is due to Transmission Owner's failure to maintain, then Transmission Owner shall pay. If Metering Equipment fails to register, or if the measurement made by Metering Equipment during a test varies by more than two percent from the measurement made by the standard meter used in the test, Transmission Owner shall adjust the measurements by correcting all measurements for the period during which Metering Equipment was in error by using Interconnection Customer's check meters, if installed. If no such check meters are installed or if the period cannot be reasonably ascertained, the adjustment shall be for the

period immediately preceding the test of the Metering Equipment equal to one-half the time from the date of the last previous test of the Metering Equipment.

7.5 **Metering Data.** At Interconnection Customer's expense, the metered data shall be telemetered to one or more locations designated by Transmission Owner and one or more locations designated by Interconnection Customer. Such telemetered data shall be used, under normal operating conditions, as the official measurement of the amount of energy delivered from the Generating Facility to the Point of Interconnection.

## ARTICLE 8. COMMUNICATIONS

8.1 **Interconnection Customer Obligations.** Interconnection Customer shall maintain satisfactory operating communications with Transmission Owner's Transmission System dispatcher or representative designated by Transmission Owner. Interconnection Customer shall provide standard voice line, dedicated voice line and facsimile communications at its Generating Facility control room or central dispatch facility through use of either the public telephone system, or a voice communications system that does not rely on the public telephone system. Interconnection Customer shall also provide the dedicated data circuit(s) necessary to provide Interconnection Customer data to Transmission Owner as set forth in Appendix D, Security Arrangements Details. The data circuit(s) shall extend from the Generating Facility to the location(s) specified by Transmission Owner. Any required maintenance of such communications equipment shall be performed by Interconnection Customer. Operational communications shall be activated and maintained under, but not be limited to, the following events: system paralleling or separation, scheduled and unscheduled shutdowns, equipment clearances, and hourly and daily load data. Transmission Owner represents that the communications facilities existing at the Generating Facility as of the Closing Date meet the requirements of this Section 8.1.

8.2 **Remote Terminal Unit.** Remote Terminal Unit, or equivalent data collection and transfer equipment acceptable to both Parties, shall be installed by Interconnection Customer, or by Transmission Owner at Interconnection Customer's expense, to gather accumulated and instantaneous data to be telemetered to the location(s) designated by Transmission Owner through use of a dedicated point-to-point data circuit(s) as indicated in Article 8.1. The communication protocol for the data circuit(s) shall be specified by Transmission Owner. Instantaneous bi-directional analog real power and reactive power flow information must be telemetered directly to the location(s) specified by Transmission Owner. Transmission Owner represents that the Remote Terminal Unit existing at the Generating Facility as of the Effective Date meets the requirements of this Section 8.2.

Each Party will promptly advise the other Party if it detects or otherwise learns of any metering, telemetry or communications equipment errors or

malfunctions that require the attention and/or correction by the other Party. The Party owning such equipment shall correct such error or malfunction as soon as reasonably feasible.

8.3 **No Annexation.** Any and all equipment placed on the premises of a Party shall be and remain the property of the Party providing such equipment regardless of the mode and manner of annexation or attachment to real property, unless otherwise mutually agreed by the Parties in writing.

## ARTICLE 9. OPERATIONS

9.1 **General.** Each Party shall comply with the Applicable Reliability Council requirements. Each Party shall provide to the other Party all information that may reasonably be required by the other Party to comply with Applicable Laws and Regulations and Applicable Reliability Standards.

9.2 **Control Area Notification.** Interconnection Customer hereby notifies Transmission Owner that the Generating Facility will be located in the NYISO Control Area. If the Interconnection Customer elects to locate the Generating Facility in a Control Area other than the Control Area in which the Generating Facility is physically located, and if permitted to do so by the relevant transmission tariffs, all necessary arrangements, including but not limited to those set forth in Article 7 and Article 8 of this IA, and remote Control Area generator interchange agreements, if applicable, and the appropriate measures under such agreements, shall be executed and implemented prior to the placement of the Generating Facility in the other Control Area.

9.3 **Transmission Owner Obligations.** Transmission Owner shall cause the Transmission System and the Transmission Owner's Interconnection Facilities to be operated, maintained and controlled in a safe and reliable manner and in accordance with Good Utility Practice and this IA. Transmission Owner may provide operating instructions to Interconnection Customer consistent with this IA and Transmission Owner's operating protocols and procedures as they may change from time to time. Transmission Owner will consider changes to its operating protocols and procedures proposed by Interconnection Customer.

9.4 **Interconnection Customer Obligations.** Interconnection Customer shall at its own expense operate, maintain and control the Generating Facility and the Interconnection Customer's Interconnection Facilities in a safe and reliable manner and in accordance with Good Utility Practice and this IA. Interconnection Customer shall operate the Generating Facility and the Interconnection Customer's Interconnection Facilities in accordance with all applicable requirements of the Control Area of which it is part, as such requirements are set forth in Appendix C, Interconnection Details, of this IA. Appendix C, Interconnection Details, will be modified to reflect changes to the requirements as they may change from time to time. Either Party may request

that the other Party provide copies of the requirements set forth in Appendix C, Interconnection Details, of this IA.

9.5 **Start-Up and Synchronization.** Consistent with the Parties' mutually acceptable procedures, the Interconnection Customer is responsible for the proper synchronization of the Generating Facility to the Transmission Owner's Transmission System.

9.6 **Reactive Power.**

9.6.1 **Generating Facilities Participating in Voltage Control as an Ancillary Service Under the Tariff.** Unless otherwise agreed to by the Parties, Interconnection Customer shall operate the Generating Facility with automatic voltage regulation equipment in service at all times. Transmission Owner acknowledges that the voltage regulation equipment in service on the Effective Date meets the voltage regulation requirements of this Agreement. The voltage regulation equipment will control voltage at the Point of Interconnection to the nominal system voltage, as determined by the System Operator. From time to time, and in accordance with the Tariff, Transmission Owner or the System Operator may require Interconnection Customer, at no charge to Transmission Owner, to raise or lower the voltage at the Point of Interconnection, which may result in providing reactive power to the Transmission System or absorbing reactive power from the Transmission System. Interconnection Customer shall be compensated for such reactive power pursuant to the applicable provisions of the Tariff.

9.6.2 **Generators not Participating in Voltage Control as an Ancillary Service Under the NYISO Tariff.** Interconnection Customer shall operate the Generating Facility to provide or receive VARs as necessary to maintain the voltage schedule directed by the Transmission Owner, the NYISO, or the System Operator at the Points of Interconnection, and at no charge to Transmission Owner. Interconnection Customer shall be required to maintain at least the capability of providing or receiving VARs of plus or minus 100 MVARs at full load as measured at the Generator Facility terminals.

9.6.3 **Voltage Limits.** Interconnection Customer shall notify the System Operator, to the extent required by the System Operator, if the Generating Facility reaches the limit of its VAR capabilities, if there is any deviation from the assigned voltage schedule, or if any automatic voltage regulator is removed from or restored to service. The Transmission Owner shall maintain switchyard 13-A voltage limits within the values required by the station design basis for Off-Site Power Supply as described in the Final Safety Analysis Report.

9.6.4 **Restoration.** In addition to voltage regulation, Interconnection Customer shall adhere to the System Operator's service restoration plan, as amended, which plan shall be provided to Interconnection Customer by Transmission Owner upon Interconnection Customer's request. The Transmission Owner shall have written procedures for prompt restoration of Off-Site Power to the Generating Facility.

9.7 **Outages and Interruptions.**

9.7.1 **Outages.**

9.7.1.1 **Outage Authority and Coordination.** Each Party may, in accordance with Good Utility Practice and in coordination with the other Party, remove from service any of its respective Interconnection Facilities or Network Upgrades that may impact the other Party's facilities as necessary to perform maintenance or testing or to install or replace equipment. Absent an Emergency Condition, the Party scheduling a removal of such facility(ies) from service will use Reasonable Efforts to schedule such removal on a date and time mutually acceptable to both Parties. In all circumstances any Party planning to remove such facility(ies) from service shall provide seven (7) Calendar Days notice of any scheduled outage and use Reasonable Efforts to minimize the effect on the other Party of such removal.

9.7.1.2 **Outage Schedules.** In accordance with the Tariff, the Transmission Provider will post scheduled outages of its transmission facilities on the OASIS. Interconnection Customer shall submit its planned maintenance schedules for the Generating Facility to Transmission Owner for a minimum of a rolling twenty-four (24) month period. Interconnection Customer shall update its planned maintenance schedules as necessary. Transmission Owner or Transmission Provider may request Interconnection Customer to reschedule its maintenance as necessary to maintain the reliability of the Transmission System. In accordance with the Tariff, Transmission Provider will compensate Interconnection Customer for any additional direct costs that the Interconnection Customer incurs as a result of having to reschedule maintenance, including any additional overtime, breaking of maintenance contracts or other costs above and beyond the cost the Interconnection

Customer would have incurred absent the Transmission Provider's request to reschedule maintenance.

9.7.1.3 **Outage Restoration**. If an outage on a Party's Interconnection Facilities or Network Upgrades adversely affects the other Party's operations or facilities, the Party that owns or controls the facility that is out of service shall use Reasonable Efforts to promptly restore such facility(ies) to a normal operating condition consistent with the nature of the outage. The Party that owns or controls the facility that is out of service shall provide the other Party, to the extent such information is known, information on the nature of the condition causing the outage, an estimated time of restoration, and any corrective actions required. Initial verbal notice shall be followed up as soon as practicable with written notice explaining the nature of the outage. In the event of an unscheduled outage, Transmission Owner will take all necessary and reasonable actions, in accordance with applicable emergency plans and black start restoration procedures, to cause Off-Site Power to be restored for the Generating Facility promptly and as a matter of priority over non-nuclear stations.

9.7.2 **Interruption of Service**. If required by Good Utility Practice to do so, Transmission Owner may require Interconnection Customer to interrupt or reduce deliveries of electricity if such delivery of electricity could adversely affect Transmission Owner's ability to perform such activities as are necessary to safely and reliably operate and maintain the Transmission System. The following provisions shall apply to any interruption or reduction permitted under this Article 9.7.2:

9.7.2.1 The interruption or reduction shall continue only for so long as reasonably necessary under Good Utility Practice;

9.7.2.2 Any such interruption or reduction shall be made on an equitable, non-discriminatory basis with respect to all Generating Facilities directly connected to the Transmission System;

9.7.2.3 When the interruption or reduction must be made under circumstances which do not allow for advance notice, Transmission Owner shall notify Interconnection

Customer by telephone as soon as practicable of the reasons for the curtailment, interruption, or reduction, and, if known, its expected duration. Telephone notification shall be followed by written notification as soon as practicable;

9.7.2.4 Except during the existence of an Emergency Condition, when the interruption or reduction can be scheduled without advance notice, Transmission Owner shall notify Interconnection Customer in advance regarding the timing of such scheduling and further notify Interconnection Customer of the expected duration. Transmission Owner shall coordinate with the Interconnection Customer using Good Utility Practice to schedule the interruption or reduction during periods of least impact to the Interconnection Customer and the Transmission Owner;

9.7.2.5 The Parties shall cooperate and coordinate with each other to the extent necessary in order to restore the Generating Facility, Interconnection Facilities, and the Transmission System to their normal operating state, consistent with system conditions and Good Utility Practice.

9.7.3 **Under-Frequency and Over Frequency Conditions**. The Transmission System is designed to automatically activate a load-shed program as required by the Applicable Reliability Council in the event of an under-frequency system disturbance. Interconnection Customer shall implement under-frequency and over-frequency relay set points for the Generating Facility as required by the Applicable Reliability Council to ensure "ride through" capability of the Transmission System. Generating Facility response to frequency deviations of pre-determined magnitudes, both under-frequency and over-frequency deviations, shall be studied and coordinated with the Transmission Owner in accordance with Good Utility Practice. The term "ride through" as used herein shall mean the ability of a Generating Facility to stay connected to and synchronized with the Transmission System during system disturbances within a range of under-frequency and over-frequency conditions, in accordance with Good Utility Practice.

9.7.4 ***System Protection and Other Control Requirements.***

9.7.4.1 **System Protection Facilities**. Interconnection Customer shall, at its expense, install, operate and maintain System Protection Facilities as a part of the

Generating Facility or the Interconnection Customer's Interconnection Facilities. Transmission Owner shall, at its expense, install, operate and maintain any System Protection Facilities that may be required on the Transmission Owner's Interconnection Facilities or the Transmission System as a result of the interconnection of the Generating Facility and the Interconnection Customer's Interconnection Facilities. Transmission Owner represents that the System Protection Facilities installed at the Generating Facility as of the Effective Date meet the system protection requirements of this Agreement.

**9.7.4.2** Each Party's protection facilities shall be designed and coordinated with other systems in accordance with Good Utility Practice.

**9.7.4.3** Each Party shall be responsible for protection of its facilities consistent with Good Utility Practice.

**9.7.4.4** Each Party's protective relay design shall incorporate the necessary test switches or sliding terminal decks to perform the tests required in Article 6. The required test switches or sliding terminal decks will be placed such that they allow operation of lockout relays while preventing breaker failure schemes from operating and causing unnecessary breaker operations and/or the tripping of the Interconnection Customer's units.

**9.7.4.5** Each Party will test, operate and maintain its respective System Protection Facilities in accordance with Good Utility Practice.

**9.7.4.6** At intervals consistent with Good Utility Practice and following any apparent malfunction of the System Protection Facilities, each Party shall perform both calibration and functional trip tests of its System Protection Facilities. These tests do not require the tripping of any in-service generation unit. These tests do, however, require that all protective relays and lockout contacts be activated.

**9.7.5** **Requirements for Protection.** In compliance with Good Utility Practice, Interconnection Customer shall provide, install, own, and maintain relays, circuit breakers and all other devices necessary to remove any fault contribution of the Generating Facility to any short circuit occurring on the Transmission System not otherwise isolated

by Transmission Owner's equipment, such that the removal of the fault contribution shall be coordinated with the protective requirements of the Transmission System. Such protective equipment shall include, without limitation, a disconnecting device or switch with load-interrupting capability located between the Generating Facility and the Transmission System at a site selected upon mutual agreement (not to be unreasonably withheld, conditioned or delayed) of the Parties. Interconnection Customer shall be responsible for protection of the Generating Facility and Interconnection Customer's other equipment from such conditions as negative sequence currents, over- or under-frequency, sudden load rejection, over- or under-voltage, and generator loss-of-field. Interconnection Customer shall be solely responsible to disconnect the Generating Facility and Interconnection Customer's other equipment if conditions on the Transmission System could adversely affect the Generating Facility. Transmission Owner acknowledges that the protective devices installed at the Generating Facility as of the Effective Date meet the requirements of this Section.

**9.7.6** **Power Quality**. Neither Party's facilities shall cause excessive voltage flicker nor introduce excessive distortion to the sinusoidal voltage or current waves as defined by ANSI Standard C84.1-1989, in accordance with IEEE Standard 519, or any applicable superseding electric industry or NRC standard. In the event of a conflict between ANSI Standard C84.1-1989, or any applicable superseding electric industry standard, ANSI Standard C84.1-1989, or the applicable superseding electric industry or NRC standard, shall control.

**9.8** **ESOR Compliance**. Interconnection Customer shall comply with the ESOR. Transmission Owner shall have the right to modify the ESOR unilaterally, consistent with Good Utility Practice, and in a non-discriminatory fashion. Transmission Owner will notify Interconnection Customer of any changes to the ESOR.

**9.8.1** Except with respect to Transmission Owner's equipment and facilities on Interconnection Customer's side of the Point of Interconnection, Interconnection Customer shall be responsible for all switching, tagging and mark-ups on Interconnection Customer's side of the Point of Interconnection, as such point is set forth in Appendix C to this Agreement. Transmission Owner shall maintain and be responsible for all switching, tagging, and mark-ups at the Point of Interconnection and on Transmission Owner's side of the Point of Interconnection. Transmission Owner shall also perform all switching, tagging and mark-ups with respect to Transmission Owner's equipment and facilities located on Interconnection Customer's side of the Point of Interconnection.

9.8.2 Interconnection Customer, in accordance with the ESOR, shall be responsible, at its own expense, for training and testing its operators for inclusion on a Joint Tag List.

9.9 **Use of Interconnection Facilities by Third Parties**. If required by Applicable Laws and Regulations or if the Parties mutually agree, such agreement not to be unreasonably withheld, to allow one or more third parties to use the Transmission Owner's Interconnection Facilities, or any part thereof, or if Transmission Owner uses the Transmission Owner's Interconnection Facilities, or any part thereof (other than those Transmission Owner Interconnection Facilities existing as of the Effective Date), for purposes other than providing Interconnection Service for the Generating Facility, Interconnection Customer will be entitled to compensation for the capital expenses it incurred in connection with the Interconnection Facilities based upon the pro rata use of the Interconnection Facilities by Transmission Owner, all third party users, and Interconnection Customer, in accordance with Applicable Laws and Regulations or, if Interconnection Customer agrees, upon some other mutually-agreed upon methodology. In addition, cost responsibility for ongoing costs, including operation and maintenance costs associated with the Interconnection Facilities, will be allocated between Interconnection Customer and any third party users based upon the pro rata use of the Interconnection Facilities by Transmission Owner, all third party users, and Interconnection Customer, in accordance with Applicable Laws and Regulations or, if Interconnection Customer agrees, upon some other mutually agreed upon methodology. If the issue of such compensation or allocation cannot be resolved through such negotiations, it shall be submitted to FERC for resolution.

9.10 **Disturbance Analysis Data Exchange**. The Parties will cooperate with one another in the analysis of disturbances to either the Generating Facility or the Transmission Owner's Transmission System by gathering and providing access to any information relating to any disturbance, including information from oscillography, protective relay targets, breaker operations and sequence of events records, and any disturbance information required by Good Utility Practice.

## ARTICLE 10. MAINTENANCE

10.1 **Transmission Owner Obligations**. Transmission Owner shall maintain the Transmission System and the Transmission Owner's Interconnection Facilities in a safe and reliable manner and in accordance with Good Utility Practice and this IA. Transmission Owner shall maintain these facilities in a manner that supports Interconnection Customer's compliance with the NRC Maintenance Rule or NRC Requirements and Commitments and will take no action that would result in non-compliance with the NRC Maintenance Rule or NRC Requirements and Commitments. Interconnection Customer shall be responsible for the incremental costs incurred by Transmission Owner in

ensuring that the maintenance of these facilities complies with the immediately preceding sentence beyond those costs that otherwise are customary and reasonable for a non-nuclear facility.

10.2 **Interconnection Customer Obligations.** Interconnection Customer shall maintain the Generating Facility and the Interconnection Customer's Interconnection Facilities in a safe and reliable manner and in accordance with Good Utility Practice and this IA.

10.3 **Coordination.** The Parties shall confer regularly to coordinate the planning, scheduling and performance of preventive and corrective maintenance on the Generating Facility and the Interconnection Facilities.

10.4 **Secondary Systems.** Each Party shall cooperate with the other in the inspection, maintenance, and testing of control or power circuits that operate below 600 volts, AC or DC, including, but not limited to, any hardware, control or protective devices, cables, conductors, electric raceways, secondary equipment panels, transducers, batteries, chargers, and voltage and current transformers that directly affect the operation of a Party's facilities and equipment which may reasonably be expected to impact the other Party. Each Party shall provide advance notice to the other Party before undertaking any work on such circuits, especially on electrical circuits involving circuit breaker trip and close contacts, current transformers, or potential transformers.

10.5 **Operating and Maintenance Expenses.** Subject to the provisions herein addressing the use of facilities by others, and except for operations and maintenance expenses associated with modifications made for providing interconnection or transmission service to a third party and such third party pays for such expenses, Interconnection Customer shall be responsible for all reasonable expenses including overheads, associated with owning, installing, operating, maintaining, repairing, and replacing Interconnection Customer's Interconnection Facilities, and Transmission Owner shall be responsible for all reasonable expenses, including overheads, associated with owning, operating, maintaining, repairing and replacing Transmission Owner Interconnection Facilities, Distribution Upgrades and Network Upgrades existing as of the Closing Date, which facilities are sufficient to permit the Generating Facility to operate, at Interconnection Customer's election, at a net capacity of up to 590 MW. The allocation of cost responsibility between Interconnection Customer and Transmission Owner for owning, installing, operating, maintaining, repairing and replacing Transmission Owner Interconnection Facilities, Distribution Upgrades and/or Network Upgrades that may be required after the Closing Date to permit the Generating Facility to operate above 590 MW shall be governed by the cost allocation rules set forth in the applicable Commission-jurisdictional tariff or Commission policy in place as of the date that the Transmission Owner Interconnection Facilities,

Distribution Upgrades and/or Network Upgrade are determined to be needed by the applicable Governmental Authority, including the NYISO.

**10.6 NRC Maintenance Rule and NRC Requirements and Commitments.**

**10.6.1 Interconnection Customer's Obligations and Authority.**

**10.6.1.1** In furtherance of Interconnection Customer's obligation to comply with the NRC Maintenance Rule and NRC Requirements and Commitments, Transmission Owner agrees that Interconnection Customer has the authority, control and obligation to: (a) review and modify, as appropriate, Transmission Owner's identification of any structures, systems, and components covered under the NRC Maintenance Rule and NRC Requirements and Commitments, regardless of ownership, and require Transmission Owner to modify, as appropriate, the scope of such structures, systems, and components so as to meet NRC requirements; (b) in cooperation with Transmission Owner and in accordance with NRC guidance, to establish and approve availability and reliability performance criteria and improvement goals for all such structures, systems, and components, regardless of ownership, to permit Interconnection Customer to comply with the NRC Maintenance Rule and NRC Requirements and Commitments; and (c) in cooperation with Transmission Owner and in accordance with NRC guidance, to approve all improvements, maintenance, inspections, monitoring, operational procedures, or any other activity affecting such structures, systems, and components, regardless of ownership, to permit Interconnection Customer to comply with the NRC Maintenance Rule and NRC Requirements and Commitments.

**10.6.1.2** Transmission Owner agrees that it will cooperate with Interconnection Customer to facilitate Interconnection Customer's compliance with the NRC Maintenance Rule and NRC Requirements and Commitments as applicable to the structures, systems, and components of the Transmission Owner's Interconnection Facilities or the Transmission System. Interconnection Customer shall reimburse Transmission Owner for the incremental costs to Transmission Owner to facilitate Interconnection Customer's compliance with the NRC Maintenance Rule and NRC Requirements and

Commitments beyond those costs that otherwise are customary and reasonable for a non-nuclear facility.

**10.6.1.3** Any incremental costs or expenses Transmission Owner incurs as a result of a Interconnection Customer request to Transmission Owner for additional or different action other than those required under Article 10.6.1.2 above, arising from such compliance by Interconnection Customer with any amendment or modification to, or any change in interpretation of, the NRC Maintenance Rule and NRC Requirements and Commitments after the Closing Date, shall be borne by Interconnection Customer.

**10.6.1.4** Transmission Owner, at Interconnection Customer's expense, shall perform any aging management programs or related actions for the Interconnection Facilities as may be required to comply with NRC Requirements and Commitments in connection with the NRC's renewal of the NRC operating license for the Generating Facility.

**10.6.2** **Schedule of Components**. Appendix I to this Agreement sets forth the substation components that, as of the Closing Date, are necessary to fulfill those functions covered by the NRC Maintenance Rule, together with the schedule, to be provided as of the Closing Date, for maintenance, inspection and testing of such components. All other substation components will be maintained, inspected and tested in accordance with Transmission Owner's standard procedures for substation maintenance, inspection and testing. In the event the Parties agree that a component not identified in Appendix I should have been included in Appendix I, the Parties may, by their mutual agreement, add substation components to Appendix I. In order to comply with the NRC Maintenance Rule, Interconnection Customer may add new substation components to Appendix I as appendices to Appendix I, and also may change schedules for maintenance, inspection and testing of such components, subject to Interconnection Customer's payment of additional costs or expenses in accordance with Article 10.6.1.3.

**10.6.3** **Notice**. To the extent Transmission Owner become aware of any failure of any substation component identified in Appendix I, Transmission Owner shall provide immediate notice thereof to Interconnection Customer.

**10.6.4** **Analysis**. As required by the NRC Maintenance Rule, Interconnection Customer shall, at its discretion and with

Transmission Owner's reasonable cooperation, conduct risk assessments as required when maintenance is performed on equipment within the scope of the NRC Maintenance Rule and conduct an analysis of a failure of any substation component identified in Appendix I, and any personnel error leading to the failure of any such component. Transmission Owner will cooperate with Interconnection Customer and promptly, upon Interconnection Customer's request, provide Interconnection Customer with all information under Transmission Owner' control and, consistent with Good Utility Practice, necessary for Interconnection Customer to: (a) perform such risk assessment as required; (b) determine whether the failure was a functional failure of equipment or the result of personnel error; (c) determine whether the failure, if a functional failure, was maintenance preventable; and (d) conduct root cause analyses of those failures as Interconnection Customer deems appropriate. At the request of Interconnection Customer, and at Interconnection Customer's expense, Transmission Owner shall assist in the performance of a root cause analysis for any substation component, and the investigation of any personnel error which may have led to the failure of any such component, as Interconnection Customer deems necessary.

**10.6.5** **Testing**. As necessary, in accordance with Good Utility Practice, or at Interconnection Customer's request, Transmission Owner will arrange for independent testing of any failed component identified in Appendix I, subject to Interconnection Customer's payment of additional costs or expenses in accordance with Article 10.6.1.3.

**10.6.6** **Performance Improvement Plan**. Interconnection Customer shall analyze data supplied by Transmission Owner concerning a failure of a substation component identified in Appendix I, and investigate any personnel error which may have led to the failure of any such component, and shall notify Transmission Owner if a performance improvement plan is required in accordance with the NRC Maintenance Rule. Interconnection Customer and Transmission Owner will cooperate to develop and implement any such performance plan, the cost of which shall be borne by Interconnection Customer.

**10.6.7** **Records**. For the term of this Agreement, Transmission Owner shall provide Interconnection Customer with complete and accurate records concerning all preventative and corrective maintenance activities performed by Transmission Owner on all Transmission Owner substation components identified in Appendix I.

**10.6.8** **Inspections**. During this Agreement, the Transmission Owner shall provide Interconnection Customer with the access, in accordance

with the Reciprocal Easement Agreement to the extent applicable, necessary to inspect all Transmission Owner facilities and records within the scope of the NRC Maintenance Rule and NRC Requirements and Commitments, in order to satisfy any NRC request.

**10.7 Decommissioning.**

**10.7.1** Interconnection Customer, at its own expense, will Decommission the Generating Facility in accordance with NRC Requirements and Commitments and the Asset Purchase Agreement.

**10.7.2** In furtherance of the Parties' mutual objective to preserve and maintain the reliability of the Transmission Owner's Interconnection Facilities and the Transmission System, Interconnection Customer and Transmission Owner agree to coordinate the planning and scheduling of Decommissioning in a manner so as to maintain the reliability of, and to minimize the effect on, the Transmission Owner's Interconnection Facilities and the Transmission System.

## ARTICLE 11. PERFORMANCE OBLIGATION

**11.1 Interconnection Customer's Interconnection Facilities.** Interconnection Customer shall own and/or control the Interconnection Customer's Interconnection Facilities described in Appendix A, Interconnection Facilities, Network Upgrades and Distribution Upgrades, at its sole expense.

**11.2 Transmission Owner's Interconnection Facilities.** Transmission Owner shall own and control the Transmission Owner's Interconnection Facilities described in Appendix A, Interconnection Facilities, Network Upgrades and Distribution Upgrades, at its sole expense.

**11.3 Network Upgrades and Distribution Upgrades.** As of the Closing Date, there are no Distribution Upgrades or Network Upgrades associated with the Generating Facility or the Transmission System. Consistent with Section 10.5, the allocation of cost responsibilities for installing Transmission Owner Interconnection Facilities, Distribution Upgrades and Network Upgrades to permit the Generating Facility to operate above a net capacity of 590 MW shall be governed by the applicable Commission cost allocation rules described in Section 10.5.

**11.4 Transmission Credits for Network Upgrades to Affected Systems.**

**11.4.1** The provisions of this Article 11.4 shall not apply to the extent that cost allocation regarding Network Upgrades on an Affected System is governed by a FERC-approved tariff or rate schedule of the Affected System Operator. Under no circumstances shall the Transmission Owner be liable for the costs of any Network Upgrades

on an Affected System or for any delay in the construction, installation or operation of such Network Upgrades.

11.4.2 **Refund of Amounts Advanced for Network Upgrades.** Interconnection Customer shall be entitled to a cash refund, equal to the total amount paid to Affected System Operator for the Network Upgrades to the Affected System, including any tax gross-up or other tax-related payments, and not refunded to Interconnection Customer pursuant to Article 5.17.8 or otherwise, to be paid to Interconnection Customer on a dollar-for-dollar basis for the non-usage sensitive portion of transmission charges, as payments are made under the Affected System's Tariff for transmission services with respect to the Generating Facility.

Notwithstanding the foregoing, Interconnection Customer and Affected System Operator may adopt any alternative payment schedule that is mutually agreeable so long as Affected System Operator refunds all amounts paid by Interconnection Customer for the Network Upgrades to the Affected System, together with interest, within five (5) years from the Commercial Operation Date. System Operator shall provide refunds to Interconnection Customer only after commercial operation of the Generating Facility has been demonstrated.

If the Generating Facility fails to achieve commercial operation, but it or another Generating Facility is later constructed and makes use of the Network Upgrades, Affected System Operator shall at that time provide refunds to Interconnection Customer for the amounts advanced for the Network Upgrades. Any refund shall include interest calculated in accordance with the methodology set forth in FERC's regulations at 18 C.F.R. §35.19a(a)(2)(ii) from the date of any payment for Network Upgrades through the date on which the Interconnection Customer receives a refund of such payment pursuant to this subparagraph. Interconnection Customer may assign such refund rights to any person.

11.4.3 Notwithstanding any other provision of this IA, nothing herein shall be construed as relinquishing or foreclosing any rights, including but not limited to firm transmission rights, capacity rights, transmission congestion rights, or transmission credits, that the Interconnection Customer, shall be entitled to, now or in the future under any other agreement or tariff as a result of, or otherwise associated with, the transmission capacity, if any, created by the Network Upgrades to Affected Systems, including the right to obtain refunds or transmission credits for transmission service that is not associated with the Generating Facility.

11.5 **Provision of Security.** At least thirty (30) Calendar Days prior to the commencement of the procurement, installation, or construction of a discrete portion of a Transmission Owner's Interconnection Facilities, Network Upgrades, or Distribution Upgrades, Interconnection Customer shall provide Transmission Owner, at Interconnection Customer's option, a guarantee, a surety bond, letter of credit or other form of security that is reasonably acceptable to Transmission Owner and is consistent with the Uniform Commercial Code of the jurisdiction identified in Article 14.2.1. Such security for payment shall be in an amount sufficient to cover the costs for constructing, procuring and installing the applicable portion of Transmission Owner's Interconnection Facilities, Network Upgrades, or Distribution Upgrades and shall be reduced on a dollar-for-dollar basis for payments made to Transmission Owner under this IA during its term. The provisions of this Section 11.5 do not apply to the initial interconnection of Generating Facility because all of the Interconnection Facilities are already in place and no System Upgrades or new Interconnection Facilities are required due to the change in ownership of the Generating Facility.

In addition:

**11.5.1** The guarantee must be made by an entity that meets the creditworthiness requirements of Transmission Owner, and contain terms and conditions that guarantee payment of any amount that may be due from Interconnection Customer, up to an agreed-to maximum amount.

**11.5.2** The letter of credit must be issued by a financial institution reasonably acceptable to Transmission Owner and must specify a reasonable expiration date.

**11.5.3** The surety bond must be issued by an insurer reasonably acceptable to Transmission Owner and must specify a reasonable expiration date.

11.6 **Interconnection Customer Compensation.** If Transmission Owner or Transmission Provider requests or directs Interconnection Customer to provide a service pursuant to Articles 9.6.3 (Payment for Reactive Power), or 13.4.1 of this IA, Transmission Provider will compensate Interconnection Customer in accordance with Interconnection Customer's applicable rate schedule then in effect unless the provision of such service(s) is subject to an RTO or ISO FERC-approved rate schedule. Interconnection Customer shall serve Transmission Provider with any filing of a proposed rate schedule at the time of such filing with FERC. To the extent that no rate schedule is in effect at the time the Interconnection Customer is required to provide or absorb any Reactive Power under this IA, the Transmission Provider will compensate the Interconnection Customer in such amount as would have been due the Interconnection Customer had the rate schedule been in effect at the time

service commenced; provided, however, that such rate schedule must be filed at FERC or other appropriate Governmental Authority within sixty (60) Calendar Days of the commencement of service.

**11.6.1 Interconnection Customer Compensation for Actions During Emergency Condition.** Transmission Provider will compensate Interconnection Customer for its provision of real and reactive power and other Emergency Condition services that Interconnection Customer provides to support the Transmission System during an Emergency Condition in accordance with this Article 11.6.

## ARTICLE 12. INVOICE

**12.1 General.** Each Party shall submit to the other Party, on a monthly basis, invoices of amounts due for the preceding month. Each invoice shall state the month to which the invoice applies and fully describe the services and equipment provided. The Parties may discharge mutual debts and payment obligations due and owing to each other on the same date through netting, in which case all amounts a Party owes to the other Party under this IA, including interest payments or credits, shall be netted so that only the net amount remaining due shall be paid by the owing Party.

**12.2 Final Invoice.** Within six months after completion of the construction of the Transmission Owner's Interconnection Facilities and the Network Upgrades, Transmission Owner shall provide an invoice of the final cost of the construction of the Transmission Owner's Interconnection Facilities and the Network Upgrades and shall set forth such costs in sufficient detail to enable Interconnection Customer to compare the actual costs with the estimates and to ascertain deviations, if any, from the cost estimates. Transmission Owner shall refund to Interconnection Customer any amount by which the actual payment by Interconnection Customer for estimated costs exceeds the actual costs of construction within thirty (30) Calendar Days of the issuance of such final construction invoice.

**12.3 Payment.** Invoices shall be rendered to the paying Party at the address specified in Appendix F. The Party receiving the invoice shall pay the invoice within thirty (30) Calendar Days of receipt. All payments shall be made in immediately available funds payable to the other Party, or by wire transfer to a bank named and account designated by the invoicing Party. Payment of invoices by a Party will not constitute a waiver of any rights or claims such Party may have under this IA.

**12.4 Disputes.** In the event of a billing dispute between Transmission Owner and Interconnection Customer, Transmission Owner shall continue to provide Interconnection Service under this IA as long as Interconnection Customer: (i) continues to make all payments not in dispute; and (ii) pays to Transmission Owner or into an independent escrow account the portion of the invoice in

dispute, pending resolution of such dispute. If Interconnection Customer fails to meet these two requirements for continuation of service, then Transmission Owner may provide notice to Interconnection Customer of a Default pursuant to Article 17. Within thirty (30) Calendar Days after the resolution of the dispute, the Party that owes money to the other Party shall pay the amount due with interest calculated in accord with the methodology set forth in FERC's Regulations at 18 C.F.R. § 35.19a(a)(2)(ii).

## ARTICLE 13. EMERGENCIES

13.1 **Obligations**. Each Party shall comply with the Emergency Condition procedures of the applicable ISO/RTO, NERC, the Applicable Reliability Council, Applicable Laws and Regulations, NRC, and any emergency procedures agreed to by the Joint Operating Committee.

13.2 **Notice**. Transmission Owner shall verbally notify Interconnection Customer promptly when it becomes aware of an Emergency Condition that affects the Transmission Owner's Interconnection Facilities or the Transmission System that may reasonably be expected to affect Interconnection Customer's operation of the Generating Facility or the Interconnection Customer's Interconnection Facilities. Interconnection Customer shall verbally notify Transmission Owner promptly when it becomes aware of an Emergency Condition that affects the Generating Facility or the Interconnection Customer's Interconnection Facilities that may reasonably be expected to affect the Transmission System or the Transmission Owner's Interconnection Facilities. To the extent information is known, the verbal notification shall describe the Emergency Condition, the extent of the damage or deficiency, the expected effect on the operation of Interconnection Customer's or Transmission Owner's facilities and operations, its anticipated duration and the corrective action taken and/or to be taken. The initial verbal notice shall be followed as soon as practicable with written notice.

13.3 **Immediate Action**. Unless, in Interconnection Customer's reasonable judgment, immediate action is required, Interconnection Customer shall obtain the consent of Transmission Owner, such consent to not be unreasonably withheld, prior to performing any manual switching operations at the Generating Facility or the Interconnection Customer's Interconnection Facilities in response to an Emergency Condition either declared by the Transmission Owner or otherwise regarding the Transmission System.

13.4 **Transmission Owner Authority**.

13.4.1 **General**. Consistent with Good Utility Practice, Transmission Owner or Transmission Provider may take whatever actions or inactions with regard to the Transmission System, the Transmission Owner's Interconnection Facilities, or the Joint Use Facilities it deems necessary during an Emergency Condition in order to (i) preserve

public health and safety, (ii) preserve the reliability of the Transmission System or the Transmission Owner's Interconnection Facilities, (iii) limit or prevent damage, and (iv) expedite restoration of service.

Transmission Owner or Transmission Provider shall use Reasonable Efforts to minimize the effect of such actions or inactions on the Generating Facility or the Interconnection Customer's Interconnection Facilities. Transmission Owner or Transmission Provider may, on the basis of technical considerations, require the Generating Facility to mitigate an Emergency Condition by taking actions necessary and limited in scope to remedy the Emergency Condition, including, but not limited to, directing Interconnection Customer to shut-down, start-up, increase or decrease the real or reactive power output of the Generating Facility; implementing a reduction or disconnection pursuant to Article 13.4.2; directing the Interconnection Customer to assist with blackstart (if available) or restoration efforts; or altering the outage schedules of the Generating Facility and the Interconnection Customer's Interconnection Facilities. Interconnection Customer shall comply with all of Transmission Owner's or Transmission Provider's operating instructions concerning Generating Facility real power and reactive power output within the manufacturer's design limitations of the Generating Facility's equipment that is in service and physically available for operation at the time, in compliance with Applicable Laws and Regulations.

**13.4.2** **Reduction and Disconnection**. Transmission Owner or Transmission Provider may reduce Interconnection Service or disconnect the Generating Facility or the Interconnection Customer's Interconnection Facilities, when such reduction or disconnection is necessary under Good Utility Practice due to Emergency Conditions. These rights are separate and distinct from any right of curtailment of the Transmission Provider pursuant to the Tariff. When the Transmission Owner or Transmission Provider can schedule the reduction or disconnection in advance, Transmission Owner or Transmission Provider shall notify Interconnection Customer of the reasons, timing and expected duration of the reduction or disconnection. Transmission Owner and Transmission Provider shall coordinate with the Interconnection Customer using Good Utility Practice to schedule the reduction or disconnection during periods of least impact to the Interconnection Customer and the Transmission Owner. Any reduction or disconnection shall continue only for so long as reasonably necessary under Good Utility Practice. The Parties and Transmission Provider shall cooperate with each other to restore the Generating Facility, the Interconnection Facilities, and the