
SCHEDULE A
STATION: 13A-13
INTERCONNECTION DIAGRAM
NO.33309-401
115KV BUS SECT. 1
115KV BUS SECT. 2
KEY:
MP = METERING POINT
DP = DELIVERY POINT
OSP = OFF-SITE POWER
DP FOR THE GENERATOR IS AT THE JAW END OF SW. 9X13A73 AND SW. 1G13A71
OSP SUPPLY POINTS ARE - FOR CIRCUIT 767, AT THE JAW END OF SW. 6T13A74 AND FOR CIRCUIT 751, AT A NEW METERING POLE TO BE INSTALLED AT THE SOUTH PROPERTY BOUNDARY LINE ON LAKE ROAD.
NOTES:
1. NEW BILLING ACCURACY METER TO BE INSTALLED
2. NEW METER INSTALLATION
TRANSMISSION OWNER
INTERCONNECTION CUSTOMER
INTERCONNECTION CUSTOMER (AT LAKE ROAD)
MP (RETAIL) OSP SUPPLY POINT
JOINT USE FACILITY
1 GEN
11 TRANS
12A TRANS
12B TRANS
1 TRANS
19KV BUS
STA. 13A
STA. 13
767 REG
1 CAP

# Appendix B
# To IA

## Milestones

**Appendix C**
**To IA**

**Interconnection Details**

**<u>Points of Interconnection</u>**

1. The **Delivery Points** for the generator are the jaw ends of switch 9X13A73 and switch 1G13A71, respectively.

2. The **Off-Site Power Supply Points** are

   (a) The jaw end of switch 6T13A74; and

   (b) A new metering pole to be installed in circuit 751 at the south property boundary on Lake Road.

**Metering Points**

| DESCRIPTION | LOCATION | COMPENSATION | ESTIMATED COST |
|---|---|---|---|
| Generator | New installation at Station 13Aa on 115kV bus | None | $20,000 |
| Off-Site Supply #767 | New installation at Station 13A on 34.5kV bus | To high side of Transformer No. 6 | $75,000 |
| Off-Site Supply #751 | New installation at south property boundary at Lake Road | None | $95,000 |
| Station 13A House Service | New installation in Control House | None | $10,000 |
| Oil Cable Pump House | Existing meter at Station 13A | None | None |
| Distribution Circuit 5241 | existing meter(s) to be relocated by Transmission Owner, as required | None | None |

## Appendix D
## To IA

## Security Arrangements Details

Infrastructure security of Transmission System equipment and operations and control hardware and software is essential to ensure day-to-day Transmission System reliability and operational security. Interconnection Customer, Transmission Owner and Transmission Provider shall comply with the recommendations offered by the President's Critical Infrastructure Protection Board and, eventually, best practice recommendations from the electric reliability authority.

**Appendix E**
**To IA**

**Commercial Operation Date**

This Appendix E is a part of the IA between Transmission Owner and Interconnection Customer.

**[Date]**

**[Transmission Owner Address]**

Re: _____________ Generating Facility

Dear _______________:

On **[Date]** closing under the Asset Purchase Agreement between **[Interconnection Customer]** and Transmission Owner occurred and such date constitutes the Commercial Operation Date of the Generating Facility for purposes of the Interconnection Agreement between Interconnection Customer and Transmission Owner dated as of __________, 2003.

Thank you.

**[Signature]**

**[Interconnection Customer Representative]**

## Appendix F
## To IA

**Addresses for Delivery of Notices and Billings**

**Notices:.**

Transmission Owner:

John D. Hauber
Manager Of System Operation
Rochester Gas and Electric Corporation
89 East Avenue
Rochester NY 14649

Interconnection Customer:

Constellation Generation Group, LLC
750 E. Pratt Street
17th Floor
Baltimore, MD 21202
Attn: Managing Attorney - Generation

**Billings and Payments:**

Transmission Owner:

William Flood
Account Manager, Marketing And Sales
Rochester Gas and Electric Corporation
89 East Avenue
Rochester, NY 14649
Fax. 585-724-8811
Tel. 585-724-8168

Interconnection Customer:

Constellation Generation Group, LLC
1997 Annapolis Exchange Parkway
Suite 500
Annapolis, MD 21401

Attn: Managing Attorney - Generation

**Alternative Forms of Delivery of Notices (telephone, facsimile or email):**

Transmission Owner:

John D. Hauber
Manager of System Operation
Rochester Gas and Electric Corporation
Phone (585) 724-8536
Fax (585) 724-8943
John Hauber@RGE.com

Interconnection Customer:

Telephone: (410) 783-3312 – Executive Assistant to Managing Attorney for Generation
(410) 783-3313 – Managing Attorney for Generation
Facsimile: (410) 783-3679
E-mail: steven.miller@constellation.com

# Appendix G

## Joint Use Facilities

**Station 13A Joint Use Facilities**

The following equipment owned by the Interconnection Customer are hereby designated as Joint Use Facilities:

1. Motor-operated disconnect switch 1G13A71.
2. 115kV circuit breaker 1G13A72.
3. Disconnect switch 1G13A73.
4. 3 - 96kV surge arresters between disconnect switches 9X13A71 and 1G13A73.
5. Disconnect switch 9X13A71.
6. 115kV circuit breaker 9X13A72.
7. Motor-operated disconnect switch 9X13A73.
8. Duplex panels 1F, 1R and 2F.
9. Dual Unit 1.
10. Tone equipment cabinet.
11. Pilot wire cabinet.
12. Isolation cabinet.
13. Disconnect switch 6T13A74.
14. #6 Transformer.

The following equipment owned by the Transmission Owner are hereby designated as Joint Use Facilities:

1. Two (2) 3000 amps current transformers that are used for switchboard and revenue metering.
2. 3-69kV potential transformers that are used for control, switchboard and revenue metering.
3. Disconnect switch 6T13A71.
4. 115kV circuit breaker 6T13A72.
5. Disconnect switch 6T13A73.
6. Duplex panels 6F and 6R.
7. Dual Unit 6.
8. Duplex Panel 2R - this panel contains circuit 911 relays.
9. Disconnect switch 8X13A71.
10. 115kV circuit breaker 8X13A72.
11. Disconnect switch 8X13A73.
12. Duplex panels 5F and 5R.
13. Dual Unit 4.
14. Primary and Secondary DC Systems.
15. AC Station Service System.
16. Disconnect Switch K13A35 and Normal House Service.

## Generating Facility Joint Use Facilities

The following equipment owned by the Interconnection Customer are hereby designated as Joint Use Facilities:

1. Disconnect switch 76703.
2. 34kV circuit breaker 76702.
3. Disconnect switch 76701.
4. Disconnect switch 75113.
5. 34kV circuit breaker 75112.
6. Disconnect switch 75111.

# APPENDIX H

## Operating Parameters

## Appendix H

The entire output of the Generating Facility (up to 590 MW net) can be transmitted into the New York State energy market through Transmission Owner's 115kV connections to the Transmission System under system normal operating conditions, and under certain contingency conditions in accordance with this Appendix H. This is true for both summer and winter operating conditions.

The Generating Facility output is interconnected to the Transmission System through five 115kV transmission lines that are owned and operated by Transmission Owner:

Line number 908 that ties Substation 13A to Substation 121;
Line number 909 that ties Substation 13A to Substation 216, 230 and 424;
Line number 911 that ties Substation 13A to Substation 42;
Line number 912 that ties Substation 13A to Substation 122; and
Line number 913 that ties Substation 13A to Substation 124;

Transmission line number 912 (Substation 13A to Substation 122) is an express feed from the Generating Facility to the Transmission System, through a 345kV/115kV transformer at Substation 122. The other four 115kV lines intersect with other Transmission Owner substations that feed the Greater Rochester Area load, or other Transmission Owner 115kV and 34.5kV transmission lines before electrically connecting with the Transmission System.

Transmission lines 908 and 913 are constructed on a double circuit tower structure for about a 3.5-mile portion of their length. Lines 911 and 912 also share a double circuit tower structure configuration for about a 3.6-mile portion of their length.

While no planned or unplanned outage of any single 115kV transmission line will impact the operating levels of the Generating Facility up to 590MW net, there are certain unique maintenance and contingency conditions on the two double circuit sections of the Transmission Owner's transmission lines, which are included in the five 115kV transmission lines that exit Substation 13A, that may require operating restrictions at the Generating Facility.

## Appendix H

The Generating Facility has demonstrated its capability of reducing its electric output at an emergency ramp rate in the event of certain operating contingencies. This rate of response capability would only be needed for the loss of three of the five transmission lines that exit Substation 13A. Upon the occurrence of certain operating contingencies (including (a) the outage of one of the 115kV transmission lines described above, or (b) the outage of a double circuit tower structure), Transmission Owner will request (each, a "Request for Certification") that the Interconnection Customer certify, first verbally by telephone to the Transmission Owner system operator, and then, within fifteen (15) minutes, in writing, the Generating Facility's capability to ramp down to the designated output level identified by Transmission Owner within fourteen (14) minutes following Interconnection Customer's receipt of telephonic notice of the occurrence of the loss of any additional facilities that result in three transmission facilities being out of service. Upon a request for Certification, Interconnection Customer's verbal certification ("Verbal Certification"), followed by written certification within fifteen (15) minutes ("Written Certification"), will allow for unrestricted generation operation up to 590MW net, for all planned maintenance of any single Transmission Owner 115kV transmission line, or a double circuit tower structure, under Good Utility Practice and the contingency loss of any additional facility, or structure, that removes three of Transmission Owner's five 115kV transmission lines that exit Substation 13A. Interconnection Customer will provide Written Certification in accordance with the foregoing, via the "Form of Written Certification" set forth below in this Appendix H. If Interconnection Customer fails to provide such Verbal Certification and/or Written Certification, then Interconnection Customer shall be required to reduce the output of the Generating Facility immediately to the designated output level identified by Transmission Owner until Interconnection Customer receives written notice from Transmission Owner that the first contingency no longer exists. This generator output reduction would be required to ensure that Transmission Owner's transmission, distribution, and substation facilities would be unharmed as a result of electric thermal overload or over voltage conditions caused by Generating Facility's electric output during a subsequent unplanned outage of a third of the five 115kV transmission facilities that exit Substation 13A.

Interconnection Customer's failure to comply with this Appendix H shall constitute a breach under Article 17 of this Agreement.

## Appendix H

### Form of Written Certification

___________[Insert Legal Name of Interconnection Customer]___________ hereby certifies that, in response to Transmission Owner's Request for Certification of ____[insert date and time]___, (1) the Generating Facility is capable of ramping down its electrical output to ____ MW over a 14 minute period; and (2) Interconnection Customer shall immediately begin such ramp down upon telephonic notification by Transmission Owner to Interconnection Customer's system operator that an operating condition requiring such a reduction has occurred.

Certified by _______[name]______, an authorized representative of Interconnection Customer, this _______[insert day and time________]:

______________________

[Name]

[Title]

## Appendix I

## Substation Components

[None]

# Appendix J

## Transmission Owner's Bulletin 86-01

# Bulletin 86-01

## Requirements for Independent Power Producers of Electricity

Revision: June 15, 2003

NYSEG RG AND E

# BULLETIN 86-01

## Requirements For Independent Power Producers

## Of Electricity

Revision: June 15, 2003

**BULLETIN 86-01**
**Requirements for Independent Power Producers of Electricity**

## TABLE OF CONTENTS


| SECTION | | PAGE |
|---|---|---|
| 1. | INTRODUCTION | 1 |
| 2. | APPLICATION & REVIEW PROCESS | |
| | 2.1 General | 6 |
| | 2.2 Distributed Generation Rated 300 kVA or Less, or Farm Waste Generators 400 kW or Less Connected in Parallel with Utility Radial Distribution Lines | 6 |
| | 2.3 Independent Power Producer Generation Rated Greater Than 300 kVA, or Farm Waste Generators Greater Than 400 kW, Connected In Parallel With the Utility System | 11 |
| 3. | INFORMATION REQUIREMENTS | 16 |
| 4. | UTILITY SYSTEM MODIFICATIONS | 21 |
| 5. | ELECTRICAL INTERCONNECTION REQUIREMENTS | 23 |
| | 5.1 New York State Standardized Interconnection Requirements For Distributed Generators 300 kVA or Less, or Farm Waste Generators 400 kW or Less, Connected in Parallel with Utility Radial Distribution Lines | 23 |
| | 5.2 Electrical Interconnection Requirements for Independent Power Producer Generation Rated Greater Than 300 kVA, or Farm Waste Generators Greater than 400 kW, Connected in Parallel With the Utility System | 39 |
| | 5.3 Protective Relay Communications and Monitoring Systems | 51 |
| 6. | INSPECTION, CERTIFICATION, TESTING, AND MAINTENANCE REQUIREMENTS | 56 |
| 7. | ACCEPTANCE FOR INTERCONNECTION | 60 |
| 8. | ATTACHMENTS | 61 |

# SECTION 1
# INTRODUCTION

## 1.1 DEFINITIONS

**Acceptance for Interconnection** - Written acceptance by the Utility; contingent upon the Utility's satisfaction with the inspection of the Developer's facilities, testing of the Developer's protection equipment, and the fulfillment of all contractual obligations required prior to the interconnection of the Developer's generating facility.

**Automatic Disconnect Device** - An electronic or mechanical switch used to isolate a circuit or piece of equipment from a source of power without the need for human intervention.

**Bulletin** – Bulletin 86-01, "Requirements for Independent Power Producers of Electricity."

**Cease to Energize** – Cessation of energy flow capability.

**Coordinated Electric System Interconnection Review (CESIR)** - Any studies performed by utilities to ensure the safety and reliability of the electric grid with respect to the interconnection of distributed generation as discussed in this Bulletin.

**Dedicated Service Transformer or Dedicated Transformer** - A transformer with a secondary winding that serves only one customer.

**Design Test** – A test performed on protective equipment to ensure that devices and systems used in a proposed application meet the necessary technical and functional requirements.

**Developer** - An individual, company, corporation, limited partnership, etc., developing an IPP project to be interconnected to the Utility's system.

**Direct Transfer Trip (DTT)** - Remote operation of a circuit breaker by means of a communication channel.

**Disconnect (verb)** - To isolate a circuit or equipment from a source of power. If isolation is accomplished with a solid state device, "Disconnect" shall mean to cease the transfer of power.

**Disconnect Switch** - A mechanical device used for isolating a circuit or equipment from a source of power.

**Energy Control Center** - A Utility control center whose purpose is to monitor and operate the electric transmission and subtransmission system.

**Energy Conversion Device** - A machine or solid state circuit for changing direct current to alternating current, or a machine that changes shaft horsepower to electrical power.

**Engineering Review Process** – Preliminary Technical Review and/or Final Technical Review.

**Farm Waste, Net Meter, Farm Applicant** - A farm applicant who is proposing to install a farm waste anaerobic digester generating system, not to exceed 400 kW, at a farm, per the requirements of New York State Public Service Law §66-j.

**FERC** – Federal Energy Regulatory Commission.

**Final Technical Review** – A detailed review of the Customer-Generator's internal AC and DC elementary and control design, protection system and proposed device settings to determine if the proposed system will respond appropriately to Utility system abnormalities, such as Utility short circuits.

**Formal Acceptance** - Written acceptance by the Utility; contingent upon the Utility's review of and satisfaction with the complete information package to be provided by the Developer as specified in the Bulletin.

**Generator-Owner** - An applicant who is proposing to install and operate on-site power generation equipment in parallel with the Utility grid per the requirements of this Bulletin.

**IPP** – Independent Power Producer.

**Islanding** - A condition in which a portion of the Utility system that contains both load and distributed generation is isolated from the remainder of the Utility system. [Adopted from IEEE Std. 929].

**Merchant Generator** – A generator that sells its energy and/or capacity into the market or to an entity other than the Utility.

**Net Metering Customer–Generators** – Farm Waste, Net Meter, Farm Applicants or Photovoltaic, Net Meter, Residential Applicants.

**NPCC** - Northeast Power Coordinating Council - An electric regional reliability council, formed as a result of the 1965 Northeast United States Blackout, whose responsibility is to promote the reliability and efficiency of the interconnected power systems within its geographic area, which includes New York, New England, Ontario, Quebec and the Canadian Maritime provinces.

**NYSDPS** – New York State Department of Public Service, also known as the Public Service Commission.

**NYISO** – New York Independent System Operator.

**NYSEG** - New York State Electric & Gas Corporation.

**OC** – NYISO Operating Committee.

**Parallel Operation** - All electric power generation that is connected to a Utility substation, transmission and/or distribution facility that is part of the Utility electrical system.

**Photovoltaic, Net Meter, Residential Applicant** - A residential applicant who is proposing to install a photovoltaic generating system, not to exceed 10 kW, in an owner occupied residence per the requirements of New York State Public Service Law §66-j.

**Point of Common Coupling (PCC)** - The point at which the interconnection between the electric Utility and the customer interface occurs. Typically, this is the customer side of the Utility revenue meter. (Adopted from IEEE Std. 929)

**Preliminary Technical Review** - A review of the Customer-Generator's proposed system capacity, impact of the proposed generation on the Utility system, system characteristics and general system regulation to determine if the interconnection is viable.

**Protection System Impact Study** – A study of the impact on the Utility protection system, short circuits on the Utility electrical system and ferroresonant overvoltage studies that are performed on the Utility electrical system during the SRIS.

**Radial Feeder** - A distribution line that branches out from a substation and is normally not connected to another substation or another circuit sharing the common supply.

**Remote Terminal Unit (RTU)** - A device located in a substation or generating station used to monitor various electrical quantities and/or status of electrical equipment that is telecommunicated to an operator at a Utility Energy Control Center, and/or to provide control functions of remote equipment to the operator.

**Required Operating Range** - The range of magnitudes of the Utility system voltage or frequency where the Generator-Owner's equipment, if operating, is required to remain in operation for the purposes of compliance with the Type Testing procedure contained in this Bulletin. Excursions outside these ranges must result in the automatic disconnection of the generation within the prescribed time limits.

**RGE** – Rochester Gas and Electric Corporation.

**SCADA (Supervisory Control And Data Acquisition)** - The system used to telemeter analog and status points of data collected by Remote Terminal Units (RTUs) to the Utility Energy Control Center.

**SIR** – New York State Standardized Interconnection Requirements for New Distributed Generators 300 kVA or Less, or Farm Waste Generators 400 kW or Less, Connected in Parallel with Radial Distribution Lines, also referred to in the document as "Standardized Interconnection Requirements."

**SRIS** – System Reliability Impact Study.

**TPAS** – NYISO Transmission Planning Advisory Subcommittee.

**Type Testing** - A test performed or witnessed once by a qualified independent testing laboratory for a specific protection package or device to determine whether the requirements of this Bulletin are met. The Type Testing will typically be sponsored by equipment manufacturers.

**Utility** - NYSEG or RGE.

**Utility Grade Relay** - A relay that is constructed to comply with, as a minimum, the most current version of the following Standards for non-nuclear facilities:

| Standard | Conditions Covered |
|---|---|
| ANSI/IEEE Std. C37.90 | Usual Service Conditions<br>Ratings -<br>Current and Voltage<br>Maximum design for all relays<br>ac and dc auxiliary relays<br>Make and carry ratings for tripping contacts<br>Tripping contacts duty cycle<br>Dielectric tests by manufacturer<br>Dielectric tests by user |
| ANSI/IEEE Std. C37.90.1 | Surge Withstand Capability (SWC)<br>Fast Transient Test |
| IEEE Std. C37.90.2 | Radio Frequency Interference |
| IEEE Std. C37.98 | Seismic Testing (fragility) of Protective and Auxiliary Relays |
| ANSI C37.2 | Electric Power System Device Function Numbers |
| IEC 255-21-1 | Vibration |
| IEC 255-22-2 | Electrostatic Discharge |
| IEC 255-5 | Insulation (Impulse Voltage Withstand) |

**Verification Test** - A test performed upon initial installation and repeated periodically to determine that there is continued acceptable performance.

Throughout this Bulletin, the word "shall" is to be interpreted as a requirement which must be fulfilled by the Developer prior to acceptance by the Utility.

## 1.2 PURPOSE

The purpose of this Bulletin is to document the Utility's application and review process, and technical requirements for Developers with generating sources operating in parallel with the Utility system. These requirements have been developed based on (i) regulatory requirements as set forth by the NYSDPS and/or FERC, (ii) the NYISO guidelines, and (iii) typical Utility industry design, operating procedures and safety practices in order to ensure the safety of Utility personnel and equipment, Utility customers and the general public.

## 1.3 UTILITY CONTACT

All correspondence regarding IPP projects shall be directed to the following:

Ms. Carol L. Muessigbrodt
NUG Interconnection Coordinator
NYSEG and RGE
New York State Electric & Gas Corporation
James A. Carrigg Center
Kirkwood Industrial Park - Corporate Drive
P.O. Box 5224
Binghamton, NY 13902-5224

Telephone: (607) 762-7697
Facsimile: (607) 762-8666
Internet: clmuessigbrodt@nyseg.com

# SECTION 2
# APPLICATION AND REVIEW PROCESS

## 2.1 GENERAL

2.1.1 Before a Developer is allowed to install and operate a generating facility in parallel with the Utility system, the Developer shall submit design and operating information for the proposed facility to the Utility for its review and Formal Acceptance in accordance with the applicable application and review process described in this Bulletin.

2.1.2 The Utility's review and acceptance of the Developer's proposed generation and protection design and operating information for the proposed generating facility shall not be construed as confirming or endorsing the design, or as any warranty of safety, desirability, or reliability of any of the Developer's facilities.

2.1.3 The Developer will be responsible for all Utility costs incurred during the Application and Review Process as set forth in this Bulletin.

## 2.2 DISTRIBUTED GENERATION RATED 300 kVA OR LESS, OR FARM WASTE GENERATORS 400 kW OR LESS, CONNECTED IN PARALLEL WITH UTILITY RADIAL DISTRIBUTION LINES

### 2.2.1 INTRODUCTION

2.2.1.1 This section provides a framework for processing applications to:

1) interconnect new distributed generation facilities with a nameplate rating of 300 kVA or less, or Farm Waste Generators 400 kW or less, [aggregated on the customer side of the Point of Common Coupling (PCC)] connected in parallel to Utility radial distribution feeders. (Generation neither designed to operate, nor operating, in parallel with the Utility electrical system is not subject to these requirements.)

2) review any modifications affecting the interface at the PCC to existing distributed generation facilities with a nameplate rating of 300 kVA or less, or Farm Waste Generators 400 kW or less (aggregated on the customer side of the PCC), that have been interconnected to the Utility radial distribution system and where an existing contract between the applicant and the Utility is in place.

2.2.1.2 This section will ensure that applicants are aware of the technical interconnection requirements and Utility interconnection policies and practices. This section will also provide applicants with an understanding of the process and information required to allow the Utility to review and accept the applicants' equipment for interconnection in a reasonable and expeditious manner.

2.2.1.3 The time required to complete the process will reflect the complexity of the proposed project. Projects using previously submitted designs that have been satisfactorily Type Tested may move through the process more quickly, and several steps may be satisfied with an initial application depending on the detail and completeness of the application and supporting documentation submitted by the applicant. Applicants submitting Type Tested systems, however, are not exempt from providing the Utility with complete design packages necessary for the Utility to verify the electrical characteristics of the generator systems, the interconnecting facilities, and the impacts of the applicants' equipment on the Utility electrical system.

2.2.1.4 The application process and the attendant services are offered on a non-discriminatory basis. The Utility will clearly identify its costs related to the applicants' interconnections, specifically those costs the Utility would not have incurred but for the applicants' interconnections. The applicants will be responsible for payment of the Utility's costs, as described herein.

2.2.2 APPLICATION & REVIEW PROCESS STEPS

**STEP 1 - Initial Communication from the Potential Applicant.**
The applicant's initial communication with the Utility may be in the form ranging from a general inquiry to a completed application.

**STEP 2 - The Inquiry is Reviewed by the Utility to Determine the Nature of the Project.**
Technical staff from the Utility will discuss the scope of the project with the potential applicant (either by phone or in person) to determine what specific information and documents (such as an application, contract, technical requirements, specifications, listing of qualified type tested equipment/systems, application fee information, applicable rate schedules and metering requirements) will be provided to the potential applicant. The preliminary technical feasibility of the project at the proposed location may also be discussed at this time. All such information and a copy of the Standardized Interconnection Requirements (SIR) will be processed for the applicant within three (3) business days following the initial communication from the potential applicant, unless the potential applicant indicates otherwise. The Utility's representative will serve as the single point of contact for the applicant (unless the Utility informs the applicant otherwise) in coordinating the potential applicant's project with the Utility.

**STEP 3 - Potential Applicant Files an Application.**
The potential applicant submits an Application to the Utility. The submittal must include the completed standard application form (see Section 2.2.3: APPLICATION FORMS below for the applicable application) and, for systems with a contractual total aggregate nameplate rating exceeding 15 kVA, a non-refundable $350 application fee, except that the fee shall be refunded to Net Metering Customer-Generators unless applied toward the cost of installing a Dedicated Transformer. There will be no application fee for units with a contractual total aggregate nameplate rating of 15 kVA or less. (If the applicant proceeds with the project to completion, the application fee will be applied as a payment by the applicant to the Utility's total cost for interconnection, including the cost of processing the application.) Within five (5) business days of receiving the application, the Utility will notify the applicant of receipt and whether the application has been completed adequately. It is in the best interest of the applicant to provide the Utility with all pertinent technical information as early as possible in the process. If the required documentation is presented in this step, it will allow the Utility to perform the required reviews and allow the process to proceed as expeditiously as possible.

**STEP 4: The Utility Conducts a Preliminary Review and Develops a Cost Estimate for the Coordinated Electric System Interconnection Review (CESIR).**
The Utility conducts a Preliminary Review of the proposed system interconnection. Upon completion of the Preliminary Review, the Utility will inform the applicant as to whether the proposed interconnection is viable or not, and provide the applicant with an estimate of costs associated with the completion of the CESIR. The Preliminary Review shall be completed and a written response detailing the outcome of the Preliminary Review shall be sent to the applicant within five (5) business days.

For systems of 15 kVA or less, no costs may be charged by the Utility to the applicant for completion of the Preliminary Review or the CESIR.

**STEP 5: Customer-Generator Commits to the Completion of the CESIR.**
Prior to commencement of the CESIR, the applicant shall provide the following information to the Utility:

1) a complete detailed interconnection design package,
2) the name and phone number of the individual(s) responsible for addressing technical and contractual questions regarding the proposed system, and
3) if applicable, advanced payment of the costs associated with the completion of the CESIR.

The complete detailed interconnection design package shall include:

(1) Electrical schematic drawing(s) reflecting the complete proposed system design which are easily interpreted and of a quality necessary for a full interconnection. The drawings shall show all electrical components proposed for the

installation, and their connections to the existing on-site electrical system from that point to the PCC .

(2) A complete listing of all interconnection devices proposed for use at the PCC. A set of specifications for this equipment shall be provided upon request from the Utility.

(3)The written Verification Test procedure provided by the equipment manufacturer, if such procedure is required by this Bulletin.

**STEP 6: The Utility Completes the CESIR.**
The CESIR will consist of two parts:

(1) A review of the impacts to the Utility system associated with the interconnection of the proposed system, and

(2) A review of the proposed system's compliance with the applicable criteria set forth below.

A CESIR will be performed by the Utility to determine if the proposed generation on the circuit results in any relay coordination, fault current, and/or voltage regulation problems. A full CESIR may not be needed if the aggregate generation is less than: 50 kVA on a single-phase branch of a radial distribution circuit; or 150 kVA on a single distribution feeder.

The CESIR shall be completed within 4 weeks (20 business days) of receipt of the information set forth in Step 5 for systems of 15 kVA or less and within 8 weeks (40 business days) for systems larger than 15 kVA. For systems utilizing Type Tested equipment, the time required to complete the CESIR may be reduced.

Upon completion of the CESIR, the Utility will provide the applicant, in writing, the following:

1) Utility system impacts, if any;

2) Notification of whether the proposed system meets the applicable criteria considered in the CESIR process;

3) If applicable, a description of where the proposed system is not in compliance with these requirements;

4) Except for Net Metering customer-generators, a good faith, detailed estimate of the total cost of completion of the interconnection of the proposed system. Such estimate will include, but not be limited to, the costs associated with any required modifications to the Utility system, administration,

5) metering, and on-site Verification Testing. For Net Metering Customer-Generators, the estimate shall be limited to the cost of installing a Dedicated Transformer.

Photovoltaic, Net Meter, Residential Applicants are only responsible for the costs of a Dedicated Transformer, if applicable, up to a maximum expense of $350. Farm Waste, Net Meter, Farm Applicants are only responsible for the costs of a Dedicated Transformer, if applicable, up to a maximum expense of $3,000.

**STEP 7 - Applicant Commits to Utility Construction of Utility System Modifications.**

The applicant will:

- execute a standardized contract for interconnection; and
- provide the Utility with an advance payment for the Utility's estimated costs as identified in STEP 6. (Estimated costs will be reconciled with actual costs in STEP 11.)

**STEP 8 - Project Construction.**

The applicant will build the facility in accordance with the Utility-accepted design. The Utility will commence construction/installation of system modifications and metering requirements as identified in STEP 6, except for Net Metering Customer-Generators. Utility system modifications will vary in construction time depending on the extent of work and equipment required. The schedule for this work is to be discussed with the applicant in STEP 6.

**STEP 9 - The Applicant's Facility is Tested in Accordance With the Standard Interconnection Requirements.**

The Verification Testing will be performed in accordance with the written test procedure provided in STEP 5 and any site-specific requirements identified by the Utility in STEP 6.

The final testing will be conducted at a mutually agreeable time, and the Utility shall be given the opportunity to witness the tests. Single-phase inverter-based systems rated 15 kVA or less will be allowed to interconnect to the Utility system prior to the Verification Test for a period not to exceed two hours, for the sole purpose of assuring proper operation of the installed equipment.

**STEP 10 – Interconnection.**

The applicant's facility will be allowed to commence parallel operation upon satisfactory completion of the tests in STEP 9. In addition, the applicant must have complied with and must continue to comply with the terms of the standard contract and the Standardized Interconnection Requirements.

**STEP 11 - Final Acceptance and Utility Cost Reconciliation**

Within sixty (60) days after interconnection, the Utility will review the results of its on-site verification and issue to the applicant a formal letter of acceptance for interconnection. At this time, the Utility will also reconcile its actual costs related to the

applicant's project against the application fee and advance payments made by the applicant. The applicant will receive either a bill for any balance due or a reimbursement for overpayment as determined by the Utility's reconciliation, except that a Net Metering Customer-Generator may not be charged in excess of the cost of installing the Dedicated Transformer described above. The applicant may contest the reconciliation through the filing of a formal complaint with the NYSDPS.

2.2.3 APPLICATION FORMS

2.2.3.1 New York State Standardized Application for Single Phase Interconnection of Parallel Distributed Generation Equipment Rated 15 kVA or Smaller. (Reference ATTACHMENT 15.)

2.2.3.2 New York State Standardized Application for Interconnection of Parallel Distributed Generation Equipment Rated 300 kVA or Smaller, or Farm Waste Generators 400 kW or Smaller to the Electric System. (Reference ATTACHMENT 16.)

## 2.3 INDEPENDENT POWER PRODUCER GENERATION RATED GREATER THAN 300 kVA, OR FARM WASTE GENERATORS GREATER THAN 400 KW, CONNECTED IN PARALLEL WITH THE UTILITY SYSTEM.

2.3.1 INTRODUCTION

2.3.1.1 Before a Developer is allowed to install and operate a generating facility in parallel with the Utility system, the Developer shall submit design and operating information for the proposed facility for the Utility's review and Formal Acceptance. The Utility's Engineering Review Process consists of two phases: a Preliminary Technical Review and a Final Technical Review.

2.3.1.2 The Utility's review and acceptance of the Developer's proposed generation and protection design and operating information for the proposed generating facility shall not be construed as confirming or endorsing the design, or as any warranty of safety, desirability, or reliability of any of the Developer's facilities.

2.3.1.3 The Developer will be responsible for all Utility costs incurred during the Engineering Review Process. The Developer will be required to submit advanced payment to the Utility for these costs.

2.3.2 PRELIMINARY TECHNICAL REVIEW PROCESS

2.3.2.1 Upon receipt of a request from a Developer for interconnection requirements associated with the installation and operation of generation in parallel with the Utility's system, the Developer will be sent a copy of this Bulletin, along with a copy of the applicable Utility standard agreement. The Utility's Engineering

2.3.2.2 Review Process will be completed in parallel with the negotiation of the Agreement.

2.3.2.3 If a developer wishes to proceed with a project it shall furnish the Utility with ALL of the information with an asterisk (*) listed in TABLE 1 (ATTACHMENT 2) and described in Section 3.2. Upon receipt of all the information required, the Utility will review the application to determine the appropriate Utility facilities to which the IPP would be interconnected for interconnection of the aggregate generation 10 MW or larger and interconnected to the Utility electrical transmission system at voltages 115 kV or greater, the Developer shall proceed pursuant to Section 2.3.2.3. Otherwise, the developer shall proceed pursuant to Section 2.3.2.4.

2.3.2.4 If the proposed generation interconnection is greater than 10 MW and interconnected to the Utility electrical transmission system at voltages 115 kV or greater, the Utility shall notify the Developer that a System Reliability Impact Study ("SRIS") is required pursuant to the NYISO requirements. The Developer shall instruct the Utility as to the entity that will be performing the SRIS.

2.3.2.3.1 If the Developer elects to have the Utility perform the SRIS, then the Utility will draft, within four (4) weeks, a scope of study, study agreement, and study cost estimate, and submit it to the Developer for review and comment.

2.3.2.3.2 If the Developer elects to have an entity other than the Utility perform the SRIS, the Utility must still perform a short circuit, ferroresonant overvoltage, and protective sensitivity, selectivity, and security study ("Protection System Impact Study"). The Utility shall draft, within four (4) weeks, a scope of study, study agreement, and cost estimate for the Protection System Impact Study only. The Utility must also review and approve the SRIS before it is submitted to the NYISO TPAS and OC.

2.3.2.3.3 Upon completion of the SRIS scope of study, the Utility will submit the scope of study to the NYISO TPAS and OC for review and approval. Following TPAS and OC approval, the Developer must execute the study agreement and provide the Utility with an advanced payment equal to the study cost estimate.

2.3.2.3.4 Upon receipt of the executed study agreement and advanced payment, the Utility will complete the SRIS pursuant to the terms and conditions of the study agreement. Following completion of the SRIS, the Utility shall provide a report to the Developer presenting the results of the study. The report shall identify any Utility system modifications that may be required, as well as a preliminary cost estimate for such modifications. The Developer is responsible for all costs associated with the required modifications pursuant to Section 4 of this Bulletin.

2.3.2.3.5 The Utility shall submit the study results to the NYISO TPAS and OC for review and approval. Upon notification by the NYISO that the study has

2.3.2.3.6 been accepted, the Utility will notify the Developer, in writing, as to the next steps required for completing the interconnection.

2.3.2.3.7 Following completion and acceptance of the scope for the Protection System Impact Study, the Developer shall execute the study agreement and provide the advanced payment of the cost of study.

2.3.2.3.8 Upon receipt of the executed study agreement and advanced payment, the Utility will complete the study pursuant to the study agreement, and provide the Developer with a report. The report shall identify any Utility system modifications that may be required, as well as a preliminary cost estimate for such modifications. The Developer is responsible for all costs associated with the required modifications pursuant to Section 4 of this Bulletin. In addition, the Utility will notify the Developer, in writing, of the next steps associated with completing the interconnection of the generator.

2.3.2.4 If the proposed generation interconnection is less than or equal to 10 MW or greater than 10 MW and interconnected to the Utility electrical transmission system at voltages less than 115 kV transmission, then the Utility shall perform a Preliminary Technical Review. Upon receipt of the initial application and design package, the Utility shall review the information for completeness. Within ten (10) business days of receipt, the Utility shall provide the Developer, in writing, with a list of all missing information and a cost estimate to complete the Preliminary Technical Review. Upon receipt of the additional information and the advanced payment for the study, the Utility shall complete the review in a maximum of four (4) months, depending on size, location, and interconnect scheme of the proposed generator addition. The Utility will review the Customer-Generator's proposed system capacity, impact of the proposed generation on the Utility system, system characteristics and general system regulation to determine if the interconnection is viable.

2.3.2.4.1 Upon completion of the Preliminary Technical Review, the Utility will inform the Developer of any problems or deficiencies in the proposed design or information provided, and/or will prepare a proposal to the Developer identifying any Utility system modifications that may be required. The Utility will provide the Developer with a preliminary cost estimate for any modifications required on the Utility system due to the Developer's proposed generation and for the completion of the Final Technical Review. **The Developer will be responsible for all costs associated with these required modifications pursuant to Section 4 of this Bulletin.**

2.3.2.4.2 After the completion of the Utility's Preliminary Technical Review or SRIS, and before the Utility's Final Technical Review of the Developer's design documentation, the Developer shall provide a project schedule noting dates for obtaining major permits for the project, purchasing and receiving major equipment, starting and completing construction of the Developer's

2.3.2.4.3 facilities, synchronizing with the Utility system and commencing commercial operation. This project schedule may be subject to modifications since it must also reflect the schedule for any modifications required on the Utility system.

2.3.3 FINAL TECHNICAL REVIEW PROCESS

2.3.3.1 In order for the Utility to complete the Final Technical Review Process and issue Formal Acceptance of the Developer's proposed generation and protection design, the Developer must submit to the Utility all of the remaining information listed in TABLE 1 and described in Section 3.2, and provide advanced payment for the cost of the review. The Final Technical Review Process will take a maximum of six (6) months to complete after receipt of ALL information listed in TABLE 1 and the advanced payment, depending on the size, location, and interconnect scheme of the proposed generator addition. If any portion of the submitted data or design is not acceptable, the Utility will comment on those areas and notify the Developer to make appropriate revisions. The Developer must submit the revisions to the Utility before the Final Technical Review Process will continue. Any delay in the Developer's response to the Utility's comments will directly delay Formal Acceptance of the Developer's proposed generation and protection design.

2.3.3.2 Upon completion of the Final Technical Review Process, if the Utility determines that the Developer's proposed generation and protection design is acceptable (in accordance with the requirements of this Bulletin), the Utility will notify the Developer in writing of the Formal Acceptance.

2.3.3.3 Formal Acceptance of the Developer's proposed generation and protection design is the first stage in the process leading to the Utility's acceptance of the Developer's generating facility for interconnection to the Utility system (reference Section 7).

2.3.4 INDEPENDENT POWER PRODUCER GENERATOR NOTICE (FORM NB-232)

2.3.4.1 To permit the Utility to begin the Engineering Review Process for the Developer's proposed generation project, the Developer shall complete the Independent Power Producer Generator Notice (Form NB-232) (see ATTACHMENT 18).

2.3.4.2 The Developer shall provide a copy of the revised Form NB-232 to the Utility whenever modifications are made to the Developer's design that affect the original information furnished by the Developer.

2.3.4.3 The Form NB-232 contains information that is supplied by both the Utility and the Developer. A description of the information to be furnished by the Developer is provided below.

2.3.4.3.1 <u>Developer Information</u>

a. **Developer Name**: Name of the Developer proposing the IPP project.
b. **Developer Address**: The Developer's address.
c. **Telephone No. Primary**: Telephone number at the Developer's facility.
d. **Telephone No. Alternate**: Telephone number where the Developer can be reached, other than at the facility.
e. **Proposed Generation Facility Location**: Location of the proposed generating facility including street, city/town/village, county, state, and zip code.

2.3.4.3.2 <u>Generator Information</u>

a. **Manufacturer**: Generator manufacturer's name and model number.
b. **Type**: Type of generator, i.e. induction, synchronous, dc with synchronous inverter, ac with synchronous inverter, etc.
c. **Rated Output (kVA)**: Maximum rated output of the generating unit in kVA. For multiple generating units, the Developer shall note the quantity and rating of the units. The Developer shall complete the Generator Information Sheet (ATTACHMENT 3) for the Utility's Preliminary Technical Review Process.
d. **Nameplate Voltage**: Rated output voltage of the generating unit.
e. **Power Factor**: Power factor of the generating unit.
f. **Phase**: The Developer shall indicate whether the generating unit is single phase or three phase.
g. **Disconnect Device**: The Developer shall indicate the manufacturer, type and continuous and interrupting ratings of the disconnecting device proposed to isolate the Developer's generation from the Utility's system.
h. **Prime Mover**: Source of power to the generating unit (i.e., wind, hydro, wood, natural gas, other). If other, the Developer shall include a brief description in **Remarks** section of the Form NB-232.

2.3.4.3.3 <u>General Information</u>

a. **Consultant**: Name and telephone number of Developer's consulting engineer, if any.
b. **Electrical Contractor**: Name and telephone number of Developer's electrical contractor, if any. If the Developer provides his own personnel for the electrical work, the Developer shall indicate so.
c. **Equipment Supplier**: Name and telephone number of the manufacturer or firm supplying generation equipment to the Developer.
d. **Date Interconnection Requested**: Estimated date that the Developer's generating facility will be ready for interconnection to the Utility system.

2.3.4.3.4 <u>Remarks</u>

This section shall be used to provide any additional information necessary to complement the information provided above. Any unusual conditions or potential problems shall be noted. If the Prime Mover is other than wind, Developer shall provide the turbine size or engine size.

# SECTION 3
# INFORMATION REQUIREMENTS

## 3.1 GENERAL

In order for the Utility to review and formally accept the Developer's proposed generation and protection design, the Developer shall furnish the Utility with ALL of the information listed in TABLE 1 (ATTACHMENT 2), in addition to the information furnished on Form NB-232 or the Application Form.

## 3.2 DESCRIPTION OF INFORMATION REQUIRED

3.2.1 Referring to TABLE 1, the following descriptions have been provided to assist the Developer in preparing the information required by the Utility to complete the Engineering Review Process. Items with an asterisk (*) are required for the Utility to complete the Preliminary Technical Review, SRIS, or Protection System Impact Study.

3.2.1.1 *Utility Form NB-232: Refer to Section 2.3.5.
*Application Form: SIR Standard Application.

3.2.1.2 Project Schedule: A schedule (bar chart, CPM, etc.), noting dates for obtaining major permits and financing for the project, purchasing and receiving major equipment, starting and completing construction of the Developer's facilities, synchronizing with the Utility system, and commencing commercial operation.

3.2.1.3 *Site Plan: Detailed site plan showing the Developer's generation facilities, including any interconnection facilities (substations, etc.), in relation to the Utility's existing facilities. This site plan shall be of sufficient detail to accurately locate the Developer's facilities on a U.S. Geological Survey ("USGS") topographic map.

3.2.1.4 *Description of Operation: A brief description of the intended operation and control of the Developer's generating facilities, including the method of starting and the number of starts per day. Any unusual switching procedure or unique operating condition that may be planned shall also be explained.

3.2.1.5 *One-Line Electrical Diagram of Complete Facility: The one-line diagram shall accurately represent the Developer's electrical equipment up to the point of interconnection with the Utility system. The one-line diagram shall include, **at a minimum**, the following: Disconnect Switch(es), step-up transformer(s), circuit breaker(s) and contactors, switches, generator(s), current and voltage transformers, capacitors, surge arresters, and station service transformer.

3.2.1.6 *Generator One-Line Relay Diagram: The one-line relay diagram shall accurately represent the Developer's electrical equipment up to the point of interconnection with the Utility system. The one-line diagram shall include, **at a minimum**, the following: Disconnect Switch(es), step-up transformer(s), circuit breaker(s) and contactors, switches, generator(s), current and voltage transformers, station service transformer and proposed protective relay device function numbers.

3.2.1.7 *Generator Three-Line Relay or AC Elementary Diagram: This diagram shall detail the interconnection wiring for the equipment detailed on the one-line diagrams. In particular, this diagram illustrates how the protective relays and instrument transformers are connected. (This may not be necessary if the instrument transformer winding connections are shown on the Generator One Line Relay Diagram).

3.2.1.8 Generator Elementary Control or DC Elementary Diagram: Sometimes referred to as a schematic diagram, the elementary control diagram depicts the electrical arrangement of the relays and contacts associated with the protective relay scheme, the generator control scheme and the circuit breaker trip and close schemes.

3.2.1.9 *Generator, Exciter and Governor Information Sheets: The Developer shall complete the Generator (ATTACHMENT 3), Exciter (ATTACHMENT 4), and Governor (ATTACHMENT 5) Information sheets. Incomplete information sheets will result in delays since the Developer will be requested to provide the missing information.

3.2.1.10 Equipment Nameplate Data and Electrical Ratings: The Developer shall provide the following information, as a minimum for each piece of equipment:

a. Prime Mover - type, manufacturer, power rating, rated speed.
b. *Interface/Step-up Transformer - manufacturer, rated kVA, high and low voltage ratings, winding connections, impedance.
c. *Interrupting Devices - manufacturer, type, rated voltage, rated current, interrupting capacity, operating time.
d. Current Transformers - manufacturer, type, accuracy class,, ratio of all devices utilized for protection, control and data telemetering (if required).
e. *Voltage Transformers - manufacturer, type, primary and secondary voltage, winding connections, VA rating of all devices utilized for protection, control and data telemetering (if required).
f. *Line/Disconnect Switch(es) - manufacturer, type, rated voltage and current, rated interrupting capacity and location of switch.
g. Capacitor Bank - manufacturer, rated kVAR and connection.
h. Battery and Charger - manufacturer, rating, dc voltage range and output capacity and duration upon loss of ac supply.
i. Surge Arresters - manufacturer, catalog number, MCOV rating.
j. Other - additional information will be requested by the Utility, as required, to complete the review of the Developer's design.

3.2.1.11 Proposed Relay Types and Settings for Fault and Isolation Protection Schemes: The Developer shall provide a list of relays proposed for the purpose of providing isolation protection, detection of short circuits and other system abnormalities on the Utility system, and for detection of short circuits within the generating facilities to disconnect the generating facilities from the Utility system. Each relay's function, manufacturer, model, and range shall be indicated. The proposed settings for the relays provided for detection of short circuits and other system abnormalities on the Utility system shall also be provided. The settings for the isolation protection relays are specified in Sections 5.1.1.1.6 and 5.1.1.1.7 or Section 5.2.2.1.9 of this Bulletin, depending on the size and type of the proposed generator.

3.2.1.12 Telemetering Information (when applicable): When data telemetering is required, the Developer shall provide the Utility with the following telemetering information:

a. AC Elementary Diagram(s) - showing current, potential and external power inputs to the transducers, test switches, etc.
b. Connection diagram(s)
c. Types and ratings of transducers, including the calibration range of inputs and outputs, transducer connection(s) and associated scaling.
d. Copies of certificates of test for the metering current and voltage transformers. When certificates are not available, a typical curve for the type of transducer shall be furnished.

3.2.1.13 Protective Relay Communications and Monitoring Systems Information (when applicable): When protective relay communications and/or monitoring equipment are required, the Developer shall provide the Utility with the following information (refer to Section 5.3):

a. Equipment vendor bid proposals, correspondence, equipment drawings, certified test reports and instruction books for the protective relay communications and/or monitoring equipment.
b. Copy of the Communications Service Request Form, Ground Potential Rise calculations and earth resistance measurement data for leased telephone channels for protective relaying.

3.2.1.14 Method of Excitation: The means for providing generator excitation (rotating dc generator, static var source, etc.) shall be described.

3.2.1.15 *Minimum Site Load Without Generation On-Line: The Developer's minimum site load (kVA, Power Factor), is required to determine the overall load/generation ratio, to determine the impact of the Developer's generation on the Utility system and to ensure that an adequate design is employed.

3.2.1.16 Generation Saturation Curve: Per unit armature voltage versus field current for open and short circuit conditions that identify and specify the saturation factor values at 1.0 and 1.2 per unit armature voltage values.

3.2.1.17 Exciter Saturation Curves: Per unit exciter field voltage versus exciter field current during load and no-load conditions that identify and specify the exciter field current values at 75% and 100% of maximum exciter field voltage values.

3.2.1.18 Block Diagrams: System block diagram, complete with corresponding constants for each type of governor and exciter proposed.

3.2.2 If the Developer will require temporary construction, start-up (testing), and/or permanent or back-up station service power for the generating facility from the Utility, the Developer shall complete the Utility Form CD942, "Application for Non-Residential Electric and/or Gas Service" (ATTACHMENT 6), and provide the following information with the completed form, so that the Utility can determine if the requirements can be supplied from the Utility system:

3.2.2.1 Magnitude of the temporary or permanent power requirements, the duration of the loading (hours/day, hours/month, etc.) and a load cycle diagram for a 24 hour period. The Developer shall indicate whether it will be possible for the Utility to schedule the Developer's load requirements to avoid heavy system loading due to seasonal peaking or system problems.

3.2.2.2 Electrical equipment such as the size (horsepower) and number of each size of electric motor, their starting characteristics (design code or inrush current), the frequency of starts (starts/min., starts/hr.) and which motors would start simultaneously, if any. With this information, the Utility will be able to calculate the starting voltage flicker on the system to determine if it is within the Utility's guidelines. The Developer shall also provide information on any other large electrical loads such as heating, lighting, welders, or dc equipment (rectifier controlled) which could impact the Utility system.

3.2.2.3 A schedule showing when the temporary construction and start-up (testing) power is needed.

3.2.3 For proposed generating facilities 80 MW or larger, in addition to the above information, the Developer may be required to provide answers to the following questions related to environmental aspects of the Developer's proposed generating facility:

3.2.3.1 What type of operations and/or activities are or have been conducted on the Developer's site?

3.2.3.2 Did, or do these operations/activities involve the use of any substances on the Comprehensive Environmental Response Compensation & Reliability Act ("CERCLA") hazardous substance list? If so, the Developer shall list such substances.

3.2.3.3 Are any substances on the CERCLA hazardous substance list stored on the Developer's site? If so, the Developer shall list such substances.

3.2.3.4 Is the Developer's site operated as a hazardous waste treatment storage or disposal facility? If yes, the Developer shall describe the activities and waste(s).

3.2.3.5 Is all or any part of the Developer's site on the Federal National Priorities List, CERCLA Information System ("CERCLIS"), or New York State Registry of Inactive Hazardous Waste Sites? If so, the Developer shall explain.

3.2.3.6 To the best of your knowledge, are there, or have there been, any underground storage tanks located on the Developer's site? If so, the Developer shall provide all relevant information including the type and location of storage tanks and all substances stored in the tanks.

3.2.3.7 Are there any known leaks, spills, discharges of petroleum products or hazardous substances, or past operating practices with respect to such substances which may impact this project? If yes, the Developer shall provide relevant information.

3.2.3.8 Has the Developer's site been the subject of any investigations or actions by the Environmental Protection Agency ("EPA"), or any other state or federal environmental or health agencies directed at conditions at the Developer's site? If so, the Developer shall provide details.

3.2.3.9 Has the Developer's site been the subject of any lawsuits arising from the operations or conditions on the site which are based upon damage to the environment or an alleged breach of law for the protection of the environment or human health? If so, the Developer shall provide all relevant details.

3.2.3.10 Is the Developer's facility subject to any of the Superfund Amendment & Reauthorization Act ("SARA") Title III Community Right to Know Notification and Reporting Requirements? If yes, the Developer shall provide a copy of the most recent Tier I or Tier II inventory report and the Form R report.

3.2.3.11 Are there any known environmental concerns which may impact the Developer's proposed project? If so, the Developer shall explain.

3.2.4 The Developer shall notify the Utility (provide copies) of all regulatory filings, impact statements, license applications and all other permit applications required by federal, state and local agencies for the Developer's generating facilities. When the Utility's interconnection facilities are included in the Developer's regulatory filings, impact statements, license applications and other permit applications for the generating facilities, the Developer shall provide this information to the Utility for review and acceptance, prior to filing with the agency. Copies of all regulatory approvals and permits obtained by the Developer shall be provided to the Utility upon the Utility's request, including all conditions applied to the approvals.

# SECTION 4
# UTILITY SYSTEM MODIFICATIONS

4.1 If Utility system modifications are required, the Utility will provide the Developer with a preliminary cost estimate and estimated completion date for the system modifications at the completion of the Utility's review process as described in the applicable sections of Section 2. A firm schedule for the completion of the Utility's system modifications will be provided after the design has been finalized and Utility internal authorization has been obtained.

4.2 Upon completing the final design and obtaining Utility internal authorization for any Utility system modifications required due to the Developer's proposed generation, the Utility will provide the Developer with a final engineering quality estimate for the required Utility system modifications. **The Developer will be responsible for all Utility actual incurred costs associated with the required Utility system modifications.** The Utility will provide an advance payment schedule to the Developer, which will be the basis for invoices to be issued monthly by the Utility, to cover the estimated cost of all Utility system modifications. Invoices will be issued to the Developer so that payments are received from the Developer prior to completion of the work. Any differences between the estimated and actual incurred Utility costs will be resolved at the completion of the required system modifications through reimbursements to the Developer (for overpayments), or an invoice issued to the Developer (for additional incurred costs).

4.3 Unless otherwise negotiated with the Developer, the Utility will engineer, design, procure equipment for and construct any modifications required on the Utility system due to the installation of the Developer's generation. If Agreements state that interconnection facilities (electric transmission, distribution, and/or substation facilities) are to be provided by the Developer and transferred to the Utility upon completion and acceptance by the Utility, the Developer shall engineer, design, procure equipment for, construct and test all facilities in accordance with the Utility's latest design guidelines and equipment and construction specifications. The Utility will provide these documents to the Developer as required.

4.3.1 The Developer shall submit to the Utility for review and acceptance all design drawings, engineering documentation and equipment specifications for all interconnection facilities to be transferred to the Utility upon completion and acceptance by the Utility. The Utility will require at least thirty (30) days to review all submitted documentation and either accept or provide comments to the Developer. Depending on what interconnection facilities are required, the Utility will furnish a list of design packages and documentation to be submitted by the Developer for the Utility's review and acceptance.

4.3.2 The Developer shall obtain all regulatory approvals and permits required for all interconnection facilities to be constructed by the Developer and transferred to the Utility. The Developer shall provide copies of all regulatory filings, impact statements, license applications and all other permit applications involving interconnection facilities to be transferred to the Utility. The Developer shall provide this information to the

Utility for review and acceptance, prior to filing with the agency. Copies of all regulatory approvals and permits obtained by the Developer shall be provided to the Utility, including all conditions applied to the approvals.

4.3.3 During the installation and testing of the interconnection facilities to be transferred to the Utility, the Utility will have the right to be present to verify that the facilities are in complete accordance with the Utility's design guidelines and equipment and construction specifications and standards. The Developer will be required to correct all work not completed in accordance with the Utility's standards. Upon the Utility's acceptance of the interconnection facilities and energization of the Developer's generating facility, the Developer shall transfer ownership of the interconnection facilities to the Utility.

4.4 Where other public utilities are involved in the Developer's generation project, the Developer shall coordinate all project activities. The Developer shall be responsible for negotiating and/or obtaining any additional agreements or contract requirements with the other public utilities.

(Remainder of page intentionally left blank)

# SECTION 5
# ELECTRICAL INTERCONNECTION REQUIREMENTS

This Section 5 specifies the Utility's technical interconnection requirements for Independent Power Producer generation connected in parallel with the Utility's system. Generation that does not operate in parallel with the Utility's system is not subject to these requirements. The requirements in this section have been developed based on typical Utility industry design, operating procedures, and safety practices in order to ensure the safety of Utility personnel and equipment, Utility customers, and the general public.

The Developer's/Applicant's proposed generation interconnection shall have 60 Hz alternating current characteristics compatible with the Utility system at the point of interconnection.

## 5.1 NEW YORK STATE STANDARDIZED INTERCONNECTION REQUIREMENTS FOR DISTRIBUTED GENERATORS 300 KVA OR LESS, OR FARM WASTE GENERATORS 400 kW OR LESS, CONNECTED IN PARALLEL WITH UTILITY RADIAL DISTRIBUTION LINES (PSC ORDER IN CASES 94-E-0952 AND 02-E-1282)

### 5.1.1 DESIGN REQUIREMENTS

#### 5.1.1.1 Common

5.1.1.1.1 The Generator-Owner shall provide appropriate protection and control equipment, including an Automatic Disconnect Device, that will automatically disconnect the generation in the event that the portion of the Utility system that serves the generator is de-energized for any reason or for a fault in the Generator-Owner's system.

5.1.1.1.2 The Generator-Owner's protection and control equipment shall be capable of automatically disconnecting the generation upon detection of an Islanding condition and upon detection of a Utility system fault.

5.1.1.1.3 The generator's protection and control scheme shall be designed to ensure that the generation remains in operation when the frequency and voltage of the Utility system is within the limits specified by the Required Operating Ranges. Upon request from the Utility, the Generator-Owner shall provide documentation detailing compliance with the requirements set forth in this Bulletin.

5.1.1.1.4 The specific design of the protection, control and grounding schemes will depend on the size and characteristics of the Generator-Owner's generation, as well the Generator-Owner's load level, in addition to the characteristics of the particular portion of the Utility system where the Generator-Owner is interconnecting. The Generator-Owner shall have, as a minimum, an

Automatic Disconnect Device(s) sized to meet all applicable local, state and federal codes and operated by over and under voltage and over and under frequency protection. For three-phase installations, the over and under voltage function should be included for each phase and the over and under frequency protection on at least one phase. All phases of a generator or inverter interface shall disconnect for voltage or frequency trip conditions sensed by the protective devices. It is recommended that voltage protection be wired phase to ground.

5.1.1.1.5 The settings below are listed for single-phase and three-phase applications using wye grounded-wye grounded service transformers or wye grounded-wye grounded isolation transformers. For applications using other transformer connections, a site-specific review will be conducted by the Utility and the revised settings identified in Step 6 of the Application Process.

5.1.1.1.6 Voltage Magnitude

a. The Required Operating Range for the generators shall be from 106 volts rms to 132 volts rms phase-to-ground (on a 120 volt rms base) at the PCC. That is, 88% to 110% of nominal voltage magnitude.
b. The protective device shall automatically initiate a disconnect sequence from the Utility system if the rms voltage at the PCC rises above 132 volts or falls below 106 volts on any phase to which the Generator-Owner's equipment is connected and remains outside the Required Operating Range for two seconds. The two-second time limit is measured from the time the range is initially exceeded until the Generator-Owner's equipment ceases to energize the PCC and includes detection and intentional time delay.
c. The protective device shall automatically initiate a disconnect sequence from the Utility system if the rms voltage at the PCC falls below 60 volts (50% of nominal voltage magnitude) on any phase to which the Generator-Owner's equipment is connected and remains below this level for six cycles. The six-cycle time limit is measured from the time the voltage reaches this level until the Generator-Owner's equipment ceases to energize the PCC and includes detection and intentional time delay.
d. The protective device shall automatically initiate a disconnect sequence from the Utility system if the rms voltage rises above 165 volts (137% of nominal voltage magnitude) or above on any phase to which the Generator-Owner's equipment is connected and remains above this level for two cycles. The two-cycle time limit is measured from the time the voltage reaches this level until the Generator-Owner's equipment ceases to energize the PCC and includes detection and intentional time delay.

5.1.1.1.7 Frequency

a. The Required Operating Range for the generators shall be from 59.3 Hz to 60.5 Hz.
b. The protective device shall automatically initiate a disconnect sequence from the Utility system if the frequency rises above 60.5 Hz (+0.1/-0.0 Hz) or falls below 59.3 Hz (+0.0/-0.1 Hz) and remains outside these