limits for six cycles. The six-cycle time limit is measured from the time the frequency reaches these levels until the Generator-Owner's equipment ceases to energize the PCC and includes detection and intentional time delay.

5.1.1.2 Additional Protection Equipment

5.1.1.2.1 The need for additional protection equipment shall be determined by the Utility on a case-by-case basis. The Utility shall specify and provide settings for those relays that the Utility designates as being required to satisfy protection practices. Any protective equipment or setting specified by the Utility shall **not** be changed or modified at any time by the Generator-Owner without written consent from the Utility.

5.1.1.2.2 The Generator-Owner shall be responsible for ongoing compliance with all applicable local, state and federal codes and Standardized Interconnection Requirements as they pertain to the interconnection of the generating equipment.

5.1.1.2.3 A failure of the Generator-Owner's interconnection protection equipment, including loss of control power, shall open the Automatic Disconnect Device, thus disconnecting the generation from the Utility system. A Generator-Owner's protection equipment shall utilize a non-volatile memory design such that a loss of internal or external control power, including batteries, will not cause a loss of interconnection protection functions or loss of protection set points.

5.1.1.2.4 All interface protection and control equipment shall operate as specified independent of the calendar date.

5.1.1.2.5 The Generator-Owner shall provide the Utility with documentation detailing compliance with the requirements set forth in this Section 5.

5.1.1.3 Synchronous Generators

5.1.1.3.1 Synchronous generation shall require synchronizing facilities. These shall include automatic synchronizing equipment or manual synchronizing with relay supervision, voltage regulator and power factor control.

5.1.1.4 Induction Generators

5.1.1.4.1 Induction generation may be connected and brought up to synchronous speed (as an induction motor) if it can be demonstrated that the initial voltage drop measured at the Point of Common Coupling is acceptable based on current inrush limits. The same requirements also apply to induction generation connected at or near synchronous speed because a voltage dip is present due to an inrush magnetizing current. The Generator-Owner shall submit the expected number of starts per specific time period and maximum starting kVA draw data to the Utility to verify that the

voltage dip due to starting is within the visible flicker limits as defined by the most current version of IEEE Std. 519, IEEE Recommended Practices and Requirements for Harmonic Control in Electric Power Systems.

5.1.1.4.2 Starting or rapid load fluctuations on induction generators can adversely impact the Utility system voltage. Corrective step-switched capacitors or other techniques may be necessary. These measures can, in turn, cause ferroresonance. If these measures (additional capacitors) are installed on the customer's side of the Point of Common Coupling, the Utility will review these measures and may require the customer to install additional equipment.

5.1.1.5 <u>Inverters</u>

5.1.1.5.1 Direct current generation can only be installed in parallel with the Utility system using a synchronous inverter. The design shall be such as to disconnect this synchronous inverter upon a Utility system interruption.

5.1.1.5.2 It is recommended that equipment be selected from the "Type Tested and Approved Equipment" list maintained by the PSC. Non-type tested equipment must have ~~dynamic~~ anti-Islanding protection as defined by IEEE Std. 929, conform to the maximum harmonic limits delineated in IEEE Std. 519, and be protected by Type Tested or Utility Grade Relays (as defined in this Bulletin), using settings approved by the Utility and verified in the field. The field Verification Test must demonstrate that the equipment meets the frequency requirements detailed in this section.

5.1.1.5.3 Line-commutated inverters do not require synchronizing equipment if the voltage drop is determined to be acceptable, as defined in Section 5.1.6, Power Quality, of this Bulletin. Self-commutated inverters of the Utility-interactive type shall synchronize to the Utility. Only inverters with Utility-interactive, line-commutated capabilities shall be used for parallel operation with the Utility.

5.1.1.5.4 A line inverter can be used to isolate the customer from the Utility system provided it can be demonstrated that the inverter isolates the customer from the Utility system safely and reliably.

5.1.2 OPERATING REQUIREMENTS

5.1.2.1 The Generator-Owner shall provide a 24-hour telephone contact(s). This contact will be used by the Utility to arrange access for repairs, inspection or emergencies. The Utility will make such arrangements (except for emergencies) during normal business hours.

5.1.2.2 Voltage and frequency trip set points for inverters shall be accessible to service personnel only.

5.1.2.3 The Generator-Owner shall not supply power to the Utility during any outages of the system that serves the Point of Common Coupling. The Generator-Owner's generation may be operated during such outages only with an open tie to the Utility. Islanding will not be permitted. The Generator-Owner shall not energize a de-energized Utility circuit for any reason.

5.1.2.4 The Disconnect Switch specified in Section 5.1.5 of this Bulletin may be opened by the Utility at any time for any of the following reasons:

a. To eliminate conditions that constitute a potential hazard to Utility personnel or the general public;
b. Pre-emergency or emergency conditions on the Utility system;
c. A hazardous condition is revealed by a Utility inspection;
d. Protective device tampering
e. Parallel operation prior to Utility approval to interconnect.

5.1.2.5 The Disconnect Switch may be opened by the Utility for the following reasons, after notice to the responsible party has been delivered and a reasonable time to correct (consistent with the conditions) has elapsed:

a. A Generator-Owner has failed to make available records of Verification Tests and maintenance of its protective devices;

b. A Generator-Owner's system interferes with Utility equipment or equipment belonging to other Utility customers;

c. A Generator-Owner's system is found to adversely affect the quality of service for other Utility customer(s).

5.1.2.6 The Utility will provide a name and telephone number so that the customer can obtain information about the Utility lock-out. The customer shall be allowed to disconnect from the Utility without prior notice in order to self-generate.

5.1.2.7 Following a generation facility disconnect as a result of the operation of a protective function trip sequence, the generation facility shall remain disconnected until the Utility service voltage and frequency has recovered to Utility acceptable voltage and frequency limits for a minimum of five (5) minutes.

5.1.2.8 Under certain conditions, the Utility may require that direct transfer trip (DTT) equipment be installed. The Utility shall provide detailed evidence as to the need for DTT.

5.1.2.9 If an applicant proposes any modification to the system that has an impact on the interface at the PCC after it has been installed and a contract between the Utility and the customer has already been executed, then any such modifications must be reviewed and approved by the Utility before the modifications are made.

5.1.3 METERING

5.1.3.1 The need for additional revenue metering or modifications to existing metering will be reviewed on a case-by-case basis and shall be consistent with metering requirements adopted by the Public Service Commission.

5.1.3.2 Net Metering Customer-Generators shall be afforded the option of selecting a single meter with bi-directional capability or two meters measuring consumption and generator output separately. For Photovoltaic, Net Metering Residential Applicants, at least one meter in a two meter arrangement shall be non-demand, non-time-of-use. Applicants are advised that the use of a standard meter, running in reverse, does not meet accuracy standards as documented under Public Service Law and accordingly, in any billing dispute dependent upon those meter accuracy standards, the applicant will be unable to rely upon net meter readings as a basis for claim against the Utility. Applicants selecting the standard meter option, agree to waive in writing, any billing complaint that is unresolvable because of the inaccuracy inherent in running a meter in reverse. Applicant choosing the alternate option will have their billing disputes resolved on the usual standards for evaluating customer complaints. The applicant is responsible for the cost of installing any necessary meter box and socket.

5.1.3.3 The two-meter (or bi-directional meter) option is required for Time of Use (TOU) metering, unless a suitable single meter option is proven acceptable to the PSC.

5.1.4 DEDICATED TRANSFORMER

5.1.4.1 The Utility reserves the right to require a power producing facility to connect to the Utility system through a Dedicated Transformer. The transformer shall either be provided by the Utility at the Generator-Owner's expense, purchased from the Utility, or conform to the Utility's specifications. The transformer may be necessary to ensure conformance with Utility safe work practices, to enhance service restoration operations, or to prevent detrimental effects to other Utility customers. The transformer that is part of the normal electrical service connection of a Generator-Owner's facility may meet this requirement if there are no other customers supplied from it. A Dedicated Transformer is not required if the installation is designed and coordinated with the Utility to protect the Utility system and its customers adequately from potential detrimental net effects caused by the operation of the generator.

5.1.4.2 If the Utility determines a need for a Dedicated Transformer, it shall notify the Generator-Owner in writing of the requirements. The notice shall include a description of the specific aspects of the Utility system that necessitate the addition, the conditions under which the Dedicated Transformer is expected to enhance safety or prevent detrimental effects, and the expected response of a normal, shared transformer installation to such conditions.

### 5.1.5 DISCONNECT SWITCH

5.1.5.1 Generating equipment shall be capable of being isolated from the Utility system by means of an external, manual, visible, gang-operated, load break Disconnect Switch. The Disconnect Switch shall be installed, owned and maintained by the owner of the power producing facility and located between the power producing equipment and its interconnection point with the Utility system.

5.1.5.2 The Disconnect Switch must be rated for the voltage and current requirements of the installation.

5.1.5.3 The basic insulation level (BIL) of the Disconnect Switch shall be such that it will coordinate with that of Utility equipment. Disconnect devices shall meet applicable UL, ANSI, and IEEE standards, and shall be installed to meet all applicable local, state, and federal codes.

5.1.5.4 The Disconnect Switch shall be clearly marked, "Generator Disconnect Switch," with permanent 3/8 inch letters or larger.

5.1.5.5 The Disconnect Switch shall be located within 10 feet of the Utility's external electric service meter. If such location is not possible, the customer-generator will propose, and the Utility will approve, an alternate location. The location and nature of the Disconnect Switch shall be indicated in the immediate proximity of the electric service entrance.

5.1.5.6 The Disconnect Switch shall be readily accessible for operation and locking by the Utility personnel in accordance with Sections 5.1.2.3 of this Bulletin.

5.1.5.7 The Disconnect Switch must be lockable in the open position with a standard Utility padlock.

### 5.1.6 POWER QUALITY

5.1.6.1 The maximum harmonic limits for electrical equipment shall be in accordance with the provisions stated in IEEE Std. 519, IEEE Recommended Practices and Requirements for Harmonic Control in Electric Power Systems. The objective is to limit the maximum individual frequency voltage harmonic to 3% of the fundamental frequency and the voltage Total Harmonic Distortion (THD) to 5% on the Utility side of the Point of Common Coupling. In addition, any voltage fluctuation resulting from the connection of the customer's energy producing equipment to the Utility system must not exceed the limits defined by Figure 10.3 of IEEE Std. 519 for the Border Line of Visibility Curve (ATTACHMENT 12 of this Bulletin). This requirement is necessary to minimize the adverse voltage effect upon other customers on the Utility system.

5.1.7 POWER FACTOR

5.1.7.1 If the average power factor, as measured at the Point of Common Coupling, is less than 0.9 (leading or lagging), the method of power factor correction necessitated by the installation of the generator will be negotiated with the Utility as a commercial item.

5.1.7.2 Induction power generators may be provided VAR capacity from the Utility system at the Generator-Owner's expense. The installation of VAR correction equipment by the Generator-Owner on the Generator-Owner's side of the Point of Common Coupling must be reviewed and approved by the Utility prior to installation.

5.1.8 ISLANDING

5.1.8.1 Generation interconnection systems must be designed and operated so that Islanding is not sustained on Utility distribution circuits. The requirements listed in this Bulletin are designed and intended to prevent Islanding.

5.1.9 TEST REQUIREMENTS

5.1.9.1 General

5.1.9.1.1 This section describes two separate and distinct tests, which together constitute the necessary and sufficient SIR testing requirements. The first test is the Design Test and the second is the Verification Test.

a. The purpose of the Design Test is to ensure that devices and systems used in a proposed application meet the necessary technical and functional requirements.

b. The purpose of the Verification Test is to ensure that the devices and systems, which have displayed conformance with the Design Testing requirements, have been properly installed and are operating properly following installation at the site.

5.1.9.1.2 Two paths are possible to the achievement of an accepted installation:

a. The first path requires that the Design Test and Verification Test methodologies be reviewed and accepted by the Utility.

b. The second path allows the Design Test and the Verification Test procedure to be reviewed and conducted by an independent testing laboratory. The second path is referred to as Type Testing. Type Testing is performed or witnessed once by a nationally recognized independent testing laboratory for a specific protection device or system and the results recorded in the "New York State Standardized Interconnection Requirements Checklist for Type Testing of Distributed Generation Protection Equipment" (the Checklist) included as ATTACHMENT 14. Once the device or system meets the Type Testing criteria described in this section, the Design and Verification Test procedure is accepted by all New York State utilities. If any changes are made to the hardware, software, firmware, or the

Verification Test procedure, the manufacturer must notify the independent testing laboratory to determine what, if any, parts of the Type Testing must be repeated (this includes modifications to devices already in service). Failure of the manufacturer to notify the independent test laboratory of changes may result in withdrawal of approval and disconnection of units installed since the change was made. Utility Grade Relays, as defined in Section 1.1 – DEFINITIONS, of this Bulletin, need not be Type Tested per the requirements of this section. Manufacturers may elect to have systems comprised of Utility Grade Relays and other devices Type Tested as complete systems to avoid the Utility review required of a non-Type Tested system.

5.1.9.1.3 All interface equipment must include a Verification Test procedure (unless otherwise noted in this document) as part of the documentation. Except for the case of small single-phase inverters as discussed later, the Verification Test must establish that the protection settings meet these requirements. The Verification Testing may be site-specific and is conducted periodically to assure continued acceptable performance.

5.1.9.1.4 The Checklist (ATTACHMENT 14) shall be submitted to the contact listed on the New York State Department of Public Service (NYSDPS) web-site (http://www.dps.state.ny.us/distgen.htm). DPS Staff (Staff) will perform a preliminary assessment of the information within 10 days to verify whether it is complete per the requirements and contact the manufacturer to request supplemental information if needed. After a complete documentation package has been provided, Staff shall review the Checklist to verify that all the appropriate reviews and tests have been performed. Within 30 days from the submission of the complete package, Staff will make a final determination whether the equipment is approved for interconnection per the SIR. A list of this equipment shall be maintained for posting on the NYSDPS web site as referenced above. The list will indicate specific model numbers and firmware versions approved. The equipment in the field must have a nameplate that clearly shows the model number and firmware version.

5.1.9.1.5 At the time of production, all interface equipment, including inverters and discrete relays, must meet or exceed the requirements of ANSI/ IEEE Std. C62.41, Recommended Practices on Surge Voltages in Low Voltage AC Power Circuits, or ANSI/IEEE Std. C37.90.1, IEEE Standard Surge Withstand Capability (SWC) Tests for Protective Relays and Relay Systems. If ANSI/IEEE Std. C62.41 is used, devices shall be tested to a minimum category B3 level as defined in ANSI/IEEE Std. C62.41 and the acceptance criteria shall be the same as that required by ANSI/IEEE Std. C37.90.1. If, during the performance of any of the testing protocols prescribed above, the equipment ceases to export power and in the judgment of the independent testing laboratory fails in a safe manner, this will be considered an acceptable result for the purposes of these requirements.

5.1.9.1.6 Isolation transformers specified as required or listed as optional must be connected for the testing process. Each optional isolation transformer connection constitutes a separate Type Test. Generic isolation transformers may be substituted after Type Testing. Three-phase isolation transformers and voltage-matching transformers connected wye-grounded/delta on the generator side shall not be permitted.

5.1.9.2 Type Testing

5.1.9.2.1 General

a. The tests prescribed below to meet the requirements of the SIR apply only to devices and packages associated with protection of the interface between the generating system and the Utility. Interface protection is usually limited to voltage function, frequency function, synchronizing function, reverse current or power function, and anti-Islanding schemes. Testing of relays or devices associated specifically with protection or control of generating or other customer equipment is recommended, but not required unless they impact the interface protection.
b. The independent testing laboratory shall conduct the Verification Test prescribed by the manufacturer to determine if the Verification Test procedure adequately demonstrates compliance with these SIR requirements. All single-phase and three phase test voltages shall be applied phase to ground. Test voltages are specified phase to ground for a 120 volt nominal system. Other system voltages require adjusting the test voltages by the appropriate percentages. Over- and undervoltage protection should be wired phase to ground. Phase-to-phase voltage sensing results in less sensitive undervoltage detection and more sensitive overvoltage detection.
c. For the following tests for single-phase and three-phase inverters, the Type Testing does not have to be repeated if settings other than those specified in Section 5.1.1.1, Design Requirements – Common are required by the Utility (i.e., when a transformer connection other than wye grounded-wye grounded is used).

5.1.9.2.2 Single-Phase Inverters and Relay Packages

All single-phase inverters shall be non-Islanding inverters as defined by IEEE Std. 929. Inverters 10 kW and below shall at the time of production meet or exceed the requirements of the most current versions of IEEE Std. 929 and UL 1741. Specifically, the inverter shall automatically disconnect for an Islanding condition with load quality factor of 2.5 within two (2) seconds. In addition, all single-phase inverters and single-phase voltage and frequency relay packages shall initiate a trip from a waveform generator for the waveforms listed below to verify they meet the requirements set forth in Section 5.1.1.1, Design Requirements – Common.

**Non-Volatile Memory Test:** Prior to waveform testing, all batteries shall be disconnected or removed for a minimum of ten (10) minutes. If the system requires no battery, then the device shall be disconnected from its source of power for a minimum of ten (10) minutes. This test is to verify the system has a non-volatile memory and that the protection settings are not lost. A test shall also be performed to determine that failure of any battery used in the power conversion and control process and not used to supply trip power will result in an automatic shutdown.

**Waveform Testing:** Each waveform test described below shall be repeated ten (10) times. Unless otherwise noted, the device should cease exporting power to the Utility within the relevant time limits specified in Section 5.1.1.1.

**Reset Timer:** These tests shall also verify the inverter or power-producing facility shall not automatically reconnect to the waveform generator until after five (5) minutes of continuous normal voltage and frequency. The manufacturer may supply a special production sample with the reset timer disabled or otherwise temporarily reduce or eliminate the delay in software to minimize the waiting time during Type Testing. At least three of the 60 total tests (6 waveforms, 10 times each) must be performed on a sample with the reset timer set to the required delay time to verify the function and accuracy of the timer. The test will be considered a failure if, in any one of the tests, the inverter automatically reconnects to the Utility system prior to the required time interval. Once the delay timer has been tested three times, the phrase "…and resumes to XX for five minutes…" at the end of the test procedures may be ignored.

The voltage magnitudes listed below are given in percent of rms voltage rating of the inverter, followed in parentheses by the rms voltage magnitude on a 120 V basis:

**Waveform 1:** A 100% of rated voltage (120 V rms) 60 Hz sinusoidal that drops in voltage to 49% of rated (59 V rms) for six (6) cycles beginning and ending at a zero crossing and resuming to 100% of rated voltage (120 V rms) for five minutes.

**Waveform 2:** A 100% of rated voltage (120 V rms) 60 Hz sinusoidal that drops in voltage to 88 % of rated (105 V rms) for 120 cycles beginning and ending at a zero crossing and resuming to 100% of rated voltage (120 V rms) for five minutes.

**Waveform 3:** A 100% of rated voltage (120 V rms) 60 Hz sinusoidal that rises in voltage to 111% of rated (133 V rms) for 120 cycles beginning and ending at a zero crossing and resuming to 100% of rated voltage (120 V rms) for five minutes.

**Waveform 4:** A 100% of rated voltage (120 V rms) 60 Hz sinusoidal that rises in voltage to 138 % of rated (166 volts) for two (2) cycles beginning and ending at a zero crossing and resuming to 100% of rated voltage (120 V rms) for five minutes.

**Waveform 5:** A 100% of rated voltage (120 V rms) 60 Hz sinusoidal that drops in frequency at a rate of 0.2 Hz/second to 59.2 Hz for six (6) cycles beginning and ending at a zero crossing and then returning to 60 Hz at a rate of 0.2 Hz/second for five minutes.

**Waveform 6:** A 100% of rated voltage (120 V rms) 60 Hz sinusoidal that rises in frequency at a rate of 0.2 Hz/second to 60.5 Hz for six (6) cycles beginning and ending at a zero crossing and then returning to 60 Hz at a rate of 0.2 Hz/second for five minutes.

5.1.9.2.3 Three-Phase Inverters and Relays

**Non-Volatile Memory Test:** Prior to waveform testing, all batteries shall be disconnected or removed for a minimum of ten (10) minutes. If the system requires no battery, then the device shall be disconnected from its source of power for a minimum of ten (10) minutes. This test is to verify the system has a non-volatile memory and that the protection settings are not lost. A test shall also be performed to determine that failure of any battery used in the power conversion and control process and not used to supply trip power will result in an automatic shutdown.

Waveform Testing: Each three-phase waveform test shall be repeated ten (10) times. Failure to trip for any one run constitutes failure of the test.

Reset Timer Test: These tests shall also verify the inverter or power producing facility shall not automatically reconnect to the waveform generator until after five (5) minutes of continuous normal voltage and frequency. The manufacturer may supply a special production sample with the five-minute reset timer disabled to eliminate waiting time during Type Testing. At least three tests must be performed on a sample with a five minute reset timer to verify the function and accuracy of the timer. The test will be considered a failure if, in any one of the tests, the inverter automatically reconnects to the Utility system prior to the required five-minute time interval.

Three-phase inverters and discrete three-phase voltage relays shall be Type Tested with three-phase waveforms. The inverter shall disconnect or the protection equipment shall initiate a trip from the waveform generator for each of the waveforms described below.

The voltage magnitudes listed below are given in percent of rms voltage rating of the inverter, followed in parentheses by the rms voltage magnitude for 120 V rated inverters:

**Waveform 1:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) interrupted by phase A voltage depressed to 49% of rated voltage (59 V rms) for six (6) cycles beginning and ending at a zero crossing while B and C phases continue at 100% of rated voltage (120 V rms). Repeat the same test with B phase depressed, with C phase depressed, with A and B phases depressed, with B and C phases depressed, and finally with all phases depressed to 49% of rated voltage (59 V rms) for six cycles.

**Waveform 2:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) interrupted by phase A voltage depressed to 49% of rated voltage (59 V rms) for six (6) cycles beginning and ending at a zero crossing while B and C phases are increased 125% of rated voltage (150 V rms) beginning and ending at the same point of discontinuity. Repeat the same test with B phase depressed and A and C phases increased and with C phase depressed and A and B phases increased.

**Waveform 3:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) interrupted by phase A voltage depressed to 88% of rated (105 V rms) for two seconds (120 cycles) beginning and ending at a zero crossing while B and C phases continue at 100% of rated voltage (120 V rms). Repeat the same test with B and C phases depressed to the same level and for the same duration holding the other two phases at 100%.

**Waveform 4:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) interrupted by phase A voltage increased to 111% of rated (133 V rms) for two seconds (120 cycles) beginning and ending at a zero crossing while B and C phases continue at 100% of rated voltage (120 V rms). Repeat the same test with B and C phases increased to the same level and for the same duration.

**Waveform 5:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) interrupted by phase A voltage increased to 138% of rated (166 V rms) for two cycles beginning and ending at a zero crossing while B and C phases continue 100% of rated voltage (120 V rms). Repeat the same test with B and C phases increased to the same level and for the same duration.

**Waveform 6:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) interrupted by phase A voltage increased to 138% of rated (166 V rms) for two cycles beginning and ending at a zero crossing while B and C phases are decreased to 83% of rated voltage (100 V rms) beginning and ending at the same point of discontinuity. Repeat the same test with B phases increased and A and C phases decreased and for C phase increased and A and B phases decreased to the same levels and for the same duration.

**Waveform 7:** A three phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) ramped to 59.2 Hz at 0.2 Hz/second, held for six cycles and

ramped back to 60 Hz at 0.2 Hz/second beginning and ending at the zero crossing on A phase (or the phase on which the device frequency trip measurements).

**Waveform 8:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) ramped to 59.3 Hz at 0.2 Hz/second, held for six cycles and ramped back to 60 Hz at 0.2 Hz/second beginning and ending at the zero crossing on B phase. At the same time, A and C phase voltages are to be ramped down to 58% of rated (70 V rms) at a rate of at least 10 volts per cycle and held at that depressed voltage during the six cycles when the frequency on B phase is at 59.3 Hz before ramping back to normal voltage.

**Waveform 9:** A three-phase sinusoidal operating at 60 Hz and 100% of rated voltage (120 V rms) ramped to 60.6 Hz at 0.2 Hz/second, held for six cycles and ramped back to 60 Hz at 0.2 Hz/second beginning and ending at the zero crossing on A phase (or the phase on which the device performs frequency trip measurements).

Recognizing that the waveform testing method may not be practical for larger inverters, alternate testing methods will be acceptable if it can be demonstrated that the alternate methods verify the test points and time delays of the interconnection functions prescribed in the SIR. The independent testing laboratory will be responsible to determine if the alternate testing method sufficiently verifies the interconnection functions and can be used as a replacement for the waveform testing method.

The tests shall include:

**Non-Volatile Memory Test:** Prior to waveform testing, all batteries shall be disconnected or removed for a minimum of ten (10) minutes. If the system requires no battery, then the device shall be disconnected from its source of power for a minimum of ten (10) minutes. This test is to verify the system has a non-volatile memory and that the protection settings are not lost. A test shall also be performed to determine that failure of any battery used in the power conversion and control process will result in an automatic shutdown.

Reset Timer Test: These tests shall also verify the inverter or power producing facility shall not automatically reconnect to the waveform generator until after five (5) minutes of continuous normal voltage and frequency. The manufacturer may supply a special production sample with the five-minute reset timer disabled to eliminate waiting time during Type Testing. At least three tests must be performed on a sample with a five-minute reset timer to verify the function and accuracy of the timer. The test will be considered a failure if, in any one of the tests, the inverter automatically reconnects to the Utility system prior to the required five-minute time interval.

**Test 1:** With the generator and inverter output stabilized at 60 Hz and 100% of rated voltage (120 V rms) and the inverter output between 0.5 and 1.0 per unit

power, ramp the generator voltage up to 111% of rated (133 V rms) at a rate no greater than 5 volts per second. Measure and record the frequency and voltage. The frequency must remain within 0.2 Hz of 60 Hz and the voltage may not exceed 114% of rated (137 V rms). The inverter must cease to export power within two seconds (120 cycles) of the first half-cycle reaching 111% of rated voltage (188 V) peak to neutral. Repeat the test with the inverter output below 0.1 per unit power.

**Test 2:** Insert a tapped transformer and a breaker between A phase of the generator and A phase of the inverter arranged such that when the breaker is opened or closed, A phase of the inverter receives half the voltage of the generator. With the generator and inverter output stabilized at 60 Hz and 99% of rated voltage (119 V rms) and the inverter output between 0.5 and 1.0 per unit power, operate the breaker so that A phase of the inverter only receives 48% of rated voltage (58 V rms). Measure and record the frequency and voltage. The frequency must remain within 0.2 Hz of 60 Hz and the voltage may not drop below 46% of rated (55 V rms) on A phase of the inverter or below 92% of rated (110 V rms) on B or C phases of the inverter. The inverter must cease to export power within six cycles of when the first half cycle of voltage on A phase of the inverter drops below 49% of rated (83 V) peak to neutral. Repeat the test applying half voltage to B and C phases. And repeat the test for all phases with the inverter output below 0.1 per unit power.

**Test 3:** With the generator and inverter output stabilized at 60 Hz and 100% of rated voltage (120 V rms) and the inverter output between 0.5 and 1.0 per unit power, ramp the generator voltage down to 87% of rated (105 V rms) at a rate no greater than 5 volts per second. Measure and record the frequency and voltage. The frequency must remain within 0.2 Hz of 60 Hz and the voltage must not drop below 82% of rated (99 V rms). The inverter must cease to export power within two seconds (120 cycles) of the first half-cycle reaching 85% of rated voltage (145 V) peak to neutral. Repeat the test with the inverter output below 0.1 per unit power.

**Test 4:** Insert a tapped transformer and a breaker between A phase of the generator and A phase of the inverter arranged such that when the breaker is opened or closed, A phase of the inverter receives four-fifths the voltage of the generator. With the generator and inverter output stabilized at 60 Hz and 107% of rated voltage (128 V rms) and the inverter output between 0.5 and 1.0 per unit power, operate the breaker so that A phase of the inverter only receives 87% of rated voltage (105 V rms). Measure and record the frequency and voltage. The frequency must remain within 0.2 Hz of 60 Hz and the voltage may not drop below 82% of rated (99 V rms) on A phase of the inverter, or below 92% of rated (110 V rms) on B or C phases of the inverter. The inverter must cease to export power within two seconds (120 cycles) of when the first half cycle of voltage on A phase of the inverter drops below 85% of rated (145 V) peak to neutral. Repeat the test applying low voltage to B and C phases. And repeat the test for all phases with the inverter output below 0.1 per unit power.

**Test 5:** With the generator and inverter output stabilized at 60 Hz and 100% of rated voltage (120 V rms) and the inverter output between 0.5 and 1.0 per unit power, ramp the generator frequency up to 60.6 Hz at a rate no greater than 0.5 Hz/second. Measure and record the frequency and voltage. The voltage must remain between 96% (115 V rms) and 104% of rated (125 V rms) and the frequency must not exceed 60.8 Hz. The inverter must cease to export power within six cycles of the frequency exceeding 60.5 Hz (8.26 ms between zero crossings). Repeat the test with the inverter output below 0.1 per unit power.

**Test 6:** With the generator and inverter output stabilized at 60 Hz and 100% of rated voltage (120 V rms) and the inverter output between 0.5 and 1.0 per unit power, ramp the generator frequency down to 59.3 Hz at a rate no greater than 0.5 Hz per second. Measure and record the frequency and voltage. The voltage must remain between 96% (115 V rms) and 104% of rated (125 V rms) and the frequency must not fall below 59.0 Hz. The inverter must cease to export power within six cycles of the frequency falling below 59.3 Hz (8.43 ms between zero crossings). Repeat the test with the inverter output below 0.1 per unit power.

It is not necessary to perform the 137% (165 V rms) test, the 110 % (132 V rms) unbalanced voltage test, or the anti-Islanding test (per IEEE Std. 929) on three-phase inverters.

5.1.9.3 Verification Testing

5.1.9.3.1 Upon initial parallel operation of a generating system, or any time interface hardware or software is changed, the Verification Test must be performed. A qualified individual must perform Verification Testing in accordance with the manufacturer's published test procedure. Qualified individuals include professional engineers, factory trained and certified technicians, and licensed electricians with experience in testing protective equipment. The Utility reserves the right to witness Verification Testing or require written certification that the testing was successfully performed.

5.1.9.3.2 Verification Testing shall be performed at least once every four years. All Verification Tests prescribed by the manufacturer shall be performed. If wires must be removed to perform certain tests, each wire and each terminal must be clearly and permanently marked. The Generator-Owner shall maintain Verification Test reports for inspection by the Utility.

5.1.9.3.3 Single-phase inverters and inverter systems rated 15 kVA and below may be verified upon initial parallel operation and once per year as follows: The owner or his agent shall operate the load break Disconnect Switch and verify that the power producing facility automatically shuts down and does not restart for five minutes after the switch is closed. The owner shall maintain a log of these operations for inspection by the connecting Utility.

5.1.9.3.4 Any system that depends upon a battery for trip power shall be checked and logged once per month for proper voltage. Once every four (4) years the battery must be either replaced or a discharge test performed.

5.1.10 UTILITY REVIEW

5.1.10.1 The design and operating characteristics of the Developer's system, including the generator (insofar as the generator characteristics relate to fulfillment of the requirements of this Bulletin), Disconnect Switch, protection and control equipment, interrupting device, and synchronizing and phasing equipment, shall be subject to review and acceptance by the Utility before interconnection of the Developer's generation to the Utility system.

## 5.2 ELECTRICAL INTERCONNECTION REQUIREMENTS FOR INDEPENDENT POWER PRODUCER GENERATION RATED GREATER THAN 300 KVA, OR FARM WASTE GENERATORS GREATER THAN 400 KW, CONNECTED IN PARALLEL WITH THE UTILITY SYSTEM

5.2.1 GENERAL

5.2.1.1 This Section 5.2 specifies the Utility's interconnection technical requirements for Developers of generating sources rated greater than 300 kVA, or for farm waste generators greater than 400 kW, connected to, and operating in parallel with, the Utility system.

5.2.1.2 The protection requirements described in this Section 5.2 are those necessary to protect the Utility system from the Developer's generator and to minimize any adverse consequences to the Utility system. Illustrated in ATTACHMENTs 7, 8, 9 & 10 are typical protection, control and grounding schemes that could be employed by the Developer to meet those requirements. It should be noted, however, that the specific design of the protection, control and grounding schemes will depend on the size and characteristics of the Developer's generator as well as the characteristics of the particular portion of the Utility system where the Developer is connecting the generation. The Developer's relay calculations and settings associated with the interconnection protection must be submitted to the Utility for review and acceptance, and should be done early enough in the project such that any changes identified during the Utility review do not adversely affect schedules.

5.2.1.3 Generators connected to the Utility transmission and subtransmission system shall be capable of coordinating their protective relaying with the NPCC Underfrequency Load Shedding Curve (see ATTACHMENT 14). The Developer's machines shall be capable of remaining connected (not trip or be damaged) through major system disturbances until both stages of the Utility underfrequency load shedding scheme have had a chance to operate and reduce system load. The Developer shall take whatever steps are necessary during the design of their turbine/generator to ensure that the machines can withstand sustained underfrequency operation. During

system conditions where local area load exceeds generation, NPCC Emergency Operation Criteria requires a program of phased automatic underfrequency load shedding of up to 25% of area load to assist in arresting frequency decay and to minimize the possibility of a widespread system collapse. In conformance with the Emergency Operating Criteria, the generation shall be required to remain connected to the system during the frequency decline to allow the objectives of the NPCC automatic load shedding program to be achieved.

5.2.1.4 The Developer's system design must conform to all applicable National Electrical Code ("NEC"), National Electrical Safety Code ("NESC"), American National Standards Institute ("ANSI") and Institute of Electrical and Electronic Engineers ("IEEE") standards and applicable government regulations.

5.2.1.5 It is not the Utility's intention to ensure that the Developer's generator or facilities other than the interconnection are adequately protected. If a safety concern is identified during the course of reviewing the Developer's design or witnessing start-up testing, the Utility will bring it to the Developer's and/or their agent's attention for corrective action. Ultimately, the responsibility to identify compliance with applicable safety codes and government regulations and to resolve any opposing views regarding safety code interpretation lies with the authorized inspection organization.

5.2.1.6 The Utility may require the Developer to provide two independent, redundant relaying systems in accordance with NPCC criteria for the protection of the bulk power system if the interconnection is to the bulk power system, or if it is determined that delayed clearing of faults within the generating facility adversely affects the bulk power system.

## 5.2.2 IPP GENERATION SYSTEM DESIGN REQUIREMENTS

### 5.2.2.1 Protection & Control

5.2.2.1.1 The protection requirements described in this document are those necessary to protect the Utility system from the Developer's generator and minimize its impact on the system. Other devices necessary solely for the protection of the Developer's equipment and to ensure its safe operation shall be the Developer's responsibility. It is not the Utility's intent to assess such protection in the Utility Engineering Review Process.

5.2.2.1.2 The Developer is required to obtain the services of a qualified, New York State licensed Professional Engineer ("P.E.") to design the protection system to meet the Utility's requirements, as well as the Developer's own requirements. The responsible P.E.'s seal shall be affixed on all of the Developer's design documentation that is required to be submitted to the Utility for review and acceptance.

5.2.2.1.3 To help minimize the potential for delays in the Utility Engineering Review Process, it is highly recommended that the Developer's consultant(s) have extensive background in power system protection and relay calibration and testing. It is the sole responsibility of the Developer to ensure the qualification of the Developer's consultant(s).

5.2.2.1.4 The Utility requires that Developers with a generating source(s) operating in parallel with the Utility system design, purchase, and install protection schemes at their location that are designed to detect the following:

- System abnormalities and disturbances on the Utility system to which the Developer's generation is interconnected (Utility fault protection scheme).
- Faults within the Developer's plant, to separate the plant from the Utility system, avoiding outages to other Utility customers supplied on the same circuit to which the generation is interconnected (plant fault protection scheme).
- Backfeeding, by the Developer's generation, to the Utility system when the Utility supply is separated from the Utility system to which the Developer's generation is interconnected (isolation protection scheme).

5.2.2.1.5 The protective relays used by the Developer to meet the Utility's fault and isolation protection requirements must be Utility-approved Utility Grade Relays (see section 1.1 - Definitions). The following suppliers are currently approved by the Utility for the fault and isolation protection relays shown in Figures 1, 2, and 3 (ATTACHMENTs 7, 8, and 9):

- ABB (former Westinghouse, ASEA, and BBC types only),
- Basler,
- Beckwith (Pride relay only),
- General Electric Company,
- Schweitzer Engineering Laboratories (SEL).

5.2.2.1.6 The Developer's fault protection scheme must isolate the Developer's generation from the Utility system for, but not necessarily limited to, the following abnormalities and disturbances:

- Faults within the Developer's equipment;
- Phase and ground faults on the the Utility system between the Developer's generation and a Utility-designated "system location"; and
    - Single phasing of a three-phase generator (open conductor).
    - Loss of power supply to the protective relays within the plant

5.2.2.1.7 The Developer's isolation protection scheme must automatically isolate the Developer's generation from the Utility system for loss of the Utility supply. The Developer's generation must not supply other Utility customers in the event of a loss of the Utility source. The isolation protective equipment would typically be designed to sense a "step change" in the generator's

output voltage, current, or frequency upon loss of the Utility source. NOTE: The "step change" resulting from the loss of the Utility supply may or may not be locally detectable at the Developer's location. If not, additional remote communications protection may be required.

5.2.2.1.8 Figures 1, 2 and 3 (ATTACHMENTs 7, 8, and 9) illustrate examples of the minimum protection requirements available to the Developer for various typical generator systems. The specific design of the protection schemes will depend on the generator type and kVA size, the Developer's own site load, the type of Utility supply feeder and its associated loads, as well as the method of grounding selected. The circuit breaker used to disconnect the generation from the Utility system shall be tripped either directly from the protective relay or through one interposing relay.

5.2.2.1.9 For isolation protection relays, the Utility requires the following minimum settings:

Underfrequency (81U)

For generators interconnected to Utility distribution circuits, pick-up at no less than 59.3 Hz and operate in no greater than 0.5 seconds.

For generators connected to Utility subtransmission or transmission circuits, coordinate with the NPCC Underfrequency Load Shedding Curve shown in ATTACHMENT 14 (i.e., the setting must be on or below the curve shown).

Overfrequency (81O)

Pick-up at no more than 60.5 Hz and operate in no greater than 0.5 seconds.

Undervoltage (27)

Pick-up at no less than 90% of nominal supply voltage and operate in no greater than 1.0 seconds.

Overvoltage (59)

For generators interconnected to Utility circuits that are ungrounded, or not effectively grounded, pick-up at no more than 110% of nominal supply voltage and operate instantaneously.

For generators interconnected to Utility circuits that are effectively grounded, pick-up at no more than 110% of nominal supply voltage and operate in no greater than 1.0 seconds.

5.2.2.1.10 For fault protection relays, it is the Developer's responsibility to perform the necessary calculations and determine the proper settings. The Utility will provide the Developer with pertinent Utility system data and the appropriate fault protection criteria. Once the Developer has completed the calculations and finalized these settings, the calculations and settings must be provided to the Utility for review and acceptance.

5.2.2.1.11 The developer may be required to use high speed protection if time-delayed protection would result in degradation in the existing sensitivity or speed of the protection system on Utility lines.

5.2.2.1.12 The Developer may be required to provide local breaker failure protection which may include Direct Transfer Tripping to the Utility line terminal(s) in order to detect and clear faults within the generating source that cannot be detected by Utility backup protection.

5.2.2.1.13 Relay test switches (ABB FT-19R or equivalent) shall be installed for each microprocessor-based relay that provides isolation protection and/or detection of short circuits or other abnormalities on the Utility system. At least one test switch is required for each relay. This requirement is primarily to assure that any relay output is not rewired incorrectly following the required initial and periodic relay testing. Installation of relay test switches also aids to facilitate and expedite relay testing.

5.2.2.2 <u>Grounding</u>

The Utility transmission, subtransmission and distribution facilities are all designed and built to maintain a specific level or type of grounding. The interconnection of Developer's generation to Utility facilities may adversely affect that grounding. In order to maintain the existing level or type of grounding on the circuit, the interconnecting IPP generation must comply with the following criteria:

5.2.2.2.1 Developer's generation interconnecting to wye-grounded distribution circuits must provide a ground source to maintain effective grounding on the circuit. The ground source must ensure that under all conditions where the Developer's generation becomes isolated with the Utility's distribution load, the distribution circuit remains effectively grounded. (A ground source provides effective grounding if, during a phase-to-ground fault, the voltages on the unfaulted phases with respect to ground do not exceed 1.35 per unit.)

a. During a phase-to-ground fault on the Utility's distribution circuit, the Developer's generation may be isolated with the phase-to-ground fault if the Utility source opens before the Developer's protection detects the fault condition and isolates the generation from the Utility system. If the Developer's facility does not provide effective grounding during the period that the generation is isolated with the phase-to-ground fault, the system neutral can shift, creating an overvoltage on the two remaining unfaulted phases. All phase-to-ground connected loads isolated with the generation will be subjected to this overvoltage, which can reach 173% of normal. This high voltage could quickly damage Utility equipment and/or other customer's equipment.
b. The P.E. responsible for the design of the Developer's system shall be aware that the ground source at the Developer's location will provide a path for a portion of the zero-sequence fault current for <u>all</u> phase-to-ground faults on the circuit. Should this additional fault current path adversely affect the operation of existing Utility ground relaying and/or

fusing on the circuit, additional zero-sequence impedance may have to be added to the Developer's ground source (while still maintaining effective grounding), or the ground source may have to be tripped-off simultaneously when the generator is tripped for faults.

c. The following are examples of methods that the Developer may use to provide the required ground source at his location. Figures 4.1, 4.2 and 4.3 (ATTACHMENT 10) illustrate each of these methods, respectively:
   - A wye-grounded/wye-grounded step-up transformer with a wye-grounded generator.
   - A grounding transformer at the point of interconnection. A wye-grounded/delta or zig-zag transformer may be used.
   - A wye-grounded/delta step-up transformer.

   NOTE: The preferred method is to use a wye-grounded/wye-grounded step-up transformer with a wye-grounded generator.

5.2.2.2.2 The Developer's generation interconnecting to delta-connected distribution circuits typically will not be required, nor allowed, to provide a ground source for the Utility system.

5.2.2.2.3 The Developer's generation interconnecting to transmission or subtransmission facilities, either delta- or wye-connected, will be reviewed individually to determine if there is a need for the Developer to provide a ground source for the Utility system.

5.2.2.3 Synchronizing and Reclosing

5.2.2.3.1 Developers with synchronous generators or self-commutated inverters are required to use Utility Grade synchronizing equipment to parallel their generation with the energized Utility system. In general, Developers with induction generators or line-commutated inverters are not required to have synchronizing equipment.

5.2.2.3.2 The connection of any type of IPP generation to a de-energized portion of the Utility system is prohibited.

5.2.2.3.3 When the Developer's fault interrupting device is tripped via fault or isolation protective relay equipment, reclosing of that device must be delayed until the Utility system has been restored for a minimum of five (5) minutes.

**NOTE: The IPP should be aware that Utility autoreclosing may cause transient shaft torque on the Developer's machine(s) if it (they) is (are) still connected to the Utility system when reclosing occurs.**

5.2.2.3.4 For fault initiated operations on transmission, subtransmission and distribution circuits, the Utility substation and line fault interrupting devices (excluding fuses) typically reclose automatically without hot-line

supervision or synchronizing. Dead time on the Utility circuit before the first reclosing occurs typically ranges from 2 to 10 seconds. As noted previously, if the Developer's generation remains on-line when reclosing occurs, the Developer's equipment may be damaged by a possible out-of-sync reclose. It is not the Utility's practice to add hot-line supervision or synchronizing to existing fault interrupting devices on transmission, subtransmission, and distribution circuits when IPP generators are connected to them.

5.2.2.4 Disconnect Switch

5.2.2.4.1 Generating equipment shall be capable of being isolated from the Utility system by means of an external, manual, visible, gang-operated, load break Disconnect Switch. The Disconnect Switch shall be installed, owned and maintained by the owner of the power producing facility, and located between the power producing equipment and its interconnection point with the Utility system.

a. The Disconnect Switch shall be clearly marked, "Generator Disconnect Switch," with permanent 3/8 inch letters or larger.
b. The Disconnect Switch shall be located within 10 feet of the Utilities' external electric service meter or the location and nature of the dispersed power Disconnect Switches shall be indicated in the immediate proximity of the electric service entrance.
c. The Disconnect Switch shall be readily accessible for operation and locking by Utility personnel at all times. Operation of this switch by the Utility is at the discretion of the Utility without prior notice to the power producer.
d. The Disconnect Switch must be lockable in the open position with a standard Utility padlock.

5.2.2.4.2 The Disconnect Switch must be rated for the voltage and current requirements of the installation. The basic insulation level (BIL) of the Disconnect Switch shall be such that it will coordinate with that of the Utility's equipment. Disconnect devices shall meet applicable UL, ANSI and IEEE standards, and shall be installed to meet all applicable local, state and federal codes.

5.2.2.4.3 The Disconnect Switch may be opened by the Utility for any of the following reasons:

a. To eliminate conditions that constitute a potential hazard to Utility personnel or the general public.
b. Pre-emergency or emergency conditions on the Utility system.
c. A hazardous condition is revealed by a Utility inspection.
d. Protective device tampering.

5.2.2.4.4 The Disconnect Switch may be opened by the Utility for the following reasons, after notice to the power producer has been delivered and a reasonable time to correct (consistent with the conditions) has elapsed:

a. Power producer has failed to properly maintain the protective devices.
b. Power producer's system interferes with Utility equipment or equipment belonging to other Utility customers.
c. Power producer's system is found to affect quality of service of adjoining customers.
d. Failure to make Verification Test records available to the Utility upon request.

5.2.2.4.5 The customer shall be allowed to disconnect from the Utility without prior notice in order to self-generate.

5.2.2.5 Power Factor Correction

5.2.2.5.1 If the Developer installs an induction machine, power factor correction equipment may be required. If the Utility determines in its sole judgment that the use of power factor correction equipment is necessary for VAR support, the Developer shall:

- Install such power factor correction equipment on its systems, as specified and accepted by the Utility; and/or
- Be responsible for all Utility-incurred costs associated with the addition of such power factor correction equipment installed by the Utility on the Utility system.

5.2.2.6 Harmonics

5.2.2.6.1 The following is the Utility's policy regarding harmonic distortion limits that apply to all customers, including IPPs:

"Harmonic distortion due to a Developer's generation additions shall be limited such that the harmonic voltage distortion as measured at any point on the Utility system will not exceed 3% for any single frequency or 5% total harmonic distortion ("THD"), or otherwise be determined by the Utility to cause problems with the Utility or other customers. THD is defined as the square root of the sum of the squares of the harmonic voltages divided by the magnitude of the fundamental (60 hertz) voltage."

5.2.2.6.2 If the percent THD is above the limit, the Developer may need to install a filter to meet the requirement.

5.2.2.6.3 If a harmonic-related problem with other Utility customers can be traced to a Developer's generating facility, the Developer must cease operation of the generating facility and remedy the problem.

5.2.2.7 Flicker

5.2.2.7.1 The Developer's generator shall not create unacceptable voltage fluctuation or flicker conditions on the Utility system, as determined by the Utility. Refer to GRAPH 1 (ATTACHMENT 12) for flicker limitations. The Developer shall limit voltage fluctuations in accordance with the 3% curve for transmission or Subtransmission system interconnections, or the 4% curve for distribution system interconnections.

5.2.2.8 Ferroresonance

5.2.2.8.1 Studies have shown that ferroresonant overvoltages can occur on Utility T&D systems. These are produced by the discharging and charging of the system capacitance through the highly non-linear magnetizing reactance of the system transformers as they pass into and out of a saturated condition. The result is high overvoltage and distorted waveforms which not only contain the ferroresonance but also all the natural resonant frequencies of the distribution circuits excited by the ferroresonant pulses.

5.2.2.8.2 Four conditions must be present for ferroresonant overvoltages to occur:

- The generator must be separated from the Utility source (Islanding condition).
- The kilowatt load in the Island must be less than three times the generator rating.
- The system capacitance must be greater than 25% of the generator rating.
- There must be at least one transformer connected to the island.

5.2.2.8.3 Ferroresonant overvoltages can result in customer equipment and wiring being subjected to up to three times rated voltage. This can result in damage to both customer-owned appliances and equipment as well as Utility-owned equipment, and may even result in a fire.

5.2.2.8.4 If, during the Preliminary Technical Review, it is determined that a ferroresonant overvoltage condition is possible, the Utility protection engineer will investigate if it is feasible to remove capacitor banks from the branch or circuit to which the generator(s) will be connected. If this is determined not to be feasible, then unidirectional Direct Transfer Trip (DTT) equipment will be required to be installed at the Utility substation or line recloser and the generation facility. Through this equipment, the Utility's relays or recloser, upon detection of a short circuit on the feeder or branch, will key a DTT signal to the generation facility via telephone channel to Disconnect the generation from the faulted circuit prior to opening of the Utility breaker or recloser.

5.2.2.9 Metering

5.2.2.9.1 The metering scheme(s) required to measure the generation delivered to the Utility, or any service power required by the Developer and supplied by the Utility (i.e., temporary, back-up, maintenance, or permanent service), will be dictated by the Agreement terms negotiated between the Utility and the Developer. The metering scheme(s) will be designed by the Utility.

5.2.2.9.2 When the metering point is located at the source of generation, the Developer shall provide space and mounting structures for the metering equipment in the Developer's interconnection facilities. A suitable Disconnect Switch(es) (group-operated, with a visible open) operable and lockable by the Utility, shall be provided by the Developer to isolate the metering instrument transformers (VTs and CTs), for maintenance and testing. The metering CTs shall be located on the Utility side of the metering VTs. The Developer shall also provide the conduit(s) required between the instrument transformer secondary junction box(es) and the metering enclosure(s).

a. The Utility will normally purchase, install, test and maintain the metering instrument transformers (VTs and CTs), meters, enclosure(s), and ancillary equipment required for metering of the Developer's generating facility. The Utility will provide instrument transformer outline drawings and meter enclosure physical information to the Developer to incorporate into the design of the Developer's interconnection facilities. The Developer shall coordinate the location of the metering equipment with the Utility. The Developer shall provide drawings showing the location and mounting structure details for the metering instrument transformers and meter enclosure, for the Utility's review and acceptance.
b. The Utility will install all connections between the instrument transformer secondaries and the meter test switches, along with meter interconnections and connections to ancillary equipment.
c. When required, the Developer shall supply additional source(s) of 120 volt ac, single phase station power to the meter ancillary equipment. The supply circuit(s) shall be dedicated for the Utility's use only. The Utility will make all connections to the ancillary equipment from a specified demarcation point. The Utility will provide the Developer with power requirements. This supply circuit shall not be interrupted during routine switching and maintenance outages.
d. In some instances, to facilitate construction and installation, the Utility may authorize the Developer to include the purchase and/or installation of metering instrument transformers in the Developer's interconnection facilities. The Utility will provide equipment specifications and accuracy requirements for any instrument transformers to be purchased by the Developer. The Developer shall provide equipment drawings and certified test data for the Utility's review and acceptance.

e. The Developer shall furnish a dedicated standard "voice-grade POTS" (plain old telephone system) telephone channel and jack to a designated demarcation point for remote meter interrogation.

f. The Utility shall have access to all metering equipment located within the Developer's interconnection facilities to perform initial and routine in-service maintenance and testing. The Utility will notify the Developer prior to entering the Developer's facilities.

5.2.2.9.3 When the metering point is located at a location other than the source of generation, the Utility will purchase, install, test, and maintain the metering instrument transformers (VTs and CTs), meters, enclosure(s), ancillary equipment, and mounting structures required for metering of the Developer's generating facility.

5.2.2.9.4 The Developer will be responsible for providing 2-wire, dial-up, dedicated telephone line(s) at the demarcation point adjacent to the Utility's metering location(s). The telephone line(s) shall provide the Utility with remote metering reading capability. The Developer shall be responsible for all costs related to obtaining, installing, testing, commissioning and maintaining the telephone line(s) as those costs may be charged by the telephone company.

5.2.2.9.5 The Developer will be responsible for all costs associated with the installation, testing and maintenance of the metering equipment. The Utility will retain ownership of all metering equipment.

5.2.2.9.6 Instrument transformers utilized for metering the Developer's generation delivered to the Utility, or any service power required by the Developer and supplied by the Utility will not be used for other functions (i.e., protective relaying, telemetering, etc.).

5.2.2.10 Data Telemetering

5.2.2.10.1 For Developer's generating facilities with an installed capacity of 2 MW or greater, or for Merchant Generators, plant net Kilowatt, Kilovar, Kilowatt-hour output, and bus voltage shall be required to be continuously (every two seconds) sent to the Utility's Energy Control Center. At the Utility's option, circuit breaker status, control and critical alarms may also be required. For Developer's generating facilities rated below 2 MW, data telemetering may be required at the Utility's option, depending on the interconnection system requirements.

5.2.2.10.2 This data may be transmitted, at the Utility's option, to a local Utility facility that has a Remote Terminal Unit ("RTU") on the Utility's Supervisory Control and Data Acquisition ("SCADA") system for retransmission to the Utility's Energy Control Center. Alternatively, a Utility SCADA RTU may be installed directly at the Developer's facility.

5.2.2.10.3 If the Utility requires the Developer to install an RTU at their generating facility, the Developer must provide RTU communications to the Utility's Energy Control Center in Binghamton via a dedicated leased telephone channel. For the former, the Developer shall obtain a leased telephone channel to a Utility connection point (located at an AT&T POP facility for all inter-LATA circuits). For intra-LATA circuits, the Developer shall connect to the Utility's Energy Control Center in Binghamton via a dedicated channel. The Developer will be invoiced by the Utility for the connection between the AT&T POP facility and the Utility's Energy Control Center. The Developer shall be responsible for ordering and paying for the telephone channel from the Developer's generating facilities to the dedicated connection point.

5.2.2.10.4 For telemetry applications not requiring an RTU, the Developer, at their expense, may interface with a Utility RTU via a Utility-specified analog telemetry system.

5.2.2.10.5 The Developer shall be responsible for all telemetering equipment and be required to pay for all the costs associated with its purchase, installation, operation, test and maintenance of this equipment.

5.2.2.10.6 All of the Developer's devices used to supply the Utility with the required telemetry information shall comply with the following requirements:

a. Transducers for the analog measurement of volts, watts, and reactive volt-amperes shall conform to ANSI standards C39.1, C39.5, and C37.90A. Instrument transformers shall conform to ANSI standard C57.13.
b. Current transformers ("CTs") shall conform to a class 0.3 or better metering accuracy and shall be provided with certificates of test stipulating the ratio and phase angle corrections at 10% and 100% of rating with the standard ANSI burden nearest to the actual "in-service" burden. Voltage transformers ("VTs") shall conform to a class 0.3 or better metering accuracy and should be provided with certificates of test stipulating the ratio and phase angle corrections at 100% rating with zero burden and with the rated maximum standard burden.
c. The metering CT and VT burdens shall be kept as small as practicable and shall be limited to those measurement devices requiring a highly accurate current and voltage source.
d. CT and VT common connections shall be grounded at only one point. Where a common VT secondary return conductor is utilized, the conductor shall be separate from the common return of the CTs.
e. Transducers for the measurements of watts and reactive volt-amperes ("vars") shall be designed with three (3) elements for grounded systems and two (2) elements for ungrounded systems. Voltage transducer error is not to exceed ±0.25% of rated output. Watt and var transducer error is not to exceed ±0.2% of reading or + 0.01% of rated output. Transducer nominal output shall be 0-1 mA dc. Scaling resistors shall have an accuracy of ±0.01% or better. Developer shall refer to the Utility's "Shielded Cable

Grounding Procedures for Utility RTU/Tone Telemetry Systems," (ATTACHMENT 11).

f. Test equipment and test standards intended to be used for the calibration of instrument transformers or transducers shall be certified to values of accuracy and precision which are better than the required accuracy of the equipment under test by a factor of at least two.

5.2.2.10.7 The Utility will inform the Developer of full scale values for volts, watts and vars. This information will determine the calibration range of the transducer and define scaling resistor requirements.

5.2.2.10.8 The Developer shall provide pertinent telemetering information, as noted in Section 3.2.1.12, for the Utility's review and acceptance.

5.2.2.10.9 After initial testing and acceptance, the Developer is required to provide the Utility with certified transducer test results once every two years to coincide with the required protection system periodic test schedule.

5.2.2.10.10 The Developer shall refer to the following Appendices which will be provided to the Developer as determined by the specific Utility requirements for the proposed project:

**Appendix 2:** IPP Audio Tone Telemetry Installation Process
**Appendix 3:** IPP RTU Installation Process
**Appendix 4:** Leased Telephone Facilities Ordering

## 5.3 PROTECTIVE RELAY COMMUNICATIONS AND MONITORING SYSTEMS

Section 5.3 specifies the Utility's requirements for the purchase and installation of protective relay communications systems and monitoring equipment. Communication facilities for protective relaying applications (i.e., pilot and/or direct transfer trip), and/or monitoring equipment which are required (as defined in the system modifications) for the Utility's and the Developer's facilities for the purpose of accepting IPP generation for interconnection, shall be designed, purchased, and installed in accordance with the following requirements:

### 5.3.1 TERMINAL EQUIPMENT

#### 5.3.1.1 Ownership

5.3.1.1.1 The metering point will generally establish the demarcation. All equipment on the Developer's side of the metering point will be owned, operated, and maintained by the Developer. All equipment on the Utility side of the metering point will be owned, operated, and maintained by the Utility. At the Utility's option, the Developer may purchase equipment to be installed on the Utility side of the metering point. However, upon Utility acceptance of the equipment for interconnection and energization of the Developer's facilities, the Utility will own, operate and maintain the equipment.

5.3.1.2 Cost Estimates

5.3.1.2.1 Upon identification of the need for a communications and/or monitoring system(s), the Utility will provide the Developer with a cost estimate which will identify billable costs and functional requirements.

5.3.1.3 Specification and Ordering Responsibilities

5.3.1.3.1 After the Utility furnishes the Developer with communication system requirements and associated costs and responsibilities, the Developer shall be responsible for the procurement of all equipment and associated hardware for the Developer's end of the interconnection. The Utility will provide the Developer with equipment specifications and any unique design requirements. Additionally, the Utility will supply the Developer with an Utility-approved vendors list for the equipment. The Developer shall be the lead contact with the equipment vendor(s).

5.3.1.3.2 The Developer shall provide copies of all vendor bid proposals and any subsequent correspondence between the Developer and the equipment supplier(s) dealing with any proposed technical modifications to the Utility specified equipment as well as the equipment delivery schedules. Any vendor exceptions to the Utility supplied specification(s) will require the Utility's review and acceptance. The Utility's review of vendor bid proposals must be completed before purchase orders are placed for the equipment.

5.3.1.4 Documentation

5.3.1.4.1 The Developer shall submit to the Utility a complete set of vendor's equipment drawings throughout various phases of the project. The Utility will review this documentation and provide the Developer with comments regarding equipment modifications. Specific documentation requirements and review procedures are outlined in the Utility-supplied equipment specifications.

5.3.1.5 Installation and Delivery

5.3.1.5.1 Each party will be responsible for equipment installation at their respective ends. The Utility will not install equipment at the Developer's facility.

5.3.1.5.2 The Utility-end equipment will be delivered directly to a specified Utility Division Service Center. Upon receipt of the equipment, each party will be responsible for acceptance testing of equipment for their respective ends. The Developer shall test all equipment in accordance with Appendix 1, "IPP Protective Relay Communications and Monitoring Equipment Test Requirements."

5.3.1.6 Remote Alarming, Control and Metering

5.3.1.6.1 Where protective relay communications systems are required, the Developer shall provide remote alarming of the systems' "off-normal" conditions to a designated Utility location. This can be accomplished through a Utility RTU, if one will be located at the Developer's facility. If an RTU is not required at the Developer's facility, protective relay communication systems alarm information must be provided by alternate means.

5.3.1.6.2 In facilities where an RTU is required, the following status points at the facility are required to be monitored by the RTU ("breaker" corresponds to all interrupting devices in the facility that interconnect generation to the Utility system):

Status of interconnecting breaker(s) and individual generator breakers
Breaker trouble (interconnecting breaker(s) only)
Loss of relay DC
Loss of relay AC potential
Transmitter/Receiver cutoff switches (if any)
Relay trouble
Supervisory cutoff of devices controlled through the RTU

5.3.1.6.3 In addition, where an RTU is required, the Utility requires (through the RTU) control of all breakers in the facility that interconnect generation to the Utility system.

5.3.1.6.4 Depending on the MVA capacity of the facility, the Utility requires that various analog data points be monitored by the RTU. These points may include, but are not limited to, the following (also referenced in section 5.2.2.10.1):

Watts, vars, MWH, amperes of each unit within the facility
Watts, vars, MWH, amperes of the total facility
Bus voltage at which the plant is interconnected to the Utility

5.3.1.7 Spare Parts

The Utility **strongly recommends** that the Developer stock a complete set of spare parts. Loss of a protective relay communications system will compromise the reliability of the protective system, and the Developer will be forced to disconnect the generation from the Utility system until such time that the communications system is back in service.

### 5.3.2 COMMUNICATIONS MEDIA

#### 5.3.2.1 Leased Communications Media

5.3.2.1.1 Leased telephone channels for protective relaying shall conform with the Bell Systems Technical Reference - PUB 41011-C6, Transmission Specifications For Voice Grade Private Line Audio Tone Protective Relay Channels.

5.3.2.1.2 Leased telephone channels for data shall conform with the Bell Systems Technical Reference - PUB 41004, Data Communications Using Voiceband Private Line Channels; and, PUB 41009, Transmission Parameters Affecting Voiceband Data Transmission - Measuring Techniques.

5.3.2.1.3 The Developer is responsible to ensure compliance with the most current version of the following standards.

(IEEE Std. 487) - IEEE Guide for Protection of Wire-Line Communications Facilities Serving Electric Power Stations (IEEE Std. 367) -IEEE Guide for Determining the Maximum Electric Power Station Ground Potential Rise and Induced Voltage from a Power Fault.

5.3.2.1.4 Liaison and Ordering Responsibilities - Telephone channel ordering and interface responsibilities with the telephone company(ies) will be the sole responsibility of the Developer. The Developer shall order telephone channels in accordance with Appendix 4, "Leased Telephone Facilities Ordering."

5.3.2.1.5 Cost Estimates - For protective relaying applications, the Developer is solely responsible to obtain communication channel installation and monthly rental charges from the appropriate telephone company(ies).

5.3.2.1.6 Ground Potential Rise Considerations

a. If high voltage special protection ("HVSP") equipment is required, as identified by Ground Potential Rise ("GPR") studies, the Developer will incur all expenses for such equipment. If the telephone company(ies) do not allow customer ownership of HVSP equipment, then it will be the responsibility of the Developer to procure HVSP equipment for both ends of the interconnection.

b. Where the local communications carrier's tariff(s) allow customer ownership of HVSP equipment, the Utility will negotiate directly with the telephone company(ies), at the Developer's expense, for ownership and maintenance arrangements for the Utility-end only. If HVSP equipment already exists at the Utility location, the Developer will be informed of this requirement at the outset of the project. The Utility will not estimate the cost of HVSP equipment.