c. The Utility will calculate the GPR for the Utility terminal(s) and supply the necessary information for the Developer to determine the GPR at the Developer's location. The Developer's GPR calculations and associated results (including earth resistance measurement data) shall be submitted to the Utility for review of the Developer-end HVSP requirements.

5.3.2.1.7 Notification Requirements - The Utility shall be notified of the circuit type requisitioned via copy of the circuit order issued by the Developer to the telephone company(ies). The Developer shall notify the Utility a minimum of two weeks in advance of the telephone channel installation so that proper arrangements can be made to have a Utility representative present during telephone company installation of the leased circuit(s) at the Utility-end.

5.3.2.2 Privately Owned Communications Media

5.3.2.2.1 If it is technically and economically feasible to install privately owned fiber optic, hardwire, or power line carrier protective relay, and/or data communications systems, the Developer and the Utility shall mutually agree on the types of systems to be used and the engineering specification, procurement, and installation responsibilities and requirements.

5.3.2.2.2 Any communications system designed or proposed by the Developer shall conform to all applicable ANSI, IEEE, NEC, NESC, and Utility standards.

5.3.2.2.3 The Utility will have the right to review and accept all systems designed, specified, procured, and installed by the Developer or the Developer's agent.

5.3.3 OTHER UTILITIES

Where other foreign electric utilities are involved in the Developer's generation project, the Developer shall be responsible to coordinate the engineering, procurement and installation of protective relay communications and monitoring systems. The Developer shall be responsible for negotiating and/or obtaining any additional agreements or contract requirements.

# SECTION 6
# INSPECTION, CERTIFICATION, TESTING, AND MAINTENANCE REQUIREMENTS

## 6.1 INSPECTION AND CERTIFICATION REQUIREMENTS

6.1.1 The Developer's electrical equipment and interconnection wiring shall be in accordance with applicable portions of the NEC, NESC, and all other applicable codes, as required. The Developer shall obtain a written statement from the qualified New York State Licensed P.E. utilized to design the Developer's protection system, certifying that the Developer's facility, as designed and constructed, is in complete accordance with all applicable codes. This statement shall have the P.E.'s seal affixed on it. A copy of the statement shall be furnished to the Utility.

6.1.2 The Utility also requires the Developer to obtain certification that the Developer's electrical equipment and interconnection wiring is in accordance with all applicable codes, from an authorized electrical inspection organization acceptable to the Utility. Names of such organizations will be provided upon request. Once the Developer has selected one of the Utility-approved inspection organizations and the inspection process has been initiated, the selected inspection organization must be retained by the Developer throughout the inspection process until certification is granted. The Utility must be presented with written evidence showing that all electrical equipment and interconnection wiring at the Developer's facility has been inspected and certified by a qualified inspection organization **prior** to the beginning of initial inspection and testing.

6.1.3 For relays installed in accordance with the "NPCC Criteria for the Protection of the Bulk Power System," maintenance intervals shall be in accordance with the "NPCC Maintenance Criteria for Bulk Power System Protection."

## 6.2 TEST REQUIREMENTS

The Developer shall arrange for qualified personnel to perform calibration and functional tests on the fault and isolation protection systems, along with tests on CTs and VTs utilized in the protection systems, in accordance with typical Utility industry practices. The tests that shall be performed during the initial and periodic tests are detailed in Section 6.2.3. The Developer shall provide the name and qualifications of the individual(s) who will be performing the tests, for the Utility's acceptance.

### 6.2.1 INITIAL INSPECTION AND TESTS

6.2.1.1 Prior to the initial parallel operation of the Developer's equipment with the Utility system, or after modifications are made to plant already interconnected with the Utility system, Utility personnel must be present for the protective relay and associated equipment calibration and functional tests, as well as the inspection of the Developer's equipment. The Developer will be invoiced for the cost for Utility personnel to inspect and witness these tests. The Utility requires a minimum of two

**(2) weeks** notice prior to witnessing the Developer's protection system calibration and testing.

6.2.1.2 It is **not** the Utility's policy to lease test equipment or provide assistance during testing.

6.2.1.3 The Developer shall provide the Utility a copy of all certified test reports for the initial inspection and tests of the Developer's equipment. Certified test reports must be submitted to the Utility prior to synchronization of the Developer's generation with the Utility's system.

6.2.2 PERIODIC TESTS

6.2.2.1 Periodic calibration and functional tests of the Developer's isolation protection and protection for detecting faults on the Utility system and within the plant are required on a four-year basis for microprocessor-based relays that include self-test algorithms, or on a biennial (once every two years) basis for all other relays. Copies of certified test reports for microprocessor-based relays that include self-test algorithms shall be submitted to the Utility every four years. Copies of certified test reports for all other relays shall be submitted to the Utility on a biennial basis. Also, a battery maintenance log (if applicable) shall be submitted to the Utility on a biennial basis.

6.2.2.2 In order for the Developer's testing and inspection to be considered certified and accepted by the Utility, it must be performed under the direction of a qualified New York State licensed Professional Engineer ("P.E."). Additionally, test results and Developer's equipment data must be stamped by the qualified P.E. witnessing or performing the checkout and testing. The Developer is responsible to ensure that the P.E. witnessing or performing equipment calibration and start-up testing on the Developer's behalf has an extensive background in this field.

6.2.2.3 Periodic tests may be witnessed by the Utility at the Utility's option in lieu of P.E. certified tests. The Utility also reserves the right to inspect any of the Developer's equipment upon prior notice.

6.2.3 TESTS TO BE PERFORMED

The following tests shall be performed for the initial and periodic tests:

6.2.3.1 Current Transformer Test: (Initial tests only)
Field verify that the CT ratio and polarity are correct (Most easily accomplished during assembly). Verify the integrity of the CT insulation and secondary circuit using a 500 volt megger, and check for proper secondary ground connection.

6.2.3.2 Voltage Transformer Test: (Initial tests only)
Field-verify that the VT ratio is correct. Verify that correct voltages are present at the switchboard locations. Verify the integrity of the VT insulation and secondary circuit using a 500 volt megger and check for proper ground connection.

6.2.3.3 Calibration Test:

The purpose of relay testing is to verify that a relay will respond to the appropriate inputs in the required manner as determined by the setting. The actual input quantities must be applied to the relay in accordance with the manufacturer's instruction book. The input quantities shall be determined by the relay settings. The settings must be consistent with those submitted by the Developer and accepted by the Utility. When testing electromechanical relays with time dials, sufficient test points must be taken to define the relay curve. The calibration data shall be documented in a legible format and contain all pertinent relay data. (Utility test forms may be used and are available upon request.)

6.2.3.4 Functional Test:

6.2.3.4.1 A protective relay cannot function by itself. It is reliant upon other equipment such as instrument transformers, auxiliary relays, circuit breakers, interconnecting cables and control power to perform its protective function. The purpose of functional testing is to verify that the overall operation of the relay and its associated equipment is in accordance with its intended design. Therefore, it is beneficial for the Developer to develop specific test procedures with well-defined parameters for use during testing.

6.2.3.4.2 The functional tests must, at a minimum:

a. Verify that end devices from each protective scheme operate from every possible source of trip potential (including, if applicable, confirmation that the communications system operates the transfer trip end devices).
b. Verify that the end device contacts complete the trip circuit to the breaker, actually trip the breaker, and operate all associated auxiliary relays in the close and trip circuit.
c. Check for correct operation of synchronism check relay, block of close, and block of reclose.
d. AC Control Circuit - Verify circuit breaker trips upon loss of ac control power.
e. DC Control Circuit - Verify correct operation of dc control devices in the absence of ac supply. Battery systems shall be checked for proper recovery time after a circuit breaker has been operated.

6.2.3.5 Battery Maintenance:

Battery systems must be serviced and maintained on a regular basis by the Developer. Each battery should be visually inspected for corrosion, damage and level of electrolyte. Voltage and specific gravity readings shall be taken for each cell in accordance with manufacturer's instructions and properly documented in a battery maintenance log.

# SECTION 7
# ACCEPTANCE FOR INTERCONNECTION

## 7.1 REQUIREMENTS FOR INTERCONNECTION

The Utility will notify the Developer in writing that the Developer's generating facility is accepted for interconnection to the Utility's system only after **ALL** of the following items have been completed:

7.1.1 Formal Acceptance of the Developer's proposed generation and protection design by the Utility.

7.1.2 Developer has obtained a written statement from the P.E. certifying that the facility, as constructed, is in complete accordance with all applicable codes, with a copy of the certification provided to the Utility.

7.1.3 Developer's facility has been inspected and certified by a Utility-approved inspection organization, with a copy of the certification provided to the Utility.

7.1.4 The Utility has inspected and accepted the Developer's protection and interconnection equipment.

7.1.5 Developer has satisfactorily completed all calibration and functional tests on the protection system(s), witnessed by the Utility.

7.1.6 The Developer is familiar with the Utility's safety and operating procedures, switching and tagging procedures, etc. Copies of these procedures will be provided by the Utility, and the Developer will be required to attend a scheduled training seminar conducted by the Utility.

7.1.7 All other terms of the Agreement are satisfied (i.e., insurance, etc.)

## 7.2 INTERCONNECTION/SYNCHRONIZATION OF DEVELOPER'S FACILITY

7.2.1 Upon receipt of the Utility's written acceptance of the Developer's facility for interconnection to the Utility system, the Developer shall provide a minimum of **two (2) weeks** notice prior to the date that the facility will be ready to synchronize to the Utility system.

7.2.2 Just prior to interconnection with the Utility's system, the Developer shall verify that the rotational phase sequence of the Developer's voltage matches that of the Utility system.

7.2.3 Immediately after interconnection, a load test shall be performed to verify:

7.2.3.1 The correct polarity and phasing of inputs to the directional relays under load conditions.

7.2.3.2 The correct current and voltage magnitudes in the CT and VT secondary circuits, under load conditions.

## 7.3 MAINTENANCE REQUIREMENTS

The Developer's Generator Disconnect Switch, protection and control equipment, interrupting device and synchronizing and phasing equipment shall be maintained on a regular basis by qualified personnel in accordance with industry and/or manufacturer's practices. The Utility reserves the right to inspect such equipment after interconnection of the Developer's system. A maintenance schedule and log shall be maintained and made available for inspection by the Utility upon request.

## 7.4 DEVELOPER'S SYSTEM MODIFICATIONS

7.4.1 Subsequent to the Utility's Formal Acceptance and Acceptance for Interconnection for parallel operation of the Developer's generation, the Developer shall not make any modifications or additions to its system without review and Formal Acceptance by the Utility. The Developer shall furnish the Utility with all documentation clearly indicating the modifications or additions being proposed. The Utility must review and Formally Accept these proposed modifications or additions prior to their implementation.

7.4.2 The Developer shall implement any fault and/or isolation protection system modifications identified by vendor defect reports which would upgrade the interconnection protection to published vendor specifications. Upgrades involving devices that are installed solely for the protection of the Developer's equipment may be implemented at the discretion of the Developer.

# SECTION 8
# ATTACHMENTS

## 8.1 ATTACHMENTS

The following attachments are included in the Bulletin for the Developer's use and reference:

| | |
|---|---|
| **ATTACHMENT 1:** | (a) NYSEG Service Territory Map<br>(b) RGE Service Territory Map |
| **ATTACHMENT 2:** | Table 1 - Information Required from the Developer |
| **ATTACHMENT 3:** | Generator Information Sheet |
| **ATTACHMENT 4:** | Exciter Information Sheet |
| **ATTACHMENT 5:** | Governor Information Sheet |
| **ATTACHMENT 6:** | (a) NYSEG Application for Non-Residential Electric and/or Gas Service<br>(b) RGE Application for Non-Residential Electric and/or Gas Service |
| **ATTACHMENT 7:** | Figure 1 - Single Phase Induction Generator One-Line Diagram |
| **ATTACHMENT 8:** | Figure 2 - Three Phase Induction Generator One-Line Diagram |
| **ATTACHMENT 9:** | Figure 3 - Synchronous Generator One-Line Diagram |
| **ATTACHMENT 10:** | Figures 4.1, 4.2 & 4.3 - Methods of Grounding |
| **ATTACHMENT 11:** | Shielded Cable Grounding Procedures for RTU/Tone Telemetry Systems |
| **ATTACHMENT 12:** | Graph 1 - Flicker Limitations, Distribution Standard A80 |
| **ATTACHMENT 13:** | NPCC Emergency Operating Criteria Underfrequency Load Shedding Curve |
| **ATTACHMENT 14:** | New York State Standardized Interconnection Requirements Checklist for Type Testing of Distributed Generation Protection Equipment |
| **ATTACHMENT 15:** | New York State Standardized Application for Single Phase Interconnection of Parallel Distributed Generation Equipment Rated 15 kVA or Smaller |
| **ATTACHMENT 16:** | New York State Standardized Application for Interconnection of Parallel Distributed Generation Equipment Rated 300 kVA or Smaller |
| **ATTACHMENT 17:** | Independent Power Producer Generator Notice (Form NB-232) |

**ATTACHMENT 18:** Checkout Forms for Generation Protected by Type Tested and Approved Equipment

**ATTACHMENT 19:** Checkout Forms for Independent Power Producer Generation

## ATTACHMENT 2

### TABLE 1
### INFORMATION REQUIRED FROM THE DEVELOPER

The Developer shall furnish **ALL** of the following information required to complete the Utility's Engineering Review Process:

*1. Application Form for 15 kVA or Less/Application Form for 300 kVA or Less/Form NB-232
2. Project Schedule
*3. Site Plan
*4. Description of Operation
*5. One-Line Electrical Diagram of Complete Facility
*6. Generator One-Line Relay Diagram
*7. Generator Three-Line Relay Diagram or AC Elementary Diagram
8. Generator Elementary Control Diagram
*9. Generator, Exciter & Governor Information Sheets
10. Equipment Nameplate Data and Electrical Ratings for:
    a. Prime Mover
    *b. Interface/Step-up Transformer
    *c. Interrupting Devices (Breakers, Contractors, etc.)
    d. Current Transformers
    *e. Voltage Transformers
    *f. Line/Disconnect Switches
    g. Capacitor Bank
    h. Battery and Changer
    i. Surge Arresters
    j. Other (as specifically requested)
11. Proposed Relay Types and Settings for Fault and Isolation Protection Schemes
12. Telemetering Information (When Applicable)
13. Protective Relay Communications and Monitoring Systems Information
14. Method of Excitation
*15. Minimum Site Load Without Generator On-Line
16. Generator Saturation Curve
17. Exciter Saturation Curve
18. Block Diagrams
19. Temporary Construction, Start-up & Station Service Power Information
20. Application for Non-Residential Electric and/or Gas Service NYSEG Form CD942)
21. Developer's Site Environmental Information
22. Regulatory Permits and Approvals

**NOTE:** 1) Items listed above with asterisks (*) are required by NYSEG to complete the Preliminary Technical Review.

2) Additional information will be requested from the Developer when facilities are to be constructed by the Developer and transferred to the Utility upon completion.

ATTACHMENT 3

# GENERATOR INFORMATION

DATE ______________ DEVELOPER ______________________________

PROJECT NAME ______________________________________________

| | | | | | |
|---|---|---|---|---|---|
| UNIT NO. | ________ | KVA | ______ | Power Factor | ______ |
| MANUFACTURER | ________ | KW | ______ | VOLTAGE | ______ |
| UNIT SERIAL NO. | ________ | Hp | ______ | CURRENT | ______ |
| WINDING CONNECTION | ________ | FREQUENCY | ______ | No. of Phases | ______ |
| DAMPER (Amortisseur) | ________ | R.P.M. | ______ | Neutral Grounded? | ______ |
| WINDING? | ________ | GROUNDING RESISTANCE IN OHMS | | | ______ |

GENERATOR MODEL TYPE: (Select One)

ROUND ROTOR, ROUND ROTOR WITH DC OFFSET TORQUE COMPONENT, SALIENT POLE, TRANSIENT LEVEL, INDUCTION, CLASSICAL, OTHER (please specify) ______________________

---

IF INDUCTION GENERATOR:

| | | | |
|---|---|---|---|
| EFFICIENCY | ______% | EXCITING CURRENT | ______Amp |
| LOCKED ROTOR CURRENT | ______Amp | REACTIVE POWER REQUIRED: | |
| SYNCHRONOUS SPEED | ______RPM | a) | ______KVAR @ No Load |
| MAGNETIZING INRUSH CURRENT IF ENERGIZED AT SYNCHRONOUS SPEED | ______Amp | b) | ______KVAR @ Rated Load |
| | | FREQUENCY OF EXPECTED STARTS: | |
| ROTOR RESISTANCE (Rr) | ______* | | ______ Per Day |
| ROTOR REACTANCE (Xr) | ______* | | ______ Per Hour |
| MAGNETIZING REACTANCE (Xm) | ______* | T' | ______ sec. |
| STATOR RESISTANCE (Rs) | ______* | T" | ______ sec. |
| STATOR REACTANCE (Xr) | ______* | X' | ______* |
| | | X" | ______* |

---

IF SYNCHRONOUS GENERATOR:

| | | | |
|---|---|---|---|
| $X_d$ (SYNCHRONOUS) | ______* | $T'_d$ (SHORT CIRCUIT, Transient) | ______ |
| $X'_d$ (TRANSIENT) | ______* | $T''_d$ (SHORT CIRCUIT, Subtransient) | ______ |
| $X''_d$ (SUBTRANSIENT) | ______* | $T'_{do}$ (OPEN CIRCUIT, Transient) | ______ |
| $X_2$ (NEGATIVE-SEQUENCE) | ______* | $T''_{do}$ (OPEN CIRCUIT, Subtransient) | ______ |
| $X_0$ (ZERO-SEQUENCE) | ______* | $T'_{qo}$ (OPEN CIRCUIT, Transient) | ______ |
| $X_q$ (SYNCHRONOUS) | ______* | $T''_{qo}$ (OPEN CIRCUIT, Subtransient) | ______ |
| $X'_q$ (TRANSIENT) | ______* | $T_a$ (WITH FIELD SHORTED) | ______ |
| $X''_q$ (SUBTRANSIENT) | ______* | | |
| X (LEAKAGE) | ______* | | |

---

| | | | |
|---|---|---|---|
| INERTIA H | ______* | MAXIMUM NUMBER OF UNITS ON BUS | ___ |
| SPEED DAMPING D | ______* | MINIMUM NUMBER OF UNITS ON BUS | ___ |
| ACCELERATION FACTOR | ______ | AVERAGE NUMBER OF UNITS ON BUS | ___ |

| | |
|---|---|
| GENERATOR $WR^2$ IN POUND-FEET SQUARED | ______________ |
| FLYWHEEL $WR^2$ IN POUND-FEET SQUARED | ______________ |
| PRIME MOVER $WR^2$ IN POUND-FEET SQUARED | ______________ |
| TOTAL $WR^2$ IN POUND-FEET SQUARED | ______________ |

---

* VALUES ARE IN p.u., MACHINE KVA BASE

---

sb:A3
10/91

# EXCITER INFORMATION

DATE ____________ DEVELOPER ____________

PROJECT NAME ____________

| | |
|---|---|
| UNIT NO. | ____________ |
| MANUFACTURER | ____________ |
| REGULATOR TYPE | ____________ |
| MINIMUM DESIGN RESPONSE RATIO | ____________ |
| $E_{FD}$ NOMINAL FIELD VOLTAGE | ____________ VDC |

**EXCITATION SYSTEM MODEL: (Select One)**

| | | | | | |
|---|---|---|---|---|---|
| 1981 IEEE TYPE AC1 | ____ | 1981 IEEE TYPE ST2 | ____ | Modified 1968 TYPE 1 | ____ |
| Modified TYPE AC1 | ____ | Modified 1981 TYPE ST2 | ____ | Modified 1968 TYPE 4 | ____ |
| 1981 IEEE TYPE AC2 | ____ | 1981 IEEE TYPE ST3 | ____ | 1968 IEEE TYPE 1S | ____ |
| 1981 IEEE TYPE AC3 | ____ | 1968 IEEE TYPE 1 | ____ | 1979 IEEE TYPE 2 | ____ |
| 1981 IEEE TYPE AC4 | ____ | 1968 IEEE TYPE 2 | ____ | 1979 IEEE TYPE 2A | ____ |
| 1981 IEEE TYPE DC2 | ____ | 1968 IEEE TYPE 3 | ____ | 1979 IEEE TYPE 3 | ____ |
| 1981 IEEE TYPE ST1 | ____ | 1968 IEEE TYPE 4 | ____ | | |

| | |
|---|---|
| 1979 IEEE TYPE 1 AND 1981 IEEE TYPE DC1 | ____________ |
| 1979 IEEE TYPE 4 AND 1981 IEEE TYPE DC3 | ____________ |
| BUS OR SOLID FED SCR BRIDGE | ____________ |
| SIMPLIFIED EXCITATION SYSTEM MODEL | ____________ |
| OTHER (please specify) | ____________ |

**GAIN CONSTANTS AND FACTORS:**

| | | |
|---|---|---|
| $X_A$ | REGULATOR GAIN | ____________ |
| $X_B$ | GAIN | ____________ |
| $X_L$ | EXCITER FIELD CURRENT LIMIT GAIN | ____________ |
| $X_C$ | RECTIFIER LOADING FACTOR | ____________ |
| $X_D$ | DEMAGNETIZATION FACTOR | ____________ |
| $X_E$ | SELF-EXCITED FIELD CONSTANT | ____________ |
| $X_F$ | EXCITER FIELD CURRENT RATE COMPENSATION | ____________ |
| $X_H$ | EXCITER FIELD CURRENT COMPENSATION | ____________ |

**TIME CONSTANTS:**

| | | |
|---|---|---|
| $T_A$ | REGULATOR | ____________ sec. |
| $T_D$ | REGULATOR LAG | ____________ sec. |
| $T_C$ | REGULATOR LEAD | ____________ sec. |
| $T_E$ | EXCITER | ____________ sec. |
| $T_F$ | STABILIZING | ____________ sec. |
| $T_R$ | REGULATOR INPUT FILTER | ____________ sec. |

**VOLTAGE CONSTANTS AND SATURATION FACTORS:**

| | | |
|---|---|---|
| $V_{LR}$ | EXCITER FIELD CURRENT LIMIT VOLTAGE | ____________ p.u. |
| $V_{RMAX}$ | MAXIMUM INTERNAL REGUALTOR OUTPUT VOLTAGE | ____________ p.u. |
| $V_{RMIN}$ | MINIMUM INTERNAL REGULATOR OUTPUT VOLTAGE | ____________ p.u. |
| $E_{FD}max$ | VOLTAGE AT SATURATION POINT | ____________ p.u. |
| $S(E_{FX}max)$ | SATURATION FACTOR AT SATURATION POINT | ____________ p.u. |
| $E_{FD}(0.75)$ | VOLTAGE AT 0.75 OF SATURATION POINT | ____________ p.u. |
| $S(0.75\ E_{FD}max)$ | SATURATION FACTOR AT 0.75 OF SATURATION POINT | ____________ p.u. |

sb:A4
10/91

ATTACHMENT 5

# GOVERNOR INFORMATION

DATE ________________ DEVELOPER ________________
PROJECT NAME ________________

UNIT NO. ________________
MANUFACTURER ________________

**TURBINE GOVERNOR MODEL TYPE: (Select One)**

GAS ________ STEAM ________
HYDRO ________ 1973 IEEE STANDARD ________
OTHER (please specify): ________________

**GAS TURBINE GOVERNOR:**

W (Governor gain, $^1$/Droop) ________
Z (Governor mode, 1-Droop, D-ISO) ________
$T_{RATE}$ (Turbine Rating) ________MW
MAX (Limit) ________p.u.
MIN (Limit) ________p.u.
$K_3$ ________
a (valve positions) ________
c (valve positions) ________
$K_f$ ________
$K_5$ ________
$a_{f1}$ ________
$b_{f1}$ ________
$a_{f2}$ ________
$b_{f2}$ ________
$c_{f2}$ ________

X (Governor Time Constant) ________sec.
Y (Governor Time Constant) ________sec.
$E_{TD}$ ________sec.
$T_{CD}$ ________sec.
t ________sec.
$E_{CR}$ ________sec.
b (valve positions) ________sec.
$\tau_f$ ________sec.
$T_3$ ________sec.
$T_4$ ________sec.
$\tau_t$ ________sec.
$T_5$ ________sec.
$T_R$ (Rated Temperature) ________°F
$K_6$ (Minimum fuel flow) ________p.u.

**HYDRO TURBINE GOVERNOR:**

R (Permanent droop) ________
r (Temporary droop) ________
$T_r$ (Governor time constant) ________
$T_f$ (Filter time constant) ________
$T_s$ (Servo time constant) ________
±VELM (Gate velocity limit) ________

$G_{MAX}$ (Maximum gate limit) ________
$G_{MIN}$ (Minimum gate limit) ________
$T_W$ (Water time constant) ________
$A_t$ (Turbine gain) ________
$D_{TURB}$ (Turbine damping) ________
$q_{NL}$ (No-load flow) ________

**STEAM TURBINE GOVERNOR:**

R ________
$V_{MAX}$ ________*
$V_{MIN}$ ________*
$D_t$ ________*

$T_1$ ________sec.
$T_2$ ________sec.
$T_3$ ________sec.

*Values are in p.u. on generator base

**1973 IEEE STANDARD TURBINE GOVERNOR:**

$T_1$ (Controller lag) ________sec.
$T_2$ (Controller lead compensation) ________sec.
$T_3$ (Governor lag) ________sec.
$T_4$ (Delay due to steam inlet volumes) ________sec.
$T_5$ (Reheater delay) ________sec.
$T_6$ (Delay due to IP-LP turbine, cross-over pipes and LP end hoods) ________sec.

$K_1$ ________$^1$/p.u. regulation
$K_2$ ________
$K_3$ ________
$P_{MAX}$ (Upper power limit) ________
$P_{MIN}$ (Lower power limit) ________

sb:A5
10/91

NYSEG **APPLICATION FOR NON-RESIDENTIAL ELECTRIC & GAS SERVICE** *(page 1 of 2)*

# Customer Information

Name *(please print)*: ______________________ Phone (Day) #: ____________

Business Name: ______________________ Phone (Other) #: ____________

Service Address: Street: ____________ State: ____________

City: ____________ Zip: ____________

Billing & Mailing Address Street: ____________ State: ____________

City: ____________ Zip: ____________

Doing Business as a: (check all that apply): ❑ DBA ❑ Corporation: Publicly Owned ❑; Privately Owned ❑

❑ Partnership ❑ Governmental

SIC Code (if known) ____________ ❑ Individual ❑ Other (explain)

Is your business/organization tax exempt? ____________ If yes, do you have a certificate on file with NYSEG? ____________

Will the nature of your business be different from that of previous owner/tenant? ____________

What is the nature of your business or type of service that you provide? ____________

---

cess to Service Meters shall be: ❑ Open to Utility Personnel ❑ Controlled by above named Company

❑ Controlled by Other (Provide name & address below)

Name: ____________ City: ____________

Street: ____________ State/Zip: ____________

Phone (Day) #: ____________ Phone (Other) #: ____________

Applicant's Rate Selection (Service Classification):

Electric: ____________

Gas (Class): ____________

Gas (Type): Sales or Transportation

| For NYSEG Use Only | Waived? (yes or no) |
|---|---|
| Deposit Amount (Electric): | |
| Deposit Amount (Gas): | |
| Division: | Acct# |
| Tax-Exempt Certificate Received? | |

Remarks: ____________

## TO BE COMPLETED BY RELIGIOUS AND VETERANS' ORGANIZATIONS AND COMMUNITY RESIDENCES

The Public Service Law, Section 76, permits corporations or associations organized and conducted for religious or veterans's purposes and certain community residences to receive electric and natural gas service at residential rates. If you meet one of the following criteria, you have the option of being billed under residential or non-residential rates.

I am eligible for residential rates because: (please check one, if appropriate)

__ The premises will be used solely by the religious organization that is applying for service; no part will be leased or subleased to another AND activities will be conducted primarily for religious purposes.

__ The premises will be used as a post or hall owned or leased by a not-for-profit corporation that is a veterans' organization.

__ The premises will be used as a community residence occupied as a supervised or supportive living facility (as defined by Mental Hygiene Law, Section 1.03, subdivisions 28-a and 28-b); the residence will provide living accommodations for 14 or fewer residents, AND will be operated by a not-for-profit corporation.

To qualify for residential rates, you must attach documentation of your eligibility for the rates. If you submit documentation to NYSEG at a later date, the account may qualify for residential rates as of the date NYSEG receives it. If NYSEG denies you residential rates, you may request, in writing, that we inspect the premises and review the rate determination in light of the information obtained from the inspection. You may also appeal the rate classification to the Public Service Commission.

ATTACHMENT 6b

RG&E

# General Service Application

APPLICANT Please fill out the information, Selection of Service Classification and Signature Sections. If this application is for more than one service location please provide a separate signed list of the service addresses requested.

| INFORMATION (Completed by Applicant) | | | |
|---|---|---|---|
| Account Name | [] Individual [] Partnership [] Corporation [] DBA | | |
| Account Address | City | State | Zip |
| Mailing Address | City | State | Zip |
| Day Phone # | Evening Phone # | Fax # | |

Addresses of Prior or Existing RG&E Service:

For Individuals, Partnerships & DBA's (Partnerships & DBA's Enclose a copy of the filed DBA or Partnership papers.)

NAME: ______________________ Social Security Number: ______________________

Home Address: ______________________

NAME: ______________________ Social Security Number: ______________________

Home Address: ______________________

NAME: ______________________ Social Security Number: ______________________

Home Address: ______________________

NAME: ______________________ Social Security Number: ______________________

Home Address: ______________________

| For Corporations (Enclose a copy of the certificate of incorporation) | |
|---|---|
| Date of Incorporation | State of Incorporation |
| Address of Principal Office or Headquarters | |
| Officer Name & Title | Phone Number |
| Home Address | |
| Officer Name & Title | Phone Number |
| Home Address | |
| Officer Name & Title | Phone Number |
| Home Address | |
| Officer Name & Title | Phone Number |
| Home Address | |

Tax Exempt Status: Taxable [ ], Exempt [ ] , Partial Exempt [ ]. If partial or exempt attach a copy of exemption certificate.

Service Location Information

| | | |
|---|---|---|
| Do You Own [ ] or lease [ ] the property? | What will the service supply? | |
| Will this service be used for residential purposes?<br>Yes [ ] How many? No [ ]. | | Additional Protections may be available under Part 11 of 16 NYCRR for residential uses. |
| Will Service be used for less than two years?<br>Yes [ ], No [ ]. | | |
| Will this service be used by any post or hall owned or leased by a not-for-profit corporation that is a veteran's organization?<br>Yes [ ] No [ ]. | | |
| Will this service be used exclusively for religious purposes by a religious corporation or association?<br>Yes [ ] No [ ]. | | |
| Will this service be used exclusively by a not-for-profit corporation in a community residence for the mentally disabled?<br>Yes [ ] No [ ]. | | |

RG&E General Service Application



## SELECTION OF SERVICE CLASSIFICATION (Completed by Applicant)

The questions that follow are designed to assist RG&E in placing you on the proper and most beneficial service classification. THE INFORMATION YOU SUPPLY WILL BE USED TO DETERMINE WHAT SERVICE CLASSIFICATION YOU ARE ELIGIBLE FOR. The information may also be used to determine service requirements. There are several different service classifications. Each service classification has eligibility requirements and term limits. You may be eligible for service under more than one service classification. Costs vary for each service classification and one service classification could be more beneficial to you than another. A complete description of all service classifications and their terms are listed in RG&E's Gas and Electric Tariffs. RG&E's Tariffs are available for inspection at any RG&E office. Any questions concerning service classifications may be discussed with an RG&E customer service representative. If the information provided on this application is inaccurate or incomplete, you may be subject to backbilling on the correct service classification or precluded from receiving a refund for any overcharges. Should there by any change in your usage or equipment at a future time, you must notify RG&E to assure that you are being billed under the proper service classification. Additional forms may be needed for some service classifications or if new facilities must be constructed.

## Electric Service

| | |
|---|---|
| [ ] Electric Service Requested | Date Applicant is Responsible for Electric Service: |

| | |
|---|---|
| Will the consumption be similar to the prior customer? Yes ( ) No ( ) | If yes, Service will be billed under the existing service classification. If no, please provide load information |
| What is the estimated monthly demand in kilowatts? | What is the estimated monthly kilowatt-hour consumption? |

| | | |
|---|---|---|
| What is the Kw rating for your equipment? | Heating | Water Heating |
| | Lighting | Largest Motor/Equipment |
| | Air Conditioning | |

If you are requesting a specific electric service classification please check the requested service classification.

| | | | | | |
|---|---|---|---|---|---|
| S.C. 1 Residential Service | | S.C. 5 Buy Back Service | | S.C. 10 Individually Negotiated Contracts | |
| S.C. 2 General Service Small Use | | S.C. 6 Area Lighting Service | | Other (List) | |
| S.C. 3 General Service 100kw Minimum | | S.C. 7 General Service 12kW Minimum | | Other (List) | |
| S.C. 4 Residential Time of Use | | S.C. 8 General Service 300 kW Minimum | | Other (List) | |

## Gas Service

| | |
|---|---|
| [ ] Gas Service Requested | Date Applicant is Responsible for Gas Service: |

| | |
|---|---|
| Will the consumption be similar to the prior customer? Yes ( ) No ( ) | If yes, Service will be billed under the existing service classification. If no, please provide load information |
| What is the estimated monthly Consumption? | |

| | | |
|---|---|---|
| What is the BTU rating for your equipment? | Heating | Water Heating |
| | Processing | Refrigeration |
| | Air Conditioning | |

If you are requesting a specific gas service classification please check the requested service classification.

| | | | | | |
|---|---|---|---|---|---|
| S.C.1 General Service | | S.C.4 General Service Economic Dev. | | S.C.8 Storage Service | |
| S.C.2 Gas Lighting Service | | S.C.5 General Service Comprehensive Trans | | S.C.10 Trans Gas for Electric Gen | |
| S.C.3 General Service Firm Transportation | | S.C.6 Supplier Service | | Other (List) | |
| Balance Control Agent for S.C.3 | | S.C.7 Banking Service | | Other (List) | |

If you are requesting gas service under Service Classification Numbers 3, 5 & 7 you may be required to provide additional information and make additional selections. Please check the options that you want and provide the information in the following section(s). Full details of each service classification, the billing rates, service terms and conditions are listed in RG&E's Tariff. These terms and conditions may change without individual notice.

---

## GAS SERVICE CLASSIFICATION NO. 3 GENERAL SERVICE FIRM TRANSPORTATION

[] My annual load at this location will be 5,000 dekatherms or more.

Will this service be used to supply any essential human needs such as residential dwelling units, schools, nursing homes, hospitals or correction facilities? Yes ( ) No ( ).

Balance Service Option (Choose One)

[] On System Balancing-Monthly Cashout [] City Gate Balancing-Monthly Cashout [] City Gate Balancing-Monthly Rollover.

RGE General Service Application

## Gas Service (Continued)

GAS SERVICE CLASSIFICATION NO. 3 GENERAL SERVICE FIRM TRANSPORTATION (CONTINUED)

Balance Control Option (Choose one).

[] By a Supplier. (City Gate Balancing only) Supplier Name: ______

[] By the Applicant for each service location.

[] By the Applicant for multiple service locations. Locations: ______

[] By another S.C. 3 Customer. Customer Name: ______

GAS SERVICE CLASSIFICATION NO. 5 GENERAL SERVICE COMPREHENSIVE TRANSPORTATION

[] My annual load will be 3,500 dekatherms or more.

[] I am part of a group, where the annual load will be 5,000 dekatherms or more. Group Name: ______

Please provide the following information on your gas supplier.

Supplier: ______ Supplier Phone #: ______

Supplier's Address: ______

Gas Service Classification No. 5 has a one-year minimum term

GAS SERVICE CLASSIFICATION NO. 7 BANKING SERVICE

What is the maximum limit on your bank that you wish to contract for?

Gas Service Classification No. 7 has a one year minimum term

## DEPOSIT REQUEST AND SERVICE CLASSIFICATION SECTION (Completed by RG&E)

Is a deposit required? Yes [ ] No [ ] Amount:$ ______ If No list reason: ______

Reason for Deposit Request: [] New Customer [] Existing or prior credit history [] Other: ______

The Deposit Amount is Based on Two Times The : [] Average monthly bills [] Five Month Peak Average Monthly Bills [] Other: ______

RGE will also accept deposit alternatives, such as a bank irrevocable letter of credit or a surety bond. The terms and conditions upon which consumer's deposits are collected held and refunded are explained in RG&E's Tariffs and a brochure explaining customer's rights and responsibilities.

Service will be billed under the Accounts and Service Classification Number(s) listed below.

| Account Number | Meter Number | Service Type | Service Classification | Revenue Code |
|---|---|---|---|---|
| | | Elec. [ ] Gas [ ] | | |
| | | Elec. [ ] Gas [ ] | | |
| | | Elec. [ ] Gas [ ] | | |
| | | Elec. [ ] Gas [ ] | | |

SERVICE CHARGES Electric:$ ______ Gas:$ ______ Other:$ ______

Remarks and Special Conditions: ______

## SIGNATURE SECTION

APPLICANT - I have accurately completed this application to the best of my knowledge and ability. I agree to comply with all the applicable provisions of RG&E's Tariffs and agree to pay for the charges under the appropriate service classification(s) as determined by this application. THE INFORMATION YOU SUPPLY WILL BE USED TO DETERMINE WHAT SERVICE CLASSIFICATION YOU ARE ELIGIBLE FOR. Costs vary for each service classification and one service classification could be more beneficial to you than another.

Date: ______ Applicant Signature: ______

Applicant Name (Print): ______

Title: ______

Date: ______ RG&E Signature: ______

RG&E Name (Print): ______

ATTACHMENT 7

FIGURE 1

SINGLE - PHASE INDUCTION GENERATOR




| DEVICE | FUNCTION | PROTECTION |
|---|---|---|
| 81 O/U | OVER/UNDER FREQUENCY | ISOLATION |
| 27 | UNDERVOLTAGE | FAULT AND ISOLATION |
| 59 | OVERVOLTAGE | ISOLATION |

FIGURE 2

THREE - PHASE INDUCTION GENERATOR




| DEVICE | FUNCTION | PROTECTION |
|---|---|---|
| 81 O/U | OVER/UNDER FREQUENCY | ISOLATION |
| 27 | UNDERVOLTAGE (3-PHASE) | ISOLATION AND FAULT |
| 51N* | GROUND TIME-OVERCURRENT | PHASE-TO-GROUND FAULT AND OPEN CONDUCTOR |
| 59 | OVERVOLTAGE (3-PHASE) | ISOLATION |
| 59N* | ZERO-SEQUENCE VOLTAGE | PHASE-TO-GROUND FAULT AND OPEN CONDUCTOR |
| 46* | NEGATIVE SEQUENCE | OPEN CONDUCTOR |

*NOTE: ADDITIONAL PROTECTION/EQUIPMENT THAT MAY BE REQUIRED, DEPENDING ON SPECIFICS OF INTERCONNECTION.

ATTACHMENT 9

FIGURE 3

SYNCHRONOUS GENERATOR




| DEVICE | FUNCTION | PROTECTION |
|---|---|---|
| 81 O/U | OVER/UNDER FREQUENCY | ISOLATION |
| 27 | UNDERVOLTAGE (3-PHASE) | ISOLATION |
| 51V | PHASE TIME-OVERCURRENT W/VOLTAGE RESTAINT | 3-PHASE AND PHASE-TO-PHASE FAULT |
| 51N | GROUND TIME-OVERCURRENT | GROUND FAULT AND OPEN CONDUCTOR |
| 25 | SYNCHRONIZING | OUT-OF-SYNC CLOSE |
| 59 | OVERVOLTAGE (3-PHASE) | ISOLATION |
| 59N• | ZERO-SEQUENCE VOLTAGE | GROUND FAULT AND OPEN CONDUCTOR |
| 46• | NEGATIVE SEQUENCE | OPEN CONDUCTOR |

•NOTE: ADDITIONAL PROTECTION/EQUIPMENT THAT MAY BE REQUIRED, DEPENDING ON SPECIFICS OF INTERCONNECTION.

FIGURE 4.1

ATTACHMENT 10

METHODS OF PROVIDING GROUND SOURCES




WYE-GROUNDED, WYE-GROUNDED STEP-UP TRANSFORMER
GENERATOR CONNECTED WYE-GROUNDED
(PREFERRED)

FIGURE 4.3

METHODS OF PROVIDING GROUND SOURCES




WYE-GROUNDED, DELTA STEP-UP TRANSFORMER

ATTACHMENT 11

## II. SHIELDED CABLE GROUNDING PROCEDURES FOR NYSEG RTU/TONE TELEMETRY SYSTEMS:

PURPOSE:

1. To prevent induced noise from causing telemetering inaccuracies.

2. To prevent shielded cable ground loops caused by improper installation. (Usually due to both ends of cable being grounded.)

3. To insure compliance with vendor specifications.

A. Shielding Practices for:

TRW - 9550 Remote Terminal Unit (RTU)
QEI - 3150 Remote Terminal Unit
QEI - 4150 Remote Terminal Unit
QEI - 4050 Remote Terminal Unit
RFL - 9800 - 6700 Series Tone Telemetry

1. Insulate and secure the shielded cable ground wire at the RTU/Tone Equipment so that it does not touch other shields, earth ground, chassis ground, power supply references etc. (see I-E above for example).

2. The source end of the shielded cable (usually at the transducer on a switchboard panel) should have the ground wire for the shields terminated to earth ground. The earth ground should be securely bonded to the station ground grid to dissipate induced noise.

B. General Practices for Installing Shielded Cable:

1. The signal wire pairs should remain twisted as close to the RTU/Tone Equipment and transducer termination as possible to help cancel the affects of induced noise.

2. The RTU/Tone Equipment and the transducer panels must be securely bonded to the station ground grid.

I. INSTALLING SHIELDED CABLE FOR TRANSDUCERS
(single or multiple pairs)

PURPOSE: 1. Keep all Foil Shielding insulated from each other.

2. Keep bare ground wire insulated from other foils, other ground wires and earth ground.

A. Typical shielded cable stripped back for installation.




B. Apply insulation to each bare ground wire. Use ring type connector for terminating wire.






Fig 10.3
Maximum Permissible Voltage Fluctuations

ATTACHMENT 12

# Underfrequency Loadshedding Curve

Figure 1




ATTACHMENT 13

# ATTACHMENT 14

## New York State Standardized Interconnection Requirements
## Checklist for Type Testing of Distributed Generation Protection Equipment

Manufacturer:______________________________

Product Name:______________________________

Model Number:______________________________

Firmware Version:___________________________

For the device or system to be considered as successfully completing the Type Testing process, a "Yes" response must be provided in all of the pertinent responses on the checklist below. One or multiple "No" responses indicates failure of the device or system to complete the Type Testing process, or that all of the requirements listed in the SIR for the Type Testing process for the device or system were not completed.

Is an external isolation transformer provided with the device or system?

( ) Yes ( ) No

If so, describe the winding connection:_____________________________________________

Separate voltage waveform tests must be performed for each available isolation transformer winding connection.

**1. Surge Testing**

Does the device or system meet or exceed the requirements of the most current versions of ANSI/IEEE Std. C62.41– Recommended Practices on Surge Voltages in Low Voltage AC Power Circuits, or Std. C37.90.1– IEEE Standard Surge Withstand Capability (SEC) Tests for Protective Relays and Relay Systems, and the acceptance criteria of ANSI/IEEE Std. C37.90? In the event that the device or system ceases to export power after completion of the tests, does it fail in a safe manner?

( ) Yes ( ) No

**2. Verification Test Procedure**

Has a Verification Test procedure been included in the report?

( ) Yes ( ) No

If so, is the procedure acceptable to demonstrate the functionality of the protective device or system?

( ) Yes ( ) No

Were all sources of power, including batteries, that are included in the system disconnected?

( ) Yes ( ) No

**3. Non-Volatile Memory Test**

If the device or system has a dc power supply, was it disconnected from its power supply to verify that the system has a non-volatile memory and that protection settings are not lost?

( ) Yes ( ) No

The device or system does not rely on a dc power supply to retain the protection settings. ( )

**4a. Voltage and Frequency Waveform Tests – Single Phase Inverters**

Has the device or system been tested with Waveforms 1 through 6 as listed in the SIR?

( ) Yes ( ) No

If so, did the device or system perform as required by these waveform tests?

( ) Yes ( ) No

Were the test voltages applied phase to ground?

( ) Yes ( ) No

Were the waveform tests repeated ten times?

( ) Yes ( ) No

**4b. Voltage and Frequency Waveform Tests – Three-Phase Inverters**

Has the device or system been tested with Waveforms 1 through 9 as listed in the SIR?

( ) Yes ( ) No

If so, did the device or system perform as required by these waveform tests?

( ) Yes ( ) No

Were the test voltages applied phase to ground?

( ) Yes ( ) No

Were the waveform tests repeated ten times?

( ) Yes ( ) No

**4c. Voltage and Frequency Waveform Tests – Three-Phase Inverters – Alternative Test Method.**

Has the device or system been tested with Tests 1 through 6 as listed in the SIR?

( ) Yes ( ) No

If so, did the device or system perform as required by these waveform tests?

( ) Yes ( ) No

Were the test voltages applied phase to ground?

( ) Yes ( ) No

Were the waveform tests repeated five times?

( ) Yes ( ) No

**5. Five-Minute Reconnect Test**

If the device or system is capable of automatically reconnecting to the Utility system, following at least three test runs, was a test conducted to verify that the inverter does not automatically reconnect to the Utility system until after five (5) minutes of continuous normal voltage and frequency?

( ) Yes ( ) No

If so, did the device or system reconnect to the Utility in a time period equal to or exceeding five minutes?

( ) Yes ( ) No

The device or system is not capable of automatically reconnecting to the Utility system ( )

**Testing Laboratory Information**

Name:______________________________

Address:______________________________

______________________________

______________________________

Dated: ______________________________

Party Responsible for Completion of the Testing: ________________________

Date Testing Completed: __________________

# ATTACHMENT 15

NEW YORK STATE STANDARDIZED APPLICATION
FOR SINGLE PHASE ATTACHMENT OF PARALLEL
GENERATION EQUIPMENT 15 KVA OR SMALLER
TO THE ELECTRIC SYSTEM OF

**Utility:** ____________________________

**Customer:**
Name: ____________________ Phone: (___)________

Address:____________________ Municipality: ____________

____________________

**Consulting Engineer or Contractor:**
Name: ____________________ Phone: (___)________

Address:____________________

____________________

**Estimated In-Service Date:** ______________________

**Existing Electric Service:**
Capacity: _________Amperes Voltage: _________Volts
Service Character: ( )Single Phase ( )Three Phase

**Location of Protective Interface Equipment on Property:**
(include address if different from customer address)

____________________________________________

**Energy Producing Equipment/Inverter Information:**
Manufacturer: ______________________
Model No. ___________ Version No. ___________
( )Synchronous ( )Induction ( )Inverter ( )Other________
Rating: _________kW Rating: _________kVA
Generator Connection: ( )Delta ( )Wye ( )Wye Grounded
Interconnection Voltage: _________Volts
System Type Tested (Total System): ( )Yes ( )No; attach product literature
Equipment Type Tested (i.e. Inverter, Protection System):
( )Yes ( )No; attach product literature
One Line Diagram attached: ( )Yes
Installation Test Plan attached: ( )Yes

**Signature:**

____________________ ____________________ ________

CUSTOMER SIGNATURE TITLE DATE

# ATTACHMENT 16

NEW YORK STATE STANDARDIZED APPLICATION
FOR ATTACHMENT OF PARALLEL GENERATION
EQUIPMENT 300 KVA OR SMALLER,
OR FARM WASTE GENERATORS 400 kW OR SMALLER,
TO THE ELECTRIC SYSTEM OF

**Utility:** ______________________________

**Customer:**
Name: ______________________ Phone: (__)________

Address: ______________________ Municipality: ____________

______________________

**Consulting Engineer or Contractor:**
Name: ______________________ Phone: (__)________

Address: ______________________

______________________

**Estimated In-Service Date:** ________________________

**Existing Electric Service:**
Capacity: ________Amperes Voltage: ________Volts
Service Character: ( )Single Phase ( )Three Phase
Secondary 3 Phase Transformer Connection ( )Wye ( )Delta

**Location of Protective Interface Equipment on Property:**
(include address if different from customer address)

______________________________________________

**Energy Producing Equipment/Inverter Information:**
Manufacturer: __________________________
Model No. ____________ Version No. __________
( )Synchronous ( )Induction ( )Inverter ( )Other________
Rating: ________kW Rating: ________kVA
Rated Output: ____VA Rated Voltage: ____Volts
Rate Frequency: ____Hertz Rated Speed: ____RPM
Efficiency: ____% Power Factor: ____%
Rated Current: ____Amps Locked Rotor Current: ____Amps
Synchronous Speed: ____RPM Winding Connection:
Min. Operating Freq./Time:
Generator Connection: ( )Delta ( )Wye ( )Wye Grounded
System Type Tested (Total System): ( )Yes ( )No; attach product literature
Equipment Type Tested (i.e. Inverter, Protection System):
( )Yes ( )No; attach product literature
One Line Diagram attached: ( )Yes
Installation Test Plan attached: ( )Yes

**For Synchronous Machines:**

Submit copies of the Saturation Curve and the Vee Curve

( )Salient ( )Non-Salient

Torque: _____lb-ft Rated RPM: _______

Field Amperes: _______ at rated generator voltage and current

and _______% PF over-excited

Type of Exciter: ______________________________________________

Output Power of Exciter: _______________________________________

Type of Voltage Regulator: _____________________________________

Direct-axis Synchronous Reactance ($X_d$) ______ohms

Direct-axis Transient Reactance ($X'_d$) ______ohms

Direct-axis Sub-transient Reactance ($X''_d$) ______ohms

**For Induction Machines:**

Rotor Resistance ($R_r$)_____ohms Exciting Current ____Amps

Rotor Reactance ($X_r$)_____ohms Reactive Power Required:

Magnetizing Reactance ($X_m$)_____ohms ___vars (No Load)

Stator Resistance ($R_s$)_____ohms ___vars (Full Load)

Stator Reactance ($X_s$)_____ohms

Short Circuit Reactance ($X''_d$)_____ohms Phases:

Frame Size: ___________ Design Letter: ____ ( )Single

Temp. Rise: ___________ $^{o}$C. ( )Three-Phase

**For Inverters:**

Manufacturer: ____________ Model: _________

Type: ___ ( )Forced Commutated ( )Line Commutated

Rated Output: ____Amps _____Volts

Efficiency: _____%

**Signature:**

_____________________________ _____________________ _______

CUSTOMER SIGNATURE TITLE DATE