ATTACHMENT 17

NYSEG

# Independent Power Producer Generator Notice

☐ Preliminary
Final
☐ Revised

Customer Account No. ____________ IPP File No. ____________
Division ____________

Developer Name ____________

Developer Address ____________

Telephone No. Primary ____________ Alternate ____________

Proposed Generating Facility Location ____________

City/Town/Village ____________ County ____________ State ______ Zip ______

## Service Information

Service Size ____________

Utilization Voltage ____________

Phase ____________

Maximum Demand ____________

Transformer Size ____________

Line Ext. Required ____________

Est. Cost to Serve ____________

## Electrical Location

Substation Source ____________

Circuit No. ____________

Line No. ____________

Pole No. ____________

Voltage & Phase available at nearest connecting primary

____________

## Rate

PSC# ____________

SC# ____________

Rate Code ____________

Rev. Class ____________

Spec. Prov. ____________

Discount ____________

## Generator Information

Manufacturer ____________

Type ____________

Rated Output (KVA) ____________

Nameplate Voltage ____________

Power Factor ____________

Phase ____________

Disconnect Device ____________

Prime Mover ____________

## Metering Information

| | NYSEG | Developer |
|---|---|---|
| Type | | |
| Volts | | |
| Phase | | |
| Wire | | |
| KW | | |
| RKVAH | | |

## General Information

Consultant ____________ Telephone ____________

Electrical Contractor ____________ Telephone ____________

Equipment Supplier ____________ Telephone ____________

Date Interconnection requested ____________

## Accounting Information

Billing Name ____________ MBJO/AE No. ____________

Billing Address ____________ Account No. ____________

Billing Contact ____________ Telephone No. ____________

## Remarks

Issued By ____________ Date Issued ____________

Project Manager - IPP Interconnections

# ATTACHMENT 18

## CHECKOUT FORMS FOR GENERATION PROTECTED BY TYPE TESTED AND APPROVED EQUIPMENT

| | |
|---|---|
| **Division** | |
| **Local Utility Substation** | |
| **Project Name** | |
| **Address** | |
| **Phone** | |

| | | **Satisfactorily Performed As Required? (√)** | **Comments** |
|---|---|---|---|
| 1. | SP&C Inspection Form | | |
| 2. | Functional Test | | |
| 3. | Load Break Disconnect Switch Operable and Lockable by Utility Personnel | | |
| 3a. | Switch Operating Mechanism and Mounting Structure Grounded | | |

Verified By ____________________ Date ____________

Reviewed By ____________________ Date ____________

Accepted By ____________________ Date ____________

# INSPECTION FORM

Verify that the following data is consistent with equipment installed by the Developer by a check mark, otherwise supply correct data. Reference attached one-line.
NOTE: N/A means not applicable.

## Verification of Developer's Equipment Nameplate Data and Location

**1. Generator(s)/Prime Mover(s)** **No. of Units _____** √ [ ]

| Generator Data | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|
| Type of Generator | | | | | | | |
| Manufacturer | | | | | | | |
| Firmware Version No. | | | | | | | |
| Rated Output (kVa) | | | | | | | |
| Rated Output (kW) | | | | | | | |
| Rated Voltage | | | | | | | |
| Rated Current | | | | | | | |
| Rated Frequency (HZ) | | | | | | | |
| Rated Speed (RPM) | | | | | | | |
| Power Factor (%) | | | | | | | |
| Phase (1 or 3) | | | | | | | |
| Connection | | | | | | | |
| Type of Grounding | | | | | | | |
| Grounding Ohms | | | | | | | |

**Prime Mover**

| | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|
| Type of Prime Mover | | | | | | | |
| Rated Output (HP) | | | | | | | |
| Rated Speed (RPM) | | | | | | | |

**PV Array (If Applicable)**

| | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|
| Type of Panels | | | | | | | |
| Rated Output (kVa) | | | | | | | |
| Number of Panels | | | | | | | |

*(Remainder of page intentionally left blank.)*

## INSPECTION FORM (continued)

### 2. Transformer(s)

| | Interface (GSU) | √ | Comments |
|---|---|---|---|
| Owner | | | |
| Manufacturer | | | |
| Rated kVa | | | |
| Rated Primary Voltage | | | |
| Rated Secondary Voltage | | | |
| Connection – Primary | | | |
| Connection – Secondary | | | |
| Phase | | | |
| % Impedance | | | |
| Primary Fuse | | | |
| No. of Transformers | | | |
| Type of Grounding | | | |
| Grounding Ohms | | | |
| Location – See One Line | | | |

### 3. Capacitor Bank

| | | √ | Comments |
|---|---|---|---|
| Rated kVAR | | | |
| Phase | | | |
| Connection | | | |
| Location – See One Line | | | |

4. **Fault Interrupting Device(s)**

| | Main | √ | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| Rated Voltage | | | | | | | | | |
| Rated Current | | | | | | | | | |
| Interrupting Current | | | | | | | | | |
| Operating Time | | | | | | | | | |
| Location – See One Line | | | | | | | | | |

5. **Disconnecting Switch**

| | | √ | Comments |
|---|---|---|---|
| Owner | | | |
| Manufacturer | | | |
| Type | | | |
| Rated Horsepower | | | |
| Rated Voltage | | | |
| Interrupting Current | | | |
| Location – See One Line | | | |

# INSPECTION FORM (continued)

## 6. Fault and Isolation Protection – (For Reference Only – Do Not Check)

### Isolation Protection

| | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Function | 27 | √ | 59 | √ | 81U | | 81O | √ | |
| Trip Interrupt. Dev. | Bkr. | √ | Bkr. | √ | Bkr. | √ | Bkr. | √ | |
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| VT/CT Ratio | - | | - | | - | | - | | |
| Tap (Pick-up) | 106 V | √ | 132 V | √ | 59.3 Hz | √ | 60.5 Hz | √ | |
| Time Dial | 2 sec. | √ | 2 sec. | √ | 0.1 sec. | √ | 0.1 sec. | √ | |
| Set Point | 2 sec @ 106 V, 0.15@ 60 V | √ | 2 sec @ 132 V, 2 sec@ 165 V | √ | 0.1 sec @ 59.3 Hz | √ | 0.1 sec @ 60.5 Hz | √ | |
| Location – See One Line | | | | | | | | | |

## 7. Metering

| | | | | |
|---|---|---|---|---|
| Metering Option | Single | | Double | |

# ATTACHMENT 19

## Checkout Forms for Independent Power Producer Generation

| | |
|---|---|
| **Division** | |
| **Local Utility Substation** | |
| **Project Name** | |
| **Address** | |
| **Phone** | |

| | | Satisfactorily Performed As Required? (√) | Comments |
|---|---|---|---|
| 1. | SP&C Inspection Form | | |
| 2a. | Current Transformer Test | | |
| 2b. | Voltage Transformer Test | | |
| 2c. | Calibration Test | | |
| 2d. | Functional Test | | |
| 2e. | Load Test | | |
| 3. | Load Break Disconnect Switch Operable and Lockable by Utility Personnel | | |
| 3a. | Switch Operating Mechanism and Mounting Structure Grounded | | |

Verified By: ____________ Reviewed By: ____________ Approved By: ____________
Date: ____________ Date: ____________ Date: ____________

## CHECKOUT FORMS FOR INDEPENDENT POWER PRODUCER GENERATION

Checkout forms for independent power producer generation facilitates the completion of the review and acceptance of the Developer's generator interconnection. The checkout forms are divided into two parts: The "Inspection Form" and the "Requirements For Initial and Periodic Test."

### PART 1

The Inspection Form serves as a vehicle for verifying that the Developer's installed equipment agrees with the design which was described in the documentation supplied by the Developer and accepted by the Utility. Indicated on the equipment forms is the equipment the Utility expects the Developer to have installed. During the initial checkout (prior to synchronization with the Utility system). Utility personnel will verify that the information supplied on the form is consistent with the equipment installed by the Developer.

### PART 2

The Requirements For Initial and Periodic Test as designed to verify that the protection scheme operates as designed. The Utility has indicated several tests that are to be performed and documented by the Developer or his agent and witnessed by Utility division personnel.

When the Inspection Form has been satisfactorily completed and the proper tests have been witnessed and documented, the initial checkout is concluded. Final acceptance will be pending satisfactory review of the checkout forms by the Utility Engineering Department.

# INSPECTION FORM

Verify that the following data is consistent with equipment installed by the Developer by a check mark, otherwise supply correct data. Reference attached one-line.
NOTE: N/A means not applicable.

## Verification of Developer's Equipment Nameplate Data and Location

**1. Generator(s)/Prime Mover(s)** **No. of Units _____ √ [ ]**

| Generator Data (Sync & Ind.) | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|
| Type of Generator | | | | | | | |
| Manufacturer | | | | | | | |
| Firmware Version No. | | | | | | | |
| Rated Output (kVa) | | | | | | | |
| Rated Output (kW) | | | | | | | |
| Rated Voltage | | | | | | | |
| Rated Current | | | | | | | |
| Rated Frequency (HZ) | | | | | | | |
| Rated Speed (RPM) | | | | | | | |
| Power Factor (%) | | | | | | | |
| Phase (1 or 3) | | | | | | | |
| Connection | | | | | | | |
| Type of Grounding | | | | | | | |
| Grounding Ohms | | | | | | | |

**Prime Mover**

| | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|
| Type of Prime Mover | | | | | | | |
| Rated Output (HP) | | | | | | | |
| Rated Speed (RPM) | | | | | | | |

**Induction Only**

| | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|
| Locked Rotor Current | | | | | | | |
| Synch. Speed (RPM) | | | | | | | |
| Efficiency (%) | | | | | | | |

*(Remainder of page intentionally left blank.)*

## INSPECTION FORM (continued)

**2. Transformer(s)**

| | Interface (GSU) | √ | Ground Bank | √ | Comments |
|---|---|---|---|---|---|
| Owner | | | | | |
| Manufacturer | | | | | |
| Rated kVa | | | | | |
| Rated Primary Voltage | | | | | |
| Rated Secondary Voltage | | | | | |
| Connection – Primary | | | | | |
| Connection – Secondary | | | | | |
| Phase | | | | | |
| % Impedance | | | | | |
| Primary Fuse | | | | | |
| No. of Transformers | | | | | |
| Type of Grounding | | | | | |
| Grounding Ohms | | | | | |
| Location – See One Line | | | | | |

**3. Capacitor Bank**

| | | √ | Comments |
|---|---|---|---|
| Rated kVAR | | | |
| Phase | | | |
| Connection | | | |
| Location – See One Line | | | |

4. **Fault Interrupting Device(s)**

| | Main | √ | Unit #1 | √ | Unit #2 | √ | Unit #3 | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| Rated Voltage | | | | | | | | | |
| Rated Current | | | | | | | | | |
| Interrupting Current | | | | | | | | | |
| Operating Time | | | | | | | | | |
| Location – See One Line | | | | | | | | | |

5. **Disconnecting Switch**

| | | √ | Comments |
|---|---|---|---|
| Owner | | | |
| Manufacturer | | | |
| Type | | | |
| Rated Horsepower | | | |
| Rated Voltage | | | |
| Interrupting Current | | | |
| Location – See One Line | | | |

## INSPECTION FORM (continued)

### 6. Current Transformer(s)

| For: | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| Accuracy Class | | | | | | | | | |
| Ratio – Prim/Sec | | | | | | | | | |
| Connection | | | | | | | | | |
| Location – See One Line | | | | | | | | | |

### 7. Voltage Transformer(s)

| For: | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| Accuracy Class | | | | | | | | | |
| Primary Voltage | | | | | | | | | |
| Secondary Voltage | | | | | | | | | |
| Connection – Prim/Sec | | | | | | | | | |
| Thermal Rating (VA) | | | | | | | | | |
| Location – See One Line | | | | | | | | | |

## 8. Protective Relays – (For Reference Only – Do Not Check)

### Fault Protection

| | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Function | | | | | | | | | |
| Trip Interrupt. Dev. | | | | | | | | | |
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| VT/CT Ratio | | | | | | | | | |
| Tap (Pick-up) | | | | | | | | | |
| Time Dial | | | | | | | | | |
| Set Point | | | | | | | | | |
| Location – See One Line | | | | | | | | | |

| | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Function | | | | | | | | | |
| Trip Interrupt. Dev. | | | | | | | | | |
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| VT/CT Ratio | | | | | | | | | |
| Tap (Pick-up) | | | | | | | | | |
| Time Dial | | | | | | | | | |
| Set Point | | | | | | | | | |
| Location – See One Line | | | | | | | | | |

## 8. Protective Relays (continued)

| | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Function | | | | | | | | | |
| Trip Interrupt. Dev. | | | | | | | | | |
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| VT/CT Ratio | | | | | | | | | |
| Tap (Pick-up) | | | | | | | | | |
| Time Dial | | | | | | | | | |
| Set Point | | | | | | | | | |
| Location – See One Line | | | | | | | | | |

## 9. Telemetering and Status Indication

| | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Function | | | | | | | | | |
| Manufacturer | | | | | | | | | |
| Type | | | | | | | | | |
| VT/CT Ratio | | | | | | | | | |
| Input Rage | | | | | | | | | |
| Output Range | | | | | | | | | |
| Scaling Resistor | | | | | | | | | |

**10. Battery and Charger**

| | Battery | √ | Charger | √ | Comments |
|---|---|---|---|---|---|
| Manufacturer | | | | | |
| Type | | | | | |
| Voltage Rating | | | | | |
| Ampere-Hour/Ampere Rating | | | | | |

**11. Surge Arresters**

| | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Location | | | | | | | | | |
| Manufacturer | | | | | | | | | |
| Catalog Number | | | | | | | | | |
| MCOV Rating | | | | | | | | | |

**12. Miscellaneous Equipment**

| | | √ | | √ | | √ | | √ | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# UTILITY'S INITIAL AND PERIODIC TEST REQUIREMENTS
# FOR
# INDEPENDENT POWER PRODUCER GENERATION FACILITIES

I. Interconnection of the Developer's equipment with the Utility system is contingent upon the successful completion of current and voltage transformer tests, as well as calibration and functional tests of the fault and isolation protection systems. The Developer must have these tests performed under the direction of a qualified New York State licensed Professional Engineer ("PE"), using test equipment appropriate for the various relays and equipment being tested and in accordance with typical utility industry practices. The Utility will witness all initial tests of the Developer's protection system. The Utility reserves the right to witness all periodic tests of the Developer's protection system in lieu of PE certified tests. The Utility requires two (2) weeks notice prior to witnessing initial or periodic tests. The following tests and maintenance shall e completed by the Developer.

A. <u>Current Transformer Test:</u>

Field verifies that the CT ratio and polarity are correct. (Most easily accomplished during assembly). Verify the integrity of the CT insulation and secondary circuit using a 500 volt megger, and check for proper secondary ground connection.

B. <u>Voltage Transformer Test:</u>

Field verify that the VT ratio is correct. Verify that correct voltages are present at the switchboard locations. Verify the integrity of the VT insulation and secondary circuit using a 500 volt megger, and check for proper ground connection.

C. <u>Calibration Test:</u>

The purpose of relay testing is to verify that a relay will respond to the appropriate inputs in the required manner as determined by the setting. The actual input quantities must be applied to the relay in accordance with the manufacturer's instruction book. The input quantities shall be determined by the relay settings. The settings must be consistent with those submitted by the Developer and accepted by the Utility. When testing relays with time dials, sufficient test points must be taken to define the relay curve. The calibration data shall be documented in a legible format and contain all pertinent relay data. (Utility test forms may be used and are available upon request.)

D. <u>Functional Test:</u>

A protective relay cannot function by itself. It is reliant upon other equipment such as instrument transformers, auxiliary relays, circuit breakers, interconnecting cables, and control power to perform its protective function. The purpose of functional testing is to verify that the overall operation of the relay and its associated equipment is in accordance with its intended design. Therefore, it is beneficial for the Developer to develop specific test procedures with well defined parameters for use during testing.

The functional tests must, at a minimum:

Verify that end devices from each protective scheme operate from every possible source of trip potential (including, if applicable, confirmation that the communications system operates the transfer trip end devices).

- Verify that the end device contacts complete the trip circuit to the breaker, actually trip the breaker, and operate all associated auxiliary relays in the close and trip circuit.
- Check for correct operation of synchronism check relay, block of close, and block or reclose.
- AC Control Circuit – Verify circuit breaker trips upon loss of AC control power.
- DC Control Circuit – Verify correct operation of DC control devices in the absence of AC supply. Battery system shall be checked for proper recovery time after a circuit breaker has been operated.

E. Battery Maintenance:

Battery systems must be services and maintained on a regular basis by the Developer. Each battery should be visually inspected for corrosion, damage, and level and electrolyte. Voltage and specific gravity readings shall be taken for each cell in accordance with manufacturer's instructions and properly documented in a battery maintenance log.

II. Just prior to interconnection with the Utility system, the Developer shall verify that the rotational phase sequence of the Developer's voltage matches that of the Utility system:

III. Immediately after interconnection, a load test shall be performed to verify:

A. The correct polarity and phasing of inputs to the directional relays under load conditions.

B. The correct current and voltage magnitudes in the CT and VT secondary circuits, under load conditions.

# Appendix K

## Energy System Operating Rules

# Rochester Gas & Electric

# Energy System Operating Rules

| Category | Title | Section | Revision Date |
|---|---|---|---|
| 1. | Foreword | | |
| | Purpose | 1.1.0 | 08/10/99 |
| 2. | Energy Operating Rules Committee | | |
| | Administration | 1.2.0 | 12/07/2001 |
| | Structure | 1.3.0 | 12/07/2001 |
| 3. | Definitions | | |
| | Definitions | 2.1.0 | 12/07/2001 |
| 4. | Rules | | |
| | Holding Authorities | 3.1.0 | 12/07/2001 |
| | Authorized Persons | 3.2.0 | 03/17/99 |
| | Hold Orders | 3.3.0 | 03/17/99 |
| | Mark Up - Mark Off | 3.4.0 | 03/17/99 |
| | Safety Grounds and Test Grounds | 3.5.0 | 07/12/2001 |
| | Blocking Equipment Control | 3.6.0 | 12/07/2001 |
| | Hot Line Clearance | 3.7.0 | 03/17/99 |
| | Live Gas Clearance | 3.8.0 | 03/17/99 |
| | Guarantee | 3.9.0 | 03/17/99 |
| | Switching Request | 3.10.0 | 03/17/99 |
| | Switching Order | 3.11.0 | 03/17/99 |
| | Gas Procedure | 3.12.0 | 03/17/99 |
| | Authorized Tags | 3.13.0 | 03/17/99 |
| | Turn Down - Turn Up - Release | 3.14.0 | 03/17/99 |
| | Open Switch Clearance | 3.15.0 | 03/17/99 |
| 5. | Procedures | | |
| | Prime Movers, Generators and Associated Auxiliary Equipment | 4.1.0 | 04/04/96 |
| | Procedure in Stations | 4.2.0 | 04/04/96 |
| | New Construction | 4.3.0 | 04/04/96 |
| | Network System | 4.4.0 | 09/18/98 |
| | Supervisory Controlled Equipment | 4.7.0 | 09/18/98 |
| | Procedures to Obtain Permission to Work on Functions, Communications Circuits Or Control Equipment | 4.8.0 | 09/18/98 |
| | Customer Electric Service Clearance | 4.9.0 | 09/18/98 |
| | Communication and Terminology | 4.10.0 | 09/18/98 |
| | Parallel Generation Facilities | 4.12.0 | 09/18/98 |
| 6. | Appendix | | |
| | Letter of Exception (1) | Appendix A | 01/11/2002 |

1.1.0-0 ***FOREWORD***

1.1.1-0 **PURPOSE**

The provision of a safe work place is the primary objective of corporate management. To preserve the integrity and assure the safe operation of our Energy Systems, it is essential that uniform rules and procedures be established and followed by all personnel involved in the operation of the system. It is also recognized that our Energy Systems are not static, but are subject to legislation, advancing technology and development, and the changing community we serve. The Energy System Operating Rules, thus established SHALL be responsive to these changes, and it is essential that proper authority to effect these changes be vested in an appropriate body. It is for these reasons that the RG&E Energy System Operating Rules Committee exists and is charged with the following responsibilities:

1. Provide and maintain current "Operating Rules" in a short and concise form.
2. Provide information regarding our system and system changes as appropriate and desirable.
3. Provide instructions to foster close cooperation between all operating personnel.
4. Provide operating instructions which will allow a person to utilize their initiative should an emergency demand.
5. Assure compliance with federal, state, and local legislation.

1.2.0-0 ***ENERGY OPERATING RULES COMMITTEE***

1.2.1-0 **ADMINISTRATION**

1.2.2-0 Operating Rules Committee

The responsibilities of the Operating Rules Committee are to:

1. Formulate and update Rules and Procedures to preserve the integrity and insure safe operation of the Energy System, which includes Electric Generation, Electric and Gas transmission and distribution systems.
2. Ensure that these Rules and Procedures are in compliance with federal, state, local and corporate safety regulations.
3. Ensure that adequate training on Rules and Procedures are provided.
4. Ensure compliance with Rules and Procedures. To have the authority to accomplish this, the Operating Rules Committee SHALL be comprised of the management directly responsible for supervising all the employees authorized to perform duties pertaining to system operations.

The Rules SHALL be composed so as to have simplicity and clarity, yet be broad enough to cover Energy System Operation in all involved departments. Procedures to cover specific safe work practices, based on the Rules, may then be formulated by individual departments or the Committee itself in the conduct of its normal business.

1.2.3-0 Committee - Membership

The Committee SHALL be composed of the Managers or their designated representatives, of all operating departments and authorities involved in Energy operations. All corporate employees authorized by their Supervisor as qualified to perform a specific duty pertaining to system operations SHALL be represented on the Committee. Each representative on the committee SHALL have one vote (see 1.3.1-0).

Membership on working subcommittees, set up to resolve particular problems, may be drawn from employees at large.

1.2.4-0 Advisory Group

The Advisory Group (see 1.3.2-0) SHALL act in an independent capacity to provide input and guidance to the Energy Operating Rules Committee on regulatory requirements, employee training status, and Rules and Procedures adherence. Any member of the Advisory Group may attend meetings of the Operating Rules Committee. The Advisory Group is a non-voting group.

1.2.4-1 Training

All authorized persons SHALL successfully complete an Initial Operating Rules training program followed by Refresher programs to be attended within 36 months of your last training completion date. Exceptions will be granted provided they are submitted to the ESOR Chairman in writing and approved by the committee. A current master list of all authorized persons SHALL be kept in the Lotus Notes Database titled "Authorized Persons List".

1.2.5-0 Approval

Operating Rules & Definitions

Additions or revisions of Operating Rules and Definitions (Sections 2 and 3) SHALL be submitted to the Operating Rules Committee for approval (1.3.1).

Procedures

Additions or revisions of Procedures (Section 4) SHALL require Executive approval (see 1.3.3-0) only if committee approval is not unanimous. Each committee member's vote SHALL be included with all submittals.

1.2.6-0 Election of Officers

A Vice-Chairman shall be elected from the membership for a term of four years (two as Vice Chairman and two as Chairman) beginning January 1 of the even numbered years. This election SHALL be held at the last meeting of the odd-numbered years. The outgoing Vice Chairman will automatically become Chairman for a period of two years.

The Chairman SHALL appoint a Secretary to be responsible for recording, printing, and distributing the minutes of meetings.

1.2.7-0 Schedule of Meetings

Regular meetings SHOULD be held during the months of January, March, May, July, September, and November. Additional meetings may be held if deemed necessary.

1.2.8-0 Responsibility for Revisions

To insure that all revisions in the Rules and/or Procedures are known to all employees concerned, the Secretary SHALL see that each member of the ESOR Committee is notified electronically of the revision. Committee members SHALL be responsible for notifying the appropriate personnel in their respective areas of the revision.

1.3.0-0 ***STRUCTURE***

1.3.1-0 OPERATING RULES COMMITTEE

| | |
|---|---|
| Manager | *System Operations |
| Manager | *Electric Field Operations |
| Manager | *Gas Field Operations |
| Manager | *Energy Service |
| Vice President** | *Fossil & Hydro Production |
| Plant Manager** | *Ginna Station Operations & Maintenance |

* Each shall have one vote.

** The Vice President of Fossil and Hydro Production will appoint a representative. The Ginna Plant Manager will appoint a representative from Operations.

1.3.2-0 **ADVISORY GROUP**

*Representative Corporate Safety

Safety and Training Coordinators, Energy Delivery/Districts

Safety and Training Coordinator Fossil & Hydro Operations

Safety and Training Coordinator Nuclear Production

Safety and Training Coordinator Provide Physical Assets Services (PPAS)

* Advisory Group Chairman

1.3.3-0 **Executive Approval Required**

APPROVED: ______________________________ Date:

Paul Wilkens
President

APPROVED: ______________________________ Date:

David Irish
Vice President, Generation

APPROVED: ______________________________Date:

Michael Whitcraft
Vice President, Energy Delivery

2.1.0-0 ***DEFINITIONS***

2.1.0-1 The following terms as defined pertain to the Energy System Operating Rules.

**AUTHORIZED PERSON** - A person designated by his/her Manager as qualified to perform a specific duty pertaining to system operations.

**BLOCK** - An order issued by a HOLDING AUTHORITY to assure that the automatic, remote or local control operation of equipment remains inoperative.

**BONDING** - The joining of metallic parts, i.e. pipe to pipe, to form an electrically

conductive path that will ensure safe electrical continuity for the protection of personnel and equipment.

CLOSE - The operation of a switch, valve or other device to a closed position by local or remote control.

COMMUNICATIONS CIRCUIT - A path for transmission of information between two or more stations or terminals. It may be a single wire, a group of wires, an optical fiber, a special part of the radio frequency spectrum or any other path for transmission of information. A COMMUNICATION CIRCUIT includes the terminal equipment and may contain one or more functions.

CONTROL EQUIPMENT - Equipment employed to accomplish any or all of the following:

A. OPEN or CLOSE a switch, valve or other primary device, e.g. Control switches, regulator control, supervisory control, etc.

B. Remotely meter or monitor primary system performance. e.g. Telemetering, supervisory control, etc.

C. TRIP a breaker, valve or other primary device, e.g. protective relays and similar devices employed to detect system disturbances, initiate throwover or initiate sectionalizing.

CONTROL LOCATION - A location having an END DEVICE that supplies intelligence to TERMINAL EQUIPMENT for transmission over a COMMUNICATIONS CIRCUIT.

CUSTOMER ELECTRIC SERVICE CLEARANCE - A statement issued by a HOLDING AUTHORITY to a customer that RG&E power has been de-energized in accordance with their request, and binding the HOLDING AUTHORITY to maintain this status until the clearance is relinquished by the customer.

DAILY LOG - Record of activities under each HOLDING AUTHORITY's jurisdiction that includes record of HOLD operations, outages, work on equipment and may include SWITCHING ORDER numbers, locator numbers, gas valve numbers, gas regulator

stations and/or other information pertinent to HOLD orders.

DESIGNEE - An AUTHORIZED PERSON designated to assume ESOR responsibilities for the Manager in his/her absence.

ELECTRIC SWITCHING REQUEST - See **SWITCHING REQUEST**

END DEVICE - A device that supplies the intelligence to the TERMINAL EQUIPMENT for transmission or, upon reception, translates the intelligence to display information, operate equipment or enable equipment to operate.

ENERGY - This term refers to all energy sources within the gas and electric systems.

FUNCTION - A FUNCTION is one integral part of a COMMUNICATIONS CIRCUIT by which specific data or control information is transmitted between terminals, e.g. 1) Tie Line 9XX Transfer Trip Function from Station A to Station B on COMMUNICATIONS CIRCUIT 69DM2 (9XXTT); 2) Trunk YY Megawatts Station C to Energy Control Center's Office on COMMUNICATIONS CIRCUIT 69DM12 (TYYMW).

GAS PROCEDURE - Instructions issued by the HOLDING AUTHORITY to operate valves, stop off equipment, and/or other devices. Includes all steps necessary to place system back to normal operation.

GAS PROCEDURE REQUEST - Formal notification to a HOLDING AUTHORITY to interrupt the normal flow of gas through the system.

GUARANTEE - This term SHALL be used by Inter-Company and Intra-Company HOLDING AUTHORITIES to insure that a switch or other device has been placed in the requested position and SHALL remain in that position until the GUARANTEE is relinquished by the recipient.

HIGH VOLTAGE TEST CLEARANCE - Permission by the HOLDING AUTHORITY to apply a test voltage above 300 volts to LINES, cables or equipment within an ISOLATED WORK AREA and binding the HOLDING AUTHORITY to maintain the ISOLATED WORK AREA exclusively for the application of the test voltage.

HOLD - An order issued by a HOLDING AUTHORITY securing a switch, valve or other

device in a PROTECTIVE POSITION.

**HOLDING AUTHORITY (GAS/ELECTRIC)** - A designated group having operating jurisdiction over specific lines and equipment.

**HOT LINE CLEARANCE** - Clearance granted by the HOLDING AUTHORITY to an AUTHORIZED PERSON ensuring that energized LINES or equipment are protected against automatic, remote or local reclosing.

**ISOLATED WORK AREA** - An area secured by HOLDS applied to switches, valves or other devices.

**LINES** - A medium to deliver energy, i.e.: pipe, conductor, as required.

**LIMITED HOLDING AUTHORITY** - Authorized persons designated by his/her manager or HOLDING AUTHORITY to act as a HOLDING AUTHORITY for specific LINES and equipment under specified conditions.

**LIVE GAS CLEARANCE** - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON allowing work within a REDUCED PRESSURE WORK AREA and binding the HOLDING AUTHORITY to maintain the REDUCED PRESSURE WORK AREA. May also be granted for work at normal operating pressures not requiring a pressure reduction.

**LOCATOR NUMBER** - A unique number used by Generating Station HOLDING AUTHORITIES which is assigned for each HOLD order and appears on each HOLD tag and documented in the DAILY LOG.

**LOCKOUT** - Automatic blocking of a switch, valve or other device after a TRIP.

**LOW VOLTAGE TEST CLEARANCE** - Permission by the HOLDING AUTHORITY to apply a test voltage over 15 volts but not exceed 300 volts to LINES, cables or equipment.

**MARK OFF** - This term SHALL be used by an AUTHORIZED PERSON when relinquishing protection secured by his/her previous MARK UP.

**MARK UP** - Permission requested by an AUTHORIZED PERSON and granted by a

HOLDING AUTHORITY for work on a specific LINE or other equipment within an ISOLATED WORK AREA and binding the HOLDING AUTHORITY to maintain the ISOLATED WORK AREA.

**MECHANICAL CLEARANCE** - Permission by the HOLDING AUTHORITY to perform tests and/or maintenance on equipment where such tests or maintenance may require the equipment to be operated.

**OPEN** - The operation of a switch, valve or other device to an open position by local or remote control.

**OPEN SWITCH CLEARANCE** - Permission from the HOLDING AUTHORITY to the AUTHORIZED PERSON on a de-energized cable(s) to reduce exposure of person(s) working in close proximity to cable(s) for which clearance is granted.

**PERFORM GAS PROCEDURE**

A. LINE - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to perform valving or tie-ins on pipelines external to regulator and gate stations.

B. STATION - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to perform valving or tie-ins at district regular stations fed by distribution lines (less than 125 psi).

C. LIMITED STATION - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to perform valving or tie-ins at gate stations or regulator stations fed by transmission lines (greater than or equal to 125 psi).

**PERFORM SWITCHING**

A. LINE - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to perform switching on overhead and/or underground LINES external to generating stations, generating station switchyards and substations.

B. STATION - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to perform switching within generating station switchyards and substations or within generating stations.

C. LIMITED STATION - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to perform switching within generating station switchyards or substations subject to specified limits. It is the responsibility of each department head to inform the HOLDING AUTHORITIES of any stations, types of switches, type of SWITCHING ORDER (written or verbal) or area of work responsibility to which these authorizations are limited.

**PROTECTIVE POSITION** - That position of a switch, valve or other device when it provides protection for workers or equipment from a source of energy.

**PURGING** - The displacement of air, nitrogen or natural gas with either nitrogen or natural gas.

**RECLOSURE** - Automatic closing of a switch or other device on an electrical system after a TRIP.

**REDUCED PRESSURE WORK AREA** - An area isolated from normal system operational pressures by valves, regulators, and/or other mechanical devices.

**RELEASE** - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to work on a specific FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT after a TURN DOWN has been issued and completed. A RELEASE may also be issued to a RESPONSIBLE PERSON in order to work on a COMMUNICATIONS CIRCUIT after a TURN DOWN has been issued and completed by an AUTHORIZED PERSON.

**RESPONSIBLE PERSON** - A person working for an entity other than RG&E which has responsibility for maintaining COMMUNICATIONS CIRCUITS used by RG&E.

**SAFETY GROUNDS** - Fixed grounding switches, bonding cables, or portable ground conductors placed on LINES or other equipment for the protection of personnel, i.e. to connect individual phases to short circuit all phases to ground, pipe to ground, or equipment to ground, etc.

**SHALL** - This term as used in the Energy System Operating Rules and Procedures is

understood as a requirement that is mandatory.

SHOULD - This term as used in the Energy System Operating Rules and Procedures is understood as a recommendation that is advisory.

SWITCHING ORDER - Instruction(s) issued by the HOLDING AUTHORITY to an AUTHORIZED PERSON to place lines or equipment either in or out of service.

SWITCHING REQUEST - A formal notification to a HOLDING AUTHORITY by an AUTHORIZED PERSON to place lines or equipment either in or out of service.

TERMINAL EQUIPMENT - Equipment that conditions information for transmission or reception over a COMMUNICATIONS CIRCUIT.

TEST GROUNDS - Ground conductor(s) placed, during a HIGH or LOW VOLTAGE TEST CLEARANCE, on electric LINES or other equipment to ground conductors/equipment not under test while tests are being performed on associated conductors/equipment or to discharge all conductors/equipment after testing is complete.

THROTTLE - To manually control the flow of gas through a valve to maintain a desired pressure.

THROWOVER - Automatic transfer operation to an alternate source of energy.

TRIP - Automatic opening or closing of a switch, valve or other device by a protective relay control system.

TURN DOWN - Permission by the HOLDING AUTHORITY to an AUTHORIZED PERSON to electrically isolate and/or disable operation of a specific FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT that is not a part of an ISOLATED WORK AREA.

TURN UP - The placing in service by an AUTHORIZED PERSON of a specific FUNCTION, COMMUNICATIONS or CONTROL EQUIPMENT.

3.1.0-0 ***<u>HOLDING AUTHORITIES</u>***

3.1.1-0 LINES and/or equipment shall not be taken out of service or placed in service without the consent of the HOLDING AUTHORITY having jurisdiction.

3.1.2-0 HOLDING AUTHORITIES are hereby designated as the **Energy Operator, Transmission Operator, Distribution Operator, Gas Duty Superintendent, Gas Duty Engineer, Gas Design Engineer and Generating Plant Shift Foreman** in charge depending on their assigned jurisdiction.

3.1.3-0 For some substation operations the Authorized Person performing the work shall have Limited Holding Authority.

3.1.4-0 A HOLDING AUTHORITY shall have jurisdiction over all such LINES and equipment as shall be mutually agreed upon by the HOLDING AUTHORITIES involved, subject to the approval of the "Energy System Operating Rules Committee".

3.1.5-0 A complete list of LINES and equipment and the HOLDING AUTHORITY having jurisdiction SHALL be maintained by each HOLDING AUTHORITY. Each HOLDING AUTHORITY SHALL be responsible for updating the list of LINES and equipment under their jurisdiction and furnishing copies to all parties concerned.

3.1.6-0 It SHALL be the responsibility of a HOLDING AUTHORITY to maintain a daily log of all operations on LINES or equipment under their jurisdiction.

3.1.7-0 Work in a non-commingled installation or a common facility that does not affect the energy system SHALL be covered by Facilities Services Lock Out/Tag Out procedure and SHALL comply with OSHA.

3.2.0-0 ***<u>AUTHORIZED PERSONS</u>***

3.2.1-0 AUTHORIZED PERSONS must be qualified on the basis of training and experience and designated by their Supervisor to perform specific operations. Such authorization SHALL include one or more of the following:

A. Order operations to be performed.

B. Perform operations as ordered.

C. MARK UP on LINES or equipment to perform work.

3.2.2-0 Lists of AUTHORIZED PERSONS and their designated specific operating qualifications as furnished by the Supervisors SHALL be maintained current by the HOLDING AUTHORITIES.

3.2.3-0 Only AUTHORIZED PERSONS or persons under their direct supervision SHALL perform operations on LINES or other equipment. All such operations SHALL be under the direction of the HOLDING AUTHORITY.

3.2.4-0 Contractor personnel working on Company LINES and equipment may be designated as AUTHORIZED PERSONS by the Supervisors involved.

3.2.4-1 Person signing AUTHORIZED PERSONS LIST **SHALL** make certain that:

A. Employees/contractors on AUTHORIZED PERSONS LIST are trained per ESOR.

B. Employees/contractors on AUTHORIZED PERSONS LIST have the proper skill sets to perform functions checked.

C. Provide updated AUTHORIZED PERSONS LIST to Dept. Manager of System Operations, by February 1st of each year and whenever there is a change.

D. Attend and participate in the training as per ESOR.