3.3.0 ***HOLD ORDERS***

3.3.1-0 A HOLD on a device exists for the protection of workers and equipment. It is a matter of record and standing order until released by the HOLDING AUTHORITY. To assure the security of a HOLD, no work that would violate the HOLD SHALL be permitted.

3.3.2-0 When the order is given by a HOLDING AUTHORITY to HOLD a switch, valve or other device, it SHALL be placed in the PROTECTIVE POSITION and secured by locking when so equipped.

A. Generators will be secured by HOLDS applied to each of the following:

1. Turbine throttle and/or other devices necessary to secure the prime mover
2. Generator disconnect switches
3. Generator potential devices or their secondary fuses
4. Disconnecting devices isolating the generator field from sources of excitation

B. Power operated switches (motor drive, hydraulic ram, etc.) must have the operating rod uncoupled and locked. If there is no coupling, the control power to operate the device must be de-energized.

C. Drawout devices (breakers, reclosers, dummy switches, etc.) which completely disconnect from any source of energy must be racked into the disconnect position. The HOLD SHALL apply to the stationary contacts within the cubicle or rack into which the device connects.

D. Network Protectors must be locked in the OPEN position and secured by removal of fuse and/or links at the protector.

E. Gas regulators or other station devices will be secured by HOLDS applied to the inlet and outlet valves after they are placed in the PROTECTIVE POSITION.

3.3.3-0 HOLD orders shall apply to the visible disconnects used to isolate a device, and not to fixed enclosed devices (breakers, reclosers, etc.). If a visible disconnect for a device is not available, and a fixed, enclosed device must be used for equipment isolation, then the HOLDING AUTHORITY SHALL verify that an ISOLATED WORK AREA exists by verifying that the isolation and de-energization of the machine or equipment has been accomplished prior to issuing a HOLD per 3.3.3-1.

3.3.3-1 Verification shall be achieved by check-test-check or safety procedures as per the specific work group responsible for the equipment.

3.3.4-0 Supervisory or other remote control cannot be used to HOLD a device.

3.3.5-0 A tag bearing the word HOLD SHALL be placed at the control point of all switches, valves, or other devices OPEN or CLOSED in conjunction with a HOLD order. The following information shall be entered on the tag:

A. Device to which the HOLD will apply.

B. Station number or location at which operation is performed

C. Switching order number if issued

D. Position of device HELD

E. Date and time of each operation

F. Name of the HOLDING AUTHORITY ordering the operation

G. Name of AUTHORIZED PERSON responsible for performing the operation

H. For facilities under the jurisdiction of a Generating Plant HOLDING AUTHORITY, items E, F and G on the HOLD tag need not be completed provided that:

1. A unique locator number is assigned and documented for each HOLD in the plant's daily log.

2. The unique locator number appears on each HOLD tag.

3. The date and time HOLDING operations were completed, the identification of the HOLDING AUTHORITY ordering the HOLDS and the

signature of the AUTHORIZED PERSON that performed the HOLDING operations are documented in the plant's daily log.

3.3.6-0 Before a HOLDING AUTHORITY may issue an order to remove a HOLD, all persons MARKED UP within an ISOLATED WORK AREA dependent upon the HOLD SHALL MARK OFF.

3.3.7-0 Completed HOLD tags SHALL be returned to the HOLDING AUTHORITY for accountability except when radiological or hazardous material contamination prohibits this.

3.4.0-0 ***MARK UP - MARK OFF***

3.4.1-0 A MARK UP must be obtained before performing any work requiring the protection of an ISOLATED WORK AREA.

3.4.2-0 A MARK UP can only be granted to an AUTHORIZED PERSON required to work or supervise work on equipment. The MARK UP must be in the name of the AUTHORIZED PERSON and not in the name of a department or group.

3.4.3-0 A MARK UP cannot be granted until the ISOLATED WORK AREA has been de-energized and isolated from the system by switches, valves or other devices secured by HOLD orders.

3.4.4-0 A MARK UP will not be permitted on a device to which a HOLD applies.

3.4.5-0 Work SHALL not be allowed on a device to which a HOLD applies except in the special case where the ISOLATED WORK AREA cannot be justifiably expanded to include this device and/or an approved exception exists in Procedures Section (4.12.1-0). Otherwise, the following procedures SHALL be implemented before work can begin:

A. The Manager(s) or their DESIGNEE(S) of the involved persons and the Safety Coordinator or their authorized representatives SHALL determine together that the work can be done safely and each SHALL notify the HOLDING AUTHORITY accordingly.

B. The name of each person certifying safe working conditions SHALL be logged by the HOLDING AUTHORITY.

C. All AUTHORIZED PERSONS MARKED UP and depending on the HOLD for protection, other than the AUTHORIZED PERSON responsible for the specific job, SHALL MARK OFF.

3.4.6-0 To obtain a MARK UP, an AUTHORIZED PERSON responsible for the work to be performed SHALL contact the HOLDING AUTHORITY giving his/her name, work to be performed and location. The HOLDING AUTHORITY in granting the MARK UP SHALL reply giving his/her name, extent of ISOLATED WORK AREA, and the time of transaction. These items SHALL be entered in the log maintained by the HOLDING AUTHORITY.

3.4.7-0 When an AUTHORIZED PERSON has a MARK UP, they are responsible for all personnel, regardless of group, department or outside company, working under their MARK UP. They SHALL see that all are informed as to what the job is, the extent of the ISOLATED WORK AREA and where they can or cannot work.

3.4.8-0 Before granting additional MARK UPS within an ISOLATED WORK AREA, the HOLDING AUTHORITY will inform those requesting a MARK UP of other work in progress.

3.4.9-0 <u>HIGH VOLTAGE TEST CLEARANCE</u>

A. A HIGH VOLTAGE TEST CLEARANCE SHALL only be issued to an AUTHORIZED PERSON.

B. A HIGH VOLTAGE TEST CLEARANCE cannot be issued within an ISOLATED WORK AREA in which a MARK UP exists.

C. All HIGH VOLTAGE TEST CLEARANCES SHALL be entered in the log maintained by the HOLDING AUTHORITY.

3.4.10-0 **LOW VOLTAGE TEST CLEARANCE**

A. A LOW VOLTAGE TEST CLEARANCE may be issued within an ISOLATED WORK AREA providing all persons MARKED UP are notified by the HOLDING AUTHORITY.

B. A LOW VOLTAGE TEST CLEARANCE is not required by those MARKED UP within an ISOLATED WORK AREA, providing voltage above 15 volts cannot be produced by the test.

C. All LOW VOLTAGE TEST CLEARANCES SHALL be entered in the log maintained by the HOLDING AUTHORITY.

3.4.11-0 **MECHANICAL CLEARANCE**

A. A MECHANICAL CLEARANCE SHALL only be issued to an AUTHORIZED PERSON.

B. A MECHANICAL CLEARANCE cannot be issued within an ISOLATED WORK AREA in which a MARK UP exists.

C. All MECHANICAL CLEARANCES SHALL be entered in the log maintained by the HOLDING AUTHORITY.

3.4.12-0 To obtain a MARK OFF, the AUTHORIZED PERSON MARKED UP SHALL contact the HOLDING AUTHORITY giving their name, status of work and work location. The HOLDING AUTHORITY, in accepting the MARK OFF, SHALL reply giving their name, ISOLATED WORK AREA involved, and time of transaction. These items SHALL be entered in the log maintained by the HOLDING AUTHORITY.

A. If the AUTHORIZED PERSON MARKED UP is unable to MARK OFF for valid reasons, the responsible Manager or DESIGNEE SHALL advise the HOLDING AUTHORITY in writing that he/she has assumed the responsibility for all MARK UPS in the name of the person involved. The Manager or DESIGNEE SHALL be satisfied that all persons and equipment are in a safe and secure condition before relinquishing the MARK UPS.

*In an emergency, the HOLDING AUTHORITY may accept a verbal statement, followed by a written statement.

3.5.0-0 ***SAFETY GROUNDS AND TEST GROUNDS***

3.5.1-0 SAFETY GROUNDS are intended for the protection of persons working on or in close proximity to de-energized LINES or other equipment. It SHALL be the responsibility of the AUTHORIZED PERSON that has received a MARK UP or HIGH VOLTAGE TEST CLEARANCE on an ISOLATED WORK AREA to ensure compliance with the General Safety Rules, Operating Policy P219 and to maintain records adequate to ensure successful removal of all SAFETY GROUNDS installed under the MARK UP or HIGH VOLTAGE TEST CLEARANCE.

3.5.2-0 Personal SAFETY GROUNDS may be installed under the direction of the AUTHORIZED PERSON in charge of the work providing a MARK UP or HIGH VOLTAGE TEST CLEARANCE has been obtained prior to installing these SAFETY GROUNDS. The HOLDING AUTHORITY SHALL request verification that all personal SAFETY GROUNDS have been removed before permitting an AUTHORIZED PERSON to MARK OFF or relinquish a HIGH VOLTAGE TEST CLEARANCE.

3.5.2-1 Bonding cables shall be installed under the direction of the AUTHORIZED PERSON when a pipe is to be cut or otherwise physically separated and an escape of gas is possible.

3.5.3-1 Whenever an ISOLATED WORK AREA is created where a work group under one MARK UP will be dependent upon SAFETY GROUNDS installed by a work group under another MARK UP or where any SAFETY GROUND location will not be under the immediate control of the person to be MARKED UP, these SAFETY GROUNDS, whether requested by the AUTHORIZED PERSON or the HOLDING AUTHORITY, SHALL be installed and a HOLD applied under the direction of the HOLDING AUTHORITY. The location of these

grounds, the time of installation, and the time of removal SHALL be entered in the log maintained by the HOLDING AUTHORITY.

3.5.3-2 3.5.4-0 Test Grounds may be installed under the direction of the AUTHORIZED PERSON in charge of the work providing a HIGH VOLTAGE TEST CLEARANCE or a LOW VOLTAGE TEST CLEARANCE has been obtained prior to installing these Test Grounds. The HOLDING AUTHORITY SHALL request verification that all Test Grounds have been removed before permitting an AUTHORIZED PERSON to relinquish either a HIGH VOLTAGE TEST CLEARANCE or a LOW VOLTAGE TEST CLEARANCE.

3.6.0-0 ***BLOCKING EQUIPMENT CONTROL***

3.6.0-1 A BLOCK order is issued by a HOLDING AUTHORITY and applies to control devices of equipment. The equipment controlled may be a breaker, valve, regulator, etc.

3.6.0-2 When the order is given to BLOCK the automatic, remote or local control the selector switch, valve, etc. SHALL be placed in the requested position and a BLOCK tag installed. Completed BLOCK tags SHALL be returned to the HOLDING AUTHORITY for accountability except when radiological or hazardous material contamination prohibits this.

3.6.0-3 Remote Blocking of Control Equipment may be accomplished through the Supervisory Control and Data Acquisition System (SCADA). SCADA provides the ability to Block Reclosing and Automatic Tap Changer Control.

3.6.1-0 ***REMOTE BLOCKING OF EQUIPMENT CONTROL VIA SCADA***

The Supervisory Control and Data Acquisition System (SCADA) provides for Remote Blocking of Control Equipment. Two Control Operations can be initiated through SCADA: (1) BLOCK Reclosing of Circuit Breakers and (2) BLOCK Automatic Tap Changer Operation on Tap Changing Transformers.

3.6.1-1 When using SCADA Operators performing these control functions receive positive feedback from the Remote Terminal Unit (RTU) in the field that the requested command has been completed. This feedback includes a change in state indication of the function and a text message describing the action committed and the circuit / transformer involved. The RTU also provides messages alerting the operator if the required command has not been executed. SCADA also allows the Operator to place an electronic tag on the device / function, which inhibits operation of the device / function until an Operator removes the electronic tag. The electronic tagging function also allows the operator to place explanatory text on the electronic tag (e.g. date when electronic tag was placed and reason for electronic tag).

3.6.1-2 Specific procedures outlining the steps used by Operators when performing Remote Blocking of Reclosers and Automatic Tap Changing Transformers can be found in the Procedures for Energy Operation Data Base in Lotus Notes.

3.6.2-0 ***BLOCKING OF REMOTE START EQUIPMENT AT GENERATING STATIONS***

3.6.2-1 Ginna Station - Plant computer systems do not have the capability of any remote control functions. Therefore, Remote Blocking of equipment control is not applicable at the Ginna Plant.

3.6.2-2 Russell Station/Hydro Facilities - Computers located at Russell Station used for the operation of the generation equipment at Russell Station and the Hydro facilities controlled by Russell Station have the capability of Blocking Operation of Remote Start Equipment and Locking Out of Automatic Start Equipment. This functionality is used to inhibit automatic start on certain equipment and to prevent starting of Remote Start equipment by plant Operators. These functions shall be used in conjunction with normal procedures used to Hold equipment by the Plant Holding Authority, prior to allowing any work on plant/hydro equipment.

3.6.2-3 ***IDENTIFICATION OF REMOTELY OPERATED CONTROLS***

All Control devices SHALL be identified with a label in close proximity of the Control Device. Information on the label will include the Device Name (e.g. 5198 Cir. Recloser) and a message stating that the device may be operated remotely and anyone operating the device at the station shall call ext. 8944 before operating the device.

3.7.0-0 ***HOT LINE CLEARANCE***

3.7.1-0 A HOT LINE CLEARANCE SHALL not be issued when a TURN DOWN of protective relaying is in effect.

3.7.2-0 A HOT LINE CLEARANCE SHALL be granted by the HOLDING AUTHORITY to an AUTHORIZED PERSON after the equipment controlling the LINE has been BLOCKED against reclosing.

3.7.3-0 Should any LINES or equipment protected by a HOT LINE CLEARANCE become de-energized, the LINES or equipment SHALL not be re-energized until the HOT LINE CLEARANCE has been relinquished by the AUTHORIZED PERSON who obtained the HOT LINE CLEARANCE.

3.7.4-0 HOT LINE CLEARANCE SHALL be relinquished by the AUTHORIZED PERSON to the HOLDING AUTHORITY upon completion of work.

3.8.0-0 ***LIVE GAS CLEARANCE***

3.8.1-0 A LIVE GAS CLEARANCE SHALL be granted by the HOLDING AUTHORITY to an AUTHORIZED PERSON after the equipment controlling the LINE has been secured by HOLDS or under manual control.

3.8.2-0 Should any LINES or equipment protected by a LIVE GAS CLEARANCE become de-energized, the LINES or equipment SHALL not be re-energized until the LIVE GAS CLEARANCE has been relinquished by the AUTHORIZED PERSON who obtained the LIVE GAS CLEARANCE.

3.8.3-0 LIVE GAS CLEARANCE SHALL be relinquished by the AUTHORIZED PERSON to the HOLDING AUTHORITY upon completion of work.

3.9.0-0 ***GUARANTEE***

3.9.1-0 A GUARANTEE SHALL be used by RG&E HOLDING AUTHORITIES with other interconnected system HOLDING AUTHORITIES or by HOLDING AUTHORITIES within the RG&E system when it is necessary to secure equipment at the point where jurisdiction changes.

3.9.2-0 A GUARANTEE does not necessarily mean that the requested equipment is de-energized.

3.9.3-0 Each company SHALL use their own procedure and tags to secure their equipment prior to issuing a GUARANTEE.

3.9.4-0 After switches or devices have been placed in the requested position, locked when so equipped, and tagged, a verbal statement containing the following SHALL be given by one HOLDING AUTHORITY to another:

A. Identification of switches or devices operated and position placed

B. The assigned GUARANTEE number

C. The time GUARANTEE was issued

3.9.5-0 After the necessary switching has been completed and GUARANTEES received, the HOLDING AUTHORITY may grant requested MARK UPS after the ISOLATED WORK AREA has been established.

3.9.6-0 A GUARANTEE may be released by the HOLDING AUTHORITY only after all MARK UPS have been cleared.

3.9.7-0 A log entry must be made of all GUARANTEE transactions and include the following:

A. Designated switches or other devices and their position

B. Identifying numbers of GUARANTEE

C. Names of HOLDING AUTHORITY personnel involved and the company and department they represent

D. Date and time of issuance or receipt

E. Date and time of release

3.10.0-0 ***SWITCHING REQUEST***

3.10.1-0 A written SWITCHING REQUEST for all transmission, distribution, and generation equipment SHALL be submitted to the HOLDING AUTHORITY having jurisdiction for all pre-arranged work.

3.10.2-0 The SWITCHING REQUEST SHALL be submitted by persons designated by the Manager involved, in duplicate, and as far in advance as possible. One verified copy will be returned to the originating party by the HOLDING AUTHORITY having jurisdiction.

3.10.3-0 The SWITCHING REQUEST should contain the following information:

A. Person submitting request

B. Location of work (station, pole and manhole numbers or geographic location)

C. Work to be performed and reason

D. Preferred date, MARK UP time and duration of work

E. Person performing work

F. Location for grounds

G. Tests required

H. Location for phasing

3.10.4-0 A verbal request may be accepted for:

A. Street lighting circuits

B. New distribution line extensions which do not require prior switching

C. Short outages on distribution transformers

C. Situations requiring immediate attention

3.11.0-0 ***SWITCHING ORDER***

3.11.1-0 A SWITCHING ORDER SHALL be issued only by the HOLDING AUTHORITY having jurisdiction over the devices to be operated.

3.11.2-0 A SWITCHING ORDER SHALL contain the following:

A. SWITCHING ORDER number

B. Job Identification

C. Date and time switching is to begin

D. Sequence of operations, identifying equipment by assigned number, name and location

E. Names of HOLDING AUTHORITY personnel preparing and approving the SWITCHING ORDER

3.11.3-0 The operations within a SWITCHING ORDER SHALL be ordered only by the HOLDING AUTHORITY having jurisdiction.

3.11.4-0 When a copy of the SWITCHING ORDER is being used in the field, the SWITCHING ORDER number and the number of each operation to be performed SHALL be used by the HOLDING AUTHORITY. The person receiving an order SHALL validate the SWITCHING ORDER number, job identification and repeat back to the HOLDING AUTHORITY the number of each operation before proceeding.

3.11.5-0 If a copy of the SWITCHING ORDER is not available, the person receiving an order SHALL make a written memorandum and repeat the same back to the person issuing the order before proceeding.

3.11.6-0 The name of the person issuing an order, the name of the person receiving the order, and the time each operation was performed SHALL be recorded by the HOLDING AUTHORITY.

3.12.0-0 ***GAS PROCEDURE***

3.12.1-0 A GAS PROCEDURE SHALL be issued only by the HOLDING AUTHORITY having jurisdiction over the devices to be operated.

3.12.2-0 A GAS PROCEDURE SHALL contain the following:

A. GAS PROCEDURE number (will use work req. number)

B. Job Identification

C. Date and time GAS PROCEDURE is written

D. Sequence of operations, identifying equipment by assigned number, name and location

E. Names of HOLDING AUTHORITY/AUTHORIZED PERSON preparing and approving the GAS PROCEDURE

3.12.3-0 The operations within a GAS PROCEDURE SHALL be ordered only by the HOLDING AUTHORITY having jurisdiction.

3.12.4-0 When a copy of the GAS PROCEDURE is being used in the field, the GAS PROCEDURE number and the number of each operation to be performed SHALL be used by the HOLDING AUTHORITY. The person receiving an order SHALL validate the GAS PROCEDURE number, job identification, valving operation, stopping or reversing of gas flow, and removal of stopping equipment to the HOLDING AUTHORITY the number of each operation before proceeding.

3.12.5-0 If a copy of the GAS PROCEDURE is not available, the person receiving an order SHALL make a written memorandum and repeat the same back to the person issuing the order before proceeding.

3.12.6-0 The names of the person issuing an order, the name of the person receiving the order, and the time each operation was performed SHALL be recorded by the HOLDING AUTHORITY.

3.12.7-0 Situation requiring immediate attention will be done through a verbal request.

3.13.0-0 ***AUTHORIZED TAGS***

3.13.1-0 Only an AUTHORIZED TAG SHALL be used in conjunction with the operation of a switch, valve or other device under the jurisdiction of a HOLDING AUTHORITY. AUTHORIZED TAGS shall be utilized exclusively for the purpose of ESOR and are as follows:

| | |
|---|---|
| HOLD | 3.13.2-0 |
| BLOCK | 3.13.3-0 |

3.13.2-0 **HOLD TAG**

Placement: A HOLD TAG SHALL be attached on, or as near as possible, and visible from the operating point of a device. Color Note: White lettering on red background.






3.13.3-0 **BLOCK TAG**

A Physical or Electronic BLOCK TAG SHALL be used to indicate that an automatic or remote control device has been placed in a specified position at the order of a Holding Authority.

Placement:

An ELECTRONIC BLOCK TAG SHALL be placed on the appropriate remote control function in the Supervisory Control and Data Aquisition (SCADA) System.

A PHYSICAL BLOCK TAG SHALL be attached to a selector switch, or valve controlling the automatic, remote or local operation of equipment. Ex: Automatic Throwover, Automatic Reclosing, Voltage Regulation, Supervisory Control, etc. Color Note: Blue lettering on white background.






3.13.3A-0 **BLOCK TAG**

Placement: This tag is approved for use at control locations within Generating Stations' cubicles only. Color Note: Blue lettering on white background.






3.13.4-0 A Specialized Tag may be used for purposes other than those listed in 3.11.1-0, provided the tagging system has been approved by the Operating Rules Committee. Approve Specialized Tags are as follows:

3.13.4A-0 **EQUIPMENT OUT-OF-SERVICE TAG**

Purpose: This tag is intended as an informational tag on devices controlling equipment which has been ordered out-of-service by a HOLDING AUTHORITY.

Placement: The tag may be placed at the option of the Switchman or Workman on the job, who is also responsible for its removal.

Color Note: Black lettering and border on chrome yellow background (enclosed in plastic reusable type).



3.13.4B-1 <u>DANGER - DO NOT OPERATE TAG</u>

Purpose: This tag is to be used by an AUTHORIZED PERSON for informational purposes only. It shall <u>not</u> be used to create an ISOLATED WORK AREA as defined by the ENERGY SYSTEM OPERATING RULES.

Color Note: Primarily black lettering on a white background. At the top of the tag, the word "DANGER" is printed in white against a red oval background framed in a black rectangle.







3.14.0-0 ***<u>TURN DOWN - TURN UP - RELEASE</u>***

3.14.1-0 A TURN DOWN (TURN UP) order SHALL be issued only to an AUTHORIZED PERSON.

3.14.2-0 A TURN DOWN order must be obtained from the HOLDING AUTHORITY having jurisdiction before work may be performed on a FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT that is not part of an ISOLATED WORK AREA.

3.14.3-0 The AUTHORIZED PERSON performing the TURN DOWN SHALL perform or supervise the work on TURNED DOWN equipment unless a RELEASE has been granted to another person by the jurisdictional HOLDING AUTHORITY.

3.14.4-0 A responsible person, identified by the applicable Department Manager, may be granted a RELEASE by the HOLDING AUTHORITY to perform work on a FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT previously TURNED DOWN by an AUTHORIZED PERSON. Upon completion of work, the RELEASE SHALL be relinquished to the HOLDING AUTHORITY prior to issuance of a TURN UP order.

3.14.5-0 The responsible HOLDING AUTHORITY SHALL inform all manned CONTROL LOCATIONS having capability to operate or affect the operation of the involved FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT of the TURN DOWN order and issue instructions that these equipments are not to be operated except by instruction of the HOLDING AUTHORITY or the AUTHORIZED PERSON performing the TURN DOWN.

3.14.6-0 All equipment having capability to operate or affect the operation of the TURNED DOWN equipment from remote locations SHALL be tagged. BLOCK tags or DANDER - DO NOT OPERATE tags may be used.

3.14.7-0 A log entry must be made of all TURN DOWN, TURN UP and RELEASE transactions. It SHALL include the following, as applicable:

A. The equipment to be TURNED DOWN (TURNED UP).

B. Name of the AUTHORIZED PERSON performing the TURN DOWN (TURN UP).

C. Date and time the order was completed.

D. Date and time a RELEASE was granted.

E. Name of the responsible person to whom the RELEASE was granted.

F. Name, date and time the RELEASE was relinquished.

3.14.8-0 Upon notification by the responsible person that work has been completed and the RELEASE relinquished, the HOLDING AUTHORITY having jurisdiction may issue a

TURN UP order to an AUTHORIZED PERSON to restore the FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT to service.

3.14.9-0 Upon completion of a TURN DOWN to isolate TERMINAL EQUIPMENT and END DEVICES from a wire-type COMMUNICATIONS CIRCUIT (pilot cable), the HOLDING AUTHORITY SHALL create an ISOLATED WORK AREA before permitting any maintenance or testing on the COMMUNICATIONS CIRCUIT or pilot cable.

3.14.10-0 A TURN DOWN order SHALL not be issued on a FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT affecting protective relaying on facilities for which a HOT LINE CLEARANCE has been issued.

3.15.0-0 ***OPEN SWITCH CLEARANCE***

3.15.1-0 OPEN SWITCH CLEARANCE is intended to reduce the exposure of persons working in close proximity to a transmission cable or cables, where it is possible to take the circuit(s) out of service for maintenance but where system changes may require re-energization in a timely fashion.

3.15.2-0 An OPEN SWITCH CLEARANCE SHALL be granted by the HOLDING AUTHORITY to an AUTHORIZED PERSON after a cable has been de-energized by the opening of switches and/or circuit breakers.

3.15.3-0 An OPEN SWITCH CLEARANCE SHALL be granted by the HOLDING AUTHORITY to an AUTHORIZED PERSON only for the purposes of moving a cable, patching the lead jacket, draining joints, or for protection when working on a nearby cable.

3.15.4-0 ALL OPEN SWITCH CLEARANCES shall be entered in the log maintained by the HOLDING AUTHORITY.

3.15.5-0 Any cable protected by an OPEN SWITCH CLEARANCE SHALL not be energized until the OPEN SWITCH CLEARANCE has been relinquished by the AUTHORIZED PERSON who obtained the OPEN SWITCH CLEARANCE.

3.15.6-0 When an AUTHORIZED PERSON has an OPEN SWITCH CLEARANCE, they are responsible for all personnel, regardless of group, department, or outside company, working under the OPEN SWITCH CLEARANCE. They shall see that all are informed as to what the job is, and where they can or cannot work.

3.15.7-0 An OPEN SWITCH CLEARANCE SHALL be relinquished by the AUTHORIZED PERSON to the HOLDING AUTHORITY upon completion of work.

3.15.8-0 If the AUTHORIZED PERSON who was granted the OPEN SWITCH CLEARANCE is unable to relinquish the OPEN SWITCH CLEARANCE, the Department Manager or designee shall advise the HOLDING AUTHORITY in writing* that they have assumed the responsibility for all clearances in the name of the person involved.

*In an emergency, the HOLDING AUTHORITY may accept a verbal statement, followed by a written statement.

4.1.0-0 ***PRIME MOVERS, GENERATORS AND ASSOCIATED AUXILIARY EQUIPMENT***

4.1.1-0 All Generators connected to the RG&E system except hydro units in the Genesee Valley District are under the jurisdiction of Energy Operations. Hydro Generators in the Genesee Valley District are under the jurisdiction of the Fillmore District Manager.

4.1.2-0 A GUARANTEE from Energy Operations to the HOLDING AUTHORITIES of Stations 3, 7, and 13 on the Turbine throttle and/or other devices necessary to secure the prime mover, Generator disconnect switches, Generator potential devices or their secondary fuses and Disconnecting devices isolating the Generator field from sources of excitation will permit the Station HOLDING AUTHORITIES to establish ISOLATED WORK AREAS, receive MARK UPS and issue Clearances.

4.1.3-0 When work has been completed, grounds removed and all MARK UPS cleared, the Station HOLDING AUTHORITY will relinquish his GUARANTEES to Energy Operations.

Energy Operations will order the necessary switching to make Generator available for service.

4.2.0-0 ***PROCEDURE IN STATIONS***

4.2.1-0 PROCEDURE FOR EMPLOYEES OR OTHER PERSONS UPON ENTERING ANY ELECTRIC STATION, GAS REGULATING OR ODORIZER STATIONS.

**ATTENDED STATIONS**

All persons entering any attended Station, except employees regularly working at such station, SHALL immediately report their presence and purpose to the operator in charge or other designated person. Non-employees and employees not familiar with the area SHALL be accompanied by a qualified employee in stations and around Company properties.

**UNATTENDED STATIONS**

No employee or other person shall perform any work in unattended stations without approval of the department in charge. All persons entering stations equipped with entry alarms SHALL immediately contact the designated HOLDING AUTHORITY stating name and purpose. Upon failure to receive a confirmation of an entry, the HOLDING AUTHORITY SHALL follow the procedure set forth by Risk Management.

4.2.2-0 REPORTING IRREGULARITIES OR FAILURE OF STATION EQUIPMENT. Any irregularities or failure of station equipment affecting the normal operation of the ENERGY system SHALL immediately be reported to the HOLDING AUTHORITY having jurisdiction over the equipment involved.

The Station Operator SHALL write down all operations pertaining to the affected equipment, such as:

A. Circuit breaker identification and time of trip

B. Relay targets, giving device number and name

C. Alarms and oscillograph

D. Gas regulator relief valve failure or odorization equipment

This same information SHALL be entered in the Station Daily Log, the Odorization Log or the Regulator Station Maintenance Log and the HOLDING AUTHORITY log. The HOLDING AUTHORITY SHALL notify the department responsible in case of failure of equipment.

4.2.3-0 **PERIODIC READINGS**

For the purpose of determining the distribution of system load, the Station Operator SHALL take periodic readings as designated by the HOLDING AUTHORITIES or System Planning Engineers.

4.2.4-0 **CHECKING OF STATION CLOCKS**

All switchboard clocks in attended stations be checked for accuracy on a weekly basis. Clocks in unattended stations SHALL be checked for accuracy during each inspection by the Field Operations, Substations Group. The ECC'S standard clock shall be the official RG&E time.

4.2.5-0 **HOURLY REPORT**

When there is only one person on duty in any attended station, substation or associated facility, this person SHALL call the HOLDING AUTHORITY responsible each hour on the hour. The HOLDING AUTHORITY SHALL record these calls. On the failure to receive a report from the station by fifteen minutes after the hour, the HOLDING AUTHORITY SHALL call the station facility. Upon failure to contact the station immediately, the HOLDING AUTHORITY SHOULD assume that the person on duty needs assistance and SHALL send a messenger or crew to ascertain the trouble.

4.2.6-0 **PROCEDURE FOR PREVENTING BACKFEED THROUGH POTENTIAL DEVICES**

The secondary of all Potential Devices within an ISOLATED WORK AREA SHALL be disconnected. The HOLDING AUTHORITY SHALL order by "K" number that either the secondary fuses be opened or held or that draw out type Potential Devices be racked into the disconnect position and held. In the case of Capacitor Type Bushing Potential Devices, the HOLDING AUTHORITY SHALL order by "K" number the secondary device opened and held and the Potential Grounding switch on the control housing of each unit be placed in the "Ground" position and held.

In the case of Carrier Coupling Potential Devices, in addition to the Potential Ground Switch ("K" number), a Carrier Grounding Switch ("J" number) grounds the high frequency communications circuit. This should not be operated except when requested by Carrier Maintenance Personnel when working in the lower compartment of the unit.

4.2.7-0 **REMOVAL OR REPLACEMENT OF POTENTIAL AND HOUSE SERVICE TRANSFORMER FUSES**

Before removal or replacement of hand-held potential or house service transformer fuses, the potential device must be isolated by HOLDS. Adequate tests SHALL be made to determine the reason for fuse failure before restoring any potential or house service transformers to service. Testing of equipment and replacement of fuses SHALL be done by or under the direction of the responsible maintenance department.

4.2.7-1 **SWITCHBOARD/CONTROL PANEL MARKING**

A. **JURISDICTIONAL MARKING**

All transformers, bus ties and circuits SHALL be marked with a black nameplate with white letters indicating the HOLDING AUTHORITY having jurisdiction over the equipment.

B. **HOSPITAL CIRCUITS**

White nameplates with black letters SHALL be used to identify hospital circuits. The nameplate SHALL bear the word HOSPITAL in addition to the circuit number.

C. **NETWORK CIRCUITS**

Green nameplates with white letters SHALL be used to identify network circuits. The nameplate SHALL bear the word NETWORK in addition to the circuit number.

4.2.9-0 **CUSTOMER OPERATED SUBSTATIONS WITH PRIMARY FEED**

A. **SECURING DEVICES**

When equipped for locking, a device on which a HOLD is applied SHALL be secured with RG&E locks. When the HOLD is removed, the lock arrangement SHALL be returned to normal.

B. **FEEDING THROUGH**

When a customer station with duplicate service is temporarily used as a feed through for another station, both switches SHALL be secured with RG&E locks. The customer SHOULD be informed of the switching abnormality and service limitations.

4.3.0-0 ***NEW CONSTRUCTION***

4.3.1-0 **ELECTRIC TRANSMISSION AND DISTRIBUTION LINES AND SUBSTATIONS**

A. Lines 600 Volts and Under:

1. New construction, line extensions, line rebuilds will remain under the jurisdiction and control of the department assigned or inaugurating the construction project through to completion, including energizing.

B. Lines above 600 Volts:

1. New construction, line extensions, line rebuilds will remain under the jurisdiction and control of the department assigned or inaugurating the construction project.
2. The construction project will be considered a part of the ENERGY system when all or any part may be energized through an installed device, (switch breaker, etc.).
3. When the project has reached this stage, the equipment, line or part of line will be considered a part of the ENERGY system, under control of the appropriate HOLDING AUTHORITY, subject to the ENERGY SYSTEM OPERATING RULES.

4.3.2-0 **GAS TRANSMISSION AND DISTRIBUTION MAINS AND REGULATORS**

New construction, main extensions,-main rebuilds and regulating stations will remain under the jurisdiction and control of the department assigned or inaugurating the construction project through to completion, including purging.

4.3.3-0 **GENERATING STATIONS**

Whenever construction reaches the point wherein energy can be applied to new equipment under construction, and before the equipment is released to a HOLDING AUTHORITY for use, an ISOLATED WORK AREA SHALL be established and an AUTHORIZED PERSON be issued a MARK-UP by the HOLDING AUTHORITY having jurisdiction during the construction.

4.4.0-0 ***NETWORK SYSTEM***

4.4.1-0 Network System Procedure Definitions

**AUTOMATIC (AUTO)** - Network protector operating handle position. In this position network protector can be either open or closed depending on operation of sensing relays.

**GROUND** - Network transformer high voltage switch position. In this position primary

cable is connected to ground and transformer disconnected from cable.

4.4.2-0 A major portion of the electric load of the downtown area of Rochester, inside the Inner Loop, is supplied by two (2) independent 120/208 volt secondary grid networks; the east network fed from Station 38, and the west fed from Station 6 and Station 26.

4.4.3-0 Dispersed throughout the system area are several spot and isolated networks. Spot networks consist of two (2) transformers at a location. Isolated networks consist of three (3) or more transformers and are not part of the 120/208 volt grid networks.

4.4.4-0 **<u>11.5kV Dedicated Network Circuits</u>**

**<u>Routine Checking of Network Protector Relays</u>**

A. This is known as a "network protector trip test" and is made on each network circuit approximately once a year. This test is made by the responsible department under the authorization of the Holding Authority.

B. After authorization from the Holding Authority, the authorized person shall OPEN the circuit breaker on the circuit to be tested and check for backfeed. All protectors on that circuit should OPEN for proper operation.

C. If a backfeed is present at the station, each vault on the particular circuit must be checked in the field. The responsible department SHALL find and correct the problem, and the "network protector trip test" made again.

4.4.5-0 **<u>11.5kV Dedicated Network Circuits</u>**

**<u>Work on 11.5kV Cable</u>**

A. To create an ISOLATED WORK AREA:

1. Check that the network protectors of all two transformers spot networks involved are CLOSED.

2. At the station:

a. OPEN the circuit breaker on the specific network circuit.

b. Check for backfeed. If a network protector(s) fails to OPEN as evidenced by the presence of backfeed at the station, that

protector(s) SHALL be OPENED manually. Re-check for backfeed until it is determined all protectors are OPEN.

c. OPEN and HOLD disconnect switches.

d. OPEN and HOLD potential transformer disconnecting devices.

3. At each network unit on the circuit:

a. Switch the network protector from AUTO to OPEN and BLOCK.

b. Switch the high voltage switch from CLOSED to OPEN and HOLD.

**CAUTION: Listen for hum of transformer. Do not operate high voltage switch if hum is heard.**

B. To protect the ISOLATED WORK AREA:

1. At the station, install SAFETY GROUNDS and HOLD.

2. At network vaults, after removing HOLD(S), switch the high voltage switches necessary to protect the ISOLATED WORK AREA from OPEN to GROUND. Install HOLD(S). Indicate ground position on HOLD tag.

D. MARK UP on the ISOLATED WORK AREA before proceeding with work.

4.4.6-0 **11.5kV Dedicated Network Circuits**

**Work on Transformer or Network Protector**

A. To create an ISOLATED WORK AREA:

1. Check that the network protectors of all two transformer spot networks involved are CLOSED.

2. At the station:

a. OPEN the circuit breaker on the specific network circuit.

b. Check for backfeed. If a network protector(s) fails to OPEN as evidenced by the presence of backfeed at the station, that network protector(s) SHALL be OPENED manually. Re-check for backfeed until it is determined all protectors are OPEN.

c. OPEN and HOLD disconnect switches.

d. OPEN and HOLD potential transformer disconnecting devices.

3. At the network protector to be worked on:

a. Switch the network protector from AUTO to OPEN and HOLD.

b. Switch the high voltage switch for the associated transformer from CLOSED to OPEN and HOLD.

**NOTE: To HOLD a network protector, the protector must be locked in the OPEN position and secured by either removal of links and/or fuses at the protector or racking the entire mechanism out of the protector case so as to clear the connecting terminations.**

**CAUTION: Listen for hum of transformer. Do not operate high voltage switch if hum is heard.**

B. Circuit may be re-energized.

C. MARK UP on the ISOLATED WORK AREA before proceeding with work.

4.4.7-0 **11.5kV Dedicated Network Circuits**

**Work on High Voltage Switch or Transformer**

A. To create an ISOLATED WORK AREA:

1. Check that the network protectors of all two transformer spot networks involved are CLOSED.

2. At the station:

a. OPEN the circuit breaker on the specific network circuit.

b. Check for backfeed. If a network protector(s) fails to OPEN as evidenced by the presence of backfeed at the station, that protector(s) SHALL be OPENED manually. Re-check for backfeed until it is determined all protectors are OPEN.

c. OPEN and HOLD disconnect switches.

d. OPEN and HOLD potential transformer disconnecting devices.

3. At the network unit to be worked on, switch the network protector from AUTO to OPEN and HOLD.

<u>NOTE</u>: **To HOLD a network protector, the protector must be locked in the OPEN position and secured by either removal of links and/or fuses at the protector or racking the entire mechanism out of the protector case so as to clear the connecting terminations.**

4. At all other network units on the circuit:

a. Switch the network protector from AUTO to OPEN and BLOCK.

b. Switch the high voltage switch from CLOSED to OPEN and HOLD.

**<u>CAUTION</u>: Listen for hum of transformer. Do not operate high voltage switch if hum is heard.**

B. To protect the ISOLATED WORK AREA:

1. At source station install SAFETY GROUNDS and HOLD.

2. At network vaults after removing HOLD(S), switch the high voltage switches necessary to protect the ISOLATED WORK AREA from OPEN to GROUND. Install HOLD(S). Indicate ground position on HOLD tags.

C. MARK UP on the ISOLATED WORK AREA before proceeding with work.

4.4.8-0 **11.5kV Radial Circuits Supplying Networks Work on 11.5kV Cables**

A. To create an ISOLATED WORK AREA:

1. At non-network customer substation(s):

   a. Remove or transfer load from circuit to be isolated.

   b. OPEN and HOLD all associated switches on circuit to be isolated.

   c. OPEN and HOLD all "K" switches of potential devices on circuit to be isolated.

2. At network customer substation(s) check all network protectors CLOSED.

3. At the source station:

   a. OPEN the circuit breaker.

   b. OPEN and HOLD circuit disconnect switch(es).

4. At network customer substation(s):

   a. Check network protector in OPEN position on circuit to be isolated.

   b. Switch network protector on circuit to be isolated from AUTO to OPEN and BLOCK.

   c. OPEN and HOLD the high voltage switch on circuit to be isolated.

**CAUTION: Listen for the hum of transformer. Do not operate high voltage switch if hum is heard.**

B. To protect the ISOLATED WORK AREA:

1. At the source substation, install SAFETY GROUNDS and HOLD.

2. At network customer substation(s) after removing HOLD, switch the high voltage switch from OPEN to GROUND. Install HOLD. Indicate ground position on HOLD tag.

3. At non-network customer substation(s) install SAFETY GROUNDS and HOLD.

4. MARK UP on the ISOLATED WORK AREA before proceeding with work.

4.4.9-0 __11.5kV Radial Circuits Supplying Networks Work on Network Protector__

A. To create an ISOLATED WORK AREA:

1. At non-network customer substation(s):

   a. Remove or transfer load from circuit on which transformer and network protector are located.

   b. OPEN and HOLD all associated switches on circuit to be isolated.

   c. OPEN and HOLD all "K" switches of potential devices on circuit to be isolated.

2. At network customer substation(s) check all network protectors CLOSED.

3. At the source substation:

   a. OPEN the circuit breaker.

   b. OPEN and HOLD circuit disconnect switches.

4. At network customer substation(s):

   a. Check network protector in OPEN position on circuit of which transformer and network protector are to be isolated.

   b. Switch network protector from AUTO to OPEN and HOLD.

**NOTE: To HOLD a network protector, the protector must be locked in the OPEN position and secured by either removal of links and/or fuses at the protector or racking the entire mechanism out of the protector case so as to clear the connecting terminations.**

B. MARK UP on the ISOLATED WORK AREA before proceeding with work.

C. Circuit may be re-energized through proper switching provided the ISOLATED WORK AREA between the high voltage switch and the network protector link is maintained.

4.4.10-0 <u>11.5kV Radial Circuits Supplying Networks Work on Network High Voltage Switch or Transformer</u>

A. To create an ISOLATED WORK AREA:

1. At non-network customer substation(s):

   a. Remove or transfer load from circuit on which work is to be done.

   b. OPEN and HOLD all associated switches on circuit to be isolated.

   c. OPEN and HOLD all "K" switches of potential devices on circuit to be isolated.

2. At spot network customer substation(s) check all network protectors CLOSED.

3. At the source station:

   a. OPEN the circuit breaker.

   b. OPEN and HOLD circuit disconnect switch(es).

4. At network customer substation(s) where work will take place:

   a. Check network protector in OPEN position on circuit, which was opened at source station.

   b. Switch network protector from AUTO to OPEN and HOLD.

   c. Switch high voltage switch from CLOSED to OPEN.

**NOTE: To HOLD a network protector, the protector must be locked in the OPEN position and secured by either removal of links and/or fuses at the protector or racking the entire mechanism out of the protector case so as to clear the connecting terminations.**

5. At network customer substation(s) where work will not take place:
   a. Check network protector in OPEN position on circuit, which was opened at source station.
   b. Switch protector from AUTO to OPEN.
   c. Switch high voltage switch from CLOSED to OPEN and HOLD.

B. To protect the ISOLATED WORK AREA:

1. At the source station install SAFETY GROUNDS and HOLD.
2. At network customer substation(s) where work will not take place, after removing HOLD(S), switch the high voltage switch(es) necessary to protect the ISOLATED WORK AREA from OPEN to GROUND and HOLD. Indicate ground position on HOLD tags.
3. At the non-network substation(s) install SAFETY GROUNDS and HOLD.

C. MARK UP on the ISOLATED WORK AREA before proceeding with work.

4.7.0-0 ***SUPERVISORY CONTROLLED EQUIPMENT***

4.7.1-0 Supervisory Control is a system designed to control, indicate status, and transmit data between a control location and remote equipment.

4.7.2-0 To remove Supervisory Controlled lines or equipment from service for the protection of personnel, the HOLDING AUTHORITY SHALL:

1. Order the equipment removed from service by Supervisory Control.
2. Order the AUTHORIZED PERSON at the station to:

a. BLOCK the Supervisory Control on the specified equipment.

b. Perform switching and install HOLDS as directed.

4.7.3-0 To restore Supervisory Controlled lines or equipment to service, the HOLDING AUTHORITY SHALL:

1. Order the AUTHORIZED PERSON at the station to:

a. Remove HOLDS and perform switching as directed.

b. Remove BLOCK from Supervisory Control on specified equipment.

2. Order the line or equipment restored to service by Supervisory Control.

4.7.4-0 The Supervisory Control operator SHALL tag the control locations when ordered by the HOLDING AUTHORITY.

4.8.0-0 ***PROCEDURES TO OBTAIN PERMISSION TO WORK ON FUNCTIONS, COMMUNICATIONS CIRCUITS OR CONTROL EQUIPMENT***

4.8.1-0 A request for a TURN DOWN Order SHALL be made of the jurisdictional HOLDING AUTHORITY before the start of work on a FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT.

4.8.2-0 An AUTHORIZED PERSON, upon receipt of a TURN DOWN order, may, unless otherwise instructed, proceed to TURN DOWN the equipment. The HOLDING AUTHORITY SHALL be notified when the TURN DOWN has been completed.

4.8.3-0 A RELEASE SHALL be granted by the HOLDING AUTHORITY having jurisdiction to an AUTHORIZED PERSON or a responsible person for the performance of work after a TURN DOWN has been completed by an AUTHORIZED PERSON.

4.8.4-0 Upon completion of the work, all RELEASES SHALL be relinquished to the HOLDING AUTHORITY.

4.8.5-0 After all RELEASES have been relinquished the HOLDING AUTHORITY SHALL ISSUE a TURN UP Order to an AUTHORIZED PERSON. Upon completion of the TURN UP the

AUTHORIZED PERSON SHALL notify the HOLDING AUTHORITY the time when the TURN UP was completed and verify with the HOLDING AUTHORITY that the FUNCTION, COMMUNICATIONS CIRCUIT or CONTROL EQUIPMENT is operational.

4.8.6-0 The HOLDING AUTHORITY SHALL, prior to issuing a TURN DOWN order, inform all remote control locations having capability to operate or affect the operation of the equipment being TURNED DOWN that tags are to be installed.

If DANGER-DO NOT OPERATE tags are employed, the remote control location will be instructed to operate these facilities only if requested to do so by the AUTHORIZED PERSON performing the work.

Operation of equipment SHALL NOT be permitted if BLOCK tags are employed unless ordered removed by the HOLDING AUTHORITY.

Operation of equipment SHALL NOT be permitted if the work is being performed by a RESPONSIBLE PERSON.

4.8.7-0 Log entries of each TURN DOWN, TURN UP and RELEASE transaction SHALL be made by the HOLDING AUTHORITIES having jurisdiction.

4.9.0-0 ***<u>CUSTOMER ELECTRIC SERVICE CLEARANCE</u>***

4.9.1-0 When an RG&E customer requests an electric shutdown to perform work, the HOLDING AUTHORITY SHALL order controlling devices OPEN with HOLDS applied.

4.9.2-0 After disconnection, the RG&E AUTHORIZED PERSON SHALL test, where possible, to confirm that the customer service is de-energized and report the same to the HOLDING AUTHORITY.

4.9.3-0 The HOLDING AUTHORITY will grant a CUSTOMER ELECTRIC SERVICE CLEARANCE in the name of the customer representative in charge of the work and record name of customer representative in charge of the work and record name of customer, name of representative and time of transaction on the daily log sheet.

4.9.4-0 When the work is completed, the customer representative SHOULD contact the HOLDING AUTHORITY to relinquish the CUSTOMER ELECTRIC SERVICE CLEARANCE so that power may be restored. If a person other than named in the clearance should request restoration of service, the HOLDING AUTHORITY SHALL ascertain their qualification to represent the customer and record same before canceling the CUSTOMER ELECTRIC SERVICE CLEARANCE. the HOLDING AUTHORITY SHALL then request that the customer representative stand by to confirm readiness for restoration of electric service with the RG&E authorized person.

4.9.5-0 The RG&E AUTHORIZED PERSON SHALL contact the customer representative and obtain permission to energize.

4.10.0-0 ***COMMUNICATION AND TERMINOLOGY***

Clear, concise communications and standard terminology between HOLDING AUTHORITIES and AUTHORIZED PERSONS are essential for the safe performance of system operations.

4.10.1-0 STANDARD ORDERS FOR PERFORMING OPERATIONS

NOTE: **The identification of devices or equipment SHALL be inserted in the blanks below.**

A. Switches, valves or other devices

1. OPEN ______________________
2. CLOSE ______________________
3. OPEN and HOLD ____________
4. CLOSE and HOLD ___________
5. CHECK OPEN _________ and HOLD
6. CHECK CLOSED ___________ and HOLD
7. REMOVE HOLD and CLOSE ___________
8. REMOVE OLD and OPEN _____________

9. CHECK OPEN __________ and REMOVE HOLD

10. CHECK CLOSED __________ and REMOVE HOLD

11. CHECK OPEN ________________

12. CHECK CLOSED ______________

13. THROTTLE __________ to __________ pressure}

B. Drawout Switches or Devices

1. OPEN _______________________

2. RACK _______________________ to disconnect position and

HOLD * ____________ and *

3. REMOVE HOLD on * _____________ and *

and RACK _______________ to connect position

4. CLOSE _____________________

*HOLD to be referenced to assigned disconnect switch number.

C. Safety Grounds ordered by HOLDING AUTHORITY

1. INSTALL and HOLD Safety Grounds on ________________

(equipment and/or location).

2. REMOVE Safety Ground HOLD and Safety Grounds from _________________

(equipment and/or location).

D. BLOCKING EQUIPMENT CONTROL

1. The form of the BLOCK order shall be as follows:

| Operation | Function | Location | Position |
|---|---|---|---|
| BLOCK | Throwover of | 1X6332 | on Manual. |
| REMOVE BLOCK from | Throwover of | 1X6332 | and place on Automatic |

2. BLOCK positions shall be as follows:

| Function | Block | Remove Block |
|---|---|---|
| Throwover | Manual | Automatic |
| Recloser | Cutout | Normal |
| Supervisory | Local | Remote |
| Regulation | Voltage/Neutral | Automatic |

4.11.0-0 ***PARALLEL GENERATION FACILITIES***

4.11.1-0 Parallel generation facilities, often referred to as dispersed generation facilities, small power production facilities, or co-generation facilities, are normally operated in parallel with the electric supply system. These facilities SHALL, from the time of design approval, be identified and located on electric distribution maps, electric transmission maps, substation diagrams, and/or applicable HOLDING AUTHORITY plug boards.

4.11.2-0 The HOLDING AUTHORITY responsible for the parallel generation interconnection is defined as the HOLDING AUTHORITY responsible for the facilities to which the interconnection is made.

4.11.3-0 All customers having parallel generation facilities with an interchange voltage exceeding 600 volts SHALL establish a Customer Authority recognized by the Company.

4.11.4-0 To remove parallel generation facilities from service, the HOLDING AUTHORITY SHALL:

1. Order an AUTHORIZED PERSON to OPEN and HOLD the parallel generation facility disconnect device.

2. When the interchange voltage exceeds 600 volts and when the electric shutdown was requested by the customer to perform work, the RG&E AUTHORIZED PERSON SHALL, where possible, then test to confirm that the customer service is de-energized and report the same to the HOLDING AUTHORITY. The HOLDING AUTHORITY will grant a CUSTOMER ELECTRIC SERVICE CLEARANCE to the Customer Authority and record the name of the customer, the identity of the Customer Authority, and the time of transaction in the daily log sheet.

4.11.5-0 To restore parallel generation facilities for service, the HOLDING AUTHORITY SHALL, after the Customer Authority has relinquished any previously issued CUSTOMER ELECTRIC SERVICE CLEARANCE, order an AUTHORIZED PERSON to remove the HOLD from the disconnect and record these transactions in the daily log.

4.11.6-0 All authorized tags shall be retained by the responsible department for a minimum of thirty (30) days. Equipment "HOLD" records and SWITCHING ORDERS shall be retained by the responsible department for a minimum of seven (7) years.

**4.12.0-0** ***EXCEPTIONS***

Standing exceptions to ESOR can be obtained by writing a "Letter of Exception", which lists specific criterion to be followed, along with approval by the ESOR Committee. These exceptions SHALL be reviewed annually at the first meeting of every year.

**4.12.1-0** The following exemption to allow work on a "HELD" 4kV Trayer Double Handled Visible Disconnect, 600 amp Vacuum Switch was agreed upon by the ESOR Committee on January 10, 2002.

A. See Letter of Exception #1 in the Appendix.

# LETTER OF EXCEPTION:

## WORKING ON
## TRAYER DOUBLE-HANDLED VISIBLE DISCONNECT
## 4KV-600 AMP VACUUM SWITCHES
## ON THE UNDERGROUND ELECTRIC SYSTEM

**SUBJECT: Request for Exception for 3.4.5 of ESOR Rules**

The reason for this exception request is:

A common task of removing or securing the 600-amp elbow, reducing tap well and bushing attachment to the de-energized side of the Trayer, double-handled, visible disconnect, 4kV-600 amp, vacuum, switch where the opposite side of the device is energized is performed regularly, as customer requirements dictate. This is a request for a standing order so that each occurrence does not require going through the approval process as currently required by ESOR.

All other applicable safety and ESOR rules and procedures shall be followed while performing this task.

Requested by:

Jim Powers