## EXHIBIT E

**FORM OF BARGAIN AND SALE DEED FOR SELLER**

**BARGAIN AND SALE DEED
WITH LIEN COVENANT**

THIS INDENTURE, made as of this ____ day of _______________, 200___, between ROCHESTER GAS AND ELECTRIC CORPORATION, a New York corporation having an office at 89 East Avenue, Rochester, New York 14649,

grantor,

and

__________________________, a ___________________________, having an office at ______________________________________________________,

grantee,

WITNESSETH, that grantor, in consideration of ONE AND 00/100 DOLLAR ($1.00), lawful money of the United States, and other good and valuable consideration paid by grantee, hereby grant and release unto grantee, the successors and assigns of grantee forever,

ALL THOSE TRACTS OR PARCELS OF LAND, together with any and all buildings and improvements thereon (except for those buildings and improvements excepted and reserved by grantor for itself, as described below), situate in the Town of Ontario, County of Wayne and State of New York, being more particularly described as follows:

**[PROPERTY DESCRIPTION TO BE INSERTED.]**

TOGETHER with the appurtenances and all the estate and rights of grantor in and to said premises, including, but not limited to, the easement granted to grantor by The People of the State of New York, dated September 12, 1974 and recorded in the Wayne County Clerk's Office at Liber 677, Page 317, as the same may have been amended or superseded through the date hereof (the "Cooling Tunnel Easement"), the assignment of the Cooling Tunnel Easement from grantor to grantee having been

consented to by the New York State Office of General Services [reference the assignment consent documentation issued by the Office of General Services.]

TO HAVE AND TO HOLD the premises herein granted unto grantee, the successors and assigns of grantee forever.

This deed is subject to the trust fund provisions of Section 13 of the Lien Law.

The premises do not constitute all or substantially all of the assets of the grantor.

IN WITNESS WHEREOF, ROCHESTER GAS AND ELECTRIC CORPORATION has duly executed this Indenture as of the day and year first above written.

ROCHESTER GAS AND
ELECTRIC CORPORATION

By: ______________________
Name: ____________________
Title: ____________________

STATE OF NEW YORK )
) ss.:
COUNTY OF )

On the ___ day of _______________ in the year 200___ before me, the undersigned, personally appeared _________________________, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

______________________
Notary Public