EXHIBIT J

[TO BE PROVIDED.]