RG&E
Always at Your Service

**Robert C. Mecredy**
Vice President
Nuclear Operations

May 25, 2004

United States Department of Energy
Attn: Mr. David Zabransky
Office of Civilian Radioactive Waste Management
RW-20E
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Re.: Notice of Anticipated Transfer of Title to Spent Nuclear Fuel and High-Level Radioactive Waste and Anticipated Assignment of U.S. Department of Energy Contract No. DE-CR01-83NE44419 For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste

Dear Mr. Zabransky:

I am writing on behalf of Rochester Gas and Electric Corporation ("RG&E") and R.E. Ginna Nuclear Power Plant, LLC, an indirect wholly owned subsidiary of Constellation Energy Group, Inc., to provide the Department of Energy with preliminary notice of a proposed transaction for the sale of the R.E. Ginna Nuclear Power Plant ("Ginna"), currently owned and operated by RG&E, to R.E. Ginna Nuclear Power Plant, LLC, with an anticipated closing in mid June 2004.

As part of the foregoing transaction, title to all Spent Nuclear Fuel ("SNF") and High-Level Radioactive Waste ("HLW") at or associated with Ginna will be transferred to R.E. Ginna Nuclear Power Plant, LLC, and all rights and duties under DOE Contract No. DE-CR01-83NE44419 will be assigned to and assumed by R.E. Ginna Nuclear Power Plant, LLC.

Formal Notice of the transfer will be provided within ninety days after the closing of the proposed transaction, in accordance with Article XIV of DOE Contract No. DE-CR01-83NE44419. We will also provide the Notice Address and contact for R.E. Ginna Nuclear Power Plant, LLC in the post-closing Notice of Transfer.

Please do not hesitate to contact the undersigned if you have any questions.

Very truly yours,

Robert C. Mecredy

Robert C. Mecredy

An equal opportunity employer

89 East Avenue | Rochester, NY 14649
**tel (585) 546-2700**
www.rge.com

1000 Alm