NUREG-1437
Supplement 14

# Generic Environmental Impact Statement for License Renewal of Nuclear Plants

## Supplement 14

**Regarding**
**R.E. Ginna Nuclear Power Plant**

**Final Report**

**U.S. Nuclear Regulatory Commission**
**Office of Nuclear Reactor Regulation**
**Washington, DC 20555-0001**

NUREG-1437
Supplement 14

# Generic Environmental Impact Statement for License Renewal of Nuclear Plants

## Supplement 14

## Regarding R.E. Ginna Nuclear Power Plant

## Final Report

Manuscript Completed: December 2003
Date Published: January 2004

**Division of Regulatory Improvement Programs**
**Office of Nuclear Reactor Regulation**
**U.S. Nuclear Regulatory Commission**
**Washington, DC 20555-0001**

# Abstract

The U.S. Nuclear Regulatory Commission (NRC) considered the environmental impacts of renewing nuclear power plant operating licenses (OLs) for a 20-year period in its *Generic Environmental Impact Statement for License Renewal of Nuclear Plants* (GEIS), NUREG-1437, Volumes 1 and 2, and codified the results in 10 CFR Part 51. The GEIS (and its Addendum 1) identifies 92 environmental issues and reaches generic conclusions related to environmental impacts for 69 of these issues that apply to all plants or to plants with specific design or site characteristics. Additional plant-specific review is required for the remaining 23 issues. These plant-specific reviews are to be included in a supplement to the GEIS.

This supplemental environmental impact statement (SEIS) has been prepared in response to an application submitted to the NRC by the Rochester Gas and Electric Corporation (RG&E) to renew the R.E. Ginna Nuclear Power Plant (Ginna) OL for an additional 20 years under 10 CFR Part 54. This SEIS includes the NRC staff's analysis that considers and weighs the environmental impacts of the proposed action, the environmental impacts of alternatives to the proposed action, and mitigation measures available for reducing or avoiding adverse impacts. It also includes the staff's recommendation regarding the proposed action.

Regarding the 69 issues for which the GEIS reached generic conclusions, neither RG&E nor NRC staff identified information that is both new and significant for any of these issues that apply to Ginna. Therefore, the staff concludes that the impacts of renewing the Ginna OL will not be greater than impacts identified for these issues in the GEIS. The GEIS conclusion is that the impacts are of SMALL[(a)] significance (except for collective offsite radiological impacts from the fuel cycle and from high-level waste and spent fuel, which were not assigned a single significance level).

The remaining issues that apply to Ginna are addressed in this SEIS. For each applicable issue, the staff concludes that the significance of the potential environmental impacts of renewal of the OL is SMALL. The staff also concludes that additional mitigation measures are not likely to be sufficiently beneficial as to be warranted. The staff determined that information provided during the scoping process did not identify any new issue that requires site specific assessment.

The NRC staff's recommendation is that the Commission determine that the adverse environmental impacts of license renewal for Ginna are not so great that preserving the option of license renewal for energy-planning decisionmakers would be unreasonable. This

(a) Environmental effects are not detectable or are so minor that they will neither destabilize nor noticeably alter any important attribute of the resource.

recommendation is based on (1) the analysis and findings in the GEIS; (2) the Environmental Report submitted by RG&E; (3) consultation and discussions with Federal, state, and local agencies; (4) the staff's own independent review, and (5) the staff's consideration of public comments.

# Contents


Abstract . . . . . . . . . . . . . . . . iii

Executive Summary . . . . . . . . . . . . . . . . xv

Abbreviations/Acronyms . . . . . . . . . . . . . . . . xxi

1.0 Introduction . . . . . . . . . . . . . . . . 1-1

1.1 Report Contents . . . . . . . . . . . . . . . . 1-2
1.2 Background . . . . . . . . . . . . . . . . 1-3

1.2.1 Generic Environmental Impact Statement . . . . . . . . . . . . . . . . 1-3
1.2.2 License Renewal Evaluation Process . . . . . . . . . . . . . . . . 1-4

1.3 The Proposed Federal Action . . . . . . . . . . . . . . . . 1-8
1.4 The Purpose and Need for the Proposed Action . . . . . . . . . . . . . . . . 1-8
1.5 Compliance and Consultations . . . . . . . . . . . . . . . . 1-9
1.6 References . . . . . . . . . . . . . . . . 1-9

2.0 Description of Nuclear Power Plant and Site and Plant Interaction with the Environment . . . . . . . . . . . . . . . . 2-1

2.1 Plant and Site Description and Proposed Plant Operation During the Renewal Term . . . . . . . . . . . . . . . . 2-1

2.1.1 External Appearance and Setting . . . . . . . . . . . . . . . . 2-4
2.1.2 Reactor Systems . . . . . . . . . . . . . . . . 2-4
2.1.3 Cooling and Auxiliary Water Systems . . . . . . . . . . . . . . . . 2-6
2.1.4 Radioactive Waste Management Systems and Effluent Control Systems . . . . . . . . . . . . . . . . 2-7

2.1.4.1 Liquid Waste Processing Systems and Effluent Controls . . . . . . 2-8
2.1.4.2 Gaseous Waste Processing Systems and Effluent Controls . . . 2-10
2.1.4.3 Solid-Waste Processing . . . . . . . . . . . . . . . . 2-11

2.1.5 Nonradioactive Waste Systems . . . . . . . . . . . . . . . . 2-13
2.1.6 Plant Operation and Maintenance . . . . . . . . . . . . . . . . 2-13
2.1.7 Power Transmission System . . . . . . . . . . . . . . . . 2-14

2.2 Plant Interaction with the Environment . . . . . 2-16

2.2.1 Land Use . . . . . 2-16
2.2.2 Water Use . . . . . 2-17
2.2.3 Water Quality . . . . . 2-18
2.2.4 Air Quality . . . . . 2-18
2.2.5 Aquatic Resources . . . . . 2-19
2.2.6 Terrestrial Resources . . . . . 2-23
2.2.7 Radiological Impacts . . . . . 2-25
2.2.8 Socioeconomic Factors . . . . . 2-27

2.2.8.1 Housing . . . . . 2-28
2.2.8.2 Public Services . . . . . 2-30
2.2.8.3 Offsite Land Use . . . . . 2-32
2.2.8.4 Visual Aesthetics and Noise . . . . . 2-34
2.2.8.5 Demography . . . . . 2-35
2.2.8.6 Taxes . . . . . 2-38

2.2.9 Historic and Archaeological Resources . . . . . 2-40

2.2.9.1 Historic and Archaeological Background . . . . . 2-40
2.2.9.2 Historic and Archaeological Resources at Ginna Site . . . . . 2-43

2.2.10 Related Federal Project Activities and Consultations . . . . . 2-45

2.3 References . . . . . 2-45

3.0 Environmental Impacts of Refurbishment . . . . . 3-1

3.1 References . . . . . 3-3

4.0 Environmental Impacts of Operation . . . . . 4-1

4.1 Cooling System . . . . . 4-2

4.1.1 Entrainment of Fish and Shellfish in Early Life Stages . . . . . 4-9
4.1.2 Impingement of Fish and Shellfish . . . . . 4-10
4.1.3 Heat Shock . . . . . 4-13

4.2 Transmission Lines . . . . . 4-14

4.2.1 Electromagnetic Fields—Acute Effects . . . . . 4-18
4.2.2 Electromagnetic Fields—Chronic Effects . . . . . 4-19

4.3 Radiological Impacts of Normal Operations . . . . . 4-19
4.4 Socioeconomic Impacts of Plant Operations During the License Renewal Term . . . . . 4-21

4.4.1 Housing Impacts During Operations . . . . . 4-23
4.4.2 Public Services: Public Utility Impacts During Operations . . . . . 4-25
4.4.3 Offsite Land Use During Operations . . . . . 4-26
4.4.4 Public Services: Transportation Impacts During Operations . . . . . 4-28
4.4.5 Historic and Archaeological Resources . . . . . 4-29
4.4.6 Environmental Justice . . . . . 4-31

4.5 Groundwater Use and Quality . . . . . 4-35
4.6 Threatened or Endangered Species . . . . . 4-36
4.7 Evaluation of Potential New and Significant Information on Impacts of Operations During the Renewal Term . . . . . 4-37

4.7.1 Shoreline Erosion . . . . . 4-37

4.8 Cumulative Impacts of Operations During the Renewal Term . . . . . 4-39

4.8.1 Cumulative Impacts Resulting from Operation of the Plant Cooling System . . . . . 4-39
4.8.2 Cumulative Impacts Resulting from Continued Operation of the Transmission Lines . . . . . 4-41
4.8.3 Cumulative Radiological Impacts . . . . . 4-42
4.8.4 Cumulative Socioeconomic Impacts . . . . . 4-42
4.8.5 Cumulative Impacts on Groundwater Use and Quality . . . . . 4-43
4.8.6 Cumulative Impacts on Threatened or Endangered Species . . . . . 4-43

4.9 Summary of Impacts of Operations During the Renewal Term . . . . . 4-44
4.10 References . . . . . 4-45

5.0 Environmental Impacts of Postulated Accidents . . . . . 5-1

5.1 Postulated Plant Accidents . . . . . 5-1

5.1.1 Design-Basis Accidents . . . . 5-2
5.1.2 Severe Accidents . . . . 5-3

5.2 Severe Accident Mitigation Alternatives . . . . 5-4

5.2.1 Introduction . . . . 5-5
5.2.2 Estimate of Risk for Ginna . . . . 5-5
5.2.3 Potential Design Improvements . . . . 5-7
5.2.4 Evaluation of Risk Reduction Potential and Cost of Design Improvements . . . . 5-8
5.2.5 Cost-Benefit Comparison . . . . 5-8
5.2.6 Conclusions . . . . 5-9

5.3 References . . . . 5-9

6.0 Environmental Impacts of the Uranium Fuel Cycle and Solid Waste Management . . . . 6-1

6.1 The Uranium Fuel Cycle . . . . 6-2
6.2 References . . . . 6-9

7.0 Environmental Impacts of Decommissioning . . . . 7-1

7.1 References . . . . 7-4

8.0 Environmental Impacts of Alternatives . . . . 8-1

8.1 No-Action Alternative . . . . 8-1
8.2 Alternative Energy Sources . . . . 8-8

8.2.1 Coal-Fired Generation . . . . 8-9

8.2.1.1 Closed-Cycle Cooling System . . . . 8-10
8.2.1.2 Once-Through Cooling System . . . . 8-23

8.2.2 Natural-Gas-Fired Generation . . . . 8-25

8.2.2.1 Closed-Cycle Cooling System . . . . 8-26
8.2.2.2 Once-Through Cooling System . . . . 8-34

8.2.3 Nuclear Power Generation . . . . 8-34

8.2.3.1 Closed-Cycle Cooling System . . . . . 8-36
8.2.3.2 Once-Through Cooling System . . . . . 8-45

8.2.4 Purchased Electrical Power . . . . . 8-47
8.2.5 Other Alternatives . . . . . 8-48

8.2.5.1 Oil-Fired Generation . . . . . 8-48
8.2.5.2 Wind Power . . . . . 8-49
8.2.5.3 Solar Power . . . . . 8-50
8.2.5.4 Hydropower . . . . . 8-50
8.2.5.5 Geothermal Energy . . . . . 8-51
8.2.5.6 Wood Waste . . . . . 8-51
8.2.5.7 Municipal Solid Waste . . . . . 8-52
8.2.5.8 Other Biomass-Derived Fuels . . . . . 8-52
8.2.5.9 Fuel Cells . . . . . 8-53
8.2.5.10 Delayed Retirement . . . . . 8-53
8.2.5.11 Utility-Sponsored Conservation . . . . . 8-54

8.2.6 Combination of Alternatives . . . . . 8-54

8.3 Summary of Alternatives . . . . . 8-57

8.4 References . . . . . 8-58

9.0 Summary and Conclusions . . . . . 9-1

9.1 Environmental Impacts of the Proposed Action – License Renewal . . . . . 9-4

9.1.1 Unavoidable Adverse Impacts . . . . . 9-5
9.1.2 Irreversible or Irretrievable Resource Commitments . . . . . 9-6
9.1.3 Short-Term Use Versus Long-Term Productivity . . . . . 9-6

9.2 Relative Significance of the Environmental Impacts of License Renewal and Alternatives . . . . . 9-7
9.3 Staff Conclusions and Recommendation . . . . . 9-7
9.4 References . . . . . 9-9

Appendix A - Comments Received on the Environmental Review . . . . . A-1

Appendix B - Contributors to the Supplement . . . . . B-1

Contents

Appendix C - Chronology of Environmental Review Correspondence Related to Rochester Gas and Electric Corporation's Application for License Renewal of R.E. Ginna Nuclear Power Plant . . . . . . . . . . C-1

Appendix D - Organizations Contacted . . . . . . . . . . D-1

Appendix E - R.E. Ginna Nuclear Power Plant Compliance Status and Consultation Correspondence . . . . . . . . . . E-1

Appendix F - GEIS Environmental Issues Not Applicable to R.E. Ginna Nuclear Power Plant . . . . . . . . . . F-1

Appendix G - NRC Staff Safety Evaluation of Severe Accident Mitigation Alternatives for the R.E. Ginna Nuclear Power Plant in Support of License Renewal Application . . . . . . . . . . G-1

# Figures

2-1 Location of R.E. Ginna Nuclear Power Plant, 80-km (50-mi) Region . . . . . . . . . . . . . . . 2-2
2-2 Location of R.E. Ginna Nuclear Power Plant, 10-km (6-mi) Region . . . . . . . . . . . . . . . . 2-3
2-3 R.E. Ginna Nuclear Power Plant Layout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-5
2-4 R.E. Ginna Nuclear Power Plant Transmission Lines . . . . . . . . . . . . . . . . . . . . . . . . . 2-15

4-1 Geographic Distribution of Minority Populations Within 80 km (50 mi) of the R.E. Ginna Nuclear Power Plant Site Based on Census Block Group Data . . . . . . . . 4-32
4-2 Geographic Distribution of Low-Income Populations Within 80 km (50 mi) of the R.E. Ginna Nuclear Power Plant Site Based on Census Block Group Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-33

# Tables

2-1 R.E. Ginna Nuclear Power Plant Transmission Lines Right-of-Way . . . . . . . . . . . . . . 2-16
2-2 Aquatic Species Listed by the New York State Department of Environmental Conservation as Endangered, Threatened, or of Special Concern Known to Occur Within Wayne County, New York . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-22
2-3 Terrestrial Species Listed as Threatened or Endangered by the U.S. Fish and Wildlife Service that Occur or Potentially Occur Within Wayne County, New York . . . 2-24
2-4 Terrestrial Species Listed by the New York State Department of Environmental Conservation as Endangered, Threatened, or of Special Concern That Occur Within Wayne County, New York. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-26
2-5 R.E. Ginna Nuclear Power Plant Employee and Contractor Employee Residence by County in New York State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-28
2-6 Total Occupied and Vacant (Available) Housing Units in Wayne and Monroe Counties in New York State, 1990 and 2000 . . . . . . . . . . . . . . . . . . . . . . . . . 2-29
2-7 Population Growth in Monroe and Wayne Counties in New York State from 1970 to 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-29
2-8 Major Public Water Supply Systems in Monroe and Wayne Counties in New York State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-30
2-9 Land Use in Wayne and Monroe Counties in New York State . . . . . . . . . . . . . . . . . . 2-33
2-10 Major Employment Sectors in Wayne and Monroe Counties in New York State (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-37
2-11 Property Taxes Paid to the Town of Ontario, Wayne County, and Wayne Central School District in New York State by RG&E for R.E. Ginna Nuclear Power Plant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-39

3-1 Category 1 Issues for Refurbishment Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2
3-2 Category 2 Issues for Refurbishment Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-3

4-1 Category 1 Issues Applicable to the Operation of R.E. Ginna Nuclear Power Plant Cooling System During the Renewal Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3
4-2 Category 2 Issues Applicable to the Operation of R.E. Ginna Nuclear Power Plant Cooling System During the Renewal Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-9
4-3 List of the Fish from Lake Ontario Impinged at the R.E. Ginna Nuclear Power Plant from 1997 Through 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-11
4-4 Category 1 Issues Applicable to R.E. Ginna Nuclear Power Plant Transmission Lines During the Renewal Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-15
4-5 Category 2 and Uncategorized Issues Applicable to the R.E. Ginna Nuclear Power Plant Transmission Lines During the Renewal Term . . . . . . . . . . . . . . . . . . . . 4-17

4-6 Category 1 Issues Applicable to Radiological Impacts of Normal Operations During the Renewal Term . . . . 4-20
4-7 Category 1 Issues Applicable to Socioeconomics During the Renewal Term . . . . 4-21
4-8 Environmental Justice and GEIS Category 2 Issues Applicable to Socioeconomics During the Renewal Term . . . . 4-23
4-9 Category 1 Issue Applicable to Groundwater Use and Quality During the Renewal Term . . . . 4-35
4-10 Category 2 Issue Applicable to Threatened or Endangered Species During the Renewal Term . . . . 4-36

5-1 Category 1 Issue Applicable to Postulated Accidents During the Renewal Term . . . . 5-3
5-2 Category 2 Issue Applicable to Postulated Accidents During the Renewal Term . . . . 5-4
5-3 Core Damage Frequency for R.E. Ginna Nuclear Power Plant . . . . 5-6
5-4 Breakdown of Population Dose by Containment Release Mode . . . . 5-7

6-1 Category 1 Issues Applicable to the Uranium Fuel Cycle and Solid Waste Management During the License Renewal Term . . . . 6-2

7-1 Category 1 Issues Applicable to Decommissioning of R.E. Ginna Nuclear Power Plant Following the Renewal Term . . . . 7-2

8-1 Summary of Environmental Impacts of the No-Action Alternative and Decommissioning Related to Renewal of the R.E. Ginna Nuclear Power Plant Operating License . . . . 8-7
8-2 Summary of Environmental Impacts of Coal-Fired Generation Using Closed-Cycle Cooling at the R.E. Ginna Nuclear Power Plant Site and an Alternate Site in New York State . . . . 8-20
8-3 Summary of Environmental Impacts of Coal-Fired Generation with Once-Through Cooling at the R.E. Ginna Nuclear Power Plant Site or an Alternate Site in New York State . . . . 8-24
8-4 Summary of Environmental Impacts of Natural-Gas-Fired Generation Using Closed-Cycle Cooling at an Alternate Site in New York State . . . . 8-32
8-5 Summary of Environmental Impacts of Natural-Gas-Fired Generation with Once-Through Cooling at the R.E. Ginna Nuclear Power Plant Site or at an Alternate Site in New York State . . . . 8-35
8-6 Summary of Environmental Impacts of New Nuclear Generation Using Closed-Cycle Cooling at the R.E. Ginna Nuclear Power Plant Site and at an Alternate Site in New York State . . . . 8-42
8-7 Summary of Environmental Impacts of New Nuclear Generation Using Once-Through Cooling at the R.E. Ginna Nuclear Power Plant Site or at an Alternate Site in New York State . . . . 8-46

Contents

8-8 Summary of Environmental Impacts for an Assumed Combination of Generating (Combined-Cycle Natural-Gas-Fired Generation, Wind Power, and DSM) and Acquisition Alternatives . . . . . 8-55

9-1 Summary of Environmental Significance of License Renewal, the No-Action Alternative, and Alternative Methods of Generation . . . . . 9-8

A-1 Individuals Providing Comments During Scoping Comment Period . . . . . A-4

A-2 Comments Received on the Draft SEIS . . . . . A-25

E-1 Consultation Correspondence . . . . . E-1

E-2 Federal, State, Local, and Regional Licenses, Permits, Consultations, and Other Approvals for the R.E. Ginna Nuclear Power Plant . . . . . E-2

| F-1 GEIS Environmental Issues Not Applicable to R.E. Ginna Nuclear Power Plant . . . . . F-1

G-1 R.E. Ginna Nuclear Power Plant Core Damage Frequency (Revision 4.2 of PSA) . . . . G-3

G-2 Breakdown of Population Dose by Containment Release Mode . . . . . G-4

G-3 SAMA Cost-Benefit Screening Analysis . . . . . G-17

G-4 Uncertainty in the Calculated Core Damage Frequency for R.E. Ginna Nuclear Power Plant . . . . . G-24

# Executive Summary

By letter dated July 30, 2002, the Rochester Gas and Electric Corporation (RG&E) submitted an application to the U.S. Nuclear Regulatory Commission (NRC) to renew the operating license (OL) for the R.E. Ginna Nuclear Power Plant (Ginna) for an additional 20-year period. If the OL is renewed, state regulatory agencies and RG&E will ultimately decide whether the plant will continue to operate based on factors such as the need for power or other matters within the state's jurisdiction or the purview of the owners. If the OL is not renewed, then the plant must be shut down at or before the expiration date of the current OL, which is September 18, 2009.

Section 102 of the National Environmental Policy Act (NEPA) (42 USC 4321), directs that an environmental impact statement (EIS) is required for major Federal actions that significantly affect the quality of the human environment. The NRC has implemented Section 102 of NEPA in 10 CFR Part 51, which identifies licensing and regulatory actions that require an EIS. In 10 CFR 51.20(b)(2), the Commission requires preparation of an EIS or a supplement to an EIS for renewal of a reactor OL; 10 CFR 51.95(c) states that the EIS prepared at the OL renewal stage will be a supplement to the *Generic Environmental Impact Statement for License Renewal of Nuclear Plant*s (GEIS), NUREG-1437, Volumes 1 and 2.[a]

Upon acceptance of the RG&E application, the NRC began the environmental review process described in 10 CFR Part 51 by publishing a notice of intent to prepare an EIS and conduct scoping. The staff visited Ginna in November 2002 and held public scoping meetings on November 6, 2002, in Webster, New York. In preparing this supplemental environmental impact statement (SEIS) for Ginna, the staff reviewed the RG&E Environmental Report (ER) for Ginna and compared it to the GEIS; consulted with other agencies; conducted an independent review of the issues following the guidance set forth in NUREG-1555, Supplement 1, the *Standard Review Plans for Environmental Reviews for Nuclear Power Plants, Supplement 1: Operating License Renewal*; and considered the public comments received during the scoping process. The public comments received during the scoping process and the staff's response to the comments are provided in Appendix A, Part I, of this SEIS.

A draft SEIS was published in June 2003. In August 2003 the staff held two public meetings in Ontario, New York, to describe the preliminary results of the NRC environmental review, answer questions, and provide members of the public with information to assist them in formulating comments on this SEIS. When the comment period ended, the staff considered and dispositioned all of the comments received. These comments are addressed in Appendix A, Part II, of this SEIS.

---

(a) The GEIS was originally issued in 1996. Addendum 1 to the GEIS was issued in 1999. Hereafter, all references to the "GEIS" include the GEIS and its Addendum 1.

This SEIS includes the NRC staff's analysis that considers and weighs the environmental effects of the proposed action, the environmental impacts of alternatives to the proposed action, and mitigation measures for reducing or avoiding adverse effects. It also includes the staff's recommendation regarding the proposed action.

The Commission has adopted the following statement of purpose and need for license renewal from the GEIS:

> The purpose and need for the proposed action (renewal of an operating license) is to provide an option that allows for power generation capability beyond the term of a current nuclear power plant operating license to meet future system generating needs, as such needs may be determined by State, utility, and, where authorized, Federal (other than NRC) decisionmakers.

The goal of the staff's environmental review, as defined in 10 CFR 51.95(c)(4) and the GEIS, is to determine

> ...whether or not the adverse environmental impacts of license renewal are so great that preserving the option of license renewal for energy planning decisionmakers would be unreasonable.

Both the statement of purpose and need and the evaluation criterion implicitly acknowledge that, even if an OL is renewed, there are other factors that will ultimately determine whether an existing nuclear power plant continues to operate beyond the period of the current OL.

NRC regulations (10 CFR 51.95(c)(2)) contain the following statement regarding the content of SEISs prepared at the license renewal stage:

> The supplemental environmental impact statement for license renewal is not required to include discussion of need for power or the economic costs and economic benefits of the proposed action or of alternatives to the proposed action except insofar as such benefits and costs are either essential for a determination regarding the inclusion of an alternative in the range of alternatives considered or relevant to mitigation. In addition, the supplemental environmental impact statement prepared at the license renewal stage need not discuss other issues not related to the environmental effects of the proposed action and the alternatives, or any aspect of the storage of spent fuel for the facility within the scope of the generic determination in 51.23(a) ["Temporary storage of spent fuel after cessation of reactor operation–generic determination of no significant environmental impact"] and in accordance with 51.23(b).

The GEIS contains the results of a systematic evaluation of the consequences of renewing an OL and operating a nuclear power plant for an additional 20 years. It evaluates 92 environmental issues using the NRC's three-level standard of significance – SMALL, MODERATE, or LARGE – developed using Council on Environmental Quality guidelines. The following definitions of the three significance levels are set forth in a footnote to Table B-1 of 10 CFR Part 51, Subpart A, Appendix B:

> SMALL – Environmental effects are not detectable or are so minor that they will neither destabilize nor noticeably alter any important attribute of the resource.
>
> MODERATE – Environmental effects are sufficient to alter noticeably, but not to destabilize, important attributes of the resource.
>
> LARGE – Environmental effects are clearly noticeable and are sufficient to destabilize important attributes of the resource.

For 69 of the 92 issues considered in the GEIS, the analysis in the GEIS led to the following conclusions:

(1) The environmental impacts associated with the issue have been determined to apply either to all plants or, for some issues, to plants having a specific type of cooling system or other specified plant or site characteristics.

(2) A single significance level (i.e., SMALL, MODERATE, or LARGE) has been assigned to the impacts (except for collective offsite radiological impacts from the fuel cycle and from high-level waste and spent fuel disposal).

(3) Mitigation of adverse impacts associated with the issue has been considered in the analysis, and it has been determined that additional plant-specific mitigation measures are not likely to be sufficiently beneficial to warrant implementation.

These 69 issues were identified in the GEIS as Category 1 issues. The staff relies on conclusions as amplified by supporting information in the GEIS for issues designated as Category 1 in Table B-1 of 10 CFR Part 51, Subpart A, Appendix B.

Of the 23 issues that do not meet the criteria set forth above, 21 are classified as Category 2 issues requiring analysis in a plant-specific supplement to the GEIS. The remaining two issues, environmental justice and chronic effects of electromagnetic fields, were not categorized. Environmental justice was not evaluated on a generic basis and must be addressed in a plant-specific supplement to the GEIS. Information on the chronic effects of electromagnetic fields was not conclusive at the time the GEIS was prepared.

This SEIS documents the staff's evaluation of all 92 environmental issues considered in the GEIS. The staff considered the environmental impacts associated with alternatives to license renewal and compared the environmental impacts of license renewal and the alternatives. The alternatives to license renewal that were considered include the no-action alternative (not renewing the OL for Ginna) and alternative methods of power generation. Based on projections made by the U.S. Department of Energy's Energy Information Administration, gas- and coal-fired generation appear to be the most likely power-generation alternatives if the power from Ginna is replaced. These alternatives are evaluated assuming that the replacement power generation plant is located at either the Ginna site or some other unspecified alternate location.

RG&E and the staff have established independent processes for identifying and evaluating the significance of any new information on the environmental impacts of license renewal. RG&E and the staff did not identify information that is both new and significant related to Category 1 issues that would call into question the conclusions in the GEIS. Neither the scoping process nor the staff review has identified any new issue applicable to Ginna. Therefore, the staff relies upon the conclusions of the GEIS for all of the Category 1 issues applicable to Ginna.

RG&E's license renewal application presents an analysis of the Category 2 issues applicable to Ginna. In addition, the staff has evaluated the two uncategorized issues, environmental justice and chronic effects from electromagnetic fields. The staff has reviewed the RG&E analysis for each issue and has conducted an independent review of each issue. Six Category 2 issues are not applicable because they are related to plant design features or site characteristics not found at Ginna. Four Category 2 issues are not discussed in this SEIS because they are specifically related to refurbishment. RG&E has stated that its evaluation of structures and components, as required by 10 CFR 54.21, did not identify any major plant refurbishment activities or modifications as necessary to support the continued operation of Ginna for the license renewal period. In addition, any replacement of components or additional inspection activities within the bounds of normal plant operation are not expected to affect the environment outside of the bounds of the plant operations evaluated in the *Final Environmental Statement Related to the Operation of R.E. Ginna Nuclear Power Plant Unit 1, Rochester Gas and Electric Corporation*, issued by the U.S. Atomic Energy Commission in 1973.

Ten Category 2 issues related to operational impacts and one related to postulated accidents during the renewal term, as well as environmental justice and chronic effects of electromagnetic fields, are discussed in detail in this SEIS. Five of the Category 2 issues and environmental justice apply to both refurbishment and to operation during the renewal term and are only discussed in this SEIS in relation to operation during the renewal term. For all 11 Category 2 issues and environmental justice, the staff preliminarily concludes that the potential environmental effects are of SMALL significance in the context of the standards set forth in the GEIS. In addition, the staff determined that appropriate Federal health agencies have not

reached a consensus on the existence of chronic adverse effects from electromagnetic fields. Therefore, no further evaluation of this issue is required. For severe accident mitigation alternatives (SAMAs), the staff concludes that a reasonable, comprehensive effort was made to identify and evaluate SAMAs. Based on its review of the SAMAs for Ginna and the plant improvements already made, the staff concludes that two of the candidate SAMAs are cost beneficial. However, these SAMAs do not relate to adequately managing the effects of aging during the period of extended operation. Therefore, they need not be implemented as part of license renewal pursuant to 10 CFR Part 54. RG&E stated that it will consider implementation of these SAMAs through its current plant change process.

Mitigation measures were considered for each Category 2 issue. Current measures to mitigate the environmental impacts of plant operation were found to be adequate, and no additional mitigation measures were deemed sufficiently beneficial to be warranted.

Cumulative impacts of past, present, and reasonably foreseeable future actions were considered, regardless of what agency (Federal or non-Federal) or person undertakes such other actions. For purposes of this analysis, where Ginna license renewal impacts are deemed to be SMALL, the staff concluded that these impacts would not result in significant cumulative impacts on potentially affected resources.

If the Ginna OL is not renewed and the plant ceases operation on or before the expiration of the current OL, then the adverse impacts of likely alternatives will not be smaller than those associated with continued operation of Ginna. The impacts may, in fact, be greater in some areas.

The recommendation of the NRC staff is that the Commission determine that the adverse environmental impacts of license renewal for Ginna are not so great that preserving the option of license renewal for energy-planning decisionmakers would be unreasonable at the license renewal stage. This recommendation is based on (1) the analysis and findings in the GEIS; (2) the ER submitted by RG&E; (3) consultation with other Federal, State, and local agencies; (4) the staff's own independent review; and (5) the staff's consideration of public comments.

# Abbreviations/Acronyms

| | |
|---|---|
| µm | micrometer |
| ac | acre(s) |
| AC | alternating current |
| ACC | averted cleanup and decontamination costs |
| ADAMS | Agencywide Document Access and Management System |
| AEA | Atomic Energy Act of 1954, as amended |
| AEC | U.S. Atomic Energy Commission |
| AFW | auxiliary feedwater |
| ALARA | as low as reasonably achievable |
| AOC | averted offsite property damage costs |
| AOE | averted occupational exposure |
| AOSC | averted onsite costs |
| AOV | air-operated valve |
| APE | averted public exposure |
| ATWS | anticipated transient(s) without scram |
| BACT | best available control technology |
| Bq | becquerel(s) |
| Bq/mL | becquerel(s) per milliliter |
| Btu | British thermal unit(s) |
| °C | degrees Celsius |
| CAA | Clean Air Act of 1970, as amended |
| CDF | core damage frequency |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulations |
| Ci | curie(s) |
| cm | centimeter(s) |
| COE | cost of enhancement |
| CWA | Clean Water Act of 1977 (also known as Federal Water Pollution Control Act) |
| DBA | design-basis accident |
| DC | direct current |
| DOE | U.S. Department of Energy |
| DOT | U.S. Department of Transportation |
| DSM | demand-side management |

Abbreviations/Acronyms

| | |
|---|---|
| EIA | Energy Information Administration (of DOE) |
| EIS | environmental impact statement |
| ELF-EMF | extremely low frequency-electromagnetic field |
| EPA | U.S. Environmental Protection Agency |
| ER | Environmental Report |
| ESA | Endangered Species Act |
| °F | degrees Fahrenheit |
| FAA | U.S. Federal Aviation Administration |
| FERC | Federal Energy Regulatory Commission |
| FES | Final Environmental Statement |
| FR | Federal Register |
| ft | foot/feet |
| $ft^3$ | cubic foot/feet |
| F-V | Fussel-Vessely |
| FWPCA | Federal Water Pollution Control Act (also known as the Clean Water Act of 1977) |
| FWS | U.S. Fish and Wildlife Service |
| g | gram(s) |
| gal | gallon(s) |
| GEIS | Generic Environmental Impact Statement for License Renewal of Nuclear Plants, NUREG-1437 |
| Ginna | R.E. Ginna Nuclear Power Plant |
| GJ | gigajoule(s) |
| gpd | gallon(s) per day |
| gpm | gallon(s) per minute |
| GWh | gigawatt hour(s) |
| ha | hectare(s) |
| hr | hour(s) |
| Hz | hertz |
| IEEE | Institute of Electrical and Electronics Engineers |
| in. | inch(es) |
| IPE | individual plant examination |
| IPEEE | individual plant examination of external events |
| ISLOCA | interfacing system loss-of-coolant accident |
| J | joule(s) |

| | |
|---|---|
| kg | kilogram(s) |
| kJ | kilojoule(s) |
| km | kilometer(s) |
| kV | kilovolt(s) |
| kWh | kilowatt hour(s) |
| | |
| L | liter(s) |
| L/d | liter(s) per day |
| L/s | liter(s) per second |
| LAER | lowest achievable emissions rate |
| lb | pound(s) |
| LERF | large early release frequency |
| LOCA | loss-of-coolant accident |
| | |
| m | meter(s) |
| mA | milliampere(s) |
| MAB | maximum attainable benefit |
| MACCS2 | MELCOR Accident Consequence Code System 2 |
| MBq | megabecquerel(s) |
| MCWA | Monroe County Water Authority |
| MGD | million gallons per day |
| m/s | meter(s) per second |
| $m^3/d$ | cubic meter(s) per day |
| $m^3/min$ | cubic meter(s) per minute |
| $m^3/s$ | cubic meter(s) per second |
| mi | mile(s) |
| min | minute(s) |
| $MJ/m^3$ | megajoule(s) per cubic meter |
| ml | milliliter(s) |
| MMBtu | million British thermal units of heat |
| MOV | motor-operated valve |
| mrem | millirem(s) |
| msl | mean sea level |
| mSv | millisievert(s) |
| MT | metric ton(s) (or tonne[s]) |
| MTHM | metric ton(s) (or tonne[s]) heavy metal |
| MTU | metric ton(s) uranium |
| MW | megawatt(s) |
| MWd | megawatt-day(s) |
| MW(e) | megawatt(s) electric |

Abbreviations/Acronyms

| | |
|---|---|
| MW(t) | megawatt(s) thermal |
| MWh | megawatt hour(s) |
| | |
| NA | not applicable |
| NAS | National Academy of Sciences |
| NEI | Nuclear Energy Institute |
| NEPA | National Environmental Policy Act of 1969 |
| NESC | National Electrical Safety Code |
| ng | nanograms |
| NHPA | National Historic Preservation Act of 1966 |
| NIEHS | National Institute of Environmental Health Sciences |
| NMFS | National Marine Fisheries Service |
| $NO_x$ | nitrogen oxide(s) |
| NOAA | National Oceanic and Atmospheric Administration |
| NPDES | National Pollutant Discharge Elimination System |
| NRC | U.S. Nuclear Regulatory Commission |
| NRHP | National Register of Historic Places |
| NYS | New York State |
| NYSDEC | New York State Department of Environmental Conservation |
| NYSERDA | New York State Energy Research and Development Authority |
| | |
| ODCM | Offsite Dose Calculation Manual |
| OL | operating license |
| | |
| PARS | Publicly Available Records portion of ADAMS |
| PCB | polychlorinated biphenyl(s) |
| pCi | picocurie(s) |
| PCR | plant change request |
| $PM_{10}$ | particulate matter with aerodynamic diameter $\leq 10\ \mu m$ |
| PORV | power-operated relief valves |
| PRA | probabilistic risk assessment |
| PSA | probabilistic safety assessment |
| PSD | prevention of significant deterioration |
| psig | pounds per square inch gauge |
| PWR | pressurized water reactor |
| | |
| RAI | request for additional information |
| RAW | risk achievement worth |
| RCP | reactor coolant pump |
| RCRA | Resource Conservation and Recovery Act of 1976 |

| | |
|---|---|
| RCS | reactor coolant system |
| rem | special unit of dose equivalent, equal to 0.01 Sv |
| REMP | radiological environmental monitoring program |
| RG&E | Rochester Gas and Electric Corporation |
| RHR | residual heat removal |
| RMWT | reactor makeup water tank |
| ROC | Greater Rochester International Airport |
| RPC | replacement power cost |
| RWST | refueling water storage tank |
| s | second(s) |
| SAFW | standby auxiliary feedwater |
| SAMA | severe accident mitigation alternative |
| SAR | safety analysis report |
| SBO | station blackout |
| SCR | selective catalytic reduction |
| SEIS | supplemental environmental impact statement |
| SEP | systematic evaluation program |
| SER | safety evaluation report |
| SGTR | steam generator tube rupture |
| SHPO | State Historic Preservation Officer |
| $SO_2$ | sulfur dioxide |
| $SO_x$ | sulfur oxides |
| SPDES | State Pollutant Discharge Elimination System |
| SQUG | Seismic Qualification Utility Group |
| STC | source term category |
| Sv | sievert, special unit of dose equivalent |
| SW | service water |
| THPO | Tribal Historic Preservation Officer |
| UFSAR | updated final safety analysis report |
| USC | United States Code |
| USCB | U.S. Census Bureau |
| USI | unresolved safety issue |
| VAC | volt(s) alternating current |
| VCT | volume control tank |
| WEC | Westinghouse Electric Company |

# 1.0 Introduction

Under the U.S. Nuclear Regulatory Commission's (NRC) environmental protection regulations in Title 10 of the Code of Federal Regulations (CFR) Part 51, which implement the National Environmental Policy Act (NEPA) of 1969, renewal of a nuclear power plant operating license (OL) requires the preparation of an environmental impact statement (EIS). In preparing the EIS, the NRC staff is required first to issue the statement in draft form for public comment and then issue a final statement after considering public comments on the draft. To support the preparation of the EIS, the staff has prepared a *Generic Environmental Impact Statement for License Renewal of Nuclear Plants* (GEIS), NUREG-1437, Volumes 1 and 2 (NRC 1996, 1999).[a] The GEIS is intended to (1) provide an understanding of the types and severity of environmental impacts that may occur as a result of license renewal of nuclear power plants under 10 CFR Part 54, (2) identify and assess the impacts expected to be generic to license renewal, and (3) support 10 CFR Part 51 to define the number and scope of issues that need to be addressed by the applicants in plant-by-plant renewal proceedings. The GEIS guides the preparation of complete plant-specific information in support of the OL renewal process.

The Rochester Gas and Electric Corporation (RG&E) operates the R.E. Ginna Nuclear Power Plant (Ginna) in northwestern New York, under OL DPR-18 issued by the Atomic Energy Commission.[b] The OL was originally issued as a provisional OL and subsequently converted to a full-term OL following completion of a NEPA evaluation. This evaluation is documented in the *Final Environmental Statement Related to the Operation of R.E. Ginna Nuclear Power Plant, Unit 1* (AEC 1973). This OL will expire on September 18, 2009. On July 30, 2002, RG&E submitted an application to the NRC to renew the Ginna OL for an additional 20 years under 10 CFR Part 54. RG&E is a *licensee* for the purposes of its current OL and an *applicant* for the renewal of the OL. Pursuant to 10 CFR 54.23 and 51.53(c), RG&E submitted an Environmental Report (ER) (RG&E 2002), in which RG&E analyzed the environmental impacts associated with the proposed license renewal action, considered alternatives to the proposed action, and evaluated mitigation measures for reducing adverse environmental effects.

This report is the plant-specific supplement to the GEIS (i.e., the supplemental EIS [SEIS]) for the RG&E license renewal application for Ginna. This SEIS is a supplement to the GEIS because it relies, in part, on the findings of the GEIS. The staff will also prepare a separate safety evaluation report in accordance with 10 CFR Part 54.

---

(a) The GEIS was originally issued in 1996. Addendum 1 to the GEIS was issued in 1999. Hereafter, all references to the "GEIS" include the GEIS and its Addendum 1.

(b) By letter dated December 16, 2003, RG&E and Constellation Generation Group, LLC (CGG), submitted an application for transfer of the Ginna operating license to a new subsidiary of CGG. The application for transfer of the Ginna license does not affect the staff's conclusions in this supplement and will not be evaluated further in this supplement.

## 1.1 Report Contents

The following sections of this introduction (1) describe the background for the preparation of this SEIS, including the development of the GEIS and the process used by the staff to assess the environmental impacts associated with license renewal, (2) describe the proposed Federal action to renew the Ginna OL, (3) discuss the purpose and need for the proposed action, and (4) present the status of RG&E's compliance with environmental quality standards and requirements that have been imposed by Federal, state, regional, and local agencies responsible for environmental protection.

The ensuing chapters of this SEIS closely parallel the contents and organization of the GEIS. Chapter 2 describes the site, power plant, and interactions of the plant with the environment. Chapters 3 and 4, respectively, discuss the potential environmental impacts of plant refurbishment and plant operation during the renewal term. Chapter 5 contains an evaluation of potential environmental impacts of plant accidents and includes consideration of severe accident mitigation alternatives. Chapter 6 discusses the uranium fuel cycle and solid waste management. Chapter 7 discusses decommissioning, and Chapter 8 discusses alternatives to license renewal. Finally, Chapter 9 summarizes the findings of the preceding chapters and draws conclusions about any adverse impacts that cannot be avoided, the relationship between short-term uses of the environment and the maintenance and enhancement of long-term productivity, and any irreversible or irretrievable commitment of resources. Chapter 9 also presents the staff's recommendation with respect to the proposed license renewal action.

Additional information is included in appendixes. Appendix A contains public comments received on the environmental review for license renewal and staff responses. Appendixes B through G, respectively, list the following:

- contributors to the supplement
- chronology of environmental review correspondence related to RG&E license renewal for the Ginna OL
- organizations contacted during the development of this SEIS
- RG&E's compliance status in Table E-1 (this appendix also contains copies of consultation correspondence prepared and sent during the evaluation process)
- GEIS environmental issues that are not applicable to Ginna
- NRC staff's safety evaluation of severe accident mitigation alternatives for Ginna.

## 1.2 Background

Use of the GEIS, which examines the possible environmental impacts that could occur as a result of renewing individual nuclear power plant OLs under 10 CFR Part 54, and the established license renewal evaluation process support thorough evaluation of the impacts of renewal of the OLs.

### 1.2.1 Generic Environmental Impact Statement

The NRC initiated a generic assessment of the environmental impacts associated with the license renewal term to improve the efficiency of the license renewal process by documenting the assessment results and codifying the results in the Commission's regulations. This assessment is provided in the GEIS, which serves as the principal reference for all nuclear power plant license renewal EISs.

The GEIS documents the results of the systematic approach taken to evaluate the environmental consequences of renewing the licenses of individual nuclear power plants and operating them for an additional 20 years. For each potential environmental issue, the GEIS (1) describes the activity that affects the environment, (2) identifies the population or resource that is affected, (3) assesses the nature and magnitude of the impact on the affected population or resource, (4) characterizes the significance of the effect for both beneficial and adverse effects, (5) determines whether the results of the analysis apply to all plants, and (6) considers whether additional mitigation measures would be warranted for impacts that would have the same significance level for all plants.

The NRC's standard of significance of impacts was established using Council on Environmental Quality (CEQ) terminology for "significantly" (40 CFR 1508.27, which requires consideration of both "context" and "intensity"). Using the CEQ terminology, the NRC established three significance levels – SMALL, MODERATE, or LARGE. The definitions of the three significance levels are set forth in a footnote to Table B-1 of 10 CFR Part 51, Subpart A, Appendix B, as follows:

> SMALL – Environmental effects are not detectable or are so minor that they will neither destabilize nor noticeably alter any important attribute of the resource.
>
> MODERATE – Environmental effects are sufficient to alter noticeably, but not to destabilize, important attributes of the resource.

LARGE – Environmental effects are clearly noticeable and are sufficient to destabilize important attributes of the resource.

The GEIS assigns a significance level to each environmental issue, assuming that ongoing mitigation measures would continue.

The GEIS includes a determination of whether the analysis of the environmental issue could be applied to all plants and whether additional mitigation measures would be warranted. Issues were then assigned a Category 1 or a Category 2 designation. As set forth in the GEIS, **Category 1** issues are those that meet all of the following criteria:

(1) The environmental impacts associated with the issue have been determined to apply either to all plants or, for some issues, to plants having a specific type of cooling system or other specified plant or site characteristic.

(2) A single significance level (i.e., SMALL, MODERATE, or LARGE) has been assigned to the impacts (except for collective offsite radiological impacts from the fuel cycle and from high-level waste and spent fuel disposal).

(3) Mitigation of adverse impacts associated with the issue has been considered in the analysis, and it has been determined that additional plant-specific mitigation measures are not likely to be sufficiently beneficial to warrant implementation.

For issues that meet the three Category 1 criteria, no additional plant-specific analysis is required in this SEIS unless new and significant information is identified.

**Category 2** issues are those that do not meet one or more of the criteria of Category 1, and therefore, additional plant-specific review for these issues is required.

In the GEIS, the staff assessed 92 environmental issues and determined that 69 qualified as Category 1 issues, 21 qualified as Category 2 issues, and 2 issues were not categorized. The last two issues, environmental justice and chronic effects of electromagnetic fields, are to be addressed in a plant-specific analysis. Of the 92 issues, 11 are related only to refurbishment, 6 are related only to decommissioning, 67 apply only to operation during the renewal term, and 8 apply to both refurbishment and operation during the renewal term. A summary of the findings for all 92 issues in the GEIS is codified in Table B-1 of 10 CFR Part 51, Subpart A, Appendix B.

### 1.2.2 License Renewal Evaluation Process

An applicant seeking to renew its OLs is required to submit an ER as part of its application. The license renewal evaluation process involves careful review of the applicant's ER and assurance that all new and potentially significant information not already addressed in or available during the GEIS evaluation is identified, reviewed, and assessed to verify the environmental impacts of the proposed license renewal.

In accordance with 10 CFR 51.53(c)(2) and (3), the ER submitted by the applicant must

- contain a description of the proposed action, including the applicant's plans to modify the facility or its administrative control procedures as described in accordance with 10 CFR 54.21
- describe in detail the modifications directly affecting the environment or affecting plant effluents that affect the environment
- discuss the environmental impacts of alternatives and any other matters described in 10 CFR 51.45
- contain analyses of the environmental impacts of the proposed action, including the impacts of refurbishment activities, if any, associated with license renewal
- describe the impacts of operation during the renewal term, for those issues identified as Category 2 issues in 10 CFR 51, Subpart A, Appendix B.

In accordance with 10 CFR 51.53(c)(2), the ER does not need to discuss

- issues not related to the environmental effects of the proposed action and the alternatives
- any aspect of the storage of spent fuel for the facility within the scope of the generic determination in 51.23(a) and in accordance with 51.23(b)
- the need for power or the economic costs and economic benefits of the proposed action or of alternatives to the proposed action except insofar as such costs and benefits are either essential for a determination regarding the inclusion of an alternative in the range of alternatives considered or relevant to mitigation
- other issues not related to the environmental effects of the proposed action and the alternatives
- any aspect of the storage of spent fuel for the facility within the scope of the generic determination in 51.23(a) and in accordance with 51.23(b).