Form NWPA-830G
Revised (05/97)

**U.S. DEPARTMENT OF ENERGY**
Germantown, MD 20874-1290

OMB No. 1901-0260
Expires: 07/31/2000

**Appendix G - Standard Remittance Advice for Payment of Fees**

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425. Late filing, failure to file or otherwise comply with instructions provided may result in interest penalties by Article VIII C of the Standard Contract of Spent Nuclear Fuel and/or High Level Radioactive Waste. For information concerning confidentiality of information, see Item 6 of the instructions. Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave, S.W., Washington, D.C. 20585; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## 1.0 IDENTIFICATION INFORMATION

1.1 Purchaser Information
- (a) Name: **R. E. Ginna Nuclear Power Plant, LLC**
- (b) Address: **1503 Lake Rd.**
- (c) City, State & Zip Code: **Ontario, NY 14519**

1.2 Contact Person
- (a) Name: **Mr. Jaime P. Ortiz**
- (b) Phone No: **(585) 771-5246**
- (c) Fax: **(585) 771-5376**
- (d) E-mail: **jaime.ortiz@constellation.com**

1.3 Standard Contract Identification Number: **DE-CRO1-83NE44419**

1.4 Period Covered by this Remittance Advice (MM/DD/YYYY)
- (a) From: **06/10/2004** To: **06/30/2004**
- (b) Date of this Payment: **07/30/2004**

## 2.0 SPENT NUCLEAR FUEL (SNF) FEE

2.1 Number of Reactors Covered:

2.2 Total Purchaser Obligation as of April 7, 1983: $

2.3 Date of First Payment:

2.4 10-Year Treasury Note Rate as of the Date of First Payment:------------------------> %

2.5 Unpaid Balance Prior to this Payment: $

2.6 Option Chosen:

2.7 Fee Data
- (a) Principal:
- (b) Interest:
- (c) Total Spent Nuclear Fuel Fee Transmitted with this Payment: $

## 3.0 FEE FOR ELECTRICITY GENERATED AND SOLD (MILLS PER KILOWATT HOUR, M/kWh)

3.1 Number of Reactors Covered: 1

3.2 Total Electricity Generated and Sold (Megawatt hours): 235,902.10

3.3 Current Fee Rate: 1.0 (M/kWh)

3.4 Total Fee for Electricity Generated and Sold (M/kWh) Transmitted with this Payment: $ 235,902

## 4.0 UNDERPAYMENT/LATE PAYMENT (As Notified by DOE)

| Type of Payment (a) | Date Of Notification (MM/DD/YYYY) (b) | DOE Invoice Number (c) | Date of Payment Transmittal (MM/DD/YYYY) (d) | Interest Paid (e) | Amount Transmitted (f) |
|---|---|---|---|---|---|
| 4.1 SNF Underpayment: | | | | | |
| 4.2 Electricity Generated Underpayment: | | | | | |
| 4.3 TOTAL UNDERPAYMENT: | | | | | |
| 4.4 SNF Late Payment: | | | | | |
| 4.5 Electricity Generated Late Payment: | | | | | |
| 4.6 TOTAL LATE PAYMENT: | | | | | |

## 5.0 OTHER CREDITS CLAIMED (Attached Explanation)

Enter the Total Amount Claimed for All Credits $

## 6.0 TOTAL REMITTANCE

6.1 Total Spent Nuclear Fuel Fee Transmitted (from 2.7(c)): $

6.2 Total Fee for Electricity Generated and Sold (from 3.4): $ 235,902

6.3 Total Underpayment (from 4.3 (f)): $

6.4 Total Late Payment (from 4.6(f)): $

6.5 Total Credits (from 5.0): $

6.6 TOTAL REMITTANCE (Sum of 6.1 through 6.4 minus 6.5): $ 235,902

## 7.0 CERTIFICATION

I certify that the Total Remittance is true and accurate to the best of my knowledge.

Name: Date: Signature:

Title 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any department or agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

U.S. Department of Energy
Energy Information Administration
Form NWPA-830G

# ANNEX A TO APPENDIX G

## Standard Remittance Advice For Payment of Fees

OMB No. 1901-0260
Expires: 07/31/2000

### Section 1. Identification Information

1.1 Purchaser Infomation:

- 1.11 Name: **R. E. Ginna Nuclear Power Plan**
- 1.12 Address: **1503 Lake Rd.**
- 1.13 Attention: **Mr. Jaime P. Ortiz**
- 1.14 City: **Ontario**
- 1.15 State: **NY**
- 1.16 Zip code: **14519 -**

1.2 Contact Person:

- 1.21 Name: **Mr. Jaime P. Ortiz**
- 1.22 Title:
- 1.23 Phone No: **(585) 771-5246** Ext:
- 1.24 Fax: **(585) 771-5376**
- 1.25 E-mail: **jaime.ortiz@constellation.c**

1.3 Station(s): **Ginna**

1.4 Standard Contract Identification No:
**DE-CRO1-83NE44419**

1.5 Period Covered (MM/DD/YYYY):

- 1.51 From: **06/10/2004** To: **06/30/2004**
- 1.52 Date of This Submission: **07/30/2004**
- 1.53 Revision Number: **0**

### Section 2. Net Electricity Generated Calculation

| 2.1 Unit ID | 2.2 Gross Thermal Energy Generated (MWh) | 2.3 Gross Electricity Generated (MWh) | 2.4a Nuclear Station Use While At Least One Nuclear Unit Is In Service (MWh) | 2.4b Pumped-Storage Hydro Offset (MWh) | 2.5 Nuclear Station Use While All Nuclear Units Are Out Of Service (MWh) | 2.6 Net Electricity Generated (MWh) |
|---|---|---|---|---|---|---|
| **4401** | **763,880** | **260,658** | **12,340** | **0** | **0** | **248,318** |
| **Total** | **763,880** | **260,658** | **12,340** | **0** | **0** | **248,318** |

### Section 3. Total Energy Adjustment Factor

3.1 Data Source 1. EIA-861; 2. FERC Form No. 1; 3. EIA-412; 4. REA-12; 5. REA-7; 6. Other (Specify in attachment)

3.2 Owner's Share Method ☐ Contractual Share; ☐ Prorata Share of Electricity; ☐ Fixed Entitlement Share

| 3.3 Weighted Energy Adjustment Factor Calculation | Data Source | Adjustment For Sales To Ultimate Consumer (ASC) | | Adjustment For Sales For Resale (ASR) | | Owner's Energy Adjustment Factor (OEAF) | Owner's Share (OS) | Weighted Energy Adjustment Factor (WEAF) |
|---|---|---|---|---|---|---|---|---|
| Name Of Nuclear Station Owner(s) | | Fraction Of Sales To Ultimate Consumer (FSC) | Sales To Ultimate Consumer Adjustment Factor (SCAF) | Fraction Of Sales For Resale (FSR) | National Average Adjustment Factor (NAF) | | | |
| **Reactor ID: 4401** | | | | | | | | |
| **Constellation Energy** | **0** | **0.00000** | **0.00000** | **1.00000** | **0.95000** | **0.95** | **1.00000** | **0.95** |
| 3.4 Total Energy Adjustment Factor (Sum Of All WEAF Rounded to 4 Decimal Places) | | | | | | | | **0.9500** |

### Section 4. Fee Calculation For Electricity Generated And Sold

U.S. Department of Energy
Energy Information Administration
Form NWPA-830G

OMB No. 1901-0260
Expires: 07/31/2000

# ANNEX A TO APPENDIX G

## Standard Remittance Advice For Payment of Fees

| Unit ID | Total Energy Adjustment Factor | Electricity Generated And Sold (MWh) | Current Fee Rate (Dollars/MWh) | Current Fee Due (Whole Dollars) |
|---|---|---|---|---|
| 4401 | 0.95 | 235,902.10 | 1.00 | $235,902 |
| Totals: | | 235,902.10 | 1.00 | $235,902 |

Form NWPA-830G
Revised (05/97)

**U.S. DEPARTMENT OF ENERGY**
Germantown, MD 20874-1290

OMB No. 1901-0260
Expires: 07/31/2000

**Appendix G - Standard Remittance Advice for Payment of Fees**

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425. Late filing, failure to file or otherwise comply with instructions provided may result in interest penalties by Article VIII C of the Standard Contract of Spent Nuclear Fuel and/or High Level Radioactive Waste. For information concerning confidentiality of information, see Item 6 of the instructions. Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave, S.W., Washington, D.C. 20585; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## 1.0 IDENTIFICATION INFORMATION

1.1 Purchaser Information
- (a) Name: **R. E. Ginna Nuclear Power Plant, LLC**
- (b) Address: **1503 Lake Rd.**
- (c) City, State & Zip Code: **Ontario, NY 14519**

1.2 Contact Person
- (a) Name: **Thomas Morello**
- (b) Phone No: **410-495-4486**
- (c) Fax: **410-495-4498**
- (d) E-mail: **thomas.morello@constellation.com**

1.3 Standard Contract Identification Number: **DE-CR01-83NE44419**

1.4 Period Covered by this Remittance Advice (MM/DD/YYYY)
- (a) From: **07/01/2004** To: **09/30/2004**
- (b) Date of this Payment: **10/31/2004**

## 2.0 SPENT NUCLEAR FUEL (SNF) FEE

2.1 Number of Reactors Covered:
2.2 Total Purchaser Obligation as of April 7, 1983: $
2.3 Date of First Payment:
2.4 10-Year Treasury Note Rate as of the Date of First Payment:------------------------> %
2.5 Unpaid Balance Prior to this Payment: $

2.6 Option Chosen:
2.7 Fee Data
- (a) Principal:
- (b) Interest:
- (c) Total Spent Nuclear Fuel Fee Transmitted with this Payment: $

## 3.0 FEE FOR ELECTRICITY GENERATED AND SOLD (MILLS PER KILOWATT HOUR, M/kWh)

3.1 Number of Reactors Covered: **1**
3.2 Total Electricity Generated and Sold (Megawatt hours): **1,021,690.80**
3.3 Current Fee Rate: **1.0** (M/kWh)

3.4 Total Fee for Electricity Generated and Sold (M/kWh) Transmitted with this Payment: $ **1,021,691**

## 4.0 UNDERPAYMENT/LATE PAYMENT (As Notified by DOE)

| Type of Payment (a) | Date Of Notification (MM/DD/YYYY) (b) | DOE Invoice Number (c) | Date of Payment Transmittal (MM/DD/YYYY) (d) | Interest Paid (e) | Amount Transmitted (f) |
|---|---|---|---|---|---|
| 4.1 SNF Underpayment: | | | | | |
| 4.2 Electricity Generated Underpayment: | | | | | |
| 4.3 TOTAL UNDERPAYMENT: | | | | | |
| 4.4 SNF Late Payment: | | | | | |
| 4.5 Electricity Generated Late Payment: | | | | | |
| 4.6 TOTAL LATE PAYMENT: | | | | | |

## 5.0 OTHER CREDITS CLAIMED (Attached Explanation)

Enter the Total Amount Claimed for All Credits $

## 6.0 TOTAL REMITTANCE

6.1 Total Spent Nuclear Fuel Fee Transmitted (from 2.7(c)): $
6.2 Total Fee for Electricity Generated and Sold (from 3.4): $ **1,021,691**
6.3 Total Underpayment (from 4.3 (f)): $
6.4 Total Late Payment (from 4.6(f)): $
6.5 Total Credits (from 5.0): $
6.6 TOTAL REMITTANCE (Sum of 6.1 through 6.4 minus 6.5): $ **1,021,691**

## 7.0 CERTIFICATION

I certify that the Total Remittance is true and accurate to the best of my knowledge.

Name: Date: Signature:

Title 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any department or agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

U.S. Department of Energy
Energy Information Administration
Form NWPA-830G

# ANNEX A TO APPENDIX G

## Standard Remittance Advice For Payment of Fees

OMB No. 1901-0260
Expires: 07/31/2000

### Section 1. Identification Information

1.1 Purchaser Infomation:

- 1.11 Name: R. E. Ginna Nuclear Power Plant
- 1.12 Address: 1503 Lake Rd.
- 1.13 Attention: Thomas Morello
- 1.14 City: Ontario
- 1.15 State: NY
- 1.16 Zip code: 14519 -

1.2 Contact Person:

- 1.21 Name: Thomas Morello
- 1.22 Title: Senior Engineer
- 1.23 Phone No: 410-495-4486 Ext:
- 1.24 Fax: 410-495-4498
- 1.25 E-mail: thomas.morello@constellati

1.3 Station(s): Ginna

1.4 Standard Contract Identification No: DE-CRO1-83NE44419

1.5 Period Covered (MM/DD/YYYY):

- 1.51 From: 07/01/2004 To: 09/30/2004
- 1.52 Date of This Submission: 10/31/2004
- 1.53 Revision Number:

### Section 2. Net Electricity Generated Calculation

| 2.1 Unit ID | 2.2 Gross Thermal Energy Generated (MWh) | 2.3 Gross Electricity Generated (MWh) | 2.4a Nuclear Station Use While At Least One Nuclear Unit Is In Service (MWh) | 2.4b Pumped-Storage Hydro Offset (MWh) | 2.5 Nuclear Station Use While All Nuclear Units Are Out Of Service (MWh) | 2.6 Net Electricity Generated (MWh) |
|---|---|---|---|---|---|---|
| 4401 | 3,345,720 | 1,129,881 | 54,417 | 0 | 0 | 1,075,464 |
| Total | 3,345,720 | 1,129,881 | 54,417 | 0 | 0 | 1,075,464 |

### Section 3. Total Energy Adjustment Factor

3.1 Data Source 1. EIA-861; 2. FERC Form No. 1; 3. EIA-412; 4. REA-12; 5. REA-7; 6. Other (Specify in attachment)

3.2 Owner's Share Method ☐ Contractual Share; ☐ Prorata Share of Electricity; ☐ Fixed Entitlement Share

| 3.3 Weighted Energy Adjustment Factor Calculation | Data Source | Adjustment For Sales To Ultimate Consumer (ASC) | | Adjustment For Sales For Resale (ASR) | | Owner's Energy Adjustment Factor (OEAF) | Owner's Share (OS) | Weighted Energy Adjustment Factor (WEAF) |
|---|---|---|---|---|---|---|---|---|
| Name Of Nuclear Station Owner(s) | | Fraction Of Sales To Ultimate Consumer (FSC) | Sales To Ultimate Consumer Adjustment Factor (SCAF) | Fraction Of Sales For Resale (FSR) | National Average Adjustment Factor (NAF) | | | |
| **Reactor ID: 4401** | | | | | | | | |
| Constellation Energy | 0 | 0.00000 | 0.00000 | 1.00000 | 0.95000 | 0.95 | 1.00000 | 0.95 |
| 3.4 Total Energy Adjustment Factor (Sum Of All WEAF Rounded to 4 Decimal Places) | | | | | | | | 0.9500 |

### Section 4. Fee Calculation For Electricity Generated And Sold

U.S. Department of Energy
Energy Information Administration
Form NWPA-830G

OMB No. 1901-0260
Expires: 07/31/2000

# ANNEX A TO APPENDIX G

## Standard Remittance Advice For Payment of Fees

| Unit ID | Total Energy Adjustment Factor | Electricity Generated And Sold (MWh) | Current Fee Rate (Dollars/MWh) | Current Fee Due (Whole Dollars) |
|---|---|---|---|---|
| 4401 | 0.95 | **1,021,690.80** | **1.00** | **$1,021,691** |
| **Totals:** | | **1,021,690.80** | **1.00** | **$1,021,691** |

Form NWPA-830G
Revised (05/97)

**U.S. DEPARTMENT OF ENERGY**
Germantown, MD 20874-1290

OMB No. 1901-0260
Expires: 07/31/2000

**Appendix G - Standard Remittance Advice for Payment of Fees**

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425. Late filing, failure to file or otherwise comply with instructions provided may result in interest penalties by Article VIII C of the Standard Contract of Spent Nuclear Fuel and/or High Level Radioactive Waste. For information concerning confidentiality of information, see Item 6 of the instructions. Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave, S.W., Washington, D.C. 20585; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## 1.0 IDENTIFICATION INFORMATION

1.1 Purchaser Information
- (a) Name: **R. E. Ginna Nuclear Power Plant, LLC**
- (b) Address: **1503 Lake Rd.**
- (c) City, State & Zip Code: **Ontario, NY 14519**

1.2 Contact Person
- (a) Name: **Thomas Morello**
- (b) Phone No: **410-495-4486**
- (c) Fax: **410-495-4498**
- (d) E-mail: **thomas.morello@constellation.com**

1.3 Standard Contract Identification Number:
**DE-CRO1-83NE44419**

1.4 Period Covered by this Remittance Advice (MM/DD/YYYY)
- (a) From: **10/01/2004** To: **12/31/2004**
- (b) Date of this Payment: **01/31/2005**

## 2.0 SPENT NUCLEAR FUEL (SNF) FEE

2.1 Number of Reactors Covered:
2.2 Total Purchaser Obligation as of April 7, 1983: $
2.3 Date of First Payment:
2.4 10-Year Treasury Note Rate as of the Date of First Payment:————————> %
2.5 Unpaid Balance Prior to this Payment: $

2.6 Option Chosen:
2.7 Fee Data
- (a) Principal:
- (b) Interest:
- (c) Total Spent Nuclear Fuel Fee Transmitted with this Payment: $

## 3.0 FEE FOR ELECTRICITY GENERATED AND SOLD (MILLS PER KILOWATT HOUR, M/kWh)

3.1 Number of Reactors Covered: 1
3.2 Total Electricity Generated and Sold (Megawatt hours): **1,014,072.75**
3.3 Current Fee Rate: **1.0** (M/kWh)

3.4 Total Fee for Electricity Generated and Sold (M/kWh) Transmitted with this Payment: $ **1,014,073**

## 4.0 UNDERPAYMENT/LATE PAYMENT (As Notified by DOE)

| Type of Payment (a) | Date Of Notification (MM/DD/YYYY) (b) | DOE Invoice Number (c) | Date of Payment Transmittal (MM/DD/YYYY) (d) | Interest Paid (e) | Amount Transmitted (f) |
|---|---|---|---|---|---|
| 4.1 SNF Underpayment: | | | | | |
| 4.2 Electricity Generated Underpayment: | | | | | |
| 4.3 TOTAL UNDERPAYMENT: | | | | | |
| 4.4 SNF Late Payment: | | | | | |
| 4.5 Electricity Generated Late Payment: | | | | | |
| 4.6 TOTAL LATE PAYMENT: | | | | | |

## 5.0 OTHER CREDITS CLAIMED (Attached Explanation)

Enter the Total Amount Claimed for All Credits $

## 6.0 TOTAL REMITTANCE

6.1 Total Spent Nuclear Fuel Fee Transmitted (from 2.7(c)): $
6.2 Total Fee for Electricity Generated and Sold (from 3.4): $ 1,014,073
6.3 Total Underpayment (from 4.3 (f)): $
6.4 Total Late Payment (from 4.6(f)): $
6.5 Total Credits (from 5.0): $
6.6 TOTAL REMITTANCE (Sum of 6.1 through 6.4 minus 6.5): $ 1,014,073

## 7.0 CERTIFICATION

I certify that the Total Remittance is true and accurate to the best of my knowledge.

Name: Date: Signature:

Title 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any department or agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

U.S. Department of Energy
Energy Information Administration
Form NWPA-830G

# ANNEX A TO APPENDIX G

## Standard Remittance Advice For Payment of Fees

OMB No. 1901-0260
Expires: 07/31/2000

### Section 1. Identification Information

1.1 Purchaser Infomation:

1.11 Name: R. E. Ginna Nuclear Power Plant
1.12 Address: 1503 Lake Rd.
1.13 Attention: Thomas Morello
1.14 City: Ontario
1.15 State: NY
1.16 Zip code: 14519 -

1.2 Contact Person:

1.21 Name: Thomas Morello
1.22 Title: Senior Engineer
1.23 Phone No: 410-495-4486 Ext:
1.24 Fax: 410-495-4498
1.25 E-mail: thomas.morello@constellati

1.3 Station(s): Ginna

1.4 Standard Contract Identification No:
DE-CRO1-83NE44419

1.5 Period Covered (MM/DD/YYYY):
1.51 From: 10/01/2004 To: 12/31/2004
1.52 Date of This Submission: 01/31/2005
1.53 Revision Number:

### Section 2. Net Electricity Generated Calculation

| 2.1 Unit ID | 2.2 Gross Thermal Energy Generated (MWh) | 2.3 Gross Electricity Generated (MWh) | 2.4a Nuclear Station Use While At Least One Nuclear Unit Is In Service (MWh) | 2.4b Pumped-Storage Hydro Offset (MWh) | 2.5 Nuclear Station Use While All Nuclear Units Are Out Of Service (MWh) | 2.6 Net Electricity Generated (MWh) |
|---|---|---|---|---|---|---|
| 4401 | 3,259,670 | 1,120,068 | 52,623 | 0 | 0 | 1,067,445 |
| Total | 3,259,670 | 1,120,068 | 52,623 | 0 | 0 | 1,067,445 |

### Section 3. Total Energy Adjustment Factor

3.1 Data Source 1. EIA-861; 2. FERC Form No. 1; 3. EIA-412; 4. REA-12; 5. REA-7; 6. Other (Specify in attachment)

3.2 Owner's Share Method ☐ Contractual Share; ☐ Prorata Share of Electricity; ☐ Fixed Entitlement Share

| 3.3 Weighted Energy Adjustment Factor Calculation | Data Source | Adjustment For Sales To Ultimate Consumer (ASC) | | Adjustment For Sales For Resale (ASR) | | Owner's Energy Adjustment Factor (OEAF) | Owner's Share (OS) | Weighted Energy Adjustment Factor (WEAF) |
|---|---|---|---|---|---|---|---|---|
| Name Of Nuclear Station Owner(s) | | Fraction Of Sales To Ultimate Consumer (FSC) | Sales To Ultimate Consumer Adjustment Factor (SCAF) | Fraction Of Sales For Resale (FSR) | National Average Adjustment Factor (NAF) | | | |
| Reactor ID: 4401 | | | | | | | | |
| Constellation Energy | 2 | 0.00000 | 0.00000 | 1.00000 | 0.95000 | 0.95 | 1.00000 | 0.95 |
| 3.4 Total Energy Adjustment Factor (Sum Of All WEAF Rounded to 4 Decimal Places) | | | | | | | | 0.9500 |

### Section 4. Fee Calculation For Electricity Generated And Sold

U.S. Department of Energy
Energy Information Administration
Form NWPA-830G

OMB No. 1901-0260
Expires: 07/31/2000

# ANNEX A TO APPENDIX G

## Standard Remittance Advice For Payment of Fees

| Unit ID | Total Energy Adjustment Factor | Electricity Generated And Sold (MWh) | Current Fee Rate (Dollars/MWh) | Current Fee Due (Whole Dollars) |
|---|---|---|---|---|
| 4401 | 0.95 | 1,014,072.75 | 1.00 | $1,014,073 |
| Totals: | | 1,014,072.75 | 1.00 | $1,014,073 |