# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed February 9, 2006)**

| | | |
|---|---|---|
| **ROCHESTER GAS AND ELECTRIC CORPORATION,** | ) | |
| **and** | ) | |
| **R.E. GINNA NUCLEAR POWER PLANT, LLC** | ) | |
| **Plaintiffs,** | ) | **No. 04-118C** |
| **v.** | ) | **Senior Judge Margolis** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINDER BY PLAINTIFF ROCHESTER GAS AND ELECTRIC CORPORATION IN OPPOSITION BY PLAINTIFF R.E. GINNA NUCLEAR POWER PLANT, LLC TO DEFENDANT'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL**

Plaintiff Rochester Gas and Electric Corporation ("RG&E") hereby joins in the opposition by Plaintiff R.E. Ginna Nuclear Power Plant, LLC ("Ginna LLC") to Defendant's Motion To Certify For Interlocutory Appeal. RG&E requests that Defendant's motion be denied for the reasons stated in the opposition filed by Ginna LLC.

Respectfully submitted,

Dated: February 9, 2006

s/ M. Stanford Blanton
M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: 205-226-3417
Fax: 205-226-8798

*COUNSEL OF RECORD FOR PLAINTIFF*
ROCHESTER GAS AND ELECTRIC
CORPORATION

Of Counsel:
Ed R. Haden
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: (205) 226-8768
FAX: (205) 226-8798

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2006, a copy of the foregoing "JOINDER BY PLAINTIFF ROCHESTER GAS AND ELECTRIC CORPORATION IN OPPOSITION BY PLAINTIFF R.E. GINNA NUCLEAR POWER PLANT, LLC TO DEFENDANT'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton