IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCHESTER GAS AND ELECTRIC COMPANY,<br>R.E. GINNA NUCLEAR POWER PLANT, LLC,<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 04-118C<br>(Senior Judge Margolis) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of five days, to and including March 3, 2006, within which to file its reply to the plaintiffs' opposition to the Government's motion to certify for interlocutory appeal. Defendant has not previously requested an enlargement of time for this purpose. Defense counsel left a voice message for M. Stanford Blanton, counsel for Rochester Gas and Electric Company ("Rochester"), regarding this request for enlargement, but plaintiff's counsel had not responded to the request at the time of this filing. Counsel for R.E. Ginna Nuclear Power Plant, LLC, ("Ginna LLC"), Brad Fagg, has represented that Ginna LLC does not oppose this motion.

We will need additional time to complete defendant's reply to plaintiffs' opposition because of our need to provide a thorough reply to the plaintiffs' response and complete the supervisory review process of the Government's brief. Since we received the plaintiffs' response on February 9, 2006, numerous activities in other spent nuclear fuel cases have affected our ability to complete our reply by the current due date. Additional time is necessary to allow us to provide the Court with a thorough reply to the legal and policy issues raised by plaintiffs'

opposition. An extension to March 3, 2006, would not significantly delay the schedule of the case.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time for five days, to and including March 3, 2006, within which to file its reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-4175
Fax: (202) 307-2503

Attorneys for Defendant

February 24, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of February 2006, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth Thomas