# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ROCHESTER GAS AND ELECTRIC COMPANY, and R.E. GINNA NUCLEAR POWER PLANT, LLC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 04-118C

(Filed: December 19, 2006)

**O R D E R**

The stay in the above-captioned case remains in effect until June 29, 2007. The parties shall provide a joint status report to the Court on or before June 29, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims