# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ROCHESTER GAS AND ELECTRIC COMPANY, and R.E. GINNA NUCLEAR POWER PLANT, LLC.,

Plaintiffs,

No. 04-118C

v.

(Filed: July 1, 2008)

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The stay in the above-captioned case remains in effect until December 15, 2008.

The parties shall provide a joint status report to the Court on or before December 15, 2008.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims